UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

GOLDEN FOOTHILL INSURANCE SERVICES, LLC,
LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL
DORADO HILLS INSURANCE SOLUTIONS, INC.,
LONE WOLF INSURANCE SERVICES, INC., ELDO
INVESTMENTS, LLC, THE GENESIS LS FUND,
LLC, KTL HOLDINGS, INC., and TATANISHA LEER

Plaintiff(s)

- v -

SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH)
LUBIN, BMF ADVANCE LLC, GAVRIEL
YITZCHAKOV a/k/a GABE ISAACOV, HI BAR
CAPITAL, LLC, YOEL GETTER a/k/a JOEL
GETA, and YISROEL HERBST

Defendant(s)

_____

**RULE 7.1 STATEMENT**

_____

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

The Genesis Fund, LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

None.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. §
1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to
that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship
(note: the citizenship of an L.L.C. is the citizenship of each of its members).

N/A

November 8th, 2024

Date

/s/Shane Heskin

Signature of Attorney

9984

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court,
and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. §
1332(a).

Form Rule7_1.pdf SDNY Web 12/2022