# EXHIBIT 2









**Joe Isaacov**
HOP CAPITAL

🔒 Message          Connect

← **Skills**

**All**   Industry Knowledge   Interpersonal Skills   Other Skills

**Banking** · 63
Endorsed by Amber Kay and 3 others who are highly skilled at this

**Business Development** · 63
Endorsed by Jonathan A. and 3 others who are highly skilled at this

**Credit** · 56
Endorsed by JAMES DELICES and 3 others who are highly skilled at this

**Sales Management** · 51

**New Business Development** · 39

**Start-ups** · 31

**Business Strategy** · 30

**Strategic Planning** · 29

**Investments** · 29

**Customer Service** · 22

**Sales** · 22

**Small Business** · 19

**Loans** · 17

**Financial Analysis** · 17

**Credit Cards** · 17

**Merchant Services** · 17

**Financial Services** · 14

**Risk Management** · 14

**Mobile Payments** · 4

**Payments** · 4

**Linked**in

| About | Accessibility | Talent Solutions | ❓ Questions? | Select Language |
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms ⌄ | Ad Choices | Advertising | ⚙ Manage your account and privacy | |
| Sales Solutions | Mobile | Small Business | Go to your Settings. | |
| Safety Center | | | | |

LinkedIn Corporation © 2022

Messaging  ⋯ ✎ ⌃

Document title: Skills | Joe Isaacov | LinkedIn
Capture URL: https://www.linkedin.com/in/joe-isaacov-10b78635/details/skills/
Capture timestamp (UTC): Wed, 16 Mar 2022 13:27:18 GMT