# EXHIBIT 9

NYSCEF DOC. NO. 714
INDEX NO. 650582/2022
RECEIVED NYSCEF: 10/14/2024

Case 1:24-cv-08515-AS   Document 11-9   Filed 11/11/24   Page 2 of 2

**From:** "Josh Lubin" <josh@spincapital.com>
**To:** "Isaac Lubin" <isaac@spincapital.com>
**Subject:** FW: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234
**Date:** Mon, 14 Mar 2022 10:31:59 -0400
**Importance:** Normal
**Attachments:** MTD1917.pdf; MTD6583.pdf; MTD8007.pdf; MTD8660.pdf; SIGNED_DOCS.pdf; DEC8660.pdf; FEB8660.pdf; JAN8660.pdf; KTL_VOIDED_CHECK.pdf; MTD0051.pdf

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Wednesday, March 3, 2021 1:15 PM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>; BMF Submissions <submissions@bmfcapitalllc.com>; Josh Lubin <josh@spincapital.com>
**Subject:** FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234

# DATE 03/03/21
# BMF ADV-NEW-WIRE
# DEAL NAME: GOLDEN FOOTHILL _5234
# EIN: 82-4517607
# FUNDING: $100,000
# PAYBACK: $149,000
# DAILY:$4,996 START
# BANK FEE: $20,000
# SYNDICATION: SPIN CAPITAL $50% GETS HALF FEE
# NET TO MERCHANT: $80,000 WIRE

# Routing: 322271627
# Account: 23008660
# Merchant Name: STEFAN J LEER
# Merchant Number: 210-259-1648

CONFIDENTIAL                                           SPIN-00007067