# EXHIBIT 11

5/2/2022 7:49:05 PM

# GOLDEN FOOTHILL INSURANCE SERVICES LLC

| Date | Ref # | Memo | Amount | Balance |
|---|---|---|---|---|
| 3/4/2021 | | Starting Balance | $149,000.00 | $149,000.00 |
| 3/4/2021 | 1206329 | Payment | -$4,996.00 | $144,004.00 |
| 3/5/2021 | 1206679 | Payment | -$4,996.00 | $139,008.00 |
| 3/8/2021 | 1206810 | Payment | -$4,996.00 | $134,012.00 |
| 3/9/2021 | 1207023 | Payment | -$4,996.00 | $129,016.00 |
| 3/10/2021 | 1207480 | Payment | -$4,996.00 | $124,020.00 |
| 3/11/2021 | 1207483 | Payment | -$4,996.00 | $119,024.00 |
| 3/12/2021 | 1207216 | Payment | -$115,000.00 | $4,024.00 |
| 3/12/2021 | 1207766 | Payment | -$4,996.00 | -$972.00 |
| | | **Total** | **$149,972.00** | **($972.00)** |

*************

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of BMF ADVANCE . All Rights Reserved.

*************

CONFIDENTIAL                                                                                                               SPIN-00007181