# EXHIBIT 15

**From:** "BMF Submissions" <submissions@bmfcapitalllc.com>
**To:** "Gabe Isaacov" <gabe@bmfcapitalllc.com>, "Josh Lubin" <josh@spincapital.com>, "BMF BACKOFFICE" <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234
**Date:** Fri, 12 Mar 2021 12:16:57 -0500
**Importance:** Normal
**Attachments:** GOLDEN_BMF_ADV.pdf

_____

See attached

---

**From:** Gabe Isaacov
**Sent:** Friday, March 12, 2021 12:12 PM
**To:** Josh Lubin <josh@spincapital.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** BMF Submissions <submissions@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234

Molly send 220k 1.499 8,500 daily

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, March 12, 2021 12:11 PM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** BMF Submissions <submissions@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234

How many days??? DO WTVR U WANT. ILL GET IT DONE

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Friday, March 12, 2021 12:10 PM
**To:** Josh Lubin <josh@spincapital.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** BMF Submissions <submissions@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234

47 days???? How much bank fee?

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, March 12, 2021 12:06 PM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** BMF Submissions <submissions@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234

Send refi docs 220k 1.499 6,999 daily

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Friday, March 12, 2021 12:01 PM
**To:** Josh Lubin <josh@spincapital.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** BMF Submissions <submissions@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234

$114,928 as of today

CONFIDENTIAL                                                                                                                                       SPIN-00007263

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, March 12, 2021 12:01 PM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** BMF Submissions <submissions@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234

Whats the balance?

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Wednesday, March 3, 2021 1:15 PM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>; BMF Submissions <submissions@bmfcapitalllc.com>; Josh Lubin <josh@spincapital.com>
**Subject:** FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234

# DATE 03/03/21
# BMF ADV-NEW-WIRE
# DEAL NAME: GOLDEN FOOTHILL _5234
# EIN: 82-4517607
# FUNDING: $100,000
# PAYBACK: $149,000
# DAILY: $4,996 START
# BANK FEE: $20,000
# SYNDICATION: SPIN CAPITAL $50% GETS HALF FEE
# NET TO MERCHANT: $80,000 WIRE

# Routing: 322271627
# Account: 23008660
# Merchant Name: STEFAN J LEER
# Merchant Number: 210-259-1648