# EXHIBIT 16

FILED: NEW YORK COUNTY CLERK 10/14/2024 11:53 AM

INDEX NO. 650582/2022

NYSCEF DOC. NO. 702

RECEIVED NYSCEF: 10/14/2024

Case 1:24-cv-08515-AS    Document 11-16    Filed 11/11/24    Page 2 of 2

5/2/2022 7:49:23 PM

# GOLDEN FOOTHILL INSURANCE SERVICES LLC

| Date | Ref # | Memo | Amount | Balance |
|---|---|---|---|---|
| 3/13/2021 | | Starting Balance | $329,780.00 | $329,780.00 |
| 3/15/2021 | 1207769 | Payment | -$8,000.00 | $321,780.00 |
| 3/16/2021 | 1208609 | Payment | -$8,000.00 | $313,780.00 |
| 3/17/2021 | 1208612 | Payment | -$8,000.00 | $305,780.00 |
| 3/18/2021 | 1209409 | Payment | -$8,000.00 | $297,780.00 |
| 3/19/2021 | 1209412 | Payment | -$8,000.00 | $289,780.00 |
| 3/22/2021 | 1209415 | Payment | -$8,000.00 | $281,780.00 |
| 3/23/2021 | 1209418 | Payment | -$8,000.00 | $273,780.00 |
| 3/24/2021 | 1209421 | Payment | -$8,000.00 | $265,780.00 |
| 3/25/2021 | 1210524 | ACH Return | -$8,000.00 | $265,780.00 |
| 3/26/2021 | 1209107 | Payment | -$265,780.00 | $0.00 |
| 3/26/2021 | 1210523 | Payment | -$8,000.00 | -$8,000.00 |
| 5/26/2021 | 1217393 | ACH Return | $0.00 | -$8,000.00 |
| 5/27/2021 | 1217524 | ACH Return | $0.00 | -$8,000.00 |
| | | **Total** | **$345,780.00** | **($8,000.00)** |

*************

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of BMF ADVANCE . All Rights Reserved.

*************

CONFIDENTIAL

SPIN-00007182