# EXHIBIT 18

Case 1:24-cv-08515-AS     Document 11-18     Filed 11/11/24     Page 1 of 4

NYSCEF DOC. NO. 704
INDEX NO. 650582/2022
RECEIVED NYSCEF: 10/14/2024

Case 1:24-cv-08515-AS    Document 11-18    Filed 11/11/24    Page 2 of 4

**From:** "BMF BACKOFFICE" <funding@bmfcapitalllc.com>
**To:** "Gabe Isaacov" <gabe@bmfcapitalllc.com>, "Josh Lubin" <josh@spincapital.com>
**Subject:** Re: KTL Holdings Signed
**Date:** Tue, 30 Mar 2021 17:47:19 -0400
**Importance:** Normal

---

done

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Tuesday, March 30, 2021 12:04 PM
**To:** Josh Lubin <josh@spincapital.com>
**Cc:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** Re: KTL Holdings Signed

Chana pls switch debits to chas acocunt Josh pls send the chase account

Sent from my iPhone


On Mar 30, 2021, at 11:18 AM, Josh Lubin <josh@spincapital.com> wrote:


Please switch over debits to the chase account you wired too.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Sent:** Friday, March 26, 2021 1:58:43 PM
**To:** Josh Lubin <josh@spincapital.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: KTL Holdings Signed

Yes, will be there shortly

*Chana Tach*
*Chief Financial Officer*
*Office Line: 646-979-1223*
*Email:* **Funding@bmfcapitalllc.com**
<Outlook-i41naa4h.png>

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, March 26, 2021 1:57 PM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** Re: KTL Holdings Signed

To chase?

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

CONFIDENTIAL                                                                                              SPIN-00007418

**From:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Sent:** Friday, March 26, 2021 1:55:59 PM
**To:** Josh Lubin <josh@spincapital.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: KTL Holdings Signed

SENT

*Chana Tach*
*Chief Financial Officer*
*Office Line: 646-979-1223*
*Email:* **Funding@bmfcapitalllc.com**
<Outlook-hmmx4pgh.png>

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, March 26, 2021 12:29 PM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: KTL Holdings Signed

Wire sent?

---

**From:** Josh Lubin
**Sent:** Friday, March 26, 2021 11:17 AM
**To:** 'Gabe Isaacov' <gabe@bmfcapitalllc.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: KTL Holdings Signed

Wire to account attached and debit 20k a day from the same account.

El dorado hills ins solutions inc
4511 golden foothill pkwy
Suite 1
El dorado hills ca 95762

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Friday, March 26, 2021 10:27 AM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** Josh Lubin <josh@spincapital.com>
**Subject:** Fwd: KTL Holdings Signed

Chana pls wire 100K to merchant

Chana you should have the vc here already but Josh pls send the vc chana switch debit too 25k I believe it's @ 8k now will get you new fl #

Sent from my iPhone

Begin forwarded message:

**From:** Josh Lubin <josh@spincapital.com>
**Date:** March 25, 2021 at 4:58:15 PM EDT

CONFIDENTIAL

SPIN-00007419

**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject: KTL Holdings Signed**

100k Net going to try and get away with a 40k PSF on the funding call.

*Sincerely,*
*Josh Lubin*
*President*
*Spin Capital*
*Office:* 786-496-9502
*Cell:* 732-608-4905
josh@spincapital.com

CONFIDENTIAL

SPIN-00007420