# EXHIBIT 19

**03/22/2021**
**Participants: Stefan Leer KT Holdings (+12102591648); Josh Lubin**

Josh Lubin

Did slate fund?

03/22/2021 11:33 AM

Stefan Leer KT Holdings (+12102591648)

Not yet.

03/22/2021 11:33 AM

Stefan Leer KT Holdings (+12102591648)

I need 200k today. Your money No split 200k pay back 300k Short term (24 days) But, need it today

03/22/2021 4:14 PM

Josh Lubin

Call me

03/22/2021 4:19 PM

CONFIDENTIAL                                                                 SPIN-00008784