Shane R. Heskin, Esquire
1650 Market Street, Suite 1800
Philadelphia  PA 19103
(215) 864-6329



## United Stated District Court
## In the Southern District of New York

Golden Foothill Insurance Services, LLC, et al

  V.

Spin Capital, LLC, et al

Case No.:1:24-cv-08515

**AFFIDAVIT OF SERVICE**

STATE OF NY
COUNTY OF Saratoga  ss

I, ___Richard Connolly_____, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On 12 / 05 2024 at 2 : 01 AM / PM, I served Hi Bar Capital, LLC c/o New York Secretary of State with the following list of documents:

Summons & Amended Complaint & Exhibits 1-29; Civil Cover Sheet; Rule 7.1 Corporate Disclosure Statements; Notice of Initial Pretrial Conference dated 11/13/2024

Said service was executed at:

| Address | City | State | Zip |
|---|---|---|---|
| 99 Washington Ave | Albany | New York | 12231 |

☐ Personally served.

☐ Adult family member with whom said Respondent resides.
   Name: _____ Relationship: _____

☐ Adult in charge of Respondent's residence who refused to give bame and/or relationship.

☐ Manager/Clerk of place of lodging in which Respondent resides.

☒ Agent or person in charge of Respondent's office or usual place of business.
   Name: ___Sue Zouky_____ Title: ___Document Specialist_____

☐ Other: _____

Description of person process was left with:

Sex: Female   Skin: White   Hair: Gray   Age: 50   Height: 5'5"   Weight: 110

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Vacant   ☐ No Answer - Several Attempts

☐ Address Does Not Exist   ☐ Other _____

Service Attempts: (1) _____ _____ (2) _____ _____ (3) _____ _____ (4) _____ _____
      Date Time   Date Time   Date Time   Date Time

Comments: _____

MICHELLE M. TERRELL
NOTARY PUBLIC-STATE OF NEW YORK
No. 01TE6240152
Qualified in Rensselaer County
My Commission Expires 4/25/27

_Richard Connolly_
(Signature)

On Behalf of:
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2150770303

SAAFF/P222149