Shane R. Heskin, Esquire
1650 Market Street, Suite 1800
Philadelphia PA 19103
(215) 864-6329



## United Stated District Court
## In the Southern District of New York

Golden Foothill Insurance Services, LLC, et al

V.

Spin Capital, LLC, et al

Case No.:1:24-cv-08515

## AFFIDAVIT OF SERVICE

STATE OF NY
COUNTY OF Saratoga  ss

I, __Richard Connolly__ , being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On 12 / 05 / 2024 at 2 : 01 AM / PM, I served Hi Bar Capital, LLC c/o New York Secretary of State with the following list of documents:
Summons & Amended Complaint & Exhibits 1-29; Civil Cover Sheet; Rule 7.1 Corporate Disclosure Statements; Notice of Initial Pretrial Conference dated 11/13/2024

Said service was executed at:

| 99 Washington Ave | Albany | New York | 12231 |
|---|---|---|---|
| Address | City | State | Zip |

☐ Personally served.
☐ Adult family member with whom said Respondent resides.
   Name: _____ Relationship: _____
☐ Adult in charge of Respondent's residence who refused to give bame and/or relationship.
☐ Manager/Clerk of place of lodging in which Respondent resides.
☒ Agent or person in charge of Respondent's office or usual place of business.
   Name: __Sue Zouky__ Title: __Document Specialist__
☐ Other: _____

Description of person process was left with:

Sex: Female   Skin: White   Hair: Gray   Age: 50   Height: 5'5"   Weight: 110

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Vacant    ☐ No Answer - Several Attempts

☐ Address Does Not Exist  ☐ Other _____

| Service Attempts: (1) | | (2) | | (3) | | (4) | |
|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Date | Time |

Comments: _____

MICHELLE M. TERRELL
NOTARY PUBLIC-STATE OF NEW YORK
No. 01TE6240152
Qualified in Rensselaer County
My Commission Expires 4/66/27

_Richard Connolly_
(Signature)

On Behalf of:
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159779393

SAAFF/P222149