Suitable Age Service

**UNITED STATES DISTRICT COURT
STATE OF NEW YORK, SOUTHERN DISTRICT OF
NEW YORK**

**AFFIDAVIT OF SERVICE**

Index No : **1:24-CV-08515**

| Plaintiff(s): | **GOLDEN FOOTHILL INSURANCE SERVICES, LLC, ET AL.** |
|---|---|
| Defendant(s): | **SPIN CAPITAL, LLC, ET AL.** |

STATE OF NEW YORK COUNTY OF KINGS        ss.:

**Mahmoud Nassar**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **12/04/2024** at **4:54 PM**, I served the within **SUMMONS & AMENDED COMPLAINT & EXHIBITS 1 THROUGH 29; CIVIL COVER SHEET, RULE 7.1 CORPORATE DISCLOSURE STATEMENTS NOTICE OF INITIAL PRETRIAL CONFERENCE DATED 11/13/24** on **YISROEL HERBST** at **2111 57TH STREET, APT 1, BROOKLYN, NY 11204** in the manner indicated below:

By delivering thereat a true copy of each to **Olga "Doe"**, a person of suitable age and discretion. Said premises is recipient's dwelling house (usual place of abode) within the state.

A description of the person the documents were left with is as follows:

| Sex | Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black/Gray | 45-60 | 5ft 4in - 5ft 8in | 161-180 lbs. |
| Other Features: **Refused Last Name** | | | | | |

Upon information and belief, Defendant(s) is not active in the U.S. Military Service in any capacity. No specific active military information was provided by the person spoken to when questioned during service and I observed no indication during completion of this service that Defendant(s) is active military.

Sworn to and subscribed before me on
12/09/2024

X_____
**ANNAS NASSAR**
Notary Public, State of New York
No. 01NA6387330
Qualified in Kings County
Commission Expires 02/11/2027

X_____
Mahmoud Nassar
License#: 2066935
Dennis Richmans Services | CN
4 Neshaminy Interplex Drive, Suite 108
Trevose, PA 19053
(215) 977-9393
Job #: **P222148**





*372*