Shane R. Heskin, Esquire
1650 Market Street, Suite 1800
Philadelphia PA 19103
(215) 864-6329



## United Stated District Court
## In the Southern District of New York

Golden Foothill Insurance Services, LLC, et al

v.

Spin Capital, LLC, et al

Case No.:1:24-cv-08515

### AFFIDAVIT OF SERVICE

STATE OF NJ
COUNTY OF Monmouth ss

I, **Dan Mason**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On 12/19/2024 at 9:24 AM / PM I served Avruml (a/k/a Josh) Lubin with the following list of documents:
Summons & Amended Complaint; Exhibits 1-29; Civil Cover Sheet; Rule 7.1 Corporate Disclosure Statements; Notice of Initial Pretrial Conference dated 11/13/24

Said service was executed at:
**1460 Arboretum Parkway**     **Lakewood**  **NJ**
Address                        City          State  Zip

☐ Personally served.
☐ Adult family member with whom said Respondent resides.
  Name: _____ Relationship: _____
☐ Adult in charge of Respondent's residence who refused to give name and/or relationship.
☐ Manager/Clerk of place of lodging in which Respondent resides.
☐ Agent or person in charge of Respondent's office or usual place of business.
  Name: _____ Title: _____
☒ Other: Male subject (Lubin) via Ring doorbell and camera refused to open door and asked that the document be left at door stoop. Subject was watching via camera and acknowledged where the document was left.

Description of person process was left with:
  Sex:____ Skin:____ Hair:____ Age:____ Height:____ Weight:____

Non-Service: After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Vacant   ☐ No Answer - Several Attempts
☐ Address Does Not Exist  ☐ Other _____

Service Attempts: (1) ____  (2) ____  (3) ____  (4) ____
                 Date Time  Date Time  Date Time  Date Time
Comments: _____

(Signature)

On Behalf of:
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159770203