Shane R. Heskin, Esquire
1650 Market Street, Suite 1800
Philadelphia PA 19103
(215) 864-6329



# United Stated District Court
## In the Southern District of New York

Golden Foothill Insurance Services, LLC, et al

V.

Spin Capital, LLC, et al

Case No.: 1:24-cv-08515

**AFFIDAVIT OF SERVICE**

STATE OF NJ
COUNTY OF Monmouth   ss

I, __Dan Mason_____, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On 12/19/2024 at 9:24 AM / PM I served Avruml (a/k/a Josh) Lubin with the following list of documents:
Summons & Amended Complaint; Exhibits 1-29; Civil Cover Sheet; Rule 7.1 Corporate Disclosure Statements; Notice of Initial Pretrial Conference dated 11/13/24

Said service was executed at:
__1460 Arboretum Parkway__     __Lakewood__   __NJ__   _____
                Address                                              City              State      Zip

☐ Personally served.
☐ Adult family member with whom said Respondent resides.
  Name: _____  Relationship: _____
☐ Adult in charge of Respondent's residence who refused to give name and/or relationship.
☐ Manager/Clerk of place of lodging in which Respondent resides.
☐ Agent or person in charge of Respondent's office or usual place of business.
  Name: _____  Title: _____
☒ Other: __Male subject (Lubin) via Ring doorbell and camera refused to open door and asked that the document be left at door stoop. Subject was watching via camera and acknowledged where the document was left.__

Description of person process was left with:
   Sex: _____  Skin: _____  Hair: _____  Age: _____  Height: _____  Weight: _____

Non-Service: After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Vacant   ☐ No Answer - Several Attempts
☐ Address Does Not Exist   ☐ Other _____

Service Attempts: (1) _____ _____  (2) _____ _____  (3) _____ _____  (4) _____ _____
              Date  Time        Date  Time        Date  Time        Date  Time
Comments: _____

_____
(Signature)

On Behalf of:
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159770202