# AMINI LLC

**Jeffrey Chubak**  
MEMBER NY & NJ BARS

212.497.8247  
jchubak@aminillc.com

January 7, 2025

**By ECF**

Hon. Arun Subramanian  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: 24-cv-08515 Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al

Dear Judge Subramanian:

We represent defendants Spin Capital, LLC and Avrumi Lubin in this action and write to request that the Court extend their time to respond to the amended complaint until February 14, 2025.

In accordance with Individual Practice ¶3.E, the original/current deadline is January 9, 2025; no prior extension request has been made; the reason for the requested extension is that we did not learn service had been effectuated until January 6, 2025, and proof of service was only filed January 2, 2025; plaintiffs' counsel has consented to the requested extension, provided we agreed not to contest service, which condition has been agreed to; and the next scheduled appearance is the February 12, 2025 initial pretrial conference.

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Jeffrey Chubak

cc: counsel of record

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 43.

Arun Subramanian, U.S.D.J.  
Date: January 10, 2025