Shane R. Heskin, Esquire
1650 Market Street, Suite 1800
Philadelphia PA 19103
(215) 864-6329



## United Stated District Court
## In the Southern District of New York

Golden Foothill Insurance Services, LLC, et al

V.

Spin Capital, LLC, et al

Case No.:1:24-cv-08515

## AFFIDAVIT OF SERVICE

---

STATE OF NY
COUNTY OF Saratoga  ss

I, ___Richard Connolly___, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On 12 /11 /2024 at 1 :30 AM / PM, I served **BMF Advance LLC c/o New York Secretary of State** with the following list of documents:
**Summons & Amended Complaint and Exhibits 1 through 29; Civil Cover Sheet; Rule 7.1 Corporate Disclosure Statements; Notice of Initial Pretiral Conference dated 11/13/24**

Said service was executed at:

| 99 WashingtonAve | Albany | New York | 12231 |
|---|---|---|---|
| **Address** | **City** | **State** | **Zip** |

☐ Personally served.

☐ Adult family member with whom said Respondent resides.
Name: _____ Relationship: _____

☐ Adult in charge of Respondent's residence who refused to give bame and/or relationship.

☐ Manager/Clerk of place of lodging in which Respondent resides.

☒ Agent or person in charge of Respondent's office or usual place of business.
Name: ___Colleen Banahan___ Title: ___Document Specialist___

☐ Other: _____

---

Description of person process was left with:
Sex: Female    Skin: Caucasian  Hair: Brown    Age: 26    Height: 5'7"    Weight: 160

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address      ☐ Moved, Left no Forwarding      ☐ Vacant      ☐ No Answer - Several Attempts

☐ Address Does Not Exist   ☐ Other _____

Service Attempts: (1) ___ Date ___ Time  (2) ___ Date ___ Time  (3) ___ Date ___ Time  (4) ___ Date ___ Time

Comments: _____

_Richal Connolly_
_____
(Signature)
On Behalf of:
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053

SAAFF/P222523