Shane R. Heskin, Esquire
1650 Market Street, Suite 1800
Philadelphia PA 19103
(215) 864-6329



# United Stated District Court
## In the Southern District of New York

Golden Foothill Insurance Services, LLC, et al

    V.

Spin Capital, LLC, et al

Case No.:1:24-cv-08515

## AFFIDAVIT OF SERVICE

---

STATE OF NY
COUNTY OF Saratoga  ss

I, __Richard Connolly_____, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On 12 /11 /2024 at 1 :30 ___ AM / PM, I served **BMF Advance LLC c/o New York Secretary of State** with the following list of documents:
 **Summons & Amended Complaint and Exhibits 1 through 29; Civil Cover Sheet; Rule 7.1 Corporate Disclosure Statements; Notice of Initial Pretiral Conference dated 11/13/24**

Said service was executed at:

| | | | |
|---|---|---|---|
| 99 WashingtoɲAve | Albany | New York | 12231 |
| **Address** | **City** | **State** | **Zip** |

☐ Personally served.

☐ Adult family member with whom said Respondent resides.
Name: _____ Relationship: _____

☐ Adult in charge of Respondent's residence who refused to give bame and/or relationship.

☐ Manager/Clerk of place of lodging in which Respondent resides.

☒ Agent or person in charge of Respondent's office or usual place of business.
Name: __Colleen Banahan_____ Title:__Document Specialist_____

☐ Other: _____

---

Description of person process was left with:
Sex:__Female___ Skin:__Caucasian__ Hair:__Brown__ Age:_26____ Height:_5'7"____ Weight:_160____

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address     ☐ Moved, Left no Forwarding     ☐ Vacant       ☐ No Answer - Several Attempts

☐ Address Does Not Exist  ☐ Other _____

Service Attempts: (1) _____ (2) _____ (3) _____ (4) _____
              Date    Time        Date   Time      Date   Time     Date   Time

Comments: _____

---

*Rickul Connolly*

_____
(Signature)

On Behalf of:
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053

SAAFF/P222523