# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:24-CV-08515-AS                                    Date Filed: _____

Plaintiffs: **Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Servixes, Inc., Eldo Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., and Tatanisha Leer,**
vs.


FIS2024011616

Defendants: **Spin Capital, LLC, Avrumi (a/k/a Josh) Lubin, BMF Advance LLC, Gavriel Yitzchakov a/k/a Gabe Isaacov, Hi Bar Capital, LLC, Yoel Getter a/k/a Joel Geta, and Yisroel Herbst,**

For:
Shane R. Heskin, Esq.
WHITE AND WILLIAMS LLP
7 Times Square
New York, NY 10036

Received by Professional Process Servers on the 13th day of December, 2024 at 4:00 pm to be served on **Yoel Getter a/k/a Joel Geta, 4340 North Bay Road, Miami Beach, FL 33140-2855.**

I, Lazaro Ordaz, do hereby affirm that on the **8th day of January, 2025** at **7:40 pm, I:**

**POSTED** by attaching a true copy of the **SUMMONS IN A CIVIL ACTION, NOTICE OF INITIAL PRETRIAL CONFERENCE DATED 11/13/2024 and AMENDED COMPLAINT WITH EXHIBIT(S)** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **4340 North Bay Road, Miami Beach, FL 33140-2855.**

**Additional Information pertaining to this Service:**
The documents were mailed by our office via certified mail to the defendants.
Attempted on 12/16/24 @ 2:22 pm at the given address: 4340 North  Bay Road, Miami Beach, FL 33140 - This is a gated property. There was no answer from the call box. No noises were heard, and no activity was seen.

Attempted on 12/19/24 @ 7:40 pm - The gate was closed. Server was unable to gain access or make contact. Server waited several minutes, and no one was around. There was no response to honking or from the call box.

Attempted on 12/20/24 @ 4:24 pm - The gate was closed. Server was unable to gain access or make contact. Server waited several minutes, and no one was around. Server honked for a few minutes but got no response.

Attempted on 12/27/24 @ 6:34 pm - No activity was seen. No vehicles were in the driveway. No lights were on inside. No one answered the server's calls.

Attempted on 1/8/25 @ 7:34 pm - No one responded. The gate was closed. Server posted the documents, per client instructions.

## RETURN OF SERVICE For 1:24-CV-08515-AS

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Lazaro Ordaz**
CPS#2319

**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**(954) 566-2523**

Our Job Serial Number: FIS-2024011616
Ref: P222525