# AMINI LLC

Jeffrey Chubak                                                                              212.497.8247
MEMBER NY & NJ BARS                                                         jchubak@aminillc.com

February 4, 2025

**By ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: 24-cv-08515 Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al

Dear Judge Subramanian:

We represent defendants Spin Capital, LLC and Avrumi Lubin in this action and write to request that the Court extend their time to respond to the amended complaint until February 28, 2025.

In accordance with Individual Practice ¶3.E, the current deadline is February 14, 2025 (ECF #44); one prior extension request has been made; the reason for the requested extension is to synchronize our response deadline with that of other defendants that appeared (ECF #53); plaintiffs' counsel consented to the requested extension; and the next scheduled appearance is the February 12, 2025 initial pretrial conference.

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Jeffrey Chubak

cc: counsel of record

SO ORDERED. The Clerk of Court is
respectfully directed to terminate the
motion at ECF No. 54.

Arun Subramanian, U.S.D.J.
Date: February 4, 2025