

**Shane R. Heskin**

810 Seventh Avenue | Suite 500 | New York, NY 10019
Direct 215.864.6329 | Fax 215.399.9603
heskins@whiteandwilliams.com | whiteandwilliams.com

February 5, 2025

<u>VIA ECF</u>
Honorable Arun Subramanian
United States District Court for The Southern District of New York
United States Courthouse, Courtroom 15A
500 Pearl Street
New York, NY 10007-1312

RE:    ***Golden Foothill Insurance Services, LLC, et al. v. Spin Capital, LLC, et al,***
       **Civil Action No.  1:24-cv-08515-AS – Adjournment Request**

Dear Judge Subramanian:

This office represents Plaintiffs with regard to the above matter.  Joined by counsel for Defendants, Plaintiffs write to request a thirty (30) day adjournment of the Initial Pretrial Conference that is currently scheduled for February 12, 2025 at 1:30 p.m. [ECF No. 12] to March 12, 2025.  The parties respectfully make this request so that their settlement discussions can continue and potentially resolve this matter and therefore conserve judicial resources.

Respectfully submitted,

WHITE AND WILLIAMS LLP

Shane R. Heskin

Connecticut | Delaware | Maryland | Massachusetts | New Jersey | New York | Pennsylvania | Rhode Island
34429194v.1