

**Shane R. Heskin**

810 Seventh Avenue | Suite 500 | New York, NY 10019
Direct 215.864.6329 | Fax 215.399.9603
heskins@whiteandwilliams.com | whiteandwilliams.com

Application DENIED, as the Court does not adjourn litigation deadlines for the purpose of settlement discussions. However, the Court encourages the parties to promptly discuss a resolution, and they may adjust their proposed discovery plan to accommodate early discussions.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 56.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 5, 2025

February 5, 2025

VIA ECF
Honorable Arun Subramanian
United States District Court for The Southern District of New York
United States Courthouse, Courtroom 15A
500 Pearl Street
New York, NY 10007-1312

RE:     ***Golden Foothill Insurance Services, LLC, et al. v. Spin Capital, LLC, et al,***
        **Civil Action No.  1:24-cv-08515-AS – Adjournment Request**

Dear Judge Subramanian:

This office represents Plaintiffs with regard to the above matter.  Joined by counsel for Defendants, Plaintiffs write to request a thirty (30) day adjournment of the Initial Pretrial Conference that is currently scheduled for February 12, 2025 at 1:30 p.m. [ECF No. 12] to March 12, 2025.  The parties respectfully make this request so that their settlement discussions can continue and potentially resolve this matter and therefore conserve judicial resources.

Respectfully submitted,

WHITE AND WILLIAMS LLP

Shane R. Heskin

Connecticut | Delaware | Maryland | Massachusetts | New Jersey | New York | Pennsylvania | Rhode Island
34429194v.1