UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER<br><br>Plaintiffs,<br><br>v.<br><br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br>Defendants. | Civ. A. No.: 1:24-CV-08515 |

**DECLARATION OF SHANE HESKIN IN SUPPORT OF (PROPOSED) CLERK'S CERTIFICATE OF DEFAULT JUDGMENT AGAINST DEFENDANT YOEL GETTER A/K/A JOEL GETA**

**SHANE R. HESKIN**, an attorney duly admitted to practice law in the United States District Court for the Southern District of New York, declares under penalty of perjury as follows:

1.      I am an attorney and partner with the law firm of White and Williams, LLP, attorneys for Plaintiffs' in the above-referenced matter.

2.      I make this declaration based upon my personal knowledge or based on review of pertinent documents in support of (Proposed) Clerk's Certificate of Default Judgment Against Defendant Yoel Getter a/k/a Joel Geta.

3.      On November 8, 2024. Plaintiffs filed a Complaint [Doc. No. 1]

4.      An Amended Complaint was filed on November 11, 2024 [Doc. No. 11]

34588063v.1

-2-

5.      A Summons was issued to defendant Yoel Getter a/k/a Joel Geta on December 5, 2024 [Doc No. 32].

6.      A copy of the Summons and the Amended Complaint were served on defendant Yoel Getter a/k/a Joel Geta on January 8, 2025, with proof of service filed at Docket No. 47 on January 17, 2025.

7.      The docket entries indicate that defendant Yoel Getter a/k/a Joel Geta has not filed an answer or otherwise moved with respect to the Complaint nor the Amended Complaint.

WHEREFORE, for all reasons set forth above Plaintiffs respectfully request that the Clerk enter the (Proposed) Clerk's Certificate of Default attached hereto as Exhibit A.


Dated: February 26, 2025

WHITE AND WILLIAMS LLP

BY: _____
      Shane R. Heskin
      810 Seventh Avenue, Suite 500
      New York, New York 10019
      (215) 864-7000
      heskins@whiteandwilliams.com
      Attorneys for Plaintiffs

-2-

34588063v.1