UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER<br><br>      Plaintiffs,<br><br>  v.<br><br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br>      Defendants. | Civ. A. No.: 1:24-CV-08515<br><br>**[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT** |

   I TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 8, 2024 with the filing of a complaint. [Doc No. 1].  An Amended Complaint was filed on November 11, 2024 [Doc No. 11]. A Summons was issued to defendant Yoel Getter a/k/a Joel Geta on December 5, 2024 [Doc No. 32] A copy of the Summons and the Amended Complaint were served on defendant Yoel Getter a/k/a Joel Geta on January 8, 2025, with proof of service filed at Docket No. 47 on January 17, 2025. I further certify that the docket entries indicate that defendant Yoel Getter a/k/a Joel Geta  has not filed an answer or otherwise moved with respect to the Complaint nor the Amended Complaint.  The default of defendant Yoel Getter a/k/a Joel Geta is hereby noted.

Dated: New York, New York      TAMMI M. HELLWIG, Clerk of the Court
     , 2025

34588052v.1

-2-

By: _____
                Deputy Clerk

34588052v.1