UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

_____

GOLDEN FOOTHILL INSURANCE                    :
SERVICES, LLC, LIFE FACTOR II, LLC, LIFE     :
SHARES II, LLC, EL DORADO HILLS              :       Case No. 1:24-CV-08515
INSURANCE SOLUTIONS, INC., LONE              :
WOLF INSURANCE SERVICES, INC., ELDO          :       **NOTICE OF APPEARANCE**
INVESTMENTS, LLC, THE GENESIS LS             :       **OF BRIAN LEVENSON**
FUND, LLC, KTL HOLDINGS, INC., and           :
TATANISHA LEER                               :
                                             :
                Plaintiffs,                  :
                                             :
         v.                                  :
                                             :
SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH)       :
LUBIN, BMF ADVANCE LLC, GAVRIEL              :
YITZCHAKOV a/k/a GABE ISAACOV, HI            :
BAR CAPITAL, LLC, YOEL GETTER a/k/a          :
JOEL GETA, and YISROEL HERBST,               :
                                             :
_____      :

TO:  The Clerk Of The United States Court
      For The Southern District of New York
      And All Parties of Record:

         PLEASE TAKE NOTICE that Brian Levenson, Esq. of The Roth Law Firm, PLLC,

hereby enters his appearance in the above-captioned action as counsel for Defendants Hi Bar

Capital, LLC and Yisroel Herbst and requests that all future correspondence and notices in this

action be served upon the undersigned.

Dated: New York, New York
      February 28, 2025                      **THE ROTH LAW FIRM, PLLC**

                                             By: */s/ Brian Levenson*
                                             Brian Levenson, Esq.
                                             275 Madison Avenue, Floor 22
                                             New York, New York 10017
                                             Tel: 212-542-8882
                                             Email: brian@rrothlaw.com
                                             *Attorneys for Defendants Hi Bar Capital,*
                                             *LLC and Yisroel Herbst*