UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

GOLDEN FOOTHILL INSURANCE SERVICES, LLC,    Docket No..: 24-cv-08515
LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL
DORADO HILLS INSURANCE SOLUTIONS, INC.,
LONE WOLF INSURANCE SERVICES, INC., ELDO
INVESTMENTS, LLC, THE GENESIS LS FUND, LLC,
KTL HOLDINGS, INC., and TATANISHA LEER,    **DECLARATION OF**
    **CHRISTOPHER R. MURRAY**

    Plaintiffs,

- against -

SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH)
LUBIN, BMF ADVANCE LLC, GAVRIEL
YITZCHAKOV a/k/a GABE ISAACOV, HI
BAR CAPITAL, LLC, YOEL GETTER a/k/a
JOEL GETA, and YISROEL HERBST,

    Defendants.
------------------------------------------------------------------------X

CHRISTOPHER R. MURRAY, declares and affirms the following under penalty of perjury:

1. I am an attorney with the law firm of Murray Legal, PLLC, counsel for Defendants BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, and as such am familiar with the facts of this case and the prior pleadings and proceedings heretofore had herein. I submit this Declaration in support of the Defendants' motion to dismiss.

2. The Complaint was filed on November 8, 2024. ECF Doc. 1. This original Complaint was never served on the moving defendants.

3. The Amended Complaint was filed on November 11, 2024, and it is the operative pleading in this case. ECF Doc. 11. A true and correct copy of the Amended Complaint is attached hereto as **Exhibit A**.

4. Plaintiffs' Answer with Counterclaims from the state court action in which they asserted substantially the same RICO claims arising from the same agreements almost three years ago is attached hereto as **Exhibit B**.

5.      Plaintiff's affidavit of alleged service as to Mr. Yitzchakov is attached hereto as **Exhibit**

**C**.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2025

<div style="margin-left:50%;">

/s/ Christopher R. Murray
Christopher R. Murray, Esq.
Murray Legal, PLLC
170 Old Country Rd., Suite 608
Mineola, New York 11501
Tel: (516) 260-7367
E-Mail: cmurray@murraylegalpllc.com
*Attorneys for Defendants*
*BMF Advance, LLC*
*and Gavriel Yitzchakov*

</div>