UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC. and TATANISHA LEER,<br>                              Plaintiffs<br>v.<br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA and YISROEL HERBST,<br>                              Defendants. | Case 1:24-cv-08515-AS<br><br>**NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE upon the accompanying memorandum of law in support, defendants Spin Capital, LLC and Avrumi (a/k/a Josh) Lubin move this Court, before the Honorable Arun Subramanian, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, to dismiss the amended complaint as against them, pursuant to FRCP 12(b)(1) and (b)(6), and for such other and further relief as the Court deems just and proper.

Dated: New York, NY
       February 28, 2025

Amini LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
130 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Attorneys for Defendants Spin Capital, LLC and Avrumi (a/k/a Josh) Lubin