UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER<br><br>Plaintiffs,<br><br>v.<br><br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br>Defendants. | Civ. A. No.: 1:24-CV-08515 |

**DECLARATION OF SHANE R. HESKIN IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

SHANE R. HESKIN, pursuant to 28 U.S.C. § 1746, declares under penalties of perjury that the foregoing is true and correct:

1.     I am  Partner of White and Williams LLP, attorneys for Plaintiffs Golden Foothill Insurance Services, LLC ("GFIS"), Life Factor II, LLC ("LF II"), Life Shares II, LLC ("LS II"), El Dorado Hills Insurance Solutions, Inc. ("El Dorado"), Lone Wolf Insurance Services, Inc. ("Lone Wolf"), ELDO Investments, LLC ("ELDO"), The Genesis Fund, LLC ("Genesis"), KTL Holdings, Inc. ("KTL", collectively the "Leer Companies, and Tatanisha Leer (collectively, "Plaintiffs").

34623107v.1

-2-

2.      I make this Declaration in opposition to Defendants' Spin Capital, LLC ("Spin"), Avrumi Lubin ("Lubin"), BMF Advance LLC ("BMF"), and Gavriel Yitzchakov ("Gabe," collectively "Defendants") motions to dismiss the Amended Complaint.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Amended Complaint filed by Plaintiffs in this action.  *See also* [ECF No. 11].

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Amended Answer to Amended Complaint and Affirmative Defenses and Counterclaims filed in the action *Spin Capital, LLC v. Golden Foothill Insurance Services, LLC et al.*, Index No. 650582/2022 (Sup. Ct. N.Y. Cnty.) (the "State Action").

5.      Attached hereto as **Exhibit 3** is a true and correct copy of a Decision + Order On Motion, dated January 4, 2024, filed in the State Action (the "Discovery Order").

6.      The Discovery Order granted a motion to compel subpoena compliance on Defendant Hi Bar Capital, LLC ("Hi Bar"), Ex. 3 at 4, and directed the parties to meet and confer as to the scope of additional discovery as to Hi Bar and Spin.  *Id*.  The Discovery Order denied motion to compel discovery from BMF without prejudice.

7.      Since the Discovery Order, neither Hi Bar nor BMF provided any additional documents in the State Action, their owners respective owners, Defendants Yoel Getter ("Getter and Gabe, did not appear for depositions, and discovery has not yet begun in this Action.

8.      Attached hereto as **Exhibit 4** is a true and correct copy of the March 2, 2021 BMF "Secured Merchant Agreement" entered into between BMF and Plaintiffs.

9.      Attached hereto as **Exhibit 5** is a true and correct copy of the March 12, 2021 BMF "Secured Merchant Agreement" entered into between BMF and Plaintiffs.

34623107v.1

10.     Attached hereto as **Exhibit 6** is a true and correct copy of the March 25, 2021 BMF "Secured Merchant Agreement" entered into between BMF and Plaintiffs.

11.     Attached hereto as **Exhibit 7** is a true and correct copy of the March 10, 2021 Hi Bar "Revenue Purchase Agreement" entered into between Hi Bar and Plaintiffs.

12.     Attached hereto as **Exhibit 8** is a true and correct copy of the March 25, 2021 Hi Bar "Revenue Purchase Agreement" entered into between Hi Bar and Plaintiffs.

13.     Attached hereto as **Exhibit 9** is a true and correct copy of Spin's Amended Complaint for Declaratory Judgment, Breach of Promissory Note, Breach of Guaranties, and Voidable Transfers, dated July 14, 2022, filed in the State Action.

14.     Attached hereto as **Exhibit 10** is a true and correct copy of a Stipulation and Order to Modify Discovery Deadlines, dated June 10, 2024, filed in the State Action (the "Discovery Deadline Order").

15.     The Discovery Deadline Order set an end date for discovery in the State Action as August 1, 2024.  Ex. 10.

16.     August 1, 2024 passed without BMF, Hi Bar, or their owners Gabe and Getter, providing any documents or corporate witnesses for deposition in the State Action.

17.     Attached hereto as **Exhibit 11** is a true and correct copy of a merchant cash advance agreement issued by BMF, and dated October 12, 2018, that was ruled to be a usurious loan under New York law on summary judgment in the decision *Lateral Recovery LLC v. Funderz.Net, LLC*, 2024 U.S. Dist. LEXIS 176985 (S.D.N.Y. Sept. 27, 2024).

18.     Attached hereto as **Exhibit 12** is a true and correct copy of a merchant cash advance agreement issued by BMF, and dated November 8, 2018, that was ruled to have questions of fact precluding a decision as a matter of law as to whether it constituted a usurious loan under New

34623107v.1

York law in the decision *Lateral Recovery LLC v. Funderz.Net, LLC*, 2024 U.S. Dist. LEXIS 176985 (S.D.N.Y. Sept. 27, 2024).

19.    Attached hereto as **Exhibit 13** is a true and correct copy of an email from BMF's counsel in this and the State Action to all parties in the State Action, dated January 8, 2024.

20.    Attached hereto as **Exhibit 14** is a true and correct copy of an email from BMF's counsel in this and the State Action to counsel for the Leer Defendants in the State Action and counsel to Plaintiffs in this Action.

21.    Attached hereto as **Exhibit 15** is a true and correct copy of the February 28, 2023 Decision + Order on Motion filed in the State Action.

22.    Attached hereto as **Exhibit 16** is a true and correct copy of the affidavit of service of the pleadings in this Action on defendant Gabe.

23.    Attached hereto as **Exhibit 17** is a true and correct copy of a November 19, 2024 email chain between Plaintiffs' counsel and attorney Steven W. Wells, Esq.

24.    Attached hereto as **Exhibit 18** is a true and correct copy of an answer filed on behalf of BMF and Gabe by Steven W. Wells in the action *Fruit Street Health Inc et al. v. BMF Advance, LLC et al.*, Index No. 652946/2022 (Sup. Ct. N.Y. Cnty.).

25.    Attached hereto as **Exhibit 19** is a true and correct copy of a March 2, 2021 email chain between Lubin and Gabe produced in the State Action and filed as Exhibit 10 to the Amended Complaint.

26.    Attached hereto as **Exhibit 20** is a true and correct copy of a March 12, 2021 email chain between Lubin and Gabe produced in the State Action and filed as Exhibit 15 to the Amended Complaint.

-4-

34623107v.1

-5-

27.    Attached hereto as **Exhibit 21** is a true and correct copy of a May 24, 2021 text message exchange between Stefan Leer and Lubin, produced in the State Action, and attached to the Amended Complaint as Exhibit 20.

28.    Attached hereto as **Exhibit 22** is a true and correct copy of a March 12, 2021 email exchange between Stefan Leer and Lubin, produced in the State Action, and attached as Exhibit 13 to the Amended Complaint.

29.    Attached hereto as **Exhibit 23** is a true and correct copy of a photograph taken by the process server reflecting his affixing the pleadings in this action on the gate to Gabe's residence.

30.    Attached hereto as **Exhibit 24** is a true and correct copy of Spin's responses and objections to CapFactor, LLC's interrogatories served in connection with the State Action.

31.    To date, Plaintiffs have sustained damages of more than $700,000 in defense costs associated with the State Action.

Dated: March 14, 2025

                                    **WHITE AND WILLIAMS LLP**

By: _____
                                    Shane R. Heskin
                                    810 Seventh Avenue, Suite 500
                                    New York, New York 10019
                                    Tel:  (215) 864-7000
                                    heskins@whiteandwilliams.com

-5-