# EXHIBIT 10

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---

SPIN CAPITAL, LLC,

                *Plaintiff,*

-against-

GOLDEN FOOTHILL INSURANCE SERVICES, LLC, *et al.*,

                *Defendants.*

Index No.: 650582/2022

Hon. Andrew S. Borrok

**STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES**

---

**WHEREAS**, pursuant to the Stipulation and Order entered by the Court on September 20, 2023 (NYSCEF # 359), the deadline for the parties to complete depositions was October 31, 2023.

**WHEREAS**, on October 25, 2023, the parties submitted a stipulation to extend applicable deadlines in this matter by 30 days, *see* NYSCEF Doc. No. 393, which was so ordered on November 8, 2023, *see* NYSCEF Doc. No. 401;

**WHEREAS**, on or about November 13, 2023, the parties submitted a stipulation to extend applicable deadlines in this matter, which was so-ordered on November 14, 2023, *see* NYSCEF Doc. No. 403;

**WHEREAS**, Plaintiff and the Leer Defendants have agreed to reschedule Plaintiff's deposition.

**WHEREAS**, the parties seek a modification of the discovery schedule in this case.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

1.     The deadline to complete fact discovery, including depositions of fact witnesses, is extended to August 1, 2024.

-1-

2.    The deadline to file notice of issue is extended to August 8, 2024.

3.    ~~The deadline to file dispositive motions is extended to September 20, 2024.~~ *Dispositive motions within 30 days of NOI* ⓐ

Dated: June 10, 2024

**PROSKAUER ROSE LLP**

By: /s/ David A. Picon
David A. Picon
Eleven Times Square
New York NY 10036
dpicon@proskauer.com
*Attorneys for Spin Capital LLC*

**WHITE AND WILLIAMS LLP**

By: /s/ Shane Heskin
Shane Heskin
One Liberty Pl. Ste. 1800
Philadelphia, PA 1913
heskins@whiteandwilliams.com
*Attorneys for Stefan Leer,*
*Tatanisha Leer, & Leer Entities*

**PRYOR CASHMAN LLP**

By: /s/ John Giardino
John Giardino
7 Times Square, 40th Floor
New York, NY 10036
JGiardino@pryorcashman.com
*Attorneys for Cap Factor, LLC*

**CARLTON FIELDS, P.A.**

By: Alex M. Bein
Alex M. Bein
Irma T. Solares
405 Lexington Ave., Ste. 3600
New York, NY 10174
ABein@carltonfields.com
*Attorneys for Zurich Am. Life Ins. Co.*

**D'ARCAMBAL OUSLEY &**
**CUYLER BURK LLP**

By: /s/ Michelle d'Arcambal
Michelle d'Arcambal
40 Fulton St., Ste 1501
New York, NY 10008
mdarcambal@darcambal.com
*Attorneys for Brighthouse Life Ins. Co.*

**KELLEY, DRYE & WARREN, LLP**

By: /s/ Caitlin Hickey
Caitlin Hickey
3 World Trade Center
New York, NY 10007
chickey@kelleydrye.com
*Attorneys for John Hancock Life Ins. Co.*

Hon. Andrew S. Borrok, J.S.C.

-2-