# EXHIBIT 12
# Part 2 of 2

# EXHIBIT 5
# Part 2 of 2

## AUTHORIZATION AGREEMENT FOR DIRECT DEPOSIT (ACH CREDIT) AND DIRECT PAYMENTS (ACH DEBITS)

**DEFINITIONS:**

**BMF:** Business Merchant Funding

**Seller:** FTE NETWORKS, INC AND ALL ENTITES LISTED ON "EXHIBIT A"

(Merchant's Legal Name)

**Merchant Agreement:** Merchant Agreement between BMF and Seller, dated as of 11/8/18

**Designated Checking Account:**

Bank Name: REDACTED    Branch: REDACTED

Tax ID: REDACTED

ABA: Routing: REDACTED    DDA: Account: REDACTED

Capitalized terms used in this Authorization Agreement without definition shall have the meanings set forth in the Merchant Agreement.

By signing below, Seller attests that the Designated Checking Account was established for business purposes and not primarily for personal, family or household purposes. **This Authorization Agreement for Direct Deposit (ACH Credit) and Direct Payments (ACH Debits) is part of (and incorporated by reference into) the Merchant Agreement. Seller should keep a copy of this important legal document for Seller's records.**

DISBURSMENT OF ADVANCE PROCEEDS. By signing below, Seller authorizes BMF to disburse the Advance proceeds less the amount of any applicable fees upon Advance approval by initiating ACH credits to the Designated Checking Account, in the amounts and at the times specified in the Merchant Agreement. **By signing below, Seller also authorizes BMF to collect amounts due from Seller under the Merchant Agreement by initiating ACH debits to the Designated Checking Account, as follows:**

In the amount of: $ 38,724.00 _____ Daily

(or) Percentage of each Banking Deposit: _____ %

on the Following Days: Monday - Friday _____

If any payment date falls on a weekend or holiday, I understand and agree that the payment may be executed on the next business day. If a payment is rejected by Seller's financial institution for any reason, including without limitation insufficient funds, Seller understands that BMF may, at its discretion, attempt to process the payment again as permitted under applicable ACH rules. Seller also authorizes BMF to initiate ACH entries to correct any erroneous payment transaction.

**MISCELLANEOUS.** BMF is not responsible for any fees charged by Seller's bank as the result of credits or debits initiated under this Authorization Agreement. The origination of ACH debits and credits to the Designated Checking Account must comply with applicable provisions of state and federal law, and the rules and operating guidelines of NACHA (formerly known as the National Automated Clearing House Association).

This Authorization Agreement is to remain in full force and effect until BMF has received written notification from Seller at the address set forth below at least 5 banking days prior of its termination to afford BMF a reasonable opportunity to act on it. The individual signing below on behalf of Seller certifies that he/she is an authorized signer on the Designate Checking Account. Seller will not dispute any ACH transaction initiated pursuant to this Authorization Agreement, provided the transaction corresponds to the terms of this Authorization Agreement. Seller requests the financial institution that holds the Designated Checking Account to honor all ACH entries initiated in accordance with this Authorization Agreement.

**Seller:** FTE NETWORKS, INC AND ALL ENTITES LISTED ON "EXHIBIT A"

(Merchant's Legal Name)

**Merchant 1 (Print Name):** DAVID SCOTT LETHEM    Date:

Title: OWNER

**Merchant 2 (Print Name):** MICHAEL C PALLESCHI    Date: 11/8/18

Title: OWNER

Rev. 09/18


BUSINESS
MERCHANT
BMF FUNDING

Dear Merchant,

Thank you for accepting an offer from Business Merchant Funding. We are looking forward to building a relationship with your business that allows you to reach and exceed your goals. Please note that prior to funding your account, our Underwriting department needs to see the most recent balance and activity information in real-time as a fraud countermeasure and in order to ensure the health of your business aligns with the terms of your offer. For your convenience, we have three secure options for you to choose from to complete this step. After being completed and executed, please email the agreement to your funding specialist.

**Please provide information required for read-only access\* to your business account.**

*\*Be sure to indicate capital or lower case letters.*

**Bank Portal Website:** _____

**Username:** _____

**Password:** _____

**Security Question/Answer 1:** _____

**Security Question/Answer 2:** _____

**Security Question/Answer 3:** _____

**Any other information necessary to access your account:** _____

_____

SIGN HERE ➡ _____

**INITIALS**

Rev. 09/18



## ADDENDUM

This Addendum is entered on 11/8/18, by and between, Business Merchant Funding ("BMF") and FTE NETWORKS, INC AND ALL ENTITES LISTED ON "EXHIBIT A" (the "Seller") and Funderslink, LLC.

Should any terms of this Addendum conflict with the Revenue Purchase Agreement dated 11/8/18 the terms of this Addendum shall govern and be controlling. Capitalized terms used herein, but not otherwise defined, shall have the same definition as in the Revenue Purchase Agreement.

Seller warrants that it understands that BMF must engage a third-party, namely Funderslink, LLC, to manage the ACH withdrawals, reporting and deal tracking. For this service, Seller agrees to pay Funderslink, LLC a nominal fee of $299.00 per month. This amount is due on the first day of the Agreement and every subsequent thirty days until the Purchased Amount is paid in full to BMF.

**Merchant 1 (Print Name):**   DAVID SCOTT LETHEM                                   Date:

Title:   OWNER                                                                          SIGN HERE

**Merchant 2 (Print Name):**   MICHAEL C PALLESCHI                                Date:

Title:   OWNER                                                                          SIGN HERE

Rev. 09/18

# ACH AUTHORIZATION FORM

*All information on this form is required unless otherwise noted.*

## BUSINESS AUTHORIZED TO DEBIT/CREDIT ACCOUNT:

BUSINESS MERCHANT FUNDING
Authorized Business Name

Authorized Business Phone Number

Authorized Business Address

City                State                Zip

## ACCOUNT HOLDER INFORMATION:

DAVID SCOTT
Account Holder First Name

LETHEM
Account Holder Last Name

FTE NETWORKS, INC AND ALL ENTITES LISTED ON "EXHIBIT A"
Account Holder DBA Name (If Business Account)

Phone Number

999 VANDERBILT BEACH RD STE 601 NAPLES FL 34108
Account Holder Address

## ACCOUNT HOLDER BANK INFORMATION:

REDACTED

REDACTED
Branch City

REDACTED
State

REDACTED
Zip

How to find your Routing and Account Numbers on a check

REDACTED

☐ Business Checking    ☐ Personal Checking    ☐ Savings

REDACTED

Bank Routing Number (9 digits)

Bank Account Number

## TRANSACTION INFORMATION:

PROFESSIONAL SERVICE FEE
Goods Purchased/Services Rendered

$73,000.00  /↓ 9.
Amount of Transaction

11/8/18
Effective Date

☑ One-time    ☐ Recurring

Rate

No. of Transactions _____    or Open Ended ☐

## AUTHORIZATION:

In exchange for products and/or services listed above the undersigned hereby authorizes:

to electronically draft via the Automated Clearing House system the amounts indicated above from the account identified above. This authority will continue until withdrawn in writing by the undersigned account holder. The Undersigned hereby certifies that they are duly authorized to execute this form on behalf of the above listed account holder. I acknowledge that I am subject to a $25 reject fee if items are returned for insufficient funds.

Signature of Account Holder

DAVID SCOTT
First Name of Account Holder

LETHEM
Last Name of Account Holder

OWNER
Title of Account Holder

11/8/18
Date

BUSINESS
MERCHANT
BMF FUNDING

## BALANCE TRANSFER FORM

**Merchant Legal Name ("Merchant"):**  DAVID SCOTT          LETHEM

**Merchant Title:**  OWNER

**Business Legal Name ("Business"):**  FTE NETWORKS, INC AND ALL ENTITES LISTED ON "EXHIBIT A"

**DBA:**  FTE NETWORKS, AND ALL ENTITES LISTED ON "EXHIBIT A"

**Physical Address:**  999 VANDERBILT BEACH RD STE 601

**City:**  NAPLES

**State:**  FL

**Zip Code:**  34108

**Date:**  11/8/18

**Business Merchant Funding**
**680 Central Ave,**
**Cedarhurst, NY 11516**

**Date of new secured agreement:**  11/8/18

**Date of previous secured agreement:**  10/29/18

**Remaining RTR balance:**  $1,281,900.00

To Whom It May Concern:

I, Merchant, on behalf of Business, hereby authorize Business Merchant Funding to debit the remaining RTR balance which is currently due and owing to Business Merchant Funding pursuant to the previous secured merchant agreement, entered into by and between Business Merchant Funding and business.

I acknowledge that as a result of the above-referenced debit, the amount paid to business by Business Merchant Funding pursuant to the new secured agreement will be reduced by the amount of the remaining RTR.

Thank you,

SIGN HERE → **By:** _____

**Merchant Legal Name:** DAVID SCOTT          LETHEM

**Title:** OWNER

# EXHIBIT A

LIST OF ADDITIONAL PARTIES IN WHOSE ASSETS SELLER HAS GRANTED BUYER A BLANKET SECURITY INTEREST:

**BENCHMARK BUILDERS, INC. DBA BENCHMARK BUILDER**

237 W. 35TH STREET STE. 901 NEW YORK, NY 1001

EIN:

**FTE HOLDINGS LLC DBA FTE HOLDINGS**

999 V ANDERBILT BEACH RD. STE 601 NAPLES FL 34108

EIN:

**JUS-COM,INC.DBA FTE NETWORKS SERVICES**

999 V ANDERBILT BEACH RD. STE 601 NAPLES FL 34108

EIN

**FOCUS VENTURE PARTNER INC DB FOCUS VENTURE PARTNERS**

999 V ANDERBILT BEACH RD. STE 601 NAPLES FL 34108

EIN:

Buyer may file a UCC-1 financing statement with the appropriate Secretary of State(s) , reflecting a blanket security interest in the assets of the above-listed entities.

Dated: NOVEMBER 8, 2018

By: _____

DAVID SCOTT LETHEM

By: _____

MICHAEL C. PALLESCHI

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF

| | |
|---|---|
| BUSINESS MERCHANT FUNDING,<br><br>                                                Plaintiff,<br>                            -against-<br>FTE NETWORKS, INC DBA FTE NETWORKS<br>BENCHMARK BUILDERS INC DBA<br>BENCHMARK BUILDERS, FTE HOLDINGS, LLC<br>DBA FTE HOLDINGS, JUS-COM, INC FTE<br>NETWORK SERVICES, FOCUS VENTURE<br>PARTNERS INC DBA FOCUS VENTURE<br>PARTNERS, CROSSLAYER INC DBA<br>CROSSLAYER AND **DAVID SCOTT LETHEM**<br>                                                Defendants. | Index No.<br><br>**AFFIDAVIT OF<br>CONFESSION OF JUDGMENT** |

STATE OF $Florida$

COUNTY OF $Collier$ )    ss.:

**DAVID SCOTT LETHEM** , being duly sworn upon my oath, deposes and says:

1. I am a principal, owner, and an officer of FTE NETWORKS,INC DBA FTE NETWORKS ("Merchant Defendant"), a CORPORATION located at 999 VANDERBILT BEACH RD.STE 6001 NAPLES, FL 34108 in the county of COLLIER, and as such, I have the authority to act on behalf of Merchant Defendant.

2. I am a principal, owner, and an officer of BENCHMARK BUILDERS,INC DBA BENCHMARK ("Merchant Defendant"), a CORPORATION located at 237 W 35TH STREET STE 901. NY 1001 in the county of NEW YORK and as such, I have the authority to act on behalf of Merchant Defendant.

3. I am a principal, owner, and an officer FTE HOLDINGS LLC DBA FTE HOLDINGS ("Merchant Defendant"), LIMITED LIABILITY COMPANY located at 999 VANDERBILT BEACH RD.STE 6001 NAPLES, FL 3410 in the county of COLLIER  and as such, I have the authority to act on behalf of Merchant Defendant.

4. I am a principal, owner, and an officer JUS-COM INC DBA FTE NETWORK SERVICES  ("Merchant Defendant"), CORPORATION  located at 999 VANDERBILT BEACH RD.STE 6001 NAPLES, FL 34108  in the county of COLLIER  and as such, I have the authority to act on behalf of Merchant Defendant.

5. I am a principal, owner, and an officer FOCUS VENTURES PARTNERS INC DBA FOCUS VENTURE PARTNERS ("Merchant Defendant"), CORPORATION located at 999 VANDERBILT BEACH RD.STE 6001 NAPLES, FL 34108 in the county of COLLIER and as such, I have the authority to act on behalf of Merchant Defendant.

6. I am a principal, owner, and an officer CROSSLAYER INC DBA CROSSLAYER ("Merchant Defendant"), CORPORATION located at 999 VANDERBILT BEACH RD.STE 6001 NAPLES, FL 34108 in the county of COLLIER and as such, I have the authority to act on behalf of Merchant Defendant.

7. I reside at 3490 WONDER VIEW PL, LOS ANGELES CA 90068 in the county of LOS ANGELES. I, individually, and on behalf of Merchant Defendant consent to this jurisdiction of this Court.

8. Merchant Defendant hereby confesses judgment and authorizes entry of judgment in favor of Plaintiff and against Defendants in the Federal District Court for the Southern District of New York, Supreme Court of the State of New York, County of New York, Supreme Court of the State of New York, County of Westchester, Supreme Court of the State of New York, County of Kings, Supreme Court of the State of New York, County of Nassau, Supreme Court of the State of New York, County of Richmond, Supreme Court of the State of New York, County of Rockland, Supreme Court of the State of New York, County of Erie, and/or Civil Court of the City of New York, County of New York, in the sum of **$2,323,450.00** less any payments timely made pursuant to the secured Merchant Agreement, dated November 8 2018 plus legal fees to Plaintiff calculated at twenty five percent (25%) of the total of the aforesaid sums, costs, expenses and disbursements and interest at the rate of 16% per annum from November 8 2018, or the highest amount allowed by law, whichever is greater. Such amount shall be set forth in an affidavit to be executed by Plaintiff or an affirmation by Plaintiff's attorney, which shall be attached hereto at the time of entry of this Affidavit of Confession of Judgment.

9. In addition, I hereby confess judgment, individually and personally, jointly and severally, and authorize entry of judgment in favor of Plaintiff in the Federal District Court for the Southern District of New York, Supreme Court of the State of New York, County of New York, Supreme Court of the State of New York, County of Westchester, Supreme Court of the State of New York, County of Kings, Supreme Court of the State of New York, County of Nassau, Supreme Court of the State of New York, County of Richmond, Supreme Court of the State of New York, County of Rockland, Supreme Court of the State of New York, County of Erie, and/or Civil Court of the City of New York, County of New York, against the Defendant in the sum of **$2,323,450.00** less any payments timely made pursuant to the Merchant Agreement, dated November 8 2018 plus legal fees to Plaintiff calculated at twenty five (25%) of the total of the aforesaid sums, costs, expenses and disbursements and interest at the rate of 16% per annum from November 8 2018 or the highest rate allowed by law, whichever is greater. Such amount

2

shall be set forth in an affidavit to be executed by Plaintiff or an affirmation by Plaintiff's attorney, which shall be attached hereto at the time of entry of this Confession of Judgment.

10. This confession of judgment is for a debt due to Plaintiff arising from Defendants' failure to pay to Plaintiff, Merchant Defendant's accounts-receivable, which were purchased by Plaintiff pursuant to the secured Merchant Agreement, dated November 8 2018 and for Defendants' breach of the secured Merchant Agreement, plus agreed-upon interest, reasonable attorneys' fees, costs and disbursements, as agreed-upon by Merchant Defendant under the secured Merchant Agreement dated November 8 2018, of which supporting documents include a Personal Guarantee and a UCC-1 financing statement (s).

11. Merchant Defendant hereby agrees that the execution and delivery of this Affidavit of Confession of Judgment and any entry of judgment thereon shall be without prejudice to any and all rights of Plaintiff, who reserves all of its rights and remedies against Defendants.

12. If for any reason entry of judgment in the above specified amount or execution on the same is outside the jurisdiction of this Court, Merchant Defendant consents to the personal jurisdiction, entry of judgment, and execution thereon in any State or Federal Court of the United States of America.

13. I have been authorized by Merchant Defendant to sign this Affidavit of Confession of Judgment on this __8__ day of __November__, 2018.

By:

**DAVID SCOTT LETHEM** individually, and on behalf of FTE NETWORKS, INC DBA FTE NETWORKS BENCHMARK BUILDERS INC DBA BENCHMARK BUILDERS, FTE HOLDINGS, LLC DBA FTE HOLDINGS, JUS-COM, INC FTE NETWORK SERVICES, FOCUS VENTURE PARTNERS INC DBA FOCUS VENTURE

__8__ Day of __November__, 2018.

Notary Public

OLGA BORRERO
MY COMMISSION # GG082935
EXPIRES March 14, 2021

3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF

---

BUSINESS MERCHANT FUNDING,

                              Plaintiff,

               -against-

FTE NETWORKS, INC DBA FTE NETWORKS
BENCHMARK BUILDERS INC DBA
BENCHMARK BUILDERS, FTE HOLDINGS, LLC
DBA FTE HOLDINGS, JUS-COM, INC FTE
NETWORK SERVICES, FOCUS VENTURE
PARTNERS INC DBA FOCUS VENTURE
PARTNERS, CROSSLAYER INC DBA
CROSSLAYER AND **MICHAEL C PALLESCHI**

                             Defendants.

Index No.

**AFFIDAVIT OF**
**CONFESSION OF JUDGMENT**

STATE OF *Florida*

                      )   ss.:

COUNTY OF *Collier*

**MICHAEL C PALLESCHI** , being duly sworn upon my oath, deposes and says:

1. I am a principal, owner, and an officer of FTE NETWORKS,INC DBA FTE NETWORKS ("Merchant Defendant"), a CORPORATION located at 999 VANDERBILT BEACH RD.STE 6001 NAPLES, FL 34108 in the county of COLLIER, and as such, I have the authority to act on behalf of Merchant Defendant.

2. I am a principal, owner, and an officer of BENCHMARK BUILDERS,INC DBA BENCHMARK ("Merchant Defendant"), a CORPORATION located at 237 W 35TH STREET STE 901. NY 1001 in the county of NEW YORK and as such, I have the authority to act on behalf of Merchant Defendant.

3. I am a principal, owner, and an officer FTE HOLDINGS LLC DBA FTE HOLDINGS ("Merchant Defendant"), LIMITED LIABILITY COMPANY located at 999 VANDERBILT BEACH RD.STE 6001 NAPLES, FL 3410 in the county of COLLIER and as such, I have the authority to act on behalf of Merchant Defendant.

4. I am a principal, owner, and an officer JUS-COM INC DBA FTE NETWORK SERVICES ("Merchant Defendant"), CORPORATION located at 999 VANDERBILT BEACH RD.STE 6001 NAPLES, FL 34108 in the county of COLLIER and as such, I have the authority to act on behalf of Merchant Defendant.

5. I am a principal, owner, and an officer FOCUS VENTURES PARTNERS INC DBA FOCUS VENTURE PARTNERS ("Merchant Defendant"), CORPORATION located at 999 VANDERBILT BEACH RD.STE 6001 NAPLES, FL 34108 in the county of COLLIER and as such, I have the authority to act on behalf of Merchant Defendant.

6. I am a principal, owner, and an officer CROSSLAYER INC DBA CROSSLAYER ("Merchant Defendant"), CORPORATION located at 999 VANDERBILT BEACH RD.STE 6001 NAPLES, FL 34108 in the county of COLLIER and as such, I have the authority to act on behalf of Merchant Defendant.

7. I reside at 1464 PALMA BLANCA CT NAPLES , FL 34119 in the county of LOS ANGELES. I, individually, and on behalf of Merchant Defendant consent to this jurisdiction of this Court.

8. Merchant Defendant hereby confesses judgment and authorizes entry of judgment in favor of Plaintiff and against Defendants in the Federal District Court for the Southern District of New York, Supreme Court of the State of New York, County of New York, Supreme Court of the State of New York, County of Westchester, Supreme Court of the State of New York, County of Kings, Supreme Court of the State of New York, County of Nassau, Supreme Court of the State of New York, County of Richmond, Supreme Court of the State of New York, County of Rockland, Supreme Court of the State of New York, County of Erie, and/ or Civil Court of the City of New York, County of New York, in the sum of **$2,323,450.00** less any payments timely made pursuant to the secured Merchant Agreement, dated November 8 2018plus legal fees to Plaintiff calculated at twenty five percent (25%) of the total of the aforesaid sums, costs, expenses and disbursements and interest at the rate of 16% per annum from November 8 2018, or the highest amount allowed by law, whichever is greater. Such amount shall be set forth in an affidavit to be executed by Plaintiff or an affirmation by Plaintiff's attorney, which shall be attached hereto at the time of entry of this Affidavit of Confession of Judgment.

9. In addition, I hereby confess judgment, individually and personally, jointly and severally, and authorize entry of judgment in favor of Plaintiff in the Federal District Court for the Southern District of New York, Supreme Court of the State of New York, County of New York, Supreme Court of the State of New York, County of Westchester, Supreme Court of the State of New York, County of Kings, Supreme Court of the State of New York, County of Nassau, Supreme Court of the State of New York, County of Richmond, Supreme Court of the State of New York, County of Rockland, Supreme Court of the State of New York, County of Erie, and/or Civil Court of the City of New York, County of New York, against the Defendant in the sum of **$2,323,450.00** less any payments timely made pursuant to the Merchant Agreement, dated November 8 2018plus legal fees to Plaintiff calculated at twenty five (25%) of the total of the aforesaid sums, costs, expenses and disbursements and interest at the rate of 16% per annum from November 8 2018 or the highest rate allowed by law, whichever is greater. Such amount

2

shall be set forth in an affidavit to be executed by Plaintiff or an affirmation by Plaintiff's attorney, which shall be attached hereto at the time of entry of this Confession of Judgment.

10. This confession of judgment is for a debt due to Plaintiff arising from Defendants' failure to pay to Plaintiff, Merchant Defendant's accounts-receivable, which were purchased by Plaintiff pursuant to the secured Merchant Agreement, dated November 8 2018 and for Defendants' breach of the secured Merchant Agreement, plus agreed-upon interest, reasonable attorneys' fees, costs and disbursements, as agreed-upon by Merchant Defendant under the secured Merchant Agreement dated November 8 2018, of which supporting documents include a Personal Guarantee and a UCC-1 financing statement (s).

11. Merchant Defendant hereby agrees that the execution and delivery of this Affidavit of Confession of Judgment and any entry of judgment thereon shall be without prejudice to any and all rights of Plaintiff, who reserves all of its rights and remedies against Defendants.

12. If for any reason entry of judgment in the above specified amount or execution on the same is outside the jurisdiction of this Court, Merchant Defendant consents to the personal jurisdiction, entry of judgment, and execution thereon in any State or Federal Court of the United States of America.

13. I have been authorized by Merchant Defendant to sign this Affidavit of Confession of Judgment on this __8__ day of _November_, 2018.

By: _____

**MICHAEL C PALLESCHI** individually, and on behalf of FTE NETWORKS, INC DBA FTE NETWORKS BENCHMARK BUILDERS INC DBA BENCHMARK BUILDERS, FTE HOLDINGS, LLC DBA FTE HOLDINGS, JUS-COM, INC FTE NETWORK SERVICES, FOCUS VENTURE PARTNERS INC DBA FOCUS VENTURE

__8__ Day of __November__, 2018.

_____
Notary Public

**OLGA BORRERO**
MY COMMISSION # GG082935
EXPIRES March 14, 2021

3