# EXHIBIT 13

## Corey, Alex

| | |
|---|---|
| **From:** | Christopher Murray <cmurray@murraylegalpllc.com> |
| **Sent:** | Monday, January 8, 2024 11:42 AM |
| **To:** | Heskin, Shane; Laith Hamdan; Corey, Alex; Solares, Irma T.; Gould, Jason H.; Michelle Darcambal; Randy Soriano |
| **Cc:** | Pohlman, Daniel J.; Bein, Alex M.; Morris, Matthew J.; Jason DeJonker; Picon, David A.; steve@wellspc.com; Noah Weissman; Giardino, John; Tiffany Millioen; Zaineb Hamdan; Mark E. Shure; Wells, Stuart |
| **Subject:** | Re: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al) |

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

I do have authority to meet and confer about a subpoena for BMF.  I have availabilities for a call in the afternoon on the 15th, 16th, and 17th.



**cmurray@murraylegalpllc.com**

Tel: **1-516-260-7367**

170 Old Country Road Suite 608

Mineola, New York 11501

---

**From:** Heskin, Shane <heskins@whiteandwilliams.com>
**Date:** Monday, January 8, 2024 at 9:19 AM
**To:** Laith Hamdan <Laith.Hamdan@bclplaw.com>, Corey, Alex <Coreya@whiteandwilliams.com>, Solares, Irma T. <ISolares@carltonfields.com>, Gould, Jason H. <JGould@carltonfields.com>, Michelle Darcambal <mdarcambal@darcambal.com>, Randy Soriano <Randy.Soriano@bclplaw.com>, Christopher Murray <cmurray@murraylegalpllc.com>
**Cc:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>, Bein, Alex M. <ABein@carltonfields.com>, Morris, Matthew J. <MMorris@proskauer.com>, Jason DeJonker <jason.DeJonker@bclplaw.com>, Picon, David A. <DPicon@proskauer.com>, steve@wellspc.com <steve@wellspc.com>, Noah Weissman <Noah.Weissman@bclplaw.com>, Giardino, John <jgiardino@pryorcashman.com>, Tiffany Millioen <tmillioen@darcambal.com>, Zaineb Hamdan <zhamdan@darcambal.com>, Mark E. Shure <mshure@em3law.com>, Wells, Stuart <Wellss@whiteandwilliams.com>
**Subject:** Re: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

Laith, Steven and Chris,

When can you meet and confer as directed by the court?  I would also like to get in-person deposition dates for Lubin, Isaacov and Getter on the books.

Happy to do them in Florida if that is where all the witnesses are located.

Please advise.

-Shane

---

**From:** Laith Hamdan <Laith.Hamdan@bclplaw.com>
**Sent:** Wednesday, November 29, 2023 4:49 PM
**To:** Corey, Alex <Coreya@whiteandwilliams.com>; Solares, Irma T. <ISolares@carltonfields.com>; Gould, Jason H. <JGould@carltonfields.com>; Michelle Darcambal <mdarcambal@darcambal.com>; Heskin, Shane <heskins@whiteandwilliams.com>; Randy Soriano <Randy.Soriano@bclplaw.com>
**Cc:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Bein, Alex M. <ABein@carltonfields.com>; Morris, Matthew J. <MMorris@proskauer.com>; Jason DeJonker <jason.DeJonker@bclplaw.com>; Picon, David A. <DPicon@proskauer.com>; steve@wellspc.com <steve@wellspc.com>; Noah Weissman <Noah.Weissman@bclplaw.com>; Giardino, John <jgiardino@pryorcashman.com>; Tiffany Millioen <tmillioen@darcambal.com>; Zaineb Hamdan <zhamdan@darcambal.com>; Mark E. Shure <mshure@em3law.com>; Wells, Stuart <Wellss@whiteandwilliams.com>
**Subject:** RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Alex,

Attached please find Spin Capital's responses to the Leer Defendants' second set of document requests.



LAITH J. HAMDAN
Associate
BRYAN CAVE LEIGHTON PAISNER LLP - New York, NY USA
laith.hamdan@bclplaw.com
T: +1 212 541 2328

---

**From:** Corey, Alex <Coreya@whiteandwilliams.com>
**Sent:** Thursday, November 9, 2023 11:24 AM
**To:** Solares, Irma T. <ISolares@carltonfields.com>; Gould, Jason H. <JGould@carltonfields.com>; Michelle Darcambal <mdarcambal@darcambal.com>; Laith Hamdan <Laith.Hamdan@bclplaw.com>; Heskin, Shane <heskins@whiteandwilliams.com>; Randy Soriano <Randy.Soriano@bclplaw.com>
**Cc:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Bein, Alex M. <ABein@carltonfields.com>; Morris, Matthew J. <MMorris@proskauer.com>; Jason DeJonker <jason.DeJonker@bclplaw.com>; Picon, David A. <DPicon@proskauer.com>; steve@wellspc.com; Noah Weissman <Noah.Weissman@bclplaw.com>; Giardino, John <jgiardino@pryorcashman.com>; Tiffany Millioen <tmillioen@darcambal.com>; Zaineb Hamdan <zhamdan@darcambal.com>; Mark E. Shure <mshure@em3law.com>; Wells, Stuart <Wellss@whiteandwilliams.com>
**Subject:** RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

All,

Attached please find (1) the Leer Defendants' Second Request for Documents to Spin; and (2) a revised proposed stipulation extending all dates in the prior stipulation, NYSCEF Doc. No. 401, by an additional 60 days.

As you are all likely aware, when the parties recently entered into a discovery stipulation extending dates by approximately 30 days, the hearing on Spin's protective order motion on the Leer Defendants' deposition notice to Spin was set for October 31, 2023, which has since been adjourned to December 20, 2023 by the Court. Thus, the Leer Defendants ask that all parties consent to the attached new discovery and other applicable deadline stipulation extension so that we can keep the discovery deadline pushed out until after the court has finally ruled on the protective order regarding Spin's deposition.

Once we have all parties' consent to the stipulation, the Leer Defendants can handle the filing.

Sincerely,

Alex Corey


White and Williams LLP

Alex D. Corey
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6221 | Fax 215.789.7686
coreya@whiteandwilliams.com | whiteandwilliams.com

Confidentiality Notice: This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

-----Original Message-----
From: Solares, Irma T. <ISolares@carltonfields.com>
Sent: Tuesday, October 24, 2023 9:28 PM
To: Corey, Alex <Coreya@whiteandwilliams.com>; Gould, Jason H. <JGould@carltonfields.com>; Michelle Darcambal <mdarcambal@darcambal.com>; Laith Hamdan <Laith.Hamdan@bclplaw.com>; Heskin, Shane <heskins@whiteandwilliams.com>; Randy Soriano <Randy.Soriano@bclplaw.com>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Bein, Alex M. <ABein@carltonfields.com>; Morris, Matthew J. <MMorris@proskauer.com>; Jason DeJonker <jason.DeJonker@bclplaw.com>; Picon, David A. <DPicon@proskauer.com>; steve@wellspc.com; Noah Weissman <Noah.Weissman@bclplaw.com>; Giardino, John <jgiardino@pryorcashman.com>; Tiffany Millioen <tmillioen@darcambal.com>; Zaineb Hamdan <zhamdan@darcambal.com>; Mark E. Shure <mshure@em3law.com>; Wells, Stuart <Wellss@whiteandwilliams.com>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.


Zurich consents.

Irma T. Solares
Shareholder | Carlton Fields
2 MiamiCentral

700 NW 1st Avenue, Ste. 1200 | Miami, Florida 33136-4118
Direct: 305.347.6843 | Fax: 305.530.0055 ISolares@carltonfields.com

-----Original Message-----
From: Corey, Alex <Coreya@whiteandwilliams.com>
Sent: Tuesday, October 24, 2023 2:49 PM
To: Gould, Jason H. <JGould@carltonfields.com>; Michelle Darcambal <mdarcambal@darcambal.com>; Laith Hamdan <Laith.Hamdan@bclplaw.com>; Solares, Irma T. <ISolares@carltonfields.com>; Heskin, Shane <heskins@whiteandwilliams.com>; Randy Soriano <Randy.Soriano@bclplaw.com>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Bein, Alex M. <ABein@carltonfields.com>; Morris, Matthew J. <MMorris@proskauer.com>; Jason DeJonker <jason.DeJonker@bclplaw.com>; Picon, David A. <DPicon@proskauer.com>; steve@wellspc.com; Noah Weissman <Noah.Weissman@bclplaw.com>; Giardino, John <jgiardino@pryorcashman.com>; Tiffany Millioen <tmillioen@darcambal.com>; Zaineb Hamdan <zhamdan@darcambal.com>; Mark E. Shure <mshure@em3law.com>; Wells, Stuart <Wellss@whiteandwilliams.com>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

All,

Attached is a revised stipulation removing Accordia's signature block. I ask that all parties that have not responded let us know whether they consent to this stipulation.

Sincerely,

Alex Corey


White and Williams LLP

Alex D. Corey
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395 Direct 215.864.6221 | Fax 215.789.7686 coreya@whiteandwilliams.com | whiteandwilliams.com

Confidentiality Notice: This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

-----Original Message-----
From: Corey, Alex
Sent: Tuesday, October 24, 2023 1:34 PM
To: Gould, Jason H. <JGould@carltonfields.com>; Michelle Darcambal <mdarcambal@darcambal.com>; Laith Hamdan <Laith.Hamdan@bclplaw.com>; Solares, Irma T. <ISolares@carltonfields.com>; Heskin, Shane <heskins@whiteandwilliams.com>; Randy Soriano <Randy.Soriano@bclplaw.com>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Bein, Alex M. <ABein@carltonfields.com>; Morris, Matthew J. <MMorris@proskauer.com>; Jason DeJonker <jason.DeJonker@bclplaw.com>; Picon, David A. <DPicon@proskauer.com>; steve@wellspc.com; Noah Weissman <Noah.Weissman@bclplaw.com>; Giardino, John <jgiardino@pryorcashman.com>; Tiffany Millioen <tmillioen@darcambal.com>; Zaineb Hamdan <zhamdan@darcambal.com>; Mark E. Shure <mshure@em3law.com>; Wells, Stuart <Wellss@whiteandwilliams.com>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

Agreed. I'll circulate a revised version removing Accordia's signature block as that was unnecessary and simply a legacy from the prior stipulation that this draft was based on.


White and Williams LLP

Alex D. Corey
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395 Direct 215.864.6221 | Fax 215.789.7686 coreya@whiteandwilliams.com | whiteandwilliams.com

Confidentiality Notice: This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

-----Original Message-----
From: Gould, Jason H. <JGould@carltonfields.com>
Sent: Tuesday, October 24, 2023 1:16 PM
To: Corey, Alex <Coreya@whiteandwilliams.com>; Michelle Darcambal <mdarcambal@darcambal.com>; Laith Hamdan <Laith.Hamdan@bclplaw.com>; Solares, Irma T. <ISolares@carltonfields.com>; Heskin, Shane <heskins@whiteandwilliams.com>; Randy Soriano <Randy.Soriano@bclplaw.com>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Bein, Alex M. <ABein@carltonfields.com>; Morris, Matthew J. <MMorris@proskauer.com>; Jason DeJonker <jason.DeJonker@bclplaw.com>; Picon, David A. <DPicon@proskauer.com>; steve@wellspc.com; Noah Weissman <Noah.Weissman@bclplaw.com>; Giardino, John <jgiardino@pryorcashman.com>; Tiffany Millioen <tmillioen@darcambal.com>; Zaineb Hamdan <zhamdan@darcambal.com>; Mark E. Shure <mshure@em3law.com>; Wells, Stuart <Wellss@whiteandwilliams.com>; Sorn, Reth <Sornr@whiteandwilliams.com>; Cautilli, Arthur <Cautillia@whiteandwilliams.com>
Subject: Re: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.


I don't think Accordia needs to be on this since I filed the stip of discontinuance already. Jason
_____ Jason H Gould Attorney at Law | Carlton Fields
1025 Thomas Jefferson Street, NW
Suite 400 West | Washington, DC 20007-5208
Direct: 202.965.8182 | Fax: 202.965.8104 JGould@carltonfields.com

From: "Corey, Alex" <Coreya@whiteandwilliams.com>
Date: Tue, Oct 24, 2023, 1:09 PM
To: Michelle Darcambal <mdarcambal@darcambal.com>, Laith Hamdan <Laith.Hamdan@bclplaw.com>, "Solares, Irma T." <ISolares@carltonfields.com>, "Gould, Jason H." <JGould@carltonfields.com>, "Heskin, Shane" <heskins@whiteandwilliams.com>, Randy Soriano <Randy.Soriano@bclplaw.com>
CC: "Pohlman, Daniel J." <dpohlman@pryorcashman.com>, "Bein, Alex M." <ABein@carltonfields.com>, "Morris, Matthew J." <MMorris@proskauer.com>, Jason DeJonker <jason.DeJonker@bclplaw.com>, "Picon, David A." <DPicon@proskauer.com>, steve@wellspc.com, Noah Weissman <Noah.Weissman@bclplaw.com>, "Giardino, John" <jgiardino@pryorcashman.com>, Tiffany Millioen <tmillioen@darcambal.com>, Zaineb Hamdan

5

<zhamdan@darcambal.com>, "Mark E. Shure" <mshure@em3law.com>, "Wells, Stuart"
<Wellss@whiteandwilliams.com>, "Sorn, Reth" <Sornr@whiteandwilliams.com>, "Cautilli, Arthur"
<Cautillia@whiteandwilliams.com>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)


Thank you Brighthouse.


[cid:image001.png@01DA067B.40154210]
Alex D. Corey
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395 Direct 215.864.6221 | Fax
215.789.7686 coreya@whiteandwilliams.com<mailto:coreya@whiteandwilliams.com> |
whiteandwilliams.com<http://www.whiteandwilliams.com/>
Confidentiality Notice: This e-mail message and any documents accompanying this e-mail transmission contain
information from the law firm of White and Williams LLP which is privileged and confidential attorney-client
communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any
disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents
of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to
the sender advising of the error in transmission and delete the message and any accompanying documents from your
system immediately. Thank you.

From: Michelle Darcambal <mdarcambal@darcambal.com>
Sent: Tuesday, October 24, 2023 11:40 AM
To: Corey, Alex <Coreya@whiteandwilliams.com>; Laith Hamdan <Laith.Hamdan@bclplaw.com>; Solares, Irma T.
<ISolares@carltonfields.com>; Gould, Jason H. <JGould@carltonfields.com>; Heskin, Shane
<heskins@whiteandwilliams.com>; Randy Soriano <Randy.Soriano@bclplaw.com>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Bein, Alex M. <ABein@carltonfields.com>; Morris, Matthew J.
<MMorris@proskauer.com>; Jason DeJonker <jason.DeJonker@bclplaw.com>; Picon, David A.
<DPicon@proskauer.com>; steve@wellspc.com; Noah Weissman <Noah.Weissman@bclplaw.com>; Giardino, John
<jgiardino@pryorcashman.com>; Tiffany Millioen <tmillioen@darcambal.com>; Zaineb Hamdan
<zhamdan@darcambal.com>; Mark E. Shure <mshure@em3law.com>; Wells, Stuart <Wellss@whiteandwilliams.com>;
Sorn, Reth <Sornr@whiteandwilliams.com>; Cautilli, Arthur <Cautillia@whiteandwilliams.com>
Subject: Re: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or
responding to requests for information.
Fine with Brighthouse.

Michelle d'Arcambal
d'Arcambal Ousley & Cuyler Burk LLP
40 Fulton Street, Suite 1501
New York, NY 10038
(212) 971-3175
_____
From: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>
Sent: Tuesday, October 24, 2023 11:29:13 AM
To: Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>; Solares, Irma T.
<ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; Gould, Jason H.
<JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Michelle Darcambal
<mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Heskin, Shane
<heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano
<Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>

Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Bein, Alex M. <ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J. <MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Jason DeJonker <jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A. <DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; steve@wellspc.com<mailto:steve@wellspc.com> <steve@wellspc.com<mailto:steve@wellspc.com>>; Noah Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John <jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen <tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan <zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure <mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart <Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Sorn, Reth <Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur <Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)


Counsel for all parties,


Following up on the attached and below seeking your consent to enter into the attached stipulation extending all existing dates by approximately 30 days.


Sincerely,


Alex Corey


[cid:image001.png@01DA067B.40154210]

Alex D. Corey
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395 Direct 215.864.6221 | Fax 215.789.7686 coreya@whiteandwilliams.com<mailto:coreya@whiteandwilliams.com> | whiteandwilliams.com<https://linkprotect.cudasvc.com/url?a=http%3a%2f%2fwww.whiteandwilliams.com%2f&c=E,1,Q LdWhXYWI-Hehn18YroShgDPZgoweDPsPEuz2b95sEm8sPuK5Oe0JHi_KQFK-NeS7ML2ZthFcwtHsRkpjFIMWFziibCMXbAD3PKERKkUIy426-HHFc2aQjEn&typo=1>

Confidentiality Notice: This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

From: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>
Sent: Monday, October 23, 2023 5:24 PM
To: Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>; Solares, Irma T.
<ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; Gould, Jason H.
<JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Michelle Darcambal
<mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Heskin, Shane
<heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano
<Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Bein, Alex M.
<ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J.
<MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Jason DeJonker
<jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A.
<DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; steve@wellspc.com<mailto:steve@wellspc.com>; Noah
Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John
<jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen
<tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan
<zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure
<mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart
<Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Sorn, Reth
<Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur
<Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)


Counsel for all parties,


In light of the fact that the hearing on Spin's motion for a protective order that pertains to the deposition of Spin has been moved to October 31, 2023, the same date as the current deadline for fact discovery, Spin and the Leer Defendants are proposing the attached revised discovery stipulation that generally extends all dates from the prior and active schedule by 30-days. Please let us know whether we have your various clients' consent to sign on your behalf and file.


Sincerely,


Alex Corey

[cid:image001.png@01DA067B.40154210]

Alex D. Corey
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395 Direct 215.864.6221 | Fax
215.789.7686 coreya@whiteandwilliams.com<mailto:coreya@whiteandwilliams.com> |
whiteandwilliams.com<https://linkprotect.cudasvc.com/url?a=http%3a%2f%2fwww.whiteandwilliams.com%2f&c=E,1,y
NqMUf_7PAdpQGq4sZ8-NbgBSS0mMw0-
3MKWZhY7Y6RURQQuPHKAN3CeM4I4Rczb0GeblmwHXiakoPkLdeWmHPymKxTOxngOdkA9t6jVqn38aw,,&typo=1>

Confidentiality Notice: This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

From: Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>
Sent: Thursday, September 14, 2023 9:29 AM
To: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>; Solares, Irma T. <ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; Gould, Jason H. <JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Michelle Darcambal <mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Heskin, Shane <heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano <Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Bein, Alex M. <ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J. <MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Jason DeJonker <jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A. <DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; steve@wellspc.com<mailto:steve@wellspc.com>; Noah Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John <jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen <tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan <zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure <mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart <Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Fred Stevens <FStevens@klestadt.com<mailto:FStevens@klestadt.com>>; Sorn, Reth <Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur <Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

All,

The Leer Defendants called my attention to a typo in paragraph 8, which incorrectly extended the dispositive motion deadline to March 15 "2023" rather than "2024." Attached is a corrected version of the stipulation.

So far, I received confirmation of consent to refile from the Leer Defendants and CapFactor.

9

[Image removed by sender. Bryan Cave Leighton Paisner Logo]

LAITH J. HAMDAN
Associate
BRYAN CAVE LEIGHTON PAISNER LLP - New York, NY USA
laith.hamdan@bclplaw.com<mailto:laith.hamdan@bclplaw.com>
T: +1 212 541 2328

From: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>
Sent: Wednesday, September 13, 2023 5:39 PM
To: Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>; Solares, Irma T.
<ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; Gould, Jason H.
<JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Michelle Darcambal
<mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Heskin, Shane
<heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano
<Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Bein, Alex M.
<ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J.
<MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Jason DeJonker
<jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A.
<DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; steve@wellspc.com<mailto:steve@wellspc.com>>; Noah
Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John
<jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen
<tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan
<zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure
<mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart
<Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Fred Stevens
<FStevens@klestadt.com<mailto:FStevens@klestadt.com>>; Sorn, Reth
<Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur
<Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

Ok. The Leer Defendants consent.

[cid:image001.png@01DA067B.40154210]

Alex D. Corey

10

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395 Direct 215.864.6221 | Fax 215.789.7686 coreya@whiteandwilliams.com<mailto:coreya@whiteandwilliams.com> | whiteandwilliams.com<https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fprotect-eu.mimecast.com%2fs%2f2j9tCMQzKSqqxZv1Uwdobq%2f&c=E,1,M9A0kIqgkQ7Rl22UgUbPAg8SS0A0tyXi5qnOZZHKQ6V7MF-6CTT9pEuLzbU1dZbvzal4VVDnBavqoqWCs5Mums5uuvkRlz0NLXL2sUdWaAFuXA,,&typo=1>

Confidentiality Notice: This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

From: Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>
Sent: Wednesday, September 13, 2023 5:31 PM
To: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>; Solares, Irma T. <ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; Gould, Jason H. <JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Michelle Darcambal <mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Heskin, Shane <heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano <Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Bein, Alex M. <ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J. <MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Jason DeJonker <jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A. <DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; steve@wellspc.com<mailto:steve@wellspc.com>>; Noah Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John <jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen <tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan <zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure <mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart <Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Fred Stevens <FStevens@klestadt.com<mailto:FStevens@klestadt.com>>; Sorn, Reth <Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur <Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Alex,

They only change was to CapFactor's deadline to serve its interrogatory (on 9/8) and and Spin's response date (9/19).

The other terms are all the same.

[Image removed by sender. Bryan Cave Leighton Paisner Logo]

LAITH J. HAMDAN
Associate
BRYAN CAVE LEIGHTON PAISNER LLP - New York, NY USA
laith.hamdan@bclplaw.com<mailto:laith.hamdan@bclplaw.com>
T: +1 212 541 2328

From: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>
Sent: Wednesday, September 13, 2023 5:28 PM
To: Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>; Solares, Irma T. <ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; Gould, Jason H. <JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Michelle Darcambal <mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Heskin, Shane <heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano <Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Bein, Alex M. <ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J. <MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Jason DeJonker <jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A. <DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; steve@wellspc.com<mailto:steve@wellspc.com>; Noah Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John <jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen <tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan <zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure <mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart <Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Fred Stevens <FStevens@klestadt.com<mailto:FStevens@klestadt.com>>; Sorn, Reth <Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur <Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

Laith,

What changes were made? Can you specifically identify the changes?

[cid:image001.png@01DA067B.40154210]

Alex D. Corey

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395 Direct 215.864.6221 | Fax 215.789.7686 coreya@whiteandwilliams.com<mailto:coreya@whiteandwilliams.com> | whiteandwilliams.com<https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fprotect-eu.mimecast.com%2fs%2fa2T4CN9AKs00VBw8s4Qxer%2f&c=E,1,Rb-JcbDwZFek2r0unQ0ZM2kFoIo6oJpdeXJoKOiENCANgzQ9tj4fkeO2mweaqZVjJJ5jfgMKWwvnPXfayKMK2HyNKT2UD4U1TCew2F35f7AtY1EhnfB0xS1jRB8,&typo=1>

Confidentiality Notice: This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

From: Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>
Sent: Wednesday, September 13, 2023 4:58 PM
To: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>; Solares, Irma T. <ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; Gould, Jason H. <JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Michelle Darcambal <mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Heskin, Shane <heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano <Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Bein, Alex M. <ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J. <MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Jason DeJonker <jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A. <DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; steve@wellspc.com<mailto:steve@wellspc.com>>; Noah Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John <jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen <tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan <zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure <mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart <Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Fred Stevens <FStevens@klestadt.com<mailto:FStevens@klestadt.com>>; Sorn, Reth <Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur <Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

13

All,

We were instructed to refile our discovery extension application as a stipulation. Please see the attached stipulation, which includes substantially the same provisions as the letter application to which all have previously agreed. Please confirm at your earliest convenience that I may have this stipulation efiled with your electronic signature.

Thank you,

[Image removed by sender. Bryan Cave Leighton Paisner Logo]

LAITH J. HAMDAN
Associate
BRYAN CAVE LEIGHTON PAISNER LLP - New York, NY USA
laith.hamdan@bclplaw.com<mailto:laith.hamdan@bclplaw.com>
T: +1 212 541 2328

From: Laith Hamdan
Sent: Wednesday, August 30, 2023 8:13 PM
To: 'Corey, Alex' <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>; Solares, Irma T. <ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; Gould, Jason H. <JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Michelle Darcambal <mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Heskin, Shane <heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano <Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Bein, Alex M. <ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J. <MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Jason DeJonker <jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A. <DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; steve@wellspc.com<mailto:steve@wellspc.com>; Noah Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John <jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen <tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan <zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure <mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart <Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Fred Stevens <FStevens@klestadt.com<mailto:FStevens@klestadt.com>>; Sorn, Reth <Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur <Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

Thank you all for your prompt responses.


Attached is a slightly revised application reflecting that all parties have consented to the extension. The attached also reflects Spin Capital's agreement, at CapFactor's request, to respond to an interrogatory request on or before 9/15.


I will have the attached finalized and submitted to the Court tomorrow.


[Image removed by sender. Bryan Cave Leighton Paisner Logo]


LAITH J. HAMDAN
Associate
BRYAN CAVE LEIGHTON PAISNER LLP - New York, NY USA
laith.hamdan@bclplaw.com<mailto:laith.hamdan@bclplaw.com>
T: +1 212 541 2328


From: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>
Sent: Wednesday, August 30, 2023 4:59 PM
To: Solares, Irma T. <ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; Gould, Jason H. <JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Michelle Darcambal <mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>; Heskin, Shane <heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano <Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Bein, Alex M. <ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J. <MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Jason DeJonker <jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A. <DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; steve@wellspc.com<mailto:steve@wellspc.com>; Noah Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John <jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen <tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan <zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure <mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart <Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Fred Stevens <FStevens@klestadt.com<mailto:FStevens@klestadt.com>>; Sorn, Reth <Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur <Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>

Subject: Re: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

Leer Defendants agree.

_____

From: Solares, Irma T. <ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>
Sent: Wednesday, August 30, 2023 4:55:51 PM
To: Gould, Jason H. <JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Michelle Darcambal <mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>; Heskin, Shane <heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano <Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>; Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Bein, Alex M. <ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J. <MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Jason DeJonker <jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A. <DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; steve@wellspc.com<mailto:steve@wellspc.com> <steve@wellspc.com<mailto:steve@wellspc.com>>; Noah Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John <jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen <tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan <zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure <mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart <Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Fred Stevens <FStevens@klestadt.com<mailto:FStevens@klestadt.com>>; Sorn, Reth <Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur <Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

No objection from Zurich.

Irma T. Solares
Shareholder | Carlton Fields
2 MiamiCentral
700 NW 1st Avenue, Ste. 1200 | Miami, Florida 33136-4118
Direct: 305.347.6843 | Fax: 305.530.0055 ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>

From: Gould, Jason H. <JGould@carltonfields.com<mailto:JGould@carltonfields.com>>

16

Sent: Wednesday, August 30, 2023 4:24 PM
To: Michelle Darcambal <mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>; Heskin, Shane <heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano <Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>; Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Bein, Alex M. <ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J. <MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Jason DeJonker <jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A. <DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; Solares, Irma T. <ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; steve@wellspc.com<mailto:steve@wellspc.com>; Noah Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John <jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen <tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan <zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure <mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart <Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Fred Stevens <FStevens@klestadt.com<mailto:FStevens@klestadt.com>>; Sorn, Reth <Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur <Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: Re: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)


No objection from Accordia. Jason


_____


Jason H Gould
Attorney at Law | Carlton Fields
1025 Thomas Jefferson Street, NW
Suite 400 West | Washington, DC 20007-5208
Direct: 202.965.8182 | Fax: 202.965.8104 JGould@carltonfields.com<mailto:JGould@carltonfields.com>

From: Michelle Darcambal <mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>
Date: Wed, Aug 30, 2023, 4:13 PM
To: Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>, "Heskin, Shane" <heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>, Randy Soriano <Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
CC: "Corey, Alex" <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>, "Pohlman, Daniel J." <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>, "Bein, Alex M." <ABein@carltonfields.com<mailto:ABein@carltonfields.com>>, "Morris, Matthew J." <MMorris@proskauer.com<mailto:MMorris@proskauer.com>>, "Gould, Jason H." <JGould@carltonfields.com<mailto:JGould@carltonfields.com>>, Jason DeJonker <jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>, "Picon, David A." <DPicon@proskauer.com<mailto:DPicon@proskauer.com>>, "Solares, Irma T." <ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>, steve@wellspc.com<mailto:steve@wellspc.com>, Noah Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>, "Giardino, John" <jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>, Tiffany Millioen <tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>, Zaineb Hamdan <zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>, "Mark E. Shure"

17

<mshure@em3law.com<mailto:mshure@em3law.com>>, "Wells, Stuart"
<Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>, Fred Stevens
<FStevens@klestadt.com<mailto:FStevens@klestadt.com>>, "Sorn, Reth"
<Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>, "Cautilli, Arthur"
<Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: Re: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

Brighthouse agrees.

Michelle d'Arcambal

d'Arcambal Ousley & Cuyler Burk LLP

40 Fulton Street, Suite 1501

New York, NY 10038

(212) 971-3175

_____

From: Laith Hamdan <Laith.Hamdan@bclplaw.com<mailto:Laith.Hamdan@bclplaw.com>>
Sent: Wednesday, August 30, 2023 4:08:24 PM
To: Heskin, Shane <heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano
<Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>; Pohlman, Daniel J.
<dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Michelle Darcambal
<mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Bein, Alex M.
<ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J.
<MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Gould, Jason H.
<JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Jason DeJonker
<jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A.
<DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; Solares, Irma T.
<ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; steve@wellspc.com<mailto:steve@wellspc.com>
<steve@wellspc.com<mailto:steve@wellspc.com>>; Noah Weissman
<Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John
<jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen
<tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan
<zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure
<mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart
<Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Fred Stevens
<FStevens@klestadt.com<mailto:FStevens@klestadt.com>>; Sorn, Reth
<Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur
<Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: RE: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

All,


Please find attached a draft application for an extension of the fact and expert discovery deadlines in this case. Because our current deadline to complete fact discovery is tomorrow, we intend to file this application by 10 ET tomorrow morning. Please let me know if you have any comments or objections to the proposed extensions.


Thank you,


[Image removed by sender. Bryan Cave Leighton Paisner Logo]


LAITH J. HAMDAN
Associate
BRYAN CAVE LEIGHTON PAISNER LLP - New York, NY USA
laith.hamdan@bclplaw.com<mailto:laith.hamdan@bclplaw.com>
T: +1 212 541 2328


From: Laith Hamdan
Sent: Wednesday, August 30, 2023 1:45 PM
To: 'Heskin, Shane' <heskins@whiteandwilliams.com<mailto:heskins@whiteandwilliams.com>>; Randy Soriano <Randy.Soriano@bclplaw.com<mailto:Randy.Soriano@bclplaw.com>>
Cc: Corey, Alex <Coreya@whiteandwilliams.com<mailto:Coreya@whiteandwilliams.com>>; Pohlman, Daniel J. <dpohlman@pryorcashman.com<mailto:dpohlman@pryorcashman.com>>; Michelle Darcambal <mdarcambal@darcambal.com<mailto:mdarcambal@darcambal.com>>; Bein, Alex M. <ABein@carltonfields.com<mailto:ABein@carltonfields.com>>; Morris, Matthew J. <MMorris@proskauer.com<mailto:MMorris@proskauer.com>>; Gould, Jason H. <JGould@carltonfields.com<mailto:JGould@carltonfields.com>>; Jason DeJonker <jason.DeJonker@bclplaw.com<mailto:jason.DeJonker@bclplaw.com>>; Picon, David A. <DPicon@proskauer.com<mailto:DPicon@proskauer.com>>; Solares, Irma T. <ISolares@carltonfields.com<mailto:ISolares@carltonfields.com>>; steve@wellspc.com<mailto:steve@wellspc.com>; Noah Weissman <Noah.Weissman@bclplaw.com<mailto:Noah.Weissman@bclplaw.com>>; Giardino, John <jgiardino@pryorcashman.com<mailto:jgiardino@pryorcashman.com>>; Tiffany Millioen <tmillioen@darcambal.com<mailto:tmillioen@darcambal.com>>; Zaineb Hamdan <zhamdan@darcambal.com<mailto:zhamdan@darcambal.com>>; Mark E. Shure <mshure@em3law.com<mailto:mshure@em3law.com>>; Wells, Stuart <Wellss@whiteandwilliams.com<mailto:Wellss@whiteandwilliams.com>>; Fred Stevens <FStevens@klestadt.com<mailto:FStevens@klestadt.com>>; Sorn, Reth <Sornr@whiteandwilliams.com<mailto:Sornr@whiteandwilliams.com>>; Cautilli, Arthur <Cautillia@whiteandwilliams.com<mailto:Cautillia@whiteandwilliams.com>>
Subject: 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

All,

Please note that Mr. Herlean's deposition tomorrow will be adjourned. I will circulate an updated deposition notice once a new date has been scheduled.

[Image removed by sender. Bryan Cave Leighton Paisner Logo]

LAITH J. HAMDAN
Associate
BRYAN CAVE LEIGHTON PAISNER LLP - New York, NY USA
laith.hamdan@bclplaw.com<mailto:laith.hamdan@bclplaw.com>
T: +1 212 541 2328

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at
www.bclplaw.com<https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fwww.bclplaw.com&c=E,1,268cdJemPaHbaaLxkiRzZhmpr4Oa3fZfGyHObhSOpoey7tL6eF9K4PE02BzGSJgtPrD5etG7fJ2bv8GDEo9ap4BoY2Tu2o3igTjfP7s3g0L_U6BOVw,,&typo=1&ancr_add=1>

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at
www.bclplaw.com<https://linkprotect.cudasvc.com/url?a=http%3a%2f%2fwww.bclplaw.com&c=E,1,1lrv1sr3tNgIUjOk0dEI_OEEf8jqIWPeJ-WAnBGQ8RLg7yK7WOqev_1bwiA0GP3U6obHr_XAQYneLj0WcDKbsZRQpKf-s6nU6BFpXhISMpPjsHzcgg,,&typo=1>.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at
www.bclplaw.com<https://linkprotect.cudasvc.com/url?a=http%3a%2f%2fwww.bclplaw.com&c=E,1,o66_OzYOWColgh Q5-l7K19qije6090gO89k6Xx4g-Y_gjj5hFOEruG0_XQ-dY22L5v7PVAZyQYpVD6UJGYObFeHVNra2lNEBYDSz973DFQ,,&typo=1>.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at
www.bclplaw.com<https://linkprotect.cudasvc.com/url?a=http%3a%2f%2fwww.bclplaw.com&c=E,1,lhu2N1vhQmdUan o_taqKrKwpXLycfXp2m2HqzUHKlm58AYUy3FVrfFa1_hOlEewRMAAQz6OPG8UGtRR7utaKaQ9MB82NQIs0pj0Vdtn8U7Grc xgVGZeLWfKpaw8,&typo=1>.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.