# EXHIBIT 14

## Corey, Alex

| | |
|---|---|
| **From:** | Christopher Murray <cmurray@murraylegalpllc.com> |
| **Sent:** | Thursday, March 14, 2024 10:58 AM |
| **To:** | Corey, Alex |
| **Subject:** | Re: Spin Discovery |

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Alex,

There are no court orders requiring BMF to turn over documents.  The subpoena was ultimately quashed against BMF.  One of the other non-parties did not move to quash and I believe you're entitled to documents from that other non-party.



**cmurray@murraylegalpllc.com**

Tel: **1-516-260-7367**

170 Old Country Road Suite 608

Mineola, New York 11501

---

**From:** Corey, Alex <Coreya@whiteandwilliams.com>
**Date:** Thursday, March 14, 2024 at 10:52 AM
**To:** Christopher Murray <cmurray@murraylegalpllc.com>, Mark E. Shure <mshure@em3law.com>, Heskin, Shane <heskins@whiteandwilliams.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>, ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>, david@almeidalawgroup.com <david@almeidalawgroup.com>, steve@wellspc.com <steve@wellspc.com>, Wells, Stuart <Wellss@whiteandwilliams.com>, David A. Picon <DPicon@proskauer.com>
**Subject:** RE: Spin Discovery

I agree, but there are court orders requiring BMF to turn over documents to the Leer Defendants, no?  So please consider this a joint notice correspondence to the parties and non-parties that have yet to comply with those court orders.

I will note that notwithstanding the many discovery related motions filed by all sides during the last round, Spin never filed any motion to compel the documents it is now using as an excuse to hold up producing documents to the Leer Defendants that are actually the subject of Court orders.  In no way, shape, or form, should Spin be using this settled discovery issue as a basis to delay complying with court orders and providing the Leer Defendants with the requested discovery.



**Alex D. Corey**
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6221 | Fax 215.789.7686
coreya@whiteandwilliams.com | whiteandwilliams.com

**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

**From:** Christopher Murray <cmurray@murraylegalpllc.com>
**Sent:** Thursday, March 14, 2024 10:49 AM
**To:** Corey, Alex <Coreya@whiteandwilliams.com>; Mark E. Shure <mshure@em3law.com>; Heskin, Shane <heskins@whiteandwilliams.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>; ddyer@dyerlawfirm.com; david@almeidalawgroup.com; steve@wellspc.com; Wells, Stuart <Wellss@whiteandwilliams.com>; David A. Picon <DPicon@proskauer.com>
**Subject:** Re: Spin Discovery

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

BMF isn't a party to the action.  I don't need to be on tons of correspondence between the parties regarding their various disputes.



**cmurray@murraylegalpllc.com**

Tel: **1-516-260-7367**

170 Old Country Road Suite 608

Mineola, New York 11501

**From:** Corey, Alex <Coreya@whiteandwilliams.com>
**Date:** Thursday, March 14, 2024 at 10:45 AM
**To:** Christopher Murray <cmurray@murraylegalpllc.com>, Mark E. Shure <mshure@em3law.com>, Heskin, Shane <heskins@whiteandwilliams.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>, ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>, david@almeidalawgroup.com <david@almeidalawgroup.com>, steve@wellspc.com <steve@wellspc.com>, Wells, Stuart <Wellss@whiteandwilliams.com>, David A. Picon <DPicon@proskauer.com>
**Subject:** RE: Spin Discovery

Don't you represent BMF?



**Alex D. Corey**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6221 | Fax 215.789.7686
coreya@whiteandwilliams.com | whiteandwilliams.com

**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

---

**From:** Christopher Murray <cmurray@murraylegalpllc.com>
**Sent:** Thursday, March 14, 2024 10:45 AM
**To:** Corey, Alex <Coreya@whiteandwilliams.com>; Mark E. Shure <mshure@em3law.com>; Heskin, Shane <heskins@whiteandwilliams.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>; ddyer@dyerlawfirm.com; david@almeidalawgroup.com; steve@wellspc.com; Wells, Stuart <Wellss@whiteandwilliams.com>; David A. Picon <DPicon@proskauer.com>
**Subject:** Re: Spin Discovery

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

I don't think I need to be on these e-mails. I don't represent a party to this case.



**cmurray@murraylegalpllc.com**

Tel: **1-516-260-7367**

170 Old Country Road Suite 608

Mineola, New York 11501

---

**From:** Corey, Alex <Coreya@whiteandwilliams.com>
**Date:** Thursday, March 14, 2024 at 10:36 AM
**To:** Mark E. Shure <mshure@em3law.com>, Heskin, Shane <heskins@whiteandwilliams.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>, ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>, david@almeidalawgroup.com <david@almeidalawgroup.com>, steve@wellspc.com <steve@wellspc.com>, Wells, Stuart <Wellss@whiteandwilliams.com>, Christopher Murray <cmurray@murraylegalpllc.com>, David A. Picon <DPicon@proskauer.com>
**Subject:** RE: Spin Discovery

Mark,

Per our attached objects and meet and confer notes, the only productions outstanding is the Cap Factor documents in question.  There is nothing for the Leer Defendants to produce.  I suggest all parties that have documents due to the Leer Defendants produce them immediately and to the extent Spin has not gotten the documents it needs from Cap Factor it takes that issue up with its counsel.  I will note Spin raised no objection to the meet and confer notes I circulated.

Sincerely,

Alex Corey



**Alex D. Corey**
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6221 | Fax 215.789.7686
coreya@whiteandwilliams.com | whiteandwilliams.com
**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

---

**From:** Mark E. Shure <mshure@em3law.com>
**Sent:** Thursday, March 14, 2024 10:29 AM
**To:** Heskin, Shane <heskins@whiteandwilliams.com>; Corey, Alex <Coreya@whiteandwilliams.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>; ddyer@dyerlawfirm.com; david@almeidalawgroup.com; steve@wellspc.com; Wells, Stuart <Wellss@whiteandwilliams.com>; Christopher Murray <cmurray@murraylegalpllc.com>; David A. Picon <DPicon@proskauer.com>
**Subject:** Re: Spin Discovery

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Shane:

We have documents prepared, but we would like to exchange the supplemental production with you and Capfactor.  Let me know when those documents be available. If we need to discuss, I am available today and tomorrow.

Thank you.

MARK E. SHURE
**Partner**

mshure@em3law.com
O: (312) 238-9200
M: (708) 528-6949

Suite 4500
77 W. Wacker Drive
Chicago, IL 60601

ATLANTA | CHICAGO | DALLAS

FORT LAUDERDALE | NEW YORK

**\*Admitted in State X and State X Only**

---

**EM3 is certified as a Minority Business Enterprise by the National Minority Supplier Development Council (NMSDC) and a member of the National Association of Minority and Women Owned Law Firms (NAMWOLF).**

*CONFIDENTIALITY NOTICE:* **This email transmission may be: (1) subject to attorney-client privilege, (2) attorney work product, or (3) otherwise strictly confidential.** If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone and destroy the original transmission and its attachments without reading or saving them in any manner.

---

**From:** Heskin, Shane <heskins@whiteandwilliams.com>
**Sent:** Thursday, March 7, 2024 2:31 PM
**To:** Mark E. Shure <mshure@em3law.com>; Corey, Alex <Coreya@whiteandwilliams.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>; ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; steve@wellspc.com <steve@wellspc.com>; Wells, Stuart <Wellss@whiteandwilliams.com>; Christopher Murray <cmurray@murraylegalpllc.com>; David A. Picon <DPicon@proskauer.com>
**Subject:** Re: Spin Discovery

We agreed to a compromise where Cap Factor was going to provide the information.

But happy to discuss.  Safe travels.

---

**From:** Mark E. Shure <mshure@em3law.com>
**Sent:** Thursday, March 7, 2024 3:29:31 PM
**To:** Corey, Alex <Coreya@whiteandwilliams.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>; Heskin, Shane <heskins@whiteandwilliams.com>; ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; steve@wellspc.com <steve@wellspc.com>; Wells, Stuart <Wellss@whiteandwilliams.com>; Christopher Murray <cmurray@murraylegalpllc.com>; David A. Picon <DPicon@proskauer.com>
**Subject:** Re: Spin Discovery

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Alex

I am out of town on depositions. I will respond next week. If you relook at the email correspondence, your client was obligated to produce all bank records regarding funds received from and paid to Capfactor. I will follow up next week and we can set a schedule.


MARK E. Shure
**Partner**

5

Mshure@em3law.com                77 W. Wacker Drive
                                 Suite 4500
M: (708) 528-6949                Chicago, IL 60601

ATLANTA | CHICAGO | DALLAS | FORT LAUDERDALE | NEW YORK

**EM3 is certified as a Minority Business Enterprise by the National Minority Supplier Development Council (NMSDC) and a member of the National Association of Minority and Women Owned Law Firms (NAMWOLF).**

*CONFIDENTIALITY NOTICE:* **This email transmission may be: (1) subject to attorney-client privilege, (2) attorney work product, or (3) otherwise strictly confidential.** If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, or by telephone and destroy the original transmission and its attachments without reading or saving it in any manner.

On Mar 7, 2024, at 2:23 PM, Corey, Alex <Coreya@whiteandwilliams.com> wrote:

Jason,

Adding in counsel for BMF too as they have outstanding discovery as well.  Mr. Murray – please also advise as to BMF's document production status and availability for a deposition.

We do ask that if any party has documents that are ready to be produced, they be done so immediately.  We can discuss whatever concerns you have with our production once they've been identified.

Sincerely,

Alex Corey



**Alex D. Corey**
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6221 | Fax 215.789.7686
coreya@whiteandwilliams.com | whiteandwilliams.com
**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

---

**From:** DeJonker, Jason J <JDeJonker@seyfarth.com>
**Sent:** Thursday, March 7, 2024 2:18 PM
**To:** Heskin, Shane <heskins@whiteandwilliams.com>; Corey, Alex <Coreya@whiteandwilliams.com>
**Cc:** ddyer@dyerlawfirm.com; david@almeidalawgroup.com; mshure@em3law.com; steve@wellspc.com; Wells, Stuart <Wellss@whiteandwilliams.com>
**Subject:** RE: Spin Discovery

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Mark will follow-up.  Thx.

**Jason J DeJonker** | Partner | Seyfarth Shaw LLP
Chair, Restructuring & Insolvency Practice
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5220 | Mobile: +1-312-560-3116 | Fax: +1-312-460-7313
JDeJonker@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Heskin, Shane <heskins@whiteandwilliams.com>
**Sent:** Thursday, March 7, 2024 1:15 PM
**To:** DeJonker, Jason J <JDeJonker@seyfarth.com>; Corey, Alex <Coreya@whiteandwilliams.com>

**Cc:** ddyer@dyerlawfirm.com; david@almeidalawgroup.com; mshure@em3law.com; steve@wellspc.com; Wells, Stuart <Wellss@whiteandwilliams.com>
**Subject:** Re: Spin Discovery

What remaining documents?

---

**From:** DeJonker, Jason J <JDeJonker@seyfarth.com>
**Sent:** Thursday, March 7, 2024 1:55:46 PM
**To:** Corey, Alex <Coreya@whiteandwilliams.com>; Heskin, Shane <heskins@whiteandwilliams.com>
**Cc:** ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; mshure@em3law.com <mshure@em3law.com>; steve@wellspc.com <steve@wellspc.com>; Wells, Stuart <Wellss@whiteandwilliams.com>
**Subject:** RE: Spin Discovery

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Mark will follow-up but we're ready to produce.  When is your client going to produce the remaining docs?

**Jason J DeJonker** | Partner | Seyfarth Shaw LLP
Chair, Restructuring & Insolvency Practice
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5220 | Mobile: +1-312-560-3116 | Fax: +1-312-460-7313
JDeJonker@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Corey, Alex <Coreya@whiteandwilliams.com>
**Sent:** Thursday, March 7, 2024 11:20 AM
**To:** DeJonker, Jason J <JDeJonker@seyfarth.com>; Heskin, Shane <heskins@whiteandwilliams.com>
**Cc:** ddyer@dyerlawfirm.com; david@almeidalawgroup.com; mshure@em3law.com; steve@wellspc.com; Wells, Stuart <Wellss@whiteandwilliams.com>
**Subject:** Spin Discovery

Hijacking this chain to address an increasingly urgent issue.

Counsel for Spin and BMF – when will you complete the document production as contemplated by the Court and please provide dates for the deposition of Spin.  We need to move the state action forward.

Sincerely,

Alex Corey




**Alex D. Corey**
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6221 | Fax 215.789.7686
coreya@whiteandwilliams.com | whiteandwilliams.com [whiteandwilliams.com]
**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

---

**From:** DeJonker, Jason J <JDeJonker@seyfarth.com>
**Sent:** Thursday, March 7, 2024 10:48 AM
**To:** Heskin, Shane <heskins@whiteandwilliams.com>; Fred Stevens <FStevens@Klestadt.com>; Giardino, John <jgiardino@pryorcashman.com>
**Cc:** chief@pmlevinelaw.com; Corey, Alex <Coreya@whiteandwilliams.com>; ddyer@dyerlawfirm.com; david@almeidalawgroup.com; mshure@em3law.com; steve@wellspc.com; Pohlman, Daniel J. <DPohlman@PRYORCASHMAN.com>; Wells, Stuart <Wellss@whiteandwilliams.com>
**Subject:** RE: Brighthouse/Spin Capital Interpleader - Extension of Briefing Schedule

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

I am good with the funds going to M&T.  We all win with interest.


**Jason J DeJonker** | Partner | Seyfarth Shaw LLP
Chair, Restructuring & Insolvency Practice
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5220 | Mobile: +1-312-560-3116 | Fax: +1-312-460-7313
JDeJonker@seyfarth.com | http://www.seyfarth.com



CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Heskin, Shane <heskins@whiteandwilliams.com>
**Sent:** Thursday, March 7, 2024 9:46 AM
**To:** Fred Stevens <FStevens@Klestadt.com>; Giardino, John <jgiardino@pryorcashman.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>; chief@pmlevinelaw.com; Corey, Alex <Coreya@whiteandwilliams.com>; ddyer@dyerlawfirm.com; david@almeidalawgroup.com; mshure@em3law.com; steve@wellspc.com; Pohlman, Daniel J. <DPohlman@PRYORCASHMAN.com>; Wells, Stuart <Wellss@whiteandwilliams.com>
**Subject:** RE: Brighthouse/Spin Capital Interpleader - Extension of Briefing Schedule

Fred,

My client agreed to put the funds into the Receiver on the condition that it be put into MT bank at the 5% interest rate and all parties to the NY action agreed to that proposal.

-Shane

**From:** Fred Stevens <FStevens@Klestadt.com>
**Sent:** Thursday, March 7, 2024 10:22 AM
**To:** Giardino, John <jgiardino@pryorcashman.com>; Heskin, Shane <heskins@whiteandwilliams.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>; Tiffany Millioen <tmillioen@darcambal.com>; chief@pmlevinelaw.com; Corey, Alex <Coreya@whiteandwilliams.com>; ddyer@dyerlawfirm.com; david@almeidalawgroup.com; mshure@em3law.com; steve@wellspc.com; Pohlman, Daniel J. <DPohlman@PRYORCASHMAN.com>; Wells, Stuart <Wellss@whiteandwilliams.com>; Michelle Darcambal <mdarcambal@darcambal.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** RE: Brighthouse/Spin Capital Interpleader - Extension of Briefing Schedule

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

All –

I have not established an account to hold the Brighthouse funds and was waiting on some consensus on the issue.  Let me lay out the issues and options as I see them and please let me know views in hopes we can reach a consensus.

Flagstar, where I was originally directed to bank (through its predecessor Signature), can pay around 3.75% but others were around 5%.

The fastest solutions are:

1. to establish the account at Flagstar because we already have a relationship and accounts set up there even if for a short time until I establish an account at a bank that pays a higher rate, or
2. establish the single party (me) escrow arrangement with Wilmington Trust which holds at M&T, a top tier bank.  They were paying at around 5%.  WT will take a small piece and I will have to be a party to an escrow agreement, but if nobody has an issue, I can do that.

What will take time is establishing an account at a new bank.  With fiduciary accounts, I often get held up for a couple weeks or more getting through legal and did so here even though I happened to have a longstanding banking relationships with Signature.  Just by way of example, I have accounts in a case at M&T and want to establish an account for a different but related entity and have been stuck in legal for going on four weeks.

Please let me know consensus: (i) put in Flagstar at 3.75% until we find and agree on something else; (ii) go to Wilmington Trust with an escrow who will hold the $$ at M&T; or (iii) something else.

Thanks,
Fred

**Fred Stevens**
**Klestadt Winters Jureller**
**Southard & Stevens, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Direct: (212) 679-5342
Tel: (212) 972-3000
Fax: (212) 972-2245
Cell: (917) 664-5507
Email: fstevens@klestadt.com

---

**From:** Giardino, John <jgiardino@pryorcashman.com>
**Sent:** Thursday, March 7, 2024 9:29 AM
**To:** Heskin, Shane <heskins@whiteandwilliams.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>; Tiffany Millioen <tmillioen@darcambal.com>; chief@pmlevinelaw.com; Corey, Alex <Coreya@whiteandwilliams.com>; ddyer@dyerlawfirm.com; david@almeidalawgroup.com; mshure@em3law.com; steve@wellspc.com; Pohlman, Daniel J. <DPohlman@PRYORCASHMAN.com>; Wells, Stuart <Wellss@whiteandwilliams.com>; Fred Stevens <FStevens@Klestadt.com>; Michelle Darcambal <mdarcambal@darcambal.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** Re: Brighthouse/Spin Capital Interpleader - Extension of Briefing Schedule

I am but aware that those funds go to the receiver.

On Mar 7, 2024, at 9:02 AM, Heskin, Shane <heskins@whiteandwilliams.com> wrote:

No, the Brighthouse interpleader $.

---

**From:** Giardino, John <jgiardino@pryorcashman.com>
**Sent:** Thursday, March 7, 2024 8:45:56 AM
**To:** Heskin, Shane <heskins@whiteandwilliams.com>
**Cc:** DeJonker, Jason J <JDeJonker@seyfarth.com>; Tiffany Millioen <tmillioen@darcambal.com>; chief@pmlevinelaw.com <chief@pmlevinelaw.com>; Corey, Alex <Coreya@whiteandwilliams.com>; ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; mshure@em3law.com <mshure@em3law.com>; steve@wellspc.com <steve@wellspc.com>; Pohlman, Daniel J. <DPohlman@PRYORCASHMAN.com>; Wells, Stuart <Wellss@whiteandwilliams.com>; fstevens@klestadt.com <fstevens@klestadt.com>; Michelle Darcambal <mdarcambal@darcambal.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** Re: Brighthouse/Spin Capital Interpleader - Extension of Briefing Schedule

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

The $2,000,000?

> On Mar 7, 2024, at 8:06 AM, Heskin, Shane <heskins@whiteandwilliams.com> wrote:
>
> Has the money been deposited with the Receiver yet?
>
> ---
>
> **From:** DeJonker, Jason J <JDeJonker@seyfarth.com>
> **Sent:** Wednesday, February 28, 2024 2:54:20 PM
> **To:** Tiffany Millioen <tmillioen@darcambal.com>; chief@pmlevinelaw.com <chief@pmlevinelaw.com>; Heskin, Shane <heskins@whiteandwilliams.com>; Corey, Alex <Coreya@whiteandwilliams.com>; ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; mshure@em3law.com <mshure@em3law.com>; steve@wellspc.com <steve@wellspc.com>; dpohlman@pryorcashman.com <dpohlman@pryorcashman.com>; jgiardino@pryorcashman.com <jgiardino@pryorcashman.com>; Wells, Stuart <Wellss@whiteandwilliams.com>; FStevens@klestadt.com <FStevens@klestadt.com>
> **Cc:** Michelle Darcambal <mdarcambal@darcambal.com>; Aimee Creed <acreed@darcambal.com>
> **Subject:** Re: Brighthouse/Spin Capital Interpleader - Extension of Briefing Schedule
>
> CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Sorry I meant Tiffany.

**Jason J DeJonker** | Partner | Seyfarth Shaw LLP
Chair, Restructuring & Insolvency Practice
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5220 | Mobile: +1-312-560-3116 | Fax: +1-312-460-7313
JDeJonker@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended
unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please n
immediately and delete it from your system.

---

**From:** DeJonker, Jason J <JDeJonker@seyfarth.com>
**Sent:** Wednesday, February 28, 2024 11:53:38 AM
**To:** Tiffany Millioen <tmillioen@darcambal.com>;
chief@pmlevinelaw.com <chief@pmlevinelaw.com>;
heskins@whiteandwilliams.com <heskins@whiteandwilliams.com>;
Coreya@whiteandwilliams.com <Coreya@whiteandwilliams.com>;
ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>;
david@almeidalawgroup.com <david@almeidalawgroup.com>;
mshure@em3law.com <mshure@em3law.com>; steve@wellspc.com
<steve@wellspc.com>; dpohlman@pryorcashman.com
<dpohlman@pryorcashman.com>; jgiardino@pryorcashman.com
<jgiardino@pryorcashman.com>; Wellss@whiteandwilliams.com
<Wellss@whiteandwilliams.com>; FStevens@klestadt.com
<FStevens@klestadt.com>
**Cc:** Michelle Darcambal <mdarcambal@darcambal.com>; Aimee Creed
<acreed@darcambal.com>
**Subject:** Re: Brighthouse/Spin Capital Interpleader - Extension of
Briefing Schedule

I believe this works.  Thanks Michelle.

---

13

**From:** Tiffany Millioen <tmillioen@darcambal.com>
**Sent:** Tuesday, February 27, 2024 2:25:32 PM
**To:** chief@pmlevinelaw.com <chief@pmlevinelaw.com>;
heskins@whiteandwilliams.com <heskins@whiteandwilliams.com>;
Coreya@whiteandwilliams.com <Coreya@whiteandwilliams.com>;
Wellss@whiteandwilliams.com <Wellss@whiteandwilliams.com>;
ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>;
david@almeidalawgroup.com <david@almeidalawgroup.com>;
mshure@em3law.com <mshure@em3law.com>; DeJonker, Jason J
<JDeJonker@seyfarth.com>; steve@wellspc.com
<steve@wellspc.com>; dpohlman@pryorcashman.com
<dpohlman@pryorcashman.com>; jgiardino@pryorcashman.com
<jgiardino@pryorcashman.com>; FStevens@klestadt.com
<FStevens@klestadt.com>
**Cc:** Michelle Darcambal <mdarcambal@darcambal.com>; Aimee Creed
<acreed@darcambal.com>
**Subject:** Brighthouse/Spin Capital Interpleader - Extension of Briefing
Schedule

Counsel,

In connection with the Brighthouse/Spin Capital interpleader,
Brighthouse intends to ask the Court to extend the briefing
schedule it set in connection with Brighthouse's motion for
attorneys' fees by two weeks. Brighthouse also intends to ask
the Court to expand the scope of the briefing to include
Brighthouse's entitlement to traditional interpleader relief. In
accordance with the Individual Rules and Practice of Judge Ho,
please let us know by **12:00 p.m. tomorrow** whether you
consent to this request.

Thanks,
Tiffany

**Tiffany C. Millioen**
<image001.jpg>
**d'Arcambal, Ousley & Cuyler Burk LLP**
**40 Fulton Street • Suite 1501**
**New York, NY 10038**
**(ph) 212-971-3175 ext. 108 • (fx) 212-971-3176**
**www.darcambal.com [darcambal.com]**
**tmillioen@darcambal.com**
<image002.jpg>
<image003.png>

This e-mail, including attachments, may include confidential and/or
proprietary information, and may be used only by the person or entity to
which it is addressed. If the reader of this e-mail is not the intended recipient
or his or her authorized agent, the reader is hereby notified that any
dissemination, distribution or copying of this e-mail is prohibited. If you have

received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.