# EXHIBIT 17

**From:** steve@wellspc.com <steve@wellspc.com>
**Sent:** Tuesday, November 19, 2024 8:13:41 PM
**To:** Cautilli, Arthur <Cautillia@whiteandwilliams.com>
**Cc:** julie@wellspc.com <julie@wellspc.com>; will@wellspc.com <will@wellspc.com>; Heskin, Shane <heskins@whiteandwilliams.com>; Corey, Alex <Coreya@whiteandwilliams.com>
**Subject:** RE: Golden Foothill Insurance Services, LLC, et al. v. Spin Capital, LLC, et al. - USDC SDNY No. 1:24-cv-08515

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Hi Art,

We have not been retained to represent those parties in this action so I am not in a position to accept service.  I will follow up with Shane if that changes.

Thanks,

Steve

Steven W. Wells

_____

WELLS LAW P.C.

229 Warner Road
Lancaster, New York 14086
(716) 983-4750
*steve@wellspc.com*

**From:** Cautilli, Arthur <Cautillia@whiteandwilliams.com>
**Sent:** Tuesday, November 19, 2024 4:38 PM
**To:** steve@wellspc.com
**Cc:** julie@wellspc.com; will@wellspc.com; Heskin, Shane <heskins@whiteandwilliams.com>; Corey, Alex <Coreya@whiteandwilliams.com>
**Subject:** FW: Golden Foothill Insurance Services, LLC, et al. v. Spin Capital, LLC, et al. - USDC SDNY No. 1:24-cv-08515

Dear Attorney Wells

    Our Office (Attorney Shane Heskin) represents the Plaintiffs with regard to the above matter.

I am writing to ask if you would kindly accept service in this matter on behalf of Defendants BMF Advance LLC and Gavriel Yitzchakov a/k/a Gabe Isaacov.

Attached please find the following:

1. Summons To Defendant BMF Advance LLC
2. Summons To Defendant Gavriel Yitzchakov a/k/a Gabe Isaacov
3. As Filed Amended Complaint and Exhibits 1 through 29
4. Notice of Initial Pre-Trial Conference
5. Civil Cover Sheet
6. As Filed Rule 7.1 Corporate Disclosure Statements

Please advise.

Thank you for your courtesy and cooperation in this matter.

Art Cautilli, Paralegal
For Shane Heskin, Esquire

| ShareFile Attachments | Expires May 21, 2025 |
| --- | --- |
| As Filed Amended Complaint.pdf | 337.6 KB |
| Civil Cover Sheet.pdf | 91.7 KB |
| Exhibit 1.pdf | 226.6 KB |
| Exhibit 10.pdf | 183.9 KB |
| Exhibit 11.pdf | 159.7 KB |
| Exhibit 12.pdf | 1.7 MB |
| Exhibit 13.pdf | 139.9 KB |
| Exhibit 14.pdf | 1.5 MB |
| Exhibit 15.pdf | 427 KB |
| Exhibit 16.pdf | 167.4 KB |
| Exhibit 17.pdf | 2.1 MB |
| Exhibit 18.pdf | 227.1 KB |
| Exhibit 19.pdf | 199.7 KB |
| Exhibit 2.pdf | 727.1 KB |
| Exhibit 20.pdf | 377.9 KB |
| Exhibit 21.pdf | 203.3 KB |

| File | Size |
| --- | --- |
| Exhibit 22.pdf | 1.2 MB |
| Exhibit 23.pdf | 1.1 MB |
| Exhibit 24.pdf | 2.1 MB |
| Exhibit 25.pdf | 2.1 MB |
| Exhibit 26.pdf | 2.1 MB |
| Exhibit 27.pdf | 517.8 KB |
| Exhibit 28.pdf | 532.9 KB |
| Exhibit 29.pdf | 523.7 KB |
| Exhibit 3.pdf | 451.8 KB |
| Exhibit 4.pdf | 532.3 KB |
| Exhibit 5.pdf | 762 KB |
| Exhibit 6.pdf | 6.9 MB |
| Exhibit 7.pdf | 152.9 KB |
| Exhibit 8.pdf | 2.1 MB |
| Exhibit 9.pdf | 314.7 KB |
| Notice of Initial Pre-Trial Conference 11-13-2024.pdf | 181.8 KB |
| Rule 7.1 El Dorado Hills Insurance Solutions.pdf | 35 KB |
| Rule 7.1 ELDO Investments.pdf | 34.7 KB |
| Rule 7.1 Golden Foothill Insurance Services.pdf | 35 KB |
| Rule 7.1 KTL Holdings.pdf | 34.7 KB |
| Rule 7.1 Life Factor II LLC.pdf | 34.6 KB |
| Rule 7.1 Life Shares II LLC.pdf | 34.7 KB |
| Rule 7.1 Lone Wolf Insurance Services.pdf | 34.8 KB |
| Rule 7.1 The Genesis Fund LS.pdf | 34.9 KB |
| Summons To BMF Advance LLC.pdf | 98.9 KB |
| Summons To Gavriel Yitzchakov.pdf | 98.9 KB |

Download Attachments

Arthur Cautilli uses ShareFile to share documents securely.

3

To Access the documents click on the above "Download Attachments" button which will take you to the below screen, you will see "Forgot Password?" in the bottom right of your screen. Click on that and follow the steps to create a password and then go back in and use the right side "Sign In" side of the screen to log in. Do not use the left side "Company Employee Sign In" side of the screen.

**White** and **Williams** LLP

### Company Employee Sign In

WARNING - CONFIDENTIAL AND PROPRIETARY MATERIAL This Web site and all of its contents are exclusively for the use of current White and Williams LLP partners, personnel, and clients. If you are not a current partner, employee or client of White and Williams LLP you are not authorized to access this Web site, or copy, distribute or use of any of the information contained in or accessed through this web site. Any such unauthorized access or use may be referred to law enforcement

Sign In

### Sign In

Email *

Email

Password *

Password

☐ Remember Me



**125th** **White** and **Williams** LLP
ANNIVERSARY

**Arthur J. Cautilli** | Paralegal
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103
Direct 215.864.6897 | Fax 215.789.7578
cautillia@whiteandwilliams.com | whiteandwilliams.com

**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents

of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.