# EXHIBIT 18

Case 1:24-cv-08515-AS    Document 76-19    Filed 03/14/25    Page 2 of 9

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

FRUIT STREET HEALTH INC D/B/A FRUIT
STREET HEALTH; LAURENCE NATHANIEL
GIRARD,

                    *Plaintiffs,*

        -against-

BMF ADVANCE, LLC; ISACCOV
INVESTMENTS, INC.; JOSEPH YITZCHAKOV
a.k.a JOSEPH ISAACOV; GAVRIEL
YITZCHAKOV a.k.a. GABE ISAACOV and
BINYAMIN YITZCHAKOV a.k.a BEN ISAACOV,

                    *Defendants.*

Index No.: 652946/2022

### ANSWER OF DEFENDANTS

Defendants BMF Advance, LLC ("BMF"), Isaacov Investments, Inc., Joseph Yitzchakov,

Gavriel Yitzchakov, and Binyamin Yitzchakov (together, "Defendants") hereby submit this

Answer to the Complaint of Plaintiffs Fruit Street Health Inc. d/b/a Fruit Street Health ("Fruit

Street") and Laurence Nathaniel Girard (together, "Plaintiffs") and state as follows.

### FIRST DEFENSE
#### (Failure to State a Claim)

Plaintiffs fail to state a claim upon which relief can be granted.

### SECOND DEFENSE
#### (Answers in Response to Numbered Paragraphs)

1-2.    Defendants deny the allegations in Paragraphs 1 and 2 of the Complaint.

3-4.    Defendants lack knowledge or information sufficient to form a belief as to the truth

of the allegations in Paragraphs 3 and 4 of the Complaint.

5.    Defendants admit that Fruit Street entered into the referenced agreement with BMF.

Defendants lack knowledge or information sufficient to form a belief as to the truth of the

remaining allegations in Paragraph 5 of the Complaint.

Case 1:24-cv-08515-AS    Document 76-19    Filed 03/14/25    Page 3 of 9

6.      Defendants admit that Fruit Street entered into the referenced agreement with BMF.

7.      Defendants deny the allegations in Paragraph 7 of the Complaint.

8.      In response to the allegations in Paragraph 8 of the Complaint, Defendants aver that the referenced agreements speak for themselves and deny any allegations inconsistent therewith.

9.      Defendants deny the allegations in Paragraph 9 of the Complaint.

10.     Defendants deny the allegations in the first sentence of Paragraph 10 of the Complaint.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 10.

11.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint.

12.     In response to the allegations in Paragraph 12 of the Complaint, Defendants aver that the referenced court decisions speak for themselves and deny any allegations inconsistent therewith.

13-17.  Defendants deny the allegations in Paragraphs 13 through 17 of the Complaint.

18.     Defendants deny the allegation in the first sentence of Paragraph 18 of the Complaint.  In response to the remaining allegations in Paragraph 18, Defendants aver that the referenced text message speaks for itself and deny any allegations inconsistent therewith.

19.     Defendants deny the allegation in the first sentence of Paragraph 19 of the Complaint.  In response to the remaining allegations in Paragraph 19, Defendants aver that the referenced text message speaks for itself and deny any allegations inconsistent therewith.

20.     Defendants admit that BMF filed the referenced confession of judgment. Defendants deny the remaining allegations in Paragraph 20 of the Complaint.

2

Case 1:24-cv-08515-AS     Document 76-19     Filed 03/14/25     Page 4 of 9

21.     Defendants admit that BMF filed the referenced petition.  Defendants deny the remaining allegations in Paragraph 21 of the Complaint.

22.     In response to the allegations in Paragraph 22 of the Complaint, Defendants aver that the referenced petition speaks for itself and deny any allegations inconsistent therewith.

23-24.  Defendants deny the allegations in Paragraphs 23 and 24 of the Complaint.

25-26.  Defendants admit the allegations in Paragraphs 25 and 26 of the Complaint upon information and belief.

27.     Defendants admit the allegations in Paragraph 27 of the Complaint.

28.     Defendants deny the allegations in Paragraph 28 of the Complaint.

29-31.  Defendants admit the allegations in Paragraphs 29 through 31 of the Complaint.

32-34.  The allegations in Paragraphs 32 through 34 of the Complaint are legal conclusions to which no response is required.

35-38.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 35 through 38 of the Complaint.

39-40.  In response to the allegations in Paragraphs 39 and 40 of the Complaint, Defendants aver that the referenced legal authorities speak for themselves and deny any allegations inconsistent therewith.

41-42.  Defendants deny the allegations in Paragraphs 41 and 42 of the Complaint.

43-46.  Defendants admit the allegations in Paragraphs 43 through 46 of the Complaint.

47-75.  Defendants deny the allegations in Paragraphs 47 through 75 of the Complaint.

76-77.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 76 and 77 of the Complaint.

3

78-92. In response to the allegations in Paragraphs 78 through 92 of the Complaint, Defendants aver that the referenced agreements and other documents speak for themselves and deny any allegations inconsistent therewith.

93-95. Defendants deny the allegations in Paragraphs 93 through 95 of the Complaint.

96. Defendants deny the allegations in the first two sentences of Paragraph 96 of the Complaint. In response to the remaining allegations in Paragraph 96, Defendants aver that the referenced provision speaks for itself and deny any allegations inconsistent therewith.

97. Defendants deny the allegations in Paragraph 97 of the Complaint.

98. In response to the allegations in Paragraph 98 of the Complaint, Defendants aver that the referenced text messages speak for themselves and deny any allegations inconsistent therewith.

99. In response to the allegation in the first sentence of Paragraph 99 of the Complaint, Defendants aver that the referenced provision speaks for itself and deny any allegations inconsistent therewith. Defendants deny the remaining allegations in Paragraph 99.

100. Defendants deny the allegations in Paragraph 100 of the Complaint.

101. In response to the allegations in Paragraph 101 of the Complaint, Defendants aver that the referenced text messages speak for themselves and deny any allegations inconsistent therewith.

102-105. Defendants deny the allegations in Paragraphs 102 through 105 of the Complaint.

106. In response to the allegation in Paragraph 106 of the Complaint, Defendants aver that the referenced legal authority speaks for itself and deny any allegations inconsistent therewith.

4

Case 1:24-cv-08515-AS    Document 76-19    Filed 03/14/25    Page 6 of 9

107-109.    Defendants deny the allegations in Paragraphs 107 through 109 of the Complaint.

110-111.    In response to the allegations in Paragraphs 110 and 111 of the Complaint, Defendants aver that the referenced agreement speaks for itself and deny any allegations inconsistent therewith.

112-113.    Defendants deny the allegations in Paragraph 112 and 113 of the Complaint.

114-116.    In response to the allegations in Paragraphs 114 through 116 of the Complaint, Defendants aver that the referenced agreement speaks for itself and deny any allegations inconsistent therewith.

117-118.    Defendants deny the allegations in Paragraphs 117 and 118 of the Complaint.

119-121.    In response to the allegations in Paragraphs 119 through 121 of the Complaint, Defendants aver that the referenced agreement speaks for itself and deny any allegations inconsistent therewith.

122.    Defendants repeat and re-allege their responses to the allegations of each of the foregoing paragraphs as if set forth fully herein.

123-130.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 123 through 130 of the Complaint.

131.    In response to the allegation in Paragraph 131 of the Complaint, Defendants aver that the referenced legal authority speaks for itself and deny any allegations inconsistent therewith.

132-178.    Defendants deny the allegations in Paragraphs 132 through 178 of the Complaint.

5

179.    Defendants repeat and re-allege their responses to the allegations of each of the foregoing paragraphs as if set forth fully herein.

180-188.    Defendants deny the allegations in Paragraphs 180 through 198 of the Complaint.

189.    Defendants repeat and re-allege their responses to the allegations of each of the foregoing paragraphs as if set forth fully herein.

190.    BMF admits the allegation in Paragraph 190 of the Complaint.

191.    In response to the allegation in Paragraph 191 of the Complaint, Defendants aver that the referenced document speaks for itself and deny any allegations inconsistent therewith.

192-198.    Defendants deny the allegations in Paragraphs 192 through 198 of the Complaint.

**THIRD DEFENSE**
**(Estoppel)**

Plaintiffs' claims are barred by the doctrine of estoppel.

**FOURTH DEFENSE**
**(Waiver)**

Plaintiffs' claims are barred by the doctrine of waiver.

**FIFTH DEFENSE**
**(Ratification)**

Plaintiffs' claims are barred by the doctrine of ratification.

**SIXTH DEFENSE**
**(Failure to Plead with Particularity)**

Plaintiffs' fraud and fraud-based claims are barred for failure to plead with particularity.

**SEVENTH DEFENSE**
**(Release)**

Plaintiffs' claims are barred by the doctrine of release.

6

## EIGHTH DEFENSE
### (Accord and Satisfaction)

Plaintiffs' claims are barred by the doctrine of accord and satisfaction.

## NINTH DEFENSE
### (Mitigation of Damages)

Plaintiffs' claims are barred to the extent Plaintiffs failed to mitigate their damages.

## TENTH DEFENSE
### (Fraudulent Conduct)

Plaintiffs' claims are barred in whole or in part because Plaintiffs engaged in fraudulent

conduct by, among other things, making material misrepresentations and omissions.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

Plaintiffs' claims are barred in whole or in part because Plaintiffs do not come to the Court

with clean hands.

## TWELFTH AFFIRMATIVE DEFENSE
### (Litigation Privilege)

Plaintiffs' claims are barred in whole or in part because the alleged unlawful acts or

statements were made in the course of contemplated or filed judicial proceedings.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Good Faith)

Plaintiffs' claims are barred in whole or in part because Defendants acted in good faith.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (In Pari Delicto)

Plaintiffs' claims are barred in whole or in part because Plaintiffs are equally at fault for

any damages or alleged misconduct.

7

Case 1:24-cv-08515-AS     Document 76-19     Filed 03/14/25     Page 9 of 9

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Prior Breach/Repudiation)

Plaintiffs' claims are barred in whole or in part because even if Defendants breached any contract, Plaintiffs breached first.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Standing/Lack of Subject Matter Jurisdiction)

Plaintiffs' claims are barred because Plaintiffs have not been injured and have no standing.

\*\*\*

NOW having fully answered, Defendants request that the Court dismiss Plaintiffs' Complaint with prejudice, and award Defendants their costs and fees incurred in defending this matter and all other damages and relief to which they are entitled.

Dated: October 5, 2022                    Respectfully Submitted,


                                          */s Steven W. Wells*
                                          Steven W. Wells
                                          Will Parsons
                                          WELLS LAW P.C.
                                          8989 Chaise Road
                                          Springville, New York 14141
                                          (716) 983-4750
                                          steve@wellspc.com
                                          will@wellspc.com

                                          *Attorneys for Defendants*

8