# EXHIBIT 19

**From:** "Gabe Isaacov" <gabe@bmfcapitalllc.com>
**To:** "Josh Lubin" <josh@spincapital.com>
**Subject:** RE: KT Holdings
**Date:** Tue, 02 Mar 2021 15:06:35 -0500
**Importance:** Normal
**Attachments:** GOLDEN_BMF_ADV.pdf

---

Contract attached.

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, March 2, 2021 2:59 PM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: KT Holdings

Need to get getter on board with me. 100kx2

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Tuesday, March 2, 2021 2:57:53 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** RE: KT Holdings

U sure u wanna fund this?

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, March 2, 2021 2:54 PM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** RE: KT Holdings

West coast docs.

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Tuesday, March 2, 2021 2:37 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Re: KT Holdings

West coast business capital

Sent from my iPhone

On Mar 2, 2021, at 2:35 PM, Josh Lubin <josh@spincapital.com> wrote:

What paper is the Yellowstone contract on?

CONFIDENTIAL                                                                                   SPIN-00007123

Case 1:24-cv-08515-AS    Document 76-20    Filed 03/14/25    Page 3 of 4

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Tuesday, March 2, 2021 2:35 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Re: KT Holdings

You sent me global merchant.

Sent from my iPhone

On Mar 2, 2021, at 2:34 PM, Josh Lubin <josh@spincapital.com> wrote:

What paper is it on?

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Tuesday, March 2, 2021 2:34 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Re: KT Holdings

Get me YSC contract here please

Sent from my iPhone

On Mar 2, 2021, at 2:20 PM, Josh Lubin <josh@spincapital.com> wrote:

Add all ein to the docs attached.

150k 1.499 40 days

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Tuesday, March 2, 2021 12:29 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** RE: KT Holdings

I need the transfer accounts below.

0051, 1917,6583, 8007,

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, March 2, 2021 12:17 PM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** KT Holdings

<Pages 1, 13, 18.pdf>
<SS-4 Genesis .pdf>
<lonewolf ein.pdf>
<Ein KineticEl dorado .pdf>
<Golden Foothill Insurance Services EIN.pdf>

CONFIDENTIAL

SPIN-00007124

<KTL EIN.pdf>

CONFIDENTIAL

SPIN-00007125