UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER<br><br>       Plaintiffs,<br><br> v.<br><br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br>       Defendants. | Civ. A. No.: 1:24-CV-08515 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AS TO PRAYER FOR RELIEF PARAGRAPH (a) IN PLAINTIFF'S AMENDED COMPLAINT [DOC No. 11]**

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the branch of their Amended Complaint [Doc No. 11] from this action that seeks to declare the Promissory Note to be a usurious loan in violation of New York Penal Law § 190.40 and thus void and unenforceable without prejudice and without costs.

Dated: March 14, 2025

                   WHITE AND WILLIAMS LLP

                   By: _/s/ Shane R. Heskin_
                   Shane R. Heskin
                   810 Seventh Avenue, Suite 500
                   New York, NY 10019
                   (215) 864-6329

-1-

heskins@whiteandwilliams.com
*Attorneys for Plaintiffs*

34706859v.1