# EXHIBIT A

**From:** Heskin, Shane
**Sent:** Friday, January 17, 2025 10:50 AM
**To:** Matthew Leto
**Subject:** Re: Hi bar

No problem at all.  Happy to discuss:  917.362.1313

**From:** Matthew Leto <MLeto@letolawfirm.com>
**Sent:** Friday, January 17, 2025 10:46:22 AM
**To:** Heskin, Shane <heskins@whiteandwilliams.com>
**Subject:** Hi bar

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Shane

I am sorry to ask again, but my client is now signing the engagement letter with my local counsel.  They wont be able to appear and file the PHV motion for me until next week.  I noticed that another defendant had an extension through early February.   Can we just use the same date ?

Also, I would like to discus the case with you as well.  I know there is a lot of history there and perhaps there is a path to resolution.

My best,

Matthew Leto



| | Matthew P. Leto |
|---|---|
| | **Phone**: (305) 341-3155 |
| | **Fax: (**305) 397-1168 |
| | Mleto@letolawfirm.com |
| | 201 South Biscayne Blvd. |
| | Suite 2700 |
| | Miami, FL 33131 |
| | **www.letolawfirm.com** |

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.