# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER<br><br>              Plaintiffs,<br><br>     v.<br><br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br>              Defendants. | Civ. A. No.: 1:24-CV-08515<br><br>**[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT** |

I TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 8, 2024 with the filing of a complaint. [Doc No. 1]. An Amended Complaint was filed on November 11, 2024 [Doc No. 11]. A Summons was issued to defendant Hi Bar Capital, LLC on November 19, 2024 [Doc No. 22] A copy of the Summons and the Amended Complaint were served on defendant Hi Bar Capital, LLC on December 5, 2024, with proof of service filed at Docket No. 35 on December 9, 2024. I further certify that the docket entries indicate that defendant Hi Bar Capital LLC has not filed an answer or otherwise moved with respect to the Complaint nor the Amended Complaint. The default of defendant Hi Bar Capital, LLC is hereby noted.

Dated: New York, New York                      TAMMI M. HELLWIG, Clerk of the Court
                 , 2025

34715762v.1

-2-

By: _____
              Deputy Clerk

-2-

34715762v.1