UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER<br><br><div align="center">Plaintiffs,</div><br>v.<br><br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br><div align="center">Defendants.</div> | Civ. A. No.: 1:24-CV-08515 |

**DECLARATION OF SHANE R. HESKIN IN OPPOSITION
TO HI BAR DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

SHANE R. HESKIN, pursuant to 28 U.S.C. § 1746, declares under penalties of perjury that the foregoing is true and correct:

1. I am Partner of White and Williams LLP, attorneys for Plaintiffs Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., ELDO Investments, LLC, The Genesis Fund, LLC, KTL Holdings, Inc. (collectively the "Leer Companies") and Tatanisha Leer (collectively, "Plaintiffs").

2. I make this Declaration in opposition to Defendants' Yisroel Herbst ("Herbst") and Hi-Bar Capital LLC's ("Hi Bar," collectively the "Hi Bar Defendants") joinder to Defendants'

34743742v.1

Spin Capital, LLC ("Spin") and Avrumi Lubin ("Lubin") motion to dismiss the first Amended Complaint (the "Motion").

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint in Interpleader filed by Brighthouse Life Insurance Company ("Brighthouse") in the action *Brighthouse Life Insurance Company v. Spin Capital, LLC et al.*, Case No. 1:23-cv-08570-DEH, on September 28, 2023 (the "Interpleader Action").

4. Attached hereto as **Exhibit 2** is a true and copy of Brighthouse's motion for discharge, dismissal, sanctions, and attorneys' fees filed in the Interpleader Action on March 15, 2024 (the "Brighthouse Motion").

5. Attached hereto as **Exhibit 3** is a true and correct copy of Life Shares 2019, LLC's memorandum of law in opposition to the Brighthouse Motion, filed in the Interpleader Action on March 29, 2024.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the "Case Detail" page on the NYSCEF docket for the action *Spin Capital, LLC v. Golden Foothill Insurance Services, LLC et al.*, Index No. 650582/2022 (Sup. Ct. N.Y. Cnty.) (the "State Action").

7. Attached hereto as **Exhibit 5** is a true and correct copy of an order to show cause, filed by the Leer parties in State Action, on February 10, 2025, along with the accompanying affirmations and exhibits in support.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Summons and Complaint filed by Hi Bar d/b/a Kingdom Capital in the action *Hi Bar Capital LLC v. Parkway Dental Services LLC et al.*, Index No. 5333245/2021 (Sup. Ct. Kings Cnty.) (the "Parkway Action")

34743742v.1

-3-

9.      Attached hereto as **Exhibit 7** is a true and correct copy of the Hi Bar "Revenue Purchase Agreement" at issue in the Parkway Action.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of a February 10, 2025 order to show cause signed by the Judge in the State Action which ordered pending a hearing and determination of the application, "all parties and principal of parties must communicate with other parties or principals through counsel only, in regard to this litigation (in accordance with the Rules of professional Conduct) and counsel shall so remind their respective clients" (the "TRO Order").

11.     On March 25 and 26, 2025, while the TRO Order is still in effect, Lubin emailed all counsel and the NY Courts a series of emails, attached hereto as **Exhibit 9**, in the State Action, threatening criminal actions against every attorney and their clients.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of January 4, 2024 hearing transcript in the State Action.

13.     Mr. Lubin was deposed in the State Action on July 25, 2024.

Dated:  March 31, 2025

**WHITE AND WILLIAMS LLP**

By: _____

Shane R. Heskin
810 Seventh Avenue, Suite 500
New York, New York 10019
Tel:  (215) 864-7000
heskins@whiteandwilliams.com

34743742v.1