# EXHIBIT 4

NYSCEF - New York State Courts Electronic Filing (Live System)

**650582/2022 -** New York County Supreme Court

Short Caption:  **SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al**
Case Type: **Commercial - Contract – Commercial Division**
Case Status: **Active**
eFiling Status:  **Full Participation Recorded**
Assigned Judge: **Nancy M. Bannon**

E-mail Participating Parties

**Full Caption**

Spin Capital, Llc v. Golden Foothill Insurance Services, Llc, Life Factor Ii, Llc, Life Shares Ii, Llc, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., Eldo Investments, Llc, The Genesis Ls Fund, Llc, Ktl Holdings, Inc., Zurich American Life Insurance Co., Accordia Life And Annuity Company, John Hancock Life Insurance Company, Brighthouse Life Insurance Co., Cap Factor, Llc, Stefan Leer, Tatanisha Leer

**Information from Appellate Court**

Appellate Number/Court: **2024-03348** - **Appellate Division - 1st Dept**
Appellate Number/Court: **2024-07473** - **Appellate Division - 1st Dept**

**Plaintiffs/Petitioners**

| Name | Represented By |
|---|---|
| SPIN CAPITAL, LLC | WRIGHT, LITA BETH on 04/04/2024<br>AMINI LLC |
| | MORRIS, MATTHEW JEROME on 06/24/2022<br>PROSKAUER ROSE LLP |
| | SAMET, AVERY D on 04/03/2024<br>Amini LLC |
| | PICON, DAVID A on 06/24/2022<br>PROSKAUER ROSE LLP |
| | WELLS, STEVEN WILLIAM on 02/04/2022<br>Wells Law P.C. |
| | CHUBAK, JEFFREY SCOTT on 04/03/2024<br>Amini LLC |
| | Shure, Mark E on 04/25/2024 |

**Defendants/Respondents**

| Name | Represented By |
|---|---|
| Golden Foothill Insurance Services, LLC | WELLS, STUART JOSEPH on 07/28/2022<br>White and Williams LLP |
| | COREY, ALEX DAVID on 07/25/2022<br>White and Williams LLP<br>**Attorney File #:** (Add Attorney File #) |
| | HESKIN, SHANE ROBERT on 04/29/2022<br>WHITE & WILLIAMS LLP |
| LIFE FACTOR II, LLC | WELLS, STUART JOSEPH on 07/28/2022<br>White and Williams LLP |
| | COREY, ALEX DAVID on 07/25/2022<br>White and Williams LLP<br>**Attorney File #:** (Add Attorney File #) |
| | HESKIN, SHANE ROBERT on 04/29/2022<br>WHITE & WILLIAMS LLP |
| LIFE SHARES II, LLC | WELLS, STUART JOSEPH on 07/28/2022<br>White and Williams LLP |
| | COREY, ALEX DAVID on 07/25/2022<br>White and Williams LLP<br>**Attorney File #:** (Add Attorney File #) |
| | HESKIN, SHANE ROBERT on 04/29/2022<br>WHITE & WILLIAMS LLP |
| EL DORADO HILLS INSURANCE SOLUTIONS, INC. | WELLS, STUART JOSEPH on 07/28/2022<br>White and Williams LLP |
| | COREY, ALEX DAVID on 07/25/2022<br>White and Williams LLP<br>**Attorney File #:** (Add Attorney File #) |
| | HESKIN, SHANE ROBERT on 04/29/2022<br>WHITE & WILLIAMS LLP |
| LONE WOLF INSURANCE SERVICES, INC. | WELLS, STUART JOSEPH on 07/28/2022<br>White and Williams LLP |
| | COREY, ALEX DAVID on 07/25/2022 |

White and Williams LLP
**Attorney File #:** (Add Attorney File #)

HESKIN, SHANE ROBERT on 04/29/2022
WHITE & WILLIAMS LLP

| | |
|---|---|
| ELDO INVESTMENTS, LLC | WELLS, STUART JOSEPH on 07/28/2022<br>White and Williams LLP |
| | COREY, ALEX DAVID on 07/25/2022<br>White and Williams LLP<br>**Attorney File #:** (Add Attorney File #) |
| | HESKIN, SHANE ROBERT on 04/29/2022<br>WHITE & WILLIAMS LLP |
| THE GENESIS LS FUND, LLC | WELLS, STUART JOSEPH on 07/28/2022<br>White and Williams LLP |
| | COREY, ALEX DAVID on 07/25/2022<br>White and Williams LLP<br>**Attorney File #:** (Add Attorney File #) |
| | HESKIN, SHANE ROBERT on 04/29/2022<br>WHITE & WILLIAMS LLP |
| KTL HOLDINGS, INC. | WELLS, STUART JOSEPH on 07/28/2022<br>White and Williams LLP |
| | COREY, ALEX DAVID on 07/25/2022<br>White and Williams LLP<br>**Attorney File #:** (Add Attorney File #) |
| | HESKIN, SHANE ROBERT on 04/29/2022<br>WHITE & WILLIAMS LLP |
| ZURICH AMERICAN LIFE INSURANCE CO. | DUFFY, JULIA ELIZABETH on 07/30/2024<br>CARLTON FIELDS |
| | Solares, Irma T on 02/13/2023 |
| ACCORDIA LIFE AND ANNUITY COMPANY | GOULD, JASON H. on 07/18/2022<br>CARLTON FIELDS, P.A. |
| JOHN HANCOCK LIFE INSURANCE COMPANY | METZINGER, JACLYN MARIE on 06/05/2023<br>KELLEY DRYE AND WARREN LLP |
| | HICKEY, CAITLIN ROSE on 06/05/2023<br>KELLEY DRYE & WARREN |
| BRIGHTHOUSE LIFE INSURANCE CO. | Darcambal, Michelle J on 06/24/2022<br>d'Arcambal Ousley & Cuyler Burk LLP |
| | MILLIOEN, TIFFANY CELIA on 06/24/2022<br>d'Arcambal Ousley & Cuyler Burk LLP |
| CAP FACTOR, LLC | GIARDINO, JOHN J. on 04/25/2022<br>Pryor Cashman LLP |
| | POHLMAN, DANIEL JOHN on 09/06/2022<br>Pryor Cashman |
| Stefan Leer | COREY, ALEX DAVID on 07/25/2022<br>White and Williams LLP<br>**Attorney File #:** (Add Attorney File #) |
| | HESKIN, SHANE ROBERT on 04/29/2022<br>WHITE & WILLIAMS LLP |
| Tatanisha Leer | COREY, ALEX DAVID on 07/25/2022<br>White and Williams LLP<br>**Attorney File #:** (Add Attorney File #) |
| | HESKIN, SHANE ROBERT on 04/29/2022<br>WHITE & WILLIAMS LLP |

**Non-Parties**

| Name | Represented By |
|---|---|
| Fred Stevens Receiver | STEVENS, FREDERICK NELSON on 03/14/2023<br>Klestadt Winters Jureller Southard & Stevens, LLP |
| BMF ADVANCE, LLC | MURRAY, CHRISTOPHER RYAN on 12/13/2023<br>Murray Legal, PLLC |

| | | |
|---|---|---|
| Stephen Marik Brockman | LEVINE, PETER MICHAEL on 01/22/2024 | |
| Aaron Davison | LEVINE, PETER MICHAEL on 01/22/2024 | |
| Neilesh Desai | LEVINE, PETER MICHAEL on 01/22/2024 | |
| Jennifer Pursley | LEVINE, PETER MICHAEL on 01/22/2024 | |
| Michael Schwartz | LEVINE, PETER MICHAEL on 01/22/2024 | |
| Sheila Schwartz | LEVINE, PETER MICHAEL on 01/22/2024 | |
| The Charissa & Toney Trust | LEVINE, PETER MICHAEL on 01/22/2024 | |
| The Charissa Toney Living Trust | LEVINE, PETER MICHAEL on 01/22/2024 | |
| Matthew Troy | LEVINE, PETER MICHAEL on 01/22/2024 | |
| American River Ag, Inc. | LEVINE, PETER MICHAEL on 01/22/2024 | |
| Life Shares 1019, LLC | ALMEIDA, DAVID SEAN on 08/06/2024<br>ALMEIDA LAW GROUP LLC | |
| Life Shares 1019, LLC and DRVN Holdings, LLC | ALMEIDA, DAVID SEAN on 08/06/2024<br>ALMEIDA LAW GROUP LLC | |

**Judgments**

| Doc # | Document Type | Judgment Date | Judgment Amount | Filed Date |
|---|---|---|---|---|
| 764 | JUDGMENT - MONEY - Judgment Roll | 12/03/2024 | | 12/03/2024 |