# EXHIBIT 6

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

---------------------------------------------------------------x

HI BAR CAPITAL LLC D/B/A KINGDOM KAPITAL,

Plaintiff,

-against-

PARKWAY DENTAL SERVICES LLC
**and** CHRISTOPHER COOLEY,

Defendant(s).

---------------------------------------------------------------x

Index No. _____

**SUMMONS**

To the above-named Defendant(s):

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney an answer to the complaint in this action within twenty days after the service of this summons, exclusive of the day of service, or within thirty days after service is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the annexed complaint.

Plaintiff designates KINGS County as the place of trial. The basis of the venue is designated in the Agreement between the parties.

Dated: December 22, 2021
New York, NY

By: */s/ Steven Zakharyayev*
Steven Zakharyayev, Esq.
10 W 37th Street, RM 602
New York, NY 10018
(201) 716-0681
*Attorneys for Plaintiff*

TO DEFENDANT(S):

PARKWAY DENTAL SERVICES LLC
9914 STATE ROAD 52 HUDSON, FL 34669

CHRISTOPHER COOLEY
9914 STATE ROAD 52 HUDSON, FL 34669

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

|  |  |
|---|---|
| ———————————————————————X | |
| HI BAR CAPITAL LLC D/B/A KINGDOM KAPITAL | Index No. _____ |
| Plaintiff, | |
| -against- | **VERIFIED COMPLAINT** |
| PARKWAY DENTAL SERVICES LLC **and** CHRISTOPHER COOLEY, | |
| Defendant(s). | |
| ———————————————————————X | |

Plaintiff, HI BAR CAPITAL LLC D/B/A KINGDOM KAPITAL, by its attorney Steven Zakharyayev, Esq. as and for its complaint against Defendant(s) herein, alleges as follows:

1. Plaintiff HI BAR CAPITAL LLC D/B/A KINGDOM KAPITAL ("Plaintiff") is a New York limited liability engaged in the receivable financing business.

2. Upon information and belief, PARKWAY DENTAL SERVICES LLC ("Defendant-Seller") is a foreign limited liability company.

3. Defendant CHRISTOPHER COOLEY ("Defendant-Guarantor") is an individual residing in the State of Florida and upon information and belief is a principal of defendant-seller.

4. Pursuant to a receivable purchase agreement and personal guaranty dated October 20, 2021 (the "Agreement"), Plaintiff purchased a percentage of the Defendant-Seller's total future accounts receivable up to the sum of $472,500.00 ("Purchased Amount") in exchange for an upfront purchase price of $350,000.00 ("Purchase Price") A copy of the merchant agreement is attached as EXHIBIT A.

5. The Agreement contains the parties' express consent to the jurisdiction of the courts located in the State of New York.

Case 1:24-cv-08515-AS    Document 87-8    Filed 03/31/25    Page 4 of 6

6. Pursuant to the Agreement, Plaintiff was authorized to collect via an ACH electronic debit of the Future Receivables, until such time that Plaintiff collected the total amount of purchased receivables.

7. Critical to facilitating this transaction, the Agreement contains Defendant-Seller's express covenant not to revoke its ACH authorization to Plaintiff or otherwise take any measure to interfere with Plaintiff's ability to collect the Future Receivables.

8. Contrary to Defendant-Seller's express covenant set forth above, Defendant-Seller materially breached the terms of the Agreement on December 22, 2021 by changing the designated bank account without Plaintiff's authorization, by placing a stop payment on Plaintiff's debits to the account or by otherwise taking measures to interfere with Plaintiff's ability to collect the Future Receivables. A copy of the payment history is attached as EXHIBIT B.

## AS AND FOR A FIRST CAUSE OF ACTION
### (Breach of Contract as to Defendant-Seller)

9. The Agreement provides that Defendant-Seller shall be in default of the Agreement if, *inter alia,* it breaches any covenants contained therein or makes any representation or warranty proving to have been incorrect, false or misleading in any material respect.

10. As a result of Defendant-Seller's breach of the provisions set forth above, Defendant-Seller has defaulted under the Agreement.

11. Pursuant to the Agreement, in the event of Defendant-Seller's default, Plaintiff may declare the total amount of receivables purchased and not delivered as immediately due and owing to Plaintiff, including costs and fees. Plaintiff now has a balance of $300,450.00 in undelivered Future Receivables.

12. Subtracting the amount of receivables Plaintiff has previously collected from Defendant-Seller under the Agreement from the total Future Receivables purchased by Plaintiff, there is presently due and owing from Defendant-Seller to Plaintiff the amount of $300,450.00 with interest thereon from December 22, 2021.

## AS AND FOR A SECOND CAUSE OF ACTION
### (Breach of Guaranty as to Defendant-Guarantor)

13. The Agreement contains Defendant-Guarantor's separately executed and unconditional guarantee of payment in the event of default under the Agreement by Defendant-Seller ("Guaranty").

14. As a result of Defendant-Seller's breach and default under the Agreement as set forth above and pursuant to the Guaranty, there is presently due and owing from Defendant-Guarantor to Plaintiff the amount of $300,450.00 with interest thereon from December 22, 2021.

    **WHEREFORE**, Plaintiff demands judgment against defendants on the respective causes of action in the amount of $300,450.00, plus interest from December 22, 2021 and costs, for such other and further relief as this Court may deem just and proper.

Dated: December 22, 2021
New York, NY

By:/s/ Steven Zakharyayev
STEVEN ZAKHARYAYEV, ESQ
10 W 37th Street, RM 602
New York, NY 10018
(201) 716-0681
Attorneys for Plaintiff

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

---

HI BAR CAPITAL LLC D/B/A KINGDOM KAPITAL,

Plaintiff,

-against-

PARKWAY DENTAL SERVICES LLC
**and** CHRISTOPHER COOLEY,

Defendant(s).

---

Index No. _____

**VERIFICATION BY A PARTY**

x

STATE OF NEW YORK)

COUNTY OF KINGS)

YISROEL HERBST, being duly sworn, hereby deposes and states the following:

I am a(n) MANAGER of HI BAR CAPITAL LLC D/B/A KINGDOM KAPITAL in the within action.

I have read the foregoing Verified Complaint and know the contents thereof; the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

The foregoing statements are true under penalties of perjury.

_____
YISROEL HERBST

**ACKNOWLEDGEMENT**

STATE OF ___NY___ )
                                    ):
COUNTY OF ___Kings___ )

On ___Dec 23___ 2021 before me, the undersigned, personally appeared YISROEL HERBST the MANAGER of Plaintiff, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his representative capacity, and that by his signature on the instrument, he executed the instrument.

_____

GEDALIA MARYL
NOTARY PUBLIC - STATE OF NEW YORK
No. 01MA6226310
QUALIFIED IN KINGS COUNTY
MY Comm. EXPIRES AUG. 9 2022