# EXHIBIT 9

## Corey, Alex

| | |
|---|---|
| **From:** | Josh Lubin <josh@spincapital.com> |
| **Sent:** | Wednesday, March 26, 2025 1:53 AM |
| **To:** | efile@nycourts.gov; jmetzinger@kelleydrye.com; david-picon-8473@ecf.pacerpro.com; chief@pmlevinelaw.com; aminillcfiling@aminillc.com; dpicon@proskauer.com; mdarcambal@darcambal.com; lbwright@aminillc.com; david@almeidalawgroup.com; lsosupny@proskauer.com; teressa.getz@faegredrinker.com; chickey@kelleydrye.com; Corey, Alex; docketing@kelleydrye.com; cmurrayesq@gmail.com; julie@wellspc.com; fstewart@darcambal.com; amy@wellspc.com; mshure@em3law.com; ecarlino@pryorcashman.com; cmurray@murraylegalpllc.com; nthompson@carltonfields.com; tmillioen@darcambal.com; dmarcus@kelleydrye.com; fstevens@klestadt.com; jgould@carltonfields.com; dpohlman@pryorcashman.com; docketing@pryorcashman.com; will@wellspc.com; Wells, Stuart; jgiardino@pryorcashman.com; jduffy@carltonfields.com; steve@wellspc.com; asamet@aminillc.com; isolares@carltonfields.com; jchubak@aminillc.com; Heskin, Shane; mmorris@proskauer.com |
| **Subject:** | Re: NYSCEF Notification: New York - Commercial - Contract - Commercial Division - <NOTICE OF MOTION> 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al) |
| **Attachments:** | processed-23741CBB-CDA8-4FD1-92C3-F6D7526B7B9A.jpeg |

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Jeff, Mark & Avery,

See evidence attached. Bryne sent this by mistake.....

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, March 26, 2025 1:42:03 AM
**To:** efile@nycourts.gov <efile@nycourts.gov>; jmetzinger@kelleydrye.com <jmetzinger@kelleydrye.com>; david-picon-8473@ecf.pacerpro.com <david-picon-8473@ecf.pacerpro.com>; chief@pmlevinelaw.com <chief@pmlevinelaw.com>; aminillcfiling@aminillc.com <aminillcfiling@aminillc.com>; dpicon@proskauer.com <dpicon@proskauer.com>; mdarcambal@darcambal.com <mdarcambal@darcambal.com>; lbwright@aminillc.com <lbwright@aminillc.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; lsosupny@proskauer.com <lsosupny@proskauer.com>; teressa.getz@faegredrinker.com <teressa.getz@faegredrinker.com>; chickey@kelleydrye.com <chickey@kelleydrye.com>; coreya@whiteandwilliams.com <coreya@whiteandwilliams.com>; docketing@kelleydrye.com <docketing@kelleydrye.com>; cmurrayesq@gmail.com <cmurrayesq@gmail.com>; julie@wellspc.com <julie@wellspc.com>; fstewart@darcambal.com <fstewart@darcambal.com>; amy@wellspc.com <amy@wellspc.com>; mshure@em3law.com <mshure@em3law.com>; ecarlino@pryorcashman.com <ecarlino@pryorcashman.com>; cmurray@murraylegalpllc.com <cmurray@murraylegalpllc.com>; nthompson@carltonfields.com <nthompson@carltonfields.com>; tmillioen@darcambal.com <tmillioen@darcambal.com>; dmarcus@kelleydrye.com <dmarcus@kelleydrye.com>; fstevens@klestadt.com <fstevens@klestadt.com>; jgould@carltonfields.com <jgould@carltonfields.com>; dpohlman@pryorcashman.com <dpohlman@pryorcashman.com>; docketing@pryorcashman.com <docketing@pryorcashman.com>; will@wellspc.com <will@wellspc.com>; wellss@whiteandwilliams.com <wellss@whiteandwilliams.com>; jgiardino@pryorcashman.com <jgiardino@pryorcashman.com>; jduffy@carltonfields.com <jduffy@carltonfields.com>; steve@wellspc.com <steve@wellspc.com>; asamet@aminillc.com <asamet@aminillc.com>; isolares@carltonfields.com

<isolares@carltonfields.com>; jchubak@aminillc.com <jchubak@aminillc.com>; heskins@whiteandwilliams.com <heskins@whiteandwilliams.com>; mmorris@proskauer.com <mmorris@proskauer.com>
**Subject:** Re: NYSCEF Notification: New York - Commercial - Contract - Commercial Division - <NOTICE OF MOTION> 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

Jeff Chuback, Avery Sammet & Mark Shure,

I'm demanding you serve Proskauer a deposition notice immediately on this issue. Even if your exposed, you have a fiduciary duty to depose Proskauer here.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, March 26, 2025 1:34:32 AM
**To:** efile@nycourts.gov <efile@nycourts.gov>; jmetzinger@kelleydrye.com <jmetzinger@kelleydrye.com>; david-picon-8473@ecf.pacerpro.com <david-picon-8473@ecf.pacerpro.com>; chief@pmlevinelaw.com <chief@pmlevinelaw.com>; aminillcfiling@aminillc.com <aminillcfiling@aminillc.com>; dpicon@proskauer.com <dpicon@proskauer.com>; mdarcambal@darcambal.com <mdarcambal@darcambal.com>; lbwright@aminillc.com <lbwright@aminillc.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; lsosupny@proskauer.com <lsosupny@proskauer.com>; teressa.getz@faegredrinker.com <teressa.getz@faegredrinker.com>; chickey@kelleydrye.com <chickey@kelleydrye.com>; coreya@whiteandwilliams.com <coreya@whiteandwilliams.com>; docketing@kelleydrye.com <docketing@kelleydrye.com>; cmurrayesq@gmail.com <cmurrayesq@gmail.com>; julie@wellspc.com <julie@wellspc.com>; fstewart@darcambal.com <fstewart@darcambal.com>; amy@wellspc.com <amy@wellspc.com>; mshure@em3law.com <mshure@em3law.com>; ecarlino@pryorcashman.com <ecarlino@pryorcashman.com>; cmurray@murraylegalpllc.com <cmurray@murraylegalpllc.com>; nthompson@carltonfields.com <nthompson@carltonfields.com>; tmillioen@darcambal.com <tmillioen@darcambal.com>; dmarcus@kelleydrye.com <dmarcus@kelleydrye.com>; fstevens@klestadt.com <fstevens@klestadt.com>; jgould@carltonfields.com <jgould@carltonfields.com>; dpohlman@pryorcashman.com <dpohlman@pryorcashman.com>; docketing@pryorcashman.com <docketing@pryorcashman.com>; will@wellspc.com <will@wellspc.com>; wellss@whiteandwilliams.com <wellss@whiteandwilliams.com>; jgiardino@pryorcashman.com <jgiardino@pryorcashman.com>; jduffy@carltonfields.com <jduffy@carltonfields.com>; steve@wellspc.com <steve@wellspc.com>; asamet@aminillc.com <asamet@aminillc.com>; isolares@carltonfields.com <isolares@carltonfields.com>; jchubak@aminillc.com <jchubak@aminillc.com>; heskins@whiteandwilliams.com <heskins@whiteandwilliams.com>; mmorris@proskauer.com <mmorris@proskauer.com>
**Subject:** Re: NYSCEF Notification: New York - Commercial - Contract - Commercial Division - <NOTICE OF MOTION> 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

I'm filing an order to show cause bringing every attorney and their client into the court room to testify on this issue. It's 1000% criminal.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, March 26, 2025 1:24:04 AM
**To:** efile@nycourts.gov <efile@nycourts.gov>; jmetzinger@kelleydrye.com <jmetzinger@kelleydrye.com>; david-picon-8473@ecf.pacerpro.com <david-picon-8473@ecf.pacerpro.com>; chief@pmlevinelaw.com <chief@pmlevinelaw.com>; aminillcfiling@aminillc.com <aminillcfiling@aminillc.com>; dpicon@proskauer.com <dpicon@proskauer.com>; mdarcambal@darcambal.com <mdarcambal@darcambal.com>; lbwright@aminillc.com <lbwright@aminillc.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; lsosupny@proskauer.com <lsosupny@proskauer.com>; teressa.getz@faegredrinker.com <teressa.getz@faegredrinker.com>; chickey@kelleydrye.com <chickey@kelleydrye.com>; coreya@whiteandwilliams.com <coreya@whiteandwilliams.com>;

2

docketing@kelleydrye.com <docketing@kelleydrye.com>; cmurrayesq@gmail.com <cmurrayesq@gmail.com>; julie@wellspc.com <julie@wellspc.com>; fstewart@darcambal.com <fstewart@darcambal.com>; amy@wellspc.com <amy@wellspc.com>; mshure@em3law.com <mshure@em3law.com>; ecarlino@pryorcashman.com <ecarlino@pryorcashman.com>; cmurray@murraylegalpllc.com <cmurray@murraylegalpllc.com>; nthompson@carltonfields.com <nthompson@carltonfields.com>; tmillioen@darcambal.com <tmillioen@darcambal.com>; dmarcus@kelleydrye.com <dmarcus@kelleydrye.com>; fstevens@klestadt.com <fstevens@klestadt.com>; jgould@carltonfields.com <jgould@carltonfields.com>; dpohlman@pryorcashman.com <dpohlman@pryorcashman.com>; docketing@pryorcashman.com <docketing@pryorcashman.com>; will@wellspc.com <will@wellspc.com>; wellss@whiteandwilliams.com <wellss@whiteandwilliams.com>; jgiardino@pryorcashman.com <jgiardino@pryorcashman.com>; jduffy@carltonfields.com <jduffy@carltonfields.com>; steve@wellspc.com <steve@wellspc.com>; asamet@aminillc.com <asamet@aminillc.com>; isolares@carltonfields.com <isolares@carltonfields.com>; jchubak@aminillc.com <jchubak@aminillc.com>; heskins@whiteandwilliams.com <heskins@whiteandwilliams.com>; mmorris@proskauer.com <mmorris@proskauer.com>
**Subject:** Re: NYSCEF Notification: New York - Commercial - Contract - Commercial Division - <NOTICE OF MOTION> 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

Matthew Morris,

Why did you send the email below to Capfactors attorney??? I'm demanding all communications turned over between capfactors attorneys immediately.


Counsel,

Proskauer intends to move to withdraw as counsel to Spin and Mr. Lubin, due to non-payment of fees.  Please let us know if you anticipate opposing the motion.

Matthew J. Morris
Special Litigation Counsel

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3144
f  212.969.2900
mmorris@proskauer.com


Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, March 25, 2025 10:39:52 PM
**To:** efile@nycourts.gov <efile@nycourts.gov>; jmetzinger@kelleydrye.com <jmetzinger@kelleydrye.com>; david-picon-8473@ecf.pacerpro.com <david-picon-8473@ecf.pacerpro.com>; chief@pmlevinelaw.com <chief@pmlevinelaw.com>; aminillcfiling@aminillc.com <aminillcfiling@aminillc.com>; dpicon@proskauer.com <dpicon@proskauer.com>; mdarcambal@darcambal.com <mdarcambal@darcambal.com>; lbwright@aminillc.com <lbwright@aminillc.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; lsosupny@proskauer.com <lsosupny@proskauer.com>; teressa.getz@faegredrinker.com <teressa.getz@faegredrinker.com>; chickey@kelleydrye.com <chickey@kelleydrye.com>; coreya@whiteandwilliams.com <coreya@whiteandwilliams.com>; docketing@kelleydrye.com <docketing@kelleydrye.com>; cmurrayesq@gmail.com <cmurrayesq@gmail.com>; julie@wellspc.com <julie@wellspc.com>; fstewart@darcambal.com <fstewart@darcambal.com>; amy@wellspc.com <amy@wellspc.com>; mshure@em3law.com <mshure@em3law.com>; ecarlino@pryorcashman.com <ecarlino@pryorcashman.com>; cmurray@murraylegalpllc.com <cmurray@murraylegalpllc.com>;

3

nthompson@carltonfields.com <nthompson@carltonfields.com>; tmillioen@darcambal.com <tmillioen@darcambal.com>; dmarcus@kelleydrye.com <dmarcus@kelleydrye.com>; fstevens@klestadt.com <fstevens@klestadt.com>; jgould@carltonfields.com <jgould@carltonfields.com>; dpohlman@pryorcashman.com <dpohlman@pryorcashman.com>; docketing@pryorcashman.com <docketing@pryorcashman.com>; will@wellspc.com <will@wellspc.com>; wellss@whiteandwilliams.com <wellss@whiteandwilliams.com>; jgiardino@pryorcashman.com <jgiardino@pryorcashman.com>; jduffy@carltonfields.com <jduffy@carltonfields.com>; steve@wellspc.com <steve@wellspc.com>; asamet@aminillc.com <asamet@aminillc.com>; isolares@carltonfields.com <isolares@carltonfields.com>; jchubak@aminillc.com <jchubak@aminillc.com>; heskins@whiteandwilliams.com <heskins@whiteandwilliams.com>; mmorris@proskauer.com <mmorris@proskauer.com>
**Subject:** Re: NYSCEF Notification: New York - Commercial - Contract - Commercial Division - <NOTICE OF MOTION> 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)

All Spin Capital LLC attorneys,

You unauthorized to discuss anything in relation to me personally or Spin Capital LLC without me being copied to the emails or added to the calls in advance. Zero communications whatsoever without me being copied. Zero internal communications without me being copied.

This notice applies to any matters across the country.

This notice is effective immediately.

Thanks you,

Josh Lubin


Get Outlook for iOS

---

**From:** efile@nycourts.gov <efile@nycourts.gov>
**Sent:** Tuesday, March 25, 2025 6:16:26 PM
**To:** jmetzinger@kelleydrye.com <jmetzinger@kelleydrye.com>; david-picon-8473@ecf.pacerpro.com <david-picon-8473@ecf.pacerpro.com>; chief@pmlevinelaw.com <chief@pmlevinelaw.com>; aminillcfiling@aminillc.com <aminillcfiling@aminillc.com>; dpicon@proskauer.com <dpicon@proskauer.com>; mdarcambal@darcambal.com <mdarcambal@darcambal.com>; lbwright@aminillc.com <lbwright@aminillc.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; lsosupny@proskauer.com <lsosupny@proskauer.com>; teressa.getz@faegredrinker.com <teressa.getz@faegredrinker.com>; chickey@kelleydrye.com <chickey@kelleydrye.com>; coreya@whiteandwilliams.com <coreya@whiteandwilliams.com>; docketing@kelleydrye.com <docketing@kelleydrye.com>; cmurrayesq@gmail.com <cmurrayesq@gmail.com>; julie@wellspc.com <julie@wellspc.com>; fstewart@darcambal.com <fstewart@darcambal.com>; amy@wellspc.com <amy@wellspc.com>; mshure@em3law.com <mshure@em3law.com>; ecarlino@pryorcashman.com <ecarlino@pryorcashman.com>; cmurray@murraylegalpllc.com <cmurray@murraylegalpllc.com>; nthompson@carltonfields.com <nthompson@carltonfields.com>; tmillioen@darcambal.com <tmillioen@darcambal.com>; dmarcus@kelleydrye.com <dmarcus@kelleydrye.com>; fstevens@klestadt.com <fstevens@klestadt.com>; jgould@carltonfields.com <jgould@carltonfields.com>; dpohlman@pryorcashman.com <dpohlman@pryorcashman.com>; docketing@pryorcashman.com <docketing@pryorcashman.com>; will@wellspc.com <will@wellspc.com>; wellss@whiteandwilliams.com <wellss@whiteandwilliams.com>; Wellss@whiteandwilliams.com <Wellss@whiteandwilliams.com>; jgiardino@pryorcashman.com <jgiardino@pryorcashman.com>; jduffy@carltonfields.com <jduffy@carltonfields.com>; steve@wellspc.com <steve@wellspc.com>; Josh Lubin <josh@spincapital.com>; asamet@aminillc.com <asamet@aminillc.com>; isolares@carltonfields.com <isolares@carltonfields.com>; jchubak@aminillc.com <jchubak@aminillc.com>; heskins@whiteandwilliams.com <heskins@whiteandwilliams.com>; mmorris@proskauer.com <mmorris@proskauer.com>

**Subject:** NYSCEF Notification: New York - Commercial - Contract - Commercial Division - <NOTICE OF MOTION> 650582/2022 (SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al)



# New York County Supreme Court
## Notification of Filing
## 03/25/2025

The NYSCEF System has received the documents listed below from filing user Avrumi Lubin . Please keep this notice as a confirmation of this filing.

## Case Information

Index #: **650582/2022**

Caption: **SPIN CAPITAL, LLC v. Golden Foothill Insurance Services, LLC et al**

eFiling Status: **Full Participation Recorded**

Assigned Case Judge: **Nancy M. Bannon**

## Documents Received

| Doc # | Document | Received Date |
|---|---|---|
| 823 | NOTICE OF MOTION<br>Motion For Substitution Of Plaintiff<br>**Relief Sought:** MODIFY<br>**Return Date:** 03/28/2025 | 03/25/2025 |
| 824 | EXHIBIT(S) A<br>Assignment Agreement | 03/25/2025 |
| 825 | NOTICE OF APPEARANCE (PRE RJI) | 03/25/2025 |

## E-mail Service Notifications Sent

| Name | Email Address |
|---|---|
| LITA BETH WRIGHT | lbwright@aminillc.com |
| PETER MICHAEL LEVINE | chief@pmlevinelaw.com |
| MATTHEW JEROME MORRIS | mmorris@proskauer.com |

| | |
|---|---|
| AVERY D SAMET | asamet@aminillc.com |
| DAVID A PICON | dpicon@proskauer.com |
| Michelle J Darcambal | mdarcambal@darcambal.com |
| STEVEN WILLIAM WELLS | steve@wellspc.com |
| JACLYN MARIE METZINGER | jmetzinger@kelleydrye.com |
| STUART JOSEPH WELLS | wellss@whiteandwilliams.com |
| JOHN J. GIARDINO | jgiardino@pryorcashman.com |
| CHRISTOPHER RYAN MURRAY | cmurray@murraylegalpllc.com |
| JASON H. GOULD | jgould@carltonfields.com |
| JEFFREY SCOTT CHUBAK | jchubak@aminillc.com |
| ALEX DAVID COREY | coreya@whiteandwilliams.com |
| FREDERICK NELSON STEVENS | fstevens@klestadt.com |
| SHANE ROBERT HESKIN | heskins@whiteandwilliams.com |
| DANIEL JOHN POHLMAN | dpohlman@pryorcashman.com |

| | |
|---|---|
| DAVID SEAN ALMEIDA | david@almeidalawgroup.com |
| TIFFANY CELIA MILLIOEN | tmillioen@darcambal.com |
| JULIA ELIZABETH DUFFY | jduffy@carltonfields.com |
| CAITLIN ROSE HICKEY | chickey@kelleydrye.com |
| Irma T Solares | isolares@carltonfields.com |
| Mark E Shure | mshure@em3law.com |
| Avrumi Lubin | office@spincapital.com |

## Filing User

**Avrumi Lubin** | office@spincapital.com | 718-570-3796 | 1460 Arboretum Parkway, Lakewood, NJ 08701

**Emergency Applications** For Emergency Applications made after 5 p.m. or on days when the court is closed, please call 800-430-8457 or email emergency@nycourts.gov.

*NOTICE: This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.*

**If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.**

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**

**Phone:** 646-386-5956

**Website:** http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml