

# THE ROTH LAW FIRM
### PLLC

April 7, 2025

**<u>Via ECF</u>**
Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street New York, NY 10007

> **Re:**    **24-cv-08515** *Golden Foothill Insurance Services, LLC et. al.*, v. *Spin Capital, LLC et al.*, // **Letter-Motion for Extension of Time to File Reply in Further Support of Motion to Dismiss**

Dear Judge Subramanian:

We represent Defendants, Hi Bar Capital, LLC and Yisroel Herbst ("Hi Bar Defendants"). Our reply memorandum in further support of the Hi Bar Defendants' Motion to Dismiss (Dkt. No. 81) is due on April 7, 2025. Due to the breadth of the response and other professional obligations, <u>the Hi Bar Defendants respectfully request a seven-day extension of time to file their reply on April 14, 2025.</u> We conferred with counsel for the Plaintiff who does consents to this request. This is the Hi Bar Defendants first request to extend the time frame for this reply. The extension will not affect any deadline in this case as discovery in this case has been stayed. Dkt. No. 75.

Based on the foregoing, the Hi Bar Defendants respectfully request that Your Honor endorse this letter and grant our request for a seven-day extension of time, up through and including April 14, 2025, to file our reply in further support of the Hi Bar Defendants' Motion to Dismiss.

Thank you for your considered attention to the foregoing request.

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 88.

Very truly yours,

Arun Subramanian, U.S.D.J.
Date: April 7, 2025

Brian Levenson