**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER | Case No. 1:24-CV-08515 |
| Plaintiffs, | |
| v. | |
| SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST, | **DECLARATION OF** **BRIAN LEVENSON** |

_____

BRIAN LEVENSON, declares and affirms the following under penalty of perjury:

1.      I am an attorney with the law firm of The Roth Law Firm, PLLC.

2.      I submit this Declaration in support of Yisroel Herbst and Hi Bar Capital, LLC's (the "Hi Bar Defendants") Motion to Dismiss.

3.      Attached as Exhibit "A" are the MCA Agreements at issue in *Samson MCA LLC v. Joseph A. Russo M.D. P.C./IV Therapeutics PLLC*, 219 A.D.3d 1126 (4th Dep't 2023), a case cited in the Reply Memorandum.

4.      The MCA Agreements were obtained from NYSCEF in the Ontario County Supreme Court matter that led to the above-mentioned appellate decision. The case number for the Supreme Court matter is 129401/2021 and the MCA Agreements are filed under docket entry number 2.

5.     I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 14, 2025                          By: */s/ Brian Levenson*

Brian Levenson, Esq.
275 Madison Avenue, Floor 22
New York, New York 10017
Tel: 212-542-8882
Email: brian@rrothlaw.com
*Attorneys for Defendants Hi Bar Capital,*
*LLC and Yisroel Herbst*