UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al., <br><br>                              Plaintiffs, <br><br> -against- <br><br> SPIN CAPITAL, LLC et al., <br><br>                              Defendants. | 24-cv-8515 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The parties are hereby ordered to appear for an in-person hearing on the pending motions in this case on **Friday, August 15, 2025**, at **2:00 PM** in Courtroom 15A, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: August 12, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge