## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER<br><br>Plaintiffs,<br><br>v.<br><br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST, | Case No. 1:24-CV-08515 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Matthew P. Leto hereby moves this Court for an Order for admission to practice *Pro Hac Vice* as counsel for Defendants, HI BAR CAPITAL, LLC and YISROEL HERBST. I am in good standing of the bar of State of Florida, Southern District of Florida, Middle District of Florida, Eleventh Circuit Court of Appeals, and Fourth Circuit Court of Appeals and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3

Dated: August 13, 2025

Respectfully submitted,

Matthew P. Leto
**LETO LAW FIRM**
201 S. Biscayne Blvd., Suite 2700
Miami, FL 33131
Tel.: (305) 341-3155
Email: mleto@letolawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2025 a true and correct copy of the foregoing was electronically filed via CM/ECF system, which will serve it via electronic mail to all counsel of record.

Matthew P. Leto