**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| | : | |
| GOLDEN FOOTHILL INSURANCE | : | |
| SERVICES, LLC, LIFE FACTOR II, LLC, LIFE | : | |
| SHARES II, LLC, EL DORADO HILLS | : | Case No. 1:24-CV-08515 |
| INSURANCE SOLUTIONS, INC., LONE | : | |
| WOLF INSURANCE SERVICES, INC., ELDO | : | |
| INVESTMENTS, LLC, THE GENESIS LS | : | |
| FUND, LLC, KTL HOLDINGS, INC., and | : | |
| TATANISHA LEER | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) | : | |
| LUBIN, BMF ADVANCE LLC, GAVRIEL | : | |
| YITZCHAKOV a/k/a GABE ISAACOV, HI | : | |
| BAR CAPITAL, LLC, YOEL GETTER a/k/a | : | |
| JOEL GETA, and YISROEL HERBST, | : | |

_____ :

## <u>ORDER FOR ADMISSION PRO HAC VICE</u>

The motion of Matthew P. Leto, for admission Pro Hac Vice in the above captioned matter

is GRANTED.

Applicant has declared that he is a member of good standing of the bar of the State of

Florida; and that his contact information is as follows:

Matthew P. Leto
Leto Law Firm
201 S. Biscayne Blvd.
Suite 2700
Miami, FL 33131
Tel: 305-341-3155
Email: mleto@letolawfirm.com
         pleadings@letolawfirm.com
         kzelaya@letolawfirm.com

Applicant having requested admission Pro Hac Vice for all purposes as counsel for Hi Bar Capital, LLC and Yisroel Herbst in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline.

Dated:_____                    _____
                                       UNITED STATES DISTRICT COURT JUDGE