## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

GOLDEN FOOTHILL INSURANCE
SERVICES, LLC, LIFE FACTOR II, LLC, LIFE
SHARES II, LLC, EL DORADO HILLS
INSURANCE SOLUTIONS, INC., LONE
WOLF INSURANCE SERVICES, INC., ELDO
INVESTMENTS, LLC, THE GENESIS LS
FUND, LLC, KTL HOLDINGS, INC., and
TATANISHA LEER

         Plaintiffs,

       v.

SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH)
LUBIN, BMF ADVANCE LLC, GAVRIEL
YITZCHAKOV a/k/a GABE ISAACOV, HI
BAR CAPITAL, LLC, YOEL GETTER a/k/a
JOEL GETA, and YISROEL HERBST,

Case No. 1:24-CV-08515

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Matthew P. Leto hereby moves this Court for an Order for admission to practice *Pro Hac Vice* as counsel for Defendants, HI BAR CAPITAL, LLC and YISROEL HERBST in the above captioned action. I am in good standing of the bar of State of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3

Dated: August 14, 2025

Respectfully submitted,

Matthew P. Leto
**LETO LAW FIRM**
201 S. Biscayne Blvd., Suite 2700
Miami, FL 33131
Tel.: (305) 341-3155
Email: mleto@letolawfirm.com