**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER | Case No. 1:24-CV-08515 |
| Plaintiffs, | **AFFIDAVIT OF MATTHEW P. LETO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| v. | |
| SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST, | |

I, Matthew P. Leto, Esq. being duly sworn, hereby depose and say as follows:

1. I am an attorney with the Leto Law Firm.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing from the Florida Bar and the Florida Supreme Court, annexed hereto, I am a member of the in good standing of the bar of State of Florida.

4. I have not been convicted of a felony.

5. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no current disciplinary proceedings presently against me.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in Civil Action 1:24-cv-08515 for Defendants Hi Bar Capital and Yisorel Herbst.

FURTHER AFFIANT SAYETH NAUGHT.



Matthew P. Leto

STATE OF FLORIDA            )
                                                     ss
COUNTY OF MIAMI-DADE     )

The foregoing instrument was sworn to and subscribed before me by means of [x] physical presence or [ ] online notarization this 14th day of August 2025, by MATTHEW P. LETO, who [x] is personally known  or [ ] has produced _____ as identification.

ASHLEY BRAVO
Notary Public - State of Florida
Commission # HH 689477
My Comm. Expires May 1, 2028

NOTARY PUBLIC, STATE OF FLORIDA
Print Name: Ashley Bravo
My Commission Expires: may 1, 2028

[Notary Seal]

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do

hereby certify that

### MATTHEW PAUL LETO

was admitted as an attorney and counselor entitled to practice law in all the

Courts of the State of Florida on SEPTEMBER 27, 2005, is presently in good

standing, and that the private and professional character of the attorney appear

to be good.



WITNESS my hand and the Seal of the

Supreme Court of Florida at Tallahassee,

the Capital, this AUGUST 13, 2025.

_____
Clerk of the Supreme Court of Florida



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida        )

County of Leon        )            In Re:  0014504
                                           Matthew Paul Leto
                                           Leto Law Firm
                                           201 S Biscayne Blvd Ste 2700
                                           Miami, FL 33131-4330

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 27, 2005**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  12th  day of **August, 2025**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-363096