**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
|  |  |
| Plaintiffs, | : <br> : |
|  |  |
| v. | : <br> : |
|  |  |
| SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST, | : <br> : <br> : <br> : <br> : <br> : |

Case No. 1:24-CV-08515

_____

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Matthew P. Leto, for admission Pro Hac Vice in the above captioned matter

is GRANTED.

Applicant has declared that he is a member of good standing of the bar of the State of

Florida; and that his contact information is as follows:

Matthew P. Leto
Leto Law Firm
201 S. Biscayne Blvd.
Suite 2700
Miami, FL 33131
Tel: 305-341-3155
Email: mleto@letolawfirm.com
       pleadings@letolawfirm.com
       kzelaya@letolawfirm.com

Applicant having requested admission Pro Hac Vice for all purposes as counsel for Hi Bar Capital, LLC and Yisroel Herbst in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline.

Dated: August 14, 2025

_____
UNITED STATES DISTRICT COURT JUDGE