UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOLDEN FOOTHILL INSURANCE
SERVICES, LLC et al.,

                Plaintiffs,

-against-

SPIN CAPITAL, LLC et al.,

                Defendants.

24-cv-8515 (AS)

<u>ORDER</u>

ARUN SUBRAMANIAN, United States District Judge:

    The civil case management plan and scheduling order at Dkt. 60 is hereby amended as follows:

    Joinder of additional parties must be accomplished by September 26, 2025.

    Amended pleadings may be filed without leave of Court until September 26, 2025.

    Documents: First request for production of documents, if any, must be served by September 26, 2025. Further document requests may be served as required, but no document request may be served later than 30 days prior to the date of the close of discovery.

    Interrogatories. Interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York must be served by September 26, 2025. No other interrogatories are permitted except upon prior express permission of the Court. No Rule 33.3(a) interrogatories need be served with respect to disclosures automatically required by Fed. R. Civ. P. 26(a).

    Experts. Every party-proponent of a claim (including any counterclaim, crossclaim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by November 21, 2025. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by December 31, 2025. No expert testimony (whether designated as "rebuttal" or otherwise) will be permitted by other experts or beyond the scope of the opinions covered by the aforesaid disclosures except upon prior express permission of the Court, application for which must be made no later than 10 days after the date specified in the immediately preceding sentence. All experts may be deposed, but such depositions must occur within the time limit for all depositions set forth below.

    Depositions. All depositions (including any expert depositions, see item 5(c) above) must be completed by January 23, 2026. Unless counsel agree otherwise or the Court so orders, depositions shall not commence until all parties have completed the initial disclosures required

by Fed. R. Civ. P. 26(a)(1) or until four weeks from the date of this Order, whichever is earlier. Depositions shall proceed concurrently, with no party having priority, and no deposition shall extend beyond one business day without prior leave of the Court.

Request to Admit. Requests to Admit, if any, must be served by January 23, 2026.

All discovery is to be completed by February 23, 2026. Interim deadlines for items 5(a-e) above may be extended by the parties on consent without application to the Court, provided the parties are certain they can still meet the discovery completion date set forth in this paragraph. The discovery completion date may be adjourned only upon a showing to the Court of extraordinary circumstances, and may not be extended on consent.

Post-discovery summary judgment motions in the form prescribed by the Court's Individual Practices shall be served by March 20, 2026, answering papers by April 3, 2026, and reply papers by April 10, 2026. Each party must file its respective papers on the same date that such papers are served.

SO ORDERED.

Dated: August 26, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge