

201 South Biscayne Blvd.
Suite 2700
Miami, Florida 33131

305.341.3155  tel
305.397.1168 fax
www.letolawfirm.com

September 2, 2025

**<u>Via ECF</u>**
Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street New York, NY 10007

**Re: 24-cv-08515 Golden Foothill Insurance Services, LLC et. al., v. Spin Capital, LLC et al., // Letter-Motion for Extension of Time to File Answer and Affirmative Defenses**

Dear Judge Subramanian:

We represent Defendants, Hi Bar Capital, LLC and Yisroel Herbst ("Hi Bar Defendants"). Although not specified in the Order denying Defendants' Motion to Dismiss, based on the applicable rules, Defendants' Answer and Affirmative Defenses is due on September 2, 2025.

Due to the breadth of the Complaint, the intervening Labor Day holiday, and the undersigned's participation as lead counsel in an evidentiary injunction hearing (which has yet to conclude as of this evening), the Hi Bar Defendants respectfully request a three day extension of time to file their Answer and Affirmative Defenses.

We conferred with counsel for the Plaintiff who consents to this request. This is the Hi Bar Defendants' first request to extend the time frame for its Answer and Affirmative Defenses. Further, the extension will not affect any deadline in this case. Based on the foregoing, the Hi Bar Defendants respectfully request that Your Honor endorse this letter and grant our request for a three day extension of time, up through and including September 5, 2025, to file our Answer and Affirmative Defenses.

We thank the Court for its consideration of this request.

Respectfully Submitted,

MATTHEW P. LETO

*/s/ Matthew P. Leto*

LETO LAW FIRM

cc: all counsel of record