

January 7, 2026

<u>**To via ECF**</u>:
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

     Re: *Golden Foothill Insurance Services, LLC et al v. Spin Capital,*
       *LLC et al*
       Docket No.: 24-cv-8515 (AS)
       <u>Letter Re: Potential Settlement of State Court Action and Request</u>
       <u>for 60-day Extension of Deadlines in This Action</u>

Dear Judge Subramanian,

  My office, Murray Legal, PLLC, represents Defendants BMF Advance LLC and Gavriel Yitzchakov (the "BMF Defendants"). The BMF Defendants write jointly with the Plaintiffs in this action (together with the BMF Defendants, the "Requesting Parties") to request that all deadlines be extended sixty days.[1] The reason for this request is that a potential settlement in the related state court action in New York Supreme Court (the "State Court Action") may resolve the claims against the BMF Defendants and the Spin Capital defendants. While the parties can, should the Court wish, submit a more detailed update to the Court, the sum and substance is that the Requesting Parties believed a settlement in principle was reached in late-November 2025, but issues have arisen that have complicated the settlement landscape, which issues the parties to the State Court Action are attempting to resolve. Given the foregoing, the Requesting Parties believe a 60-day extension of pending deadlines will provide the parties room to effectuate a settlement in the State Court Action, while avoiding simultaneously expending resources in this action that may prove to be unnecessary.

  We thank the Court for its attention to this matter.

           Sincerely,
           /s/ Phillip A. Spinella
           Phillip A. Spinella, Esq.

<u>CC via ECF</u>:
Counsel for all parties

---

[1] Defendants Spin Capital LLC and Mr. Lubin have advised that they do not oppose the requested 60-day extension.

 170 Old Country Road
Suite 608
Mineola, New York 11501

 Office: 516-260-7367

 cmurray@murraylegalpllc.com
www.murraylegalpllc.com