**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Golden Foothill Insurance Services, LLC, et al.**
**v.**
**Spin Capital, LLC, et al.**

Case No. **1:24-cv-08515-AS**

Josh (Avrumi) Lubin
Pro Se Defendant
1460 Arboretum Parkway
Lakewood, NJ 08701
Tel: (718) 570-3796
Email: josh@spincapital.com

January 8, 2026

Honorable **Arun Subramanian**
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Subramanian:

I respectfully request a pre-motion conference pursuant to Your Honor's Individual Rules in advance of a contemplated motion to disqualify Matthew Leto and the Leto Law Firm from representing Hi Bar Capital, LLC, or any party adverse to me or Spin Capital, LLC, in this action.

The contemplated motion is based on an alleged non-waivable conflict of interest arising from Mr. Leto's prior joint representation of me and Spin Capital, LLC pursuant to a written engagement agreement, followed by his current representation of an adverse party in this action concerning the same transactions and nucleus of operative facts. I believe the contemplated motion raises issues appropriate for Court guidance under the Second Circuit's standards governing attorney disqualification.

Prior to submitting this request, I provided written notice to counsel of record identifying the asserted conflict and seeking to resolve the issue without Court intervention. Those efforts were unsuccessful, and I therefore submit this request in accordance with the Court's pre-motion conference requirement.

I respectfully request a telephonic or in-person conference at the Court's convenience and will promptly coordinate with opposing counsel as directed by the Court.

Thank you for the Court's consideration.

Respectfully submitted,

*/s/ Josh Lubin*
Josh (Avrumi) Lubin
Defendant (Individual Capacity Only)