<u>UNITED STATES DISTRICT COURT FOR THE</u>
<u>SOUTHERN DISTRICT OF NEW YORK</u>

GOLDEN FOOTHILL INSURANCE SERVICES, LLC,
LIFE FACTOR II, LLC, LIFE SHARES II, LLC,
EL DORADO HILLS INSURANCE SOLUTIONS, INC.,          Case No. 1:24-cv-08515-AS
LONE WOLF INSURANCE SERVICES, INC.,
ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC,
KTL HOLDINGS, INC., and TATANISHA LEER,

            Plaintiffs,

v.

SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN,
BMF ADVANCE LLC, GAVRIEL YITZCHAKOV
a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC,
YOEL GETTER a/k/a JOEL GETA, and
YISROEL HERBST,

            Defendants.

## NOTICE OF LIMITED PRO SE APPEARANCE
(*Individual Capacity Only; Limited Purpose*)

Defendant Josh (Avrumi) Lubin respectfully submits this Notice to clarify his status for a limited and specific purpose.

Mr. Lubin is presently represented by counsel of record in this action. However, counsel has declined to pursue a contemplated motion to disqualify opposing counsel based on an asserted conflict of interest.

Accordingly, Mr. Lubin hereby provides notice that he is appearing **on his own behalf, in his individual capacity only, and for the limited purpose of requesting a pre-motion conference** pursuant to the Court's Individual Rules concerning a contemplated motion to disqualify counsel.

This limited pro se appearance is not intended to, and does not, terminate or substitute existing counsel of record for any other purpose, nor does it apply to any entity defendant.

Dated: January 8, 2026

Respectfully submitted,

/s/ *Josh Lubin*_____
Josh (Avrumi) Lubin
Defendant (Individual Capacity Only)
1460 Arboretum Parkway

Lakewood, NJ 08701
Tel: (718) 570-3796
Email: josh@spincapital.com