UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Golden Foothill Insurance Services, LLC, et al.**
v.
**Spin Capital, LLC, et al.**

Case No. **1:24-cv-08515-AS**

Josh (Avrumi) Lubin
Pro Se Defendant
1460 Arboretum Parkway
Lakewood, NJ 08701
Tel: (718) 570-3796
Email: josh@spincapital.com

January 16, 2026

Honorable **Arun Subramanian**
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Subramanian:

I respectfully submit this letter pursuant to Your Honor's Individual Rules seeking a pre-motion conference in advance of a contemplated motion to disqualify Plaintiffs' counsel, Shane R. Heskin, Esq., or, in the alternative, to bar him from acting as an advocate in this action.
The contemplated motion is based on the ground that Mr. Heskin is likely to be a necessary witness on significant disputed factual issues. As set forth in the contemplated motion papers, Mr. Heskin's advice, knowledge, and conduct are affirmatively placed at issue by sworn testimony and by the record of related proceedings, and cannot be established through alternative sources. The motion would therefore seek relief under Rule 3.7 of the New York Rules of Professional Conduct and this Court's inherent authority to protect the integrity of its proceedings.
I respectfully request a telephonic or in-person pre-motion conference at the Court's convenience and will promptly coordinate with opposing counsel as directed by the Court.

Thank you for the Court's consideration.

Respectfully submitted,
/s/ Josh Lubin
Josh (Avrumi) Lubin
Defendant (Individual Capacity Only)