UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Golden Foothill Insurance Services, LLC et al.,

                Plaintiffs,

    -against-                                  24-CV-8515 (AS)

Spin Capital, LLC et al.,                     ORDER

                Defendants.

ARUN SUBRAMANIAN, United States District Judge:

      Defendant Josh (Avrumi) Lubin's request for a pre-motion conference is DENIED. The Court does not permit litigants who are represented by counsel to file motions of this kind pro se, in order to make arguments that their retained lawyers, following their ethical duties, are unwilling to make. Any motion in this regard must be filed by counsel. To the extent that Lubin disagrees with his counsel, he is free to retain alternate counsel or to proceed pro se. He may not proceed under a "limited pro se" appearance to file this kind of motion.

      SO ORDERED.

Dated: January 21, 2026
       New York, New York

                                                          ARUN SUBRAMANIAN
                                                          United States District Judge