UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


-------------------------------------------------------x

GOLDEN FOOTHILL INSURANCE SERVICES, LLC, et al.,

               Plaintiffs,

      -v-

SPIN CAPITAL LLC, et al.,

               Defendants.
-------------------------------------------------------x


Case No. 1:24-cv-08515 (AS)

Hon. Arun Subramanian


**LETTER MOTION TO DISPLACE COUNSEL OF RECORD FOR DEFENDANT
AVRUMI (JOSH) LUBIN
(INDIVIDUAL CAPACITY ONLY) AND FOR LEAVE TO PROCEED PRO SE**

February 27, 2026


Honorable Arun Subramanian

United States District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007


Re: Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al., Case No. 1:24-cv-08515 (AS)

Dear Judge Subramanian:

Defendant Avrumi (Josh) Lubin ("Lubin"), appearing in his individual capacity only, respectfully moves this Court for an Order pursuant to Local Civil Rule 1.4(b) displacing Amini LLC and its attorneys (Jeffrey Chubak, Esq., Avery Samet, Esq., and Bijan Amini, Esq.) as counsel of record for Lubin individually, and permitting Lubin to proceed pro se pursuant to 28 U.S.C. § 1654.

This application is deliberately narrow. It seeks relief only as to Lubin individually. It does not seek, request, or authorize any change to the representation of Defendant Spin Capital LLC, which is a corporate entity that must appear through counsel. Spin Capital LLC must remain represented by counsel, and Amini LLC remains counsel of record for Spin Capital LLC unless and until the Court orders otherwise.

Immediate clarity is required. The attorney-client relationship between Lubin individually and Amini LLC has irretrievably broken down; Lubin has terminated Amini LLC's representation of him individually; and counsel has not taken the necessary steps to be relieved/displaced on the docket. In the meantime, the case continues to move (including deposition scheduling and discovery obligations). Leaving Lubin "represented" on the docket while counsel is unwilling to act at Lubin's direction creates confusion, prejudice, and the exact sort of improper "hybrid" posture the Court has already rejected.

**Background**

Amini LLC has appeared in this action as counsel of record for Spin Capital LLC and has also been treated as counsel of record for Lubin individually.

On January 21, 2026, the Court entered an Order (ECF No. 117) denying Lubin's prior request for a pre-motion conference and explaining that the Court does not permit litigants who are represented by counsel to file motions of that kind pro se, and that any such motion must be filed by counsel. The Court further explained that if Lubin disagrees with counsel, he may retain alternate counsel or proceed pro se, but he may not proceed under a "limited pro se" appearance while counsel remains of record. (See Ex. 1.)

On February 26–27, 2026, Lubin directed counsel to take specific action in this case and, alternatively, to file the necessary papers under Local Civil Rule 1.4(b) to be relieved/displaced as counsel of record for Lubin individually so that Lubin could proceed pro se. Counsel did not file a motion to be relieved/displaced for Lubin individually. (See Exs. 2–3.)

**Argument**

Local Civil Rule 1.4(b) provides that an attorney who has appeared for a party may be relieved or displaced only by order of the Court. Here, there are more than "satisfactory reasons" to displace counsel as to Lubin individually: the relationship has irretrievably broken down; Lubin has terminated counsel's authority to act for him individually; and counsel has not taken the steps required to regularize the docket and avoid improper "hybrid" filings.

No party will be prejudiced by granting this narrow relief. Lubin seeks to proceed pro se in his individual capacity and will accept service and meet deadlines on his own behalf. At the same time, this application expressly preserves Spin Capital LLC's representation through counsel and avoids any risk that Spin would be left unrepresented.

Given the Court's ECF No. 117 Order and the ongoing schedule of discovery, Lubin respectfully requests expedited consideration.

**Requested Relief**

Lubin respectfully requests that the Court enter an Order:

(1) Displacing Amini LLC (and its attorneys Jeffrey Chubak, Esq., Avery Samet, Esq., and Bijan Amini, Esq.) as counsel of record for Defendant Avrumi (Josh) Lubin, in his individual capacity only;

(2) Permitting Lubin to proceed pro se in his individual capacity pursuant to 28 U.S.C. § 1654 and directing the Clerk to update the docket accordingly;

(3) Confirming that this Order does not alter the representation of Defendant Spin Capital LLC and that Amini LLC remains counsel of record for Spin Capital LLC unless and until the Court orders otherwise;

(4) Directing that service and correspondence as to Lubin individually be sent to the contact information below; and

(5) Directing Amini LLC to promptly provide Lubin his complete client file and materials necessary for Lubin to proceed pro se without prejudice.

**Contact Information (Lubin – Individual Capacity Only)**

Avrumi (Josh) Lubin

1460 Arboretum Parkway
Lakewood, NJ 08701

Tel: (732) 608-4905

Email: josh@spincapital.com

Respectfully submitted,

/s/ Avrumi (Josh) Lubin

Avrumi (Josh) Lubin

Defendant (Individual Capacity Only)

**CERTIFICATE OF SERVICE**

I certify that on February 27, 2026, I served a true and correct copy of the foregoing Letter Motion to Displace Counsel of Record and for Leave to Proceed Pro Se (together with the proposed order and exhibits) on all counsel of record via email and/or the Court's ECF service where applicable. Service was made on Amini LLC at jchubak@aminillc.com, asamet@aminillc.com, and bamini@aminillc.com, and on other counsel of record at the email addresses listed on the ECF docket.


/s/ Avrumi (Josh) Lubin

Avrumi (Josh) Lubin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


--------------------------------------------------------x

GOLDEN FOOTHILL INSURANCE SERVICES, LLC, et al.,

                  Plaintiffs,

        -v-

SPIN CAPITAL LLC, et al.,

                  Defendants.

--------------------------------------------------------x


Case No. 1:24-cv-08515 (AS)

Hon. Arun Subramanian


**[PROPOSED] ORDER**


Upon the application of Defendant Avrumi (Josh) Lubin, in his individual capacity only, and for good cause shown, it is hereby:


ORDERED that Amini LLC (including Jeffrey Chubak, Esq., Avery Samet, Esq., and Bijan Amini, Esq.) is DISPLACED and RELIEVED as counsel of record for Defendant Avrumi (Josh) Lubin, in his individual capacity only; and it is further


ORDERED that Defendant Avrumi (Josh) Lubin may proceed PRO SE in his individual capacity pursuant to 28 U.S.C. § 1654, and the Clerk of Court is directed to update the docket accordingly; and it is further

ORDERED that this Order does not alter the representation of Defendant Spin Capital LLC. Amini LLC remains counsel of record for Spin Capital LLC unless and until the Court orders otherwise; and it is further

ORDERED that service and correspondence as to Defendant Avrumi (Josh) Lubin, individually, shall be directed to josh@spincapital.com and 1460 Arboretum Parkway, Lakewood, NJ 08701, Tel: (732) 608-4905.

SO ORDERED.

Dated: _____, 2026
New York, New York

_____
Hon. Arun Subramanian
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


-------------------------------------------------------x
GOLDEN FOOTHILL INSURANCE SERVICES, LLC, et al.,

                 Plaintiffs,

      -v-

SPIN CAPITAL LLC, et al.,

                 Defendants.
-------------------------------------------------------x


Case No. 1:24-cv-08515 (AS)

Hon. Arun Subramanian


**NOTICE OF PRO SE APPEARANCE**
**(Defendant Avrumi (Josh) Lubin — Individual Capacity Only)**


I, Avrumi (Josh) Lubin, hereby enter an appearance on my own behalf in this action in my individual capacity only.

I request that all future correspondence and service as to me individually be sent as follows:


Email: josh@spincapital.com

Mailing Address: 1460 Arboretum Parkway, Lakewood, NJ 08701

Telephone: (732) 608-4905


Dated: February 27, 2026

/s/ Avrumi (Josh) Lubin

Avrumi (Josh) Lubin

Defendant (Individual Capacity Only)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


Golden Foothill Insurance Services, LLC, et al.,

Plaintiffs,

v.

Spin Capital LLC, et al.,

Defendants.


Case No. 1:24-cv-08515 (AS)


EXHIBIT 1

Order dated January 21, 2026 (ECF No. 117)

Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al (S.D.N.Y.)                               Doc. 117

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

Golden Foothill Insurance Services, LLC et al.,

                    Plaintiffs,

                -against-

Spin Capital, LLC et al.,

                  Defendants.

</td></tr>
</table>

24-CV-8515 (AS)

**ORDER**

**ARUN SUBRAMANIAN, United States District Judge:**

   Defendant Josh (Avrumi) Lubin's request for a pre-motion conference is DENIED.
The Court does not permit litigants who are represented by counsel to file motions of this kind
pro se, in order to make arguments that their retained lawyers, following their ethical duties, are
unwilling to make. Any motion in this regard must be filed by counsel. To the extent that Lubin
disagrees with his counsel, he is free to retain alternate counsel or to proceed pro se. He may not
proceed under a "limited pro se" appearance to file this kind of motion.

SO ORDERED.

Dated:  January 21, 2026
     New York, New York

                                     _____
                                        ARUN SUBRAMANIAN
                                      United States District Judge

*Courtesy copy for reference (text recreated from docketed order).*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


Golden Foothill Insurance Services, LLC, et al.,

Plaintiffs,

v.

Spin Capital LLC, et al.,

Defendants.


Case No. 1:24-cv-08515 (AS)


EXHIBIT 2

Email correspondence excerpt (Feb. 26, 2026) re representation status and counsel directives (pp. 1–3)

| | |
|---|---|
| **Subject:** | Re: SDNY — Representation status (Lubin individually) + Heskin disqualification filing path |
| **Date:** | Thursday, February 26, 2026 at 6:34:32 PM Mountain Standard Time |
| **From:** | Josh Lubin |
| **To:** | Jeffrey Chubak, Avery Samet, Bijan Amini |
| **Priority:** | High |
| **Attachments:** | image001.png |

Jeff / Avery,

This is a formal directive regarding my **individual** representation in **Golden Foothill Ins. Servs., LLC, et al. v. Spin Capital, LLC, et al., No. 1:24-cv-08515-AS (SDNY)**.

Judge Subramanian's **Order dated January 21, 2026 (ECF 117)** expressly states that the Court **does not permit represented litigants to file motions of this kind pro se**, and that **any motion in this regard must be filed by counsel**; if I disagree with counsel, I may retain alternate counsel or proceed pro se, but I **may not proceed under a "limited pro se" appearance**.

Accordingly, **no later than TODAY at 9:00 PM ET**, you must do **one** of the following:

1. **FILE** in SDNY a letter-motion / request for conference (or leave to move) seeking disqualification of **Shane Heskin** (and related relief), and coordinate the follow-on motion briefing/filing in accordance with the Court's rules; **OR**

2. If you will not file the disqualification application, then **FILE a motion to withdraw as counsel of record for me, Avrumi (Josh) Lubin, in my individual capacity**, under **Local Civil Rule 1.4(b)**, and confirm in writing that you are doing so.

Please confirm by the deadline which option you are taking and provide a copy of the filing (or draft) immediately.

Also, please provide my complete client file (pleadings, correspondence, discovery, and work product) in a single electronic delivery by the same deadline.

Josh

Get [Outlook for Mac](#)

**From:** Josh Lubin <josh@spincapital.com>
**Date:** Thursday, February 26, 2026 at 6:07 PM

**To:** Jeffrey Chubak <jchubak@aminillc.com>, Avery Samet <asamet@aminillc.com>, Bijan Amini <bamini@aminillc.com>

**Subject:** SDNY — Representation status (Lubin individually) + Heskin disqualification filing path

Jeff,

I'm writing to confirm the procedural path in the SDNY case regarding (1) a motion to disqualify Shane Heskin and (2) my representation status as an individual defendant.

1. Disqualification motion: Please confirm by 9PM EST TODAY whether you will file a motion to disqualify Mr. Heskin (or otherwise seek appropriate relief) on behalf of the represented party/parties you appear for.

2. If you will not file it: then I am directing that you promptly file the necessary papers under Local Civil Rule 1.4(b) to be relieved as counsel for Avrumi Lubin only, so that I may proceed pro se for myself individually.

    ◦ I am not asking you to withdraw as counsel for Spin Capital, LLC at this time.

    ◦ Please include in your withdrawal motion that (i) I will proceed pro se for myself, and (ii) service was made on me as required.

3.

To avoid confusion and improper "hybrid" filings, I do not want to submit any further pro se papers while you remain counsel of record for me individually. Once the Court enters an order relieving you as to me, I will file my pro se notice of appearance and proceed accordingly.

Please confirm receipt and your position (file the motion vs. move to withdraw for me individually) by 9PM EST TODAY.

Avrumi (Josh) Lubin

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, February 26, 2026 6:03:00 PM

**To:** Jeffrey Chubak <jchubak@aminillc.com>; Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: Deposition Scheduling — Plaintiffs' Notices / Request for Dates for Defendants

Prepared motion ready to file attached. Please confirm Aminni will file this TODAY. Thank you


Get Outlook for Mac

---

**From:** Josh Lubin <josh@spincapital.com>
**Date:** Thursday, February 26, 2026 at 6:01 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>, Avery Samet <asamet@aminillc.com>, Bijan Amini <bamini@aminillc.com>
**Subject:** Re: Deposition Scheduling — Plaintiffs' Notices / Request for Dates for Defendants

I do not consent to withdrawal on behalf on Spin whatsoever and I'm demanding you file a disqualification motion against MR Heskin TODAY.

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, February 26, 2026 5:56:23 PM
**To:** Josh Lubin <josh@spincapital.com>; Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: Deposition Scheduling — Plaintiffs' Notices / Request for Dates for Defendants

We can't do that for Spin which can't appear pro se, we can withdraw though.  We'll prepare those papers

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, February 26, 2026 7:24 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>; Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: Deposition Scheduling — Plaintiffs' Notices / Request for Dates for Defendants

Jeff and Avery,

Send me a substitution of counsel for me individually only IMMEDIATELY.

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, February 26, 2026 5:11:06 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** RE: Deposition Scheduling — Plaintiffs' Notices / Request for Dates for Defendants

Josh, you're not paying us and I'm not your secretary.  Stop with the litany of questions.  Just

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


Golden Foothill Insurance Services, LLC, et al.,

Plaintiffs,

v.

Spin Capital LLC, et al.,

Defendants.


Case No. 1:24-cv-08515 (AS)


EXHIBIT 3

Termination notice to counsel (Lubin individual only) — no withdrawal from Spin

| | |
|---|---|
| **Subject:** | FORMAL TERMINATION (Lubin Individual Only) — SDNY 1:24-cv-08515 (AS) — File Rule 1.4(b) Motion Today — NO WITHDRAWAL FROM SPIN |
| **Date:** | Thursday, February 26, 2026 at 8:30:31 PM Mountain Standard Time |
| **From:** | Josh Lubin |
| **To:** | Jeffrey Chubak, Avery Samet, Bijan Amini |
| **Priority:** | High |
| **Attachments:** | image001.png, SDNY_Lubin_Motion_to_Relieve_Counsel_Individual_Only.docx, SDNY_Proposed_Order_Relieve_Counsel_Lubin_Individual_Only.docx, SDNY_Lubin_Motion_to_Relieve_Counsel_Individual_Only.pdf, SDNY_Proposed_Order_Relieve_Counsel_Lubin_Individual_Only.pdf |

Jeffrey Chubak, Avery Samet, and Bijan Amini —

I am writing in my **individual capacity only** as Defendant **Avrumi (Josh) Lubin** in *Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al.*, **No. 1:24-cv-08515 (AS)**.

# 1) Termination — Lubin individually only (effective immediately)

Effective immediately, I **terminate Amini LLC as my counsel** with respect to **me personally / individually**. You **no longer have authority** to act, speak, or make decisions on my behalf in my individual capacity, except as necessary to implement your withdrawal/displacement as counsel of record.

# 2) No withdrawal from Spin Capital LLC — you must continue representing Spin

This termination is **NOT** on behalf of Spin Capital LLC. Spin is a corporate entity and cannot proceed pro se. You **remain counsel of record for Spin Capital LLC** and must continue representing Spin.

**Nothing in this email authorizes, invites, or consents to any withdrawal from Spin Capital LLC.** Do not file any motion, stipulation, or letter seeking to withdraw from Spin. If you attempt to withdraw from Spin without substitute counsel and a Court order, I will oppose it and will seek appropriate relief.

# 3) Immediate required filing — Rule 1.4(b) (Lubin individual only)

You must **file on ECF today** a motion under **Local Civil Rule 1.4(b)** (and proposed order) to be **relieved/displaced as counsel of record for Avrumi (Josh) Lubin in his individual capacity only**, and to reflect that I will proceed **pro se** as to my individual capacity.

The proposed order must state plainly that:

- you are relieved **only as to Lubin individually**, and

- you **remain counsel for Spin Capital LLC**.

**Deadline:** Please file no later than **5:00 PM ET today** and email me a copy of the filed motion and proposed order immediately after filing.

## 4) Immediate turnover of my file (individual)

By **tomorrow at 12:00 PM ET**, provide me (electronically) my complete client file related to my individual defense in this matter (all pleadings, correspondence, discovery, deposition materials, notes, drafts, and any documents received from other parties), so I can proceed pro se without prejudice.

## 5) Confirmation required

Confirm by return email **within 1 hour** that (i) you will file the Rule 1.4(b) motion for **Lubin individually only** by the deadline above, and (ii) you will **not** seek withdrawal from Spin Capital LLC.

If you refuse or do not comply, I will immediately seek Court intervention to displace you as my counsel individually and will attach this correspondence as an exhibit.

Avrumi (Josh) Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701
Tel: (718) 570-3796
josh@spincapital.com


Get Outlook for Mac

---

**From:** Josh Lubin <josh@spincapital.com>
**Date:** Thursday, February 26, 2026 at 8:03 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>, Avery Samet <asamet@aminillc.com>, Bijan Amini <bamini@aminillc.com>
**Subject:** SDNY (1:24-cv-08515 (AS)) — Counsel filing required: Heskin disqualification motion packet attached | Please confirm filing path by 9:00 PM ET


To: Jeff Chubak and Avery Samet,

Jeff / Avery —

I am writing in my individual capacity as Defendant Avrumi (Josh) Lubin regarding SDNY No. 1:24-cv-08515 (AS).

As you know, Judge Subramanian has made clear that a disqualification / related motion of this kind cannot be pursued via a "limited pro se" filing while I am represented on the SDNY docket, and that any such motion must be filed by counsel of record.

Accordingly, I am attaching the filing-ready motion packet for counsel filing:

1. SDNY_Motion_to_Disqualify_Heskin_ChubakSamet_2026-02-27_v2.pdf

2. SDNY_Heskin_Disqualification_Exhibits_A–E_2026-02-27_BOOKMARKED.pdf

   (plus the editable DOCX copy for your convenience)

What I need from you (by 9:00 PM ET today):

A. Please confirm in writing that you will file the attached motion (or a substantively equivalent motion) on ECF as counsel of record, and provide the expected filing time; OR

B. If you contend you will not file it, then (i) confirm in writing that you will file an application under SDNY Local Civil Rule 1.4(b) to be relieved/displaced as counsel for me individually only (not Spin Capital LLC), with a proposed order allowing me to proceed pro se personally, and (ii) provide the expected filing time; OR

C. If you contend neither A nor B will be done, state your position clearly and provide the specific procedural and ethical basis for refusing both paths, so I can determine next steps without further prejudice.

Important clarification: This request concerns my individual representation only. Spin Capital LLC is a corporate entity and cannot proceed pro se. Nothing in this email should be construed as authorization to withdraw from representing Spin.

Please reply by 9:00 PM ET today.

Avrumi (Josh) Lubin

1460 Arboretum Parkway

Lakewood, NJ 08701

Tel: 732-608-4905

josh@spincapital.com

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, February 26, 2026 6:34 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>; Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SDNY — Representation status (Lubin individually) + Heskin disqualification filing path

Jeff / Avery,
This is a formal directive regarding my **individual** representation in **Golden Foothill Ins. Servs., LLC, et al. v. Spin Capital, LLC, et al., No. 1:24-cv-08515-AS (SDNY)**.
Judge Subramanian's **Order dated January 21, 2026 (ECF 117)** expressly states that the Court **does not permit represented litigants to file motions of this kind pro se**, and that **any motion in this regard must be filed by counsel**; if I disagree with counsel, I may retain alternate counsel or proceed pro se, but I **may not proceed under a "limited pro se" appearance**.
Accordingly, **no later than TODAY at 9:00 PM ET**, you must do **one** of the following:

1. **FILE** in SDNY a letter-motion / request for conference (or leave to move) seeking disqualification of **Shane Heskin** (and related relief), and coordinate the follow-on motion briefing/filing in accordance with the Court's rules; **OR**
2. If you will not file the disqualification application, then **FILE a motion to withdraw as counsel of record for me, Avrumi (Josh) Lubin, in my individual capacity**, under **Local Civil Rule 1.4(b)**, and confirm in writing that you are doing so.

Please confirm by the deadline which option you are taking and provide a copy of the filing (or draft) immediately.
Also, please provide my complete client file (pleadings, correspondence, discovery, and work product) in a single electronic delivery by the same deadline.
Josh

Get Outlook for Mac
**From:** Josh Lubin <josh@spincapital.com>
**Date:** Thursday, February 26, 2026 at 6:07 PM

**To:** Jeffrey Chubak <jchubak@aminillc.com>, Avery Samet <asamet@aminillc.com>, Bijan Amini <bamini@aminillc.com>

**Subject:** SDNY — Representation status (Lubin individually) + Heskin disqualification filing path

Jeff,

I'm writing to confirm the procedural path in the SDNY case regarding (1) a motion to disqualify Shane Heskin and (2) my representation status as an individual defendant.

1.  Disqualification motion: Please confirm by 9PM EST TODAY whether you will file a motion to disqualify Mr. Heskin (or otherwise seek appropriate relief) on behalf of the represented party/parties you appear for.

2.  If you will not file it: then I am directing that you promptly file the necessary papers under Local Civil Rule 1.4(b) to be relieved as counsel for Avrumi Lubin only, so that I may proceed pro se for myself individually.

    ○ I am not asking you to withdraw as counsel for Spin Capital, LLC at this time.

    ○ Please include in your withdrawal motion that (i) I will proceed pro se for myself, and (ii) service was made on me as required.

    3.

To avoid confusion and improper "hybrid" filings, I do not want to submit any further pro se papers while you remain counsel of record for me individually. Once the Court enters an order relieving you as to me, I will file my pro se notice of appearance and proceed accordingly.

Please confirm receipt and your position (file the motion vs. move to withdraw for me individually) by 9PM EST TODAY.

Avrumi (Josh) Lubin

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, February 26, 2026 6:03:00 PM

**To:** Jeffrey Chubak <jchubak@aminillc.com>; Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: Deposition Scheduling — Plaintiffs' Notices / Request for Dates for Defendants

Prepared motion ready to file attached. Please confirm Aminni will file this TODAY. Thank you

Get Outlook for Mac

**From:** Josh Lubin <josh@spincapital.com>
**Date:** Thursday, February 26, 2026 at 6:01 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>, Avery Samet <asamet@aminillc.com>, Bijan Amini <bamini@aminillc.com>
**Subject:** Re: Deposition Scheduling — Plaintiffs' Notices / Request for Dates for Defendants

I do not consent to withdrawal on behalf on Spin whatsoever and I'm demanding you file a disqualification motion against MR Heskin TODAY.

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, February 26, 2026 5:56:23 PM
**To:** Josh Lubin <josh@spincapital.com>; Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: Deposition Scheduling — Plaintiffs' Notices / Request for Dates for Defendants

We can't do that for Spin which can't appear pro se, we can withdraw though.  We'll prepare those papers

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, February 26, 2026 7:24 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>; Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: Deposition Scheduling — Plaintiffs' Notices / Request for Dates for Defendants

Jeff and Avery,

Send me a substitution of counsel for me individually only IMMEDIATELY.

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, February 26, 2026 5:11:06 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** RE: Deposition Scheduling — Plaintiffs' Notices / Request for Dates for Defendants

Josh, you're not paying us and I'm not your secretary.  Stop with the litany of questions.  Just tell me what dates you're available.

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, February 26, 2026 7:00 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Deposition Scheduling — Plaintiffs' Notices / Request for Dates for Defendants

Jeff,

I reviewed the attached email chain re Plaintiffs' deposition notices and scheduling. My understanding is:

1. Plaintiffs previously requested to schedule their 30(b)(6) witness by Zoom, and we had tentatively discussed 2/23 at 10:00 a.m. before I advised of a family bereavement and the need to adjourn/reschedule.

2. Opposing counsel is now asking defense counsel to provide dates for your clients for depositions.

To keep this clean and avoid any procedural issues, please confirm:

- What deposition dates are currently "on calendar," if any (and whether any amended notices were served after the adjournment).

- What dates you intend to offer for my deposition and/or any Spin Capital deposition(s), and whether you want me to hold specific dates/times for the next two weeks. (I can make myself available on: [INSERT 3–6 date/time windows].)

- Whether any of the notices include document requests/duces tecum or 30(b)(6) topics that you plan to object to, narrow, or seek a protective order on, and what you need from me for preparation (documents, timeline, privilege issues, etc.).

- That you will handle all scheduling communications with opposing counsel/court reporter and confirm the Zoom logistics (link, court reporter, exhibit handling, start time, estimated length).

Please let me know what you recommend as the next step and what you want me to do today to support scheduling and preparation.

Thank you,

Avrumi (Josh) Lubin

Get Outlook for iOS

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, February 26, 2026 3:07:22 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Fw: BMF Production of Docs and Re: BMF/Plaintiff Depo Dates

---

**From:** Shane Heskin <shane@heskinproper.com>
**Sent:** Thursday, February 26, 2026 5:06 PM
**To:** Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <mleto@letolawfirm.com>;
Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: BMF Production of Docs and Re: BMF/Plaintiff Depo Dates

We are confirmed for March 4 via Zoom for Plaintiff's depo and March 5 for BMF.

Matt/Jeff,

Please provide dates for your clients.

---

**From:** Phillip Spinella <pspinella@murraylegalpllc.com>
**Sent:** Tuesday, February 24, 2026 11:28:13 AM
**To:** Shane Heskin <shane@heskinproper.com>
**Subject:** BMF Production of Docs and Re: BMF/Plaintiff Depo Dates

Shane, there's a link below to a production of certain relevant documents. I am still trying to get any communications that may exist / are still recoverable from that time period. Re: depositions, can we do Plaintiffs next Wednesday, and BMF's on Thursday?

https://www.dropbox.com/t/moHqmuIzgcDUTeva

---

**From:** Phillip Spinella <pspinella@murraylegalpllc.com>
**Date:** Thursday, February 19, 2026 at 4:47 PM
**To:** Shane Heskin <shane@heskinproper.com>
**Subject:** Re: 2025-12-09 Settlement Agreement

How's March 4 (Wednesday) for Plaintiffs, and March 5 or 6 for Gabe? (I asked him between those two if he had a preference and haven't heard back yet).



**MURRAY**
**LEGAL PLLC**
**pspinella@murraylegalpllc.com**

Tel: **516-535-0948**

170 Old Country Road Suite 608

Mineola, New York 11501

---

**From:** Shane Heskin <shane@heskinproper.com>
**Date:** Thursday, February 19, 2026 at 9:20 AM
**To:** Phillip Spinella <pspinella@murraylegalpllc.com>
**Subject:** Re: 2025-12-09 Settlement Agreement

| | |
|---|---|
| External Sender - From: (Shane Heskin <shane@heskinproper.com>)<br>This message came from outside your organization. | Learn More |

That all works for me.  Just give me some dates when you can.

---

**From:** Phillip Spinella <pspinella@murraylegalpllc.com>
**Sent:** Thursday, February 19, 2026 8:18:09 AM
**To:** Shane Heskin <shane@heskinproper.com>
**Subject:** Re: 2025-12-09 Settlement Agreement

Good morning Shane: A few things.  I am planning to make a document production at COB; I have been waiting to see if more docs are available from my client but at this point I'd like to send what I have and supplement thereafter if I have more.  I am trying to nail a date down either next Friday or first week of March for Gabe's deposition, would that work for you?  Are Plaintiffs available for deposit first week of March? I can carve out time to take one that week, or around there.

More broadly, I have been trying to figure out a way to a possible settlement structure that could work . . .. I'm still pressing on that front on my end.

Let me know about the foregoing when you can.  Thanks.

Regards,
Phillip Spinella

---

**From:** Shane Heskin <shane@heskinproper.com>
**Date:** Thursday, February 12, 2026 at 8:33 PM

**To:** Phillip Spinella <pspinella@murraylegalpllc.com>
**Subject:** Re: 2025-12-09 Settlement Agreement

> External Sender - From: (Shane Heskin <shane@heskinproper.com>)    Learn More
> This message came from outside your organization.

They can't be much more than $30-40k.

---

**From:** Phillip Spinella <pspinella@murraylegalpllc.com>
**Sent:** Thursday, February 12, 2026 7:33:38 PM
**To:** Shane Heskin <shane@heskinproper.com>
**Subject:** Re: 2025-12-09 Settlement Agreement

Thanks, I'm taking a look.  Any idea what, at present, the "allowed but unpaid fees and expenses of the Receiver and his firm" are roughly?



**M U R R A Y**
**L E G A L  P L L C**
**pspinella@murraylegalpllc.com**

Tel: **516-535-0948**

170 Old Country Road Suite 608

Mineola, New York 11501

---

**From:** Shane Heskin <shane@heskinproper.com>
**Date:** Thursday, February 12, 2026 at 4:39 PM
**To:** Phillip Spinella <pspinella@murraylegalpllc.com>
**Subject:** Fw: 2025-12-09 Settlement Agreement

> External Sender - From: (Shane Heskin <shane@heskinproper.com>)    Learn More
> This message came from outside your organization.

See the attached.  All we need to do is sign this and seek approval from the Leer Trustee.  Would probably have to direct the payment to the Trustee though for distribution to the claimants/investors.

**From:** Shane Heskin <shane@heskinproper.com>
**Sent:** Monday, December 29, 2025 8:48:06 PM
**To:** Irma T. Solares <isolares@carltonfields.com>; Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Fw: 2025-12-09 Settlement Agreement

Hi Irma,

I believe we have a resolution to resolving the claims in this matter. The only thing the Leer parties were getting out of the prior proposal from CapFactor was a release from them. The Leer Defendants are prepared to go forward without a release from CapFactor.

Please see the attached revised settlement agreement and let us know if Zurich has any further changes so we can execute and put before the court for approval.

All it does is remove CapFactor. They have no claims in this action and are not necessary to the settlement.

Happy to discuss: 917.362.1313

Thanks,
-Shane

**From:** Shane Heskin <shane@heskinproper.com>
**Sent:** Monday, December 29, 2025 8:36:49 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Fw: 2025-12-09 Settlement Agreement

**From:** Shane Heskin
**Sent:** Monday, December 22, 2025 10:35:52 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** 2025-12-09 Settlement Agreement

Revisions attached. Let's discuss in the morning: 917.362.1313