

March 2, 2026

<u>**To via ECF**</u>:
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

> Re:    *Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al*
> Docket No.: 24-cv-8515 (AS)
> <u>Letter Request for 30-day Extension of Summary Judgment Deadline</u>

Dear Judge Subramanian,

My office, Murray Legal, PLLC, represents Defendants BMF Advance LLC and Gavriel Yitzchakov (the "BMF Defendants"). The BMF Defendants write jointly with the Plaintiffs and the Hi-Bar Defendants (together with the BMF Defendants, the "Requesting Parties") to request that the deadline for submission of motions for summary judgment be extended from March 20 to April 20, 2026.[1] Presently, the parties were scheduled to complete all depositions this coming Thursday and Friday (March 5 and 6, 2026), but a death in the family of the undersigned as made those dates impracticable. As outlined in a previous letter to the Court regarding the parties' efforts to reach a global settlement of this and the State Court action, the Requesting Parties have been cooperating in discovery while still seeking a resolution of the underlying disputes. While recognizing the Court's desire to move this case forward efficiently and without undue delay, the Requesting Parties respectfully ask this Court to grant the extension requested herein due to the extenuating circumstances, which will provide the parties sufficient time to complete depositions – workable dates for which the parties have already proposed – and submit any motion(s) for summary judgment.

We thank the Court for its attention to this matter.

> Sincerely,
> /s/ Phillip A. Spinella
> Phillip A. Spinella, Esq.

---

[1] The undersigned contacted counsel for the remaining parties, Defendants Spin Capital LLC and Mr. Lubin, and received no objection to the request herein.

 170 Old Country Road
Suite 608
Mineola, New York 11501

 Office: 516-260-7367

 cmurray@murraylegalpllc.com
www.murraylegalpllc.com



CC via ECF:
Counsel for all parties

 170 Old Country Road
Suite 608
Mineola, New York 11501

 Office: 516-260-7367

 cmurray@murraylegalpllc.com
www.murraylegalpllc.com