UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Golden Foothill Insurance Services, LLC et al,

Plaintiffs,

-against-

Spin Capital, LLC et al,

Defendants.

24-CV-8515 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

All counsel and defendant Avrumi Lubin are ORDERED to appear for a telephonic conference on Thursday, March 5, 2026, at 5 p.m. to discuss Lubin's motion to proceed pro se. The dial in number is (646) 453-4442 and the conference ID is 671 542 996, followed by the pound sign (#).

SO ORDERED.

Dated: March 2, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge