UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al<br><br>　　　　　　　　　　　Plaintiffs<br>v.<br>SPIN CAPITAL, LLC et al<br><br>　　　　　　　　　　　Defendants | Case 1:24-cv-08515-AS<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE upon the annexed declaration of Jeffrey Chubak and the memorandum of law in support, both dated March 2, 2026, Jeffrey Chubak of Amini LLC will move this Court, before the Honorable Arun Subramanian, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time set by the Court, for leave to withdraw as counsel for defendants Spin Capital, LLC and Avrumi (a/k/a Josh) Lubin pursuant to Local Civil Rule 1.4 and for such other and further relief as the Court deems just and proper.

Dated: New York, NY
　　　　March 2, 2026

　　　　　　　　　　　　　　　　　　　Amini LLC

　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey Chubak*
　　　　　　　　　　　　　　　　　　　Jeffrey Chubak
　　　　　　　　　　　　　　　　　　　130 West 35th Street
　　　　　　　　　　　　　　　　　　　12th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　(212) 490-4700
　　　　　　　　　　　　　　　　　　　jchubak@aminillc.com
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Spin Capital, LLC
　　　　　　　　　　　　　　　　　　　and Avrumi (Josh) Lubin LLC