UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

GOLDEN FOOTHILL INSURANCE SERVICES, LLC, et al.,

        Plaintiffs,

      -v-

SPIN CAPITAL LLC, et al.,

        Defendants.

---------------------------------------------------------x

Case No. 1:24-cv-08515 (AS)

Hon. Arun Subramanian

## DECLARATION OF SERVICE

March 03, 2026

I, Avrumi (Josh) Lubin, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a Defendant in this action. I submit this Declaration in my individual capacity only. I am over the age of eighteen (18) and am competent to make this declaration.

2. On March 02, 2026, at approximately 7:45:34 PM Eastern Time, I served a true and correct copy of my Opposition to Amini LLC's Motion to Withdraw as Counsel for Spin Capital LLC (ECF 123–125) (the "Opposition"), as filed/submitted to the Court, by email on the recipients listed in the 'To' line of my service email.

3. The recipients served by email included (among others): (i) Amini LLC and its attorneys Jeffrey Chubak, Esq., Avery Samet, Esq., and Bijan Amini, Esq.; (ii) Plaintiffs' counsel Shane R. Heskin, Esq.; (iii) counsel Christopher Murray, Esq. and Matthew P. Leto, Esq.; and (iv) Fred Stevens, the New York Supreme Court court-appointed receiver in Index No. 650582/2022.

4. A true and correct copy of the service email reflecting the recipients, date/time, and attachment is annexed hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 03, 2026.

/s/ Avrumi (Josh) Lubin

Avrumi (Josh) Lubin

Defendant (Individual Capacity Only)

1460 Arboretum Parkway
Lakewood, NJ 08701

Telephone: (732) 608-4905

Email: josh@spincapital.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


Golden Foothill Insurance Services, LLC, et al.,

Plaintiffs,

v.

Spin Capital LLC, et al.,

Defendants.


Case No. 1:24-cv-08515 (AS)


EXHIBIT A

Service Email and Attachment Confirmation (March 2, 2026) (Letter Size)

SERVICE COPY — Opposition to Amini LLC Motion to Withdraw as Counsel for Spin (ECF 123–125) — 1:24-cv-08515 (AS)

| | |
|---|---|
| 3/2/26      2:10 PM **Subject** | **SERVICE COPY — Opposition to Amini LLC Motion to Withdraw as Counsel for Spin (ECF 123–125) — 1:24-cv-08515 (AS)** |
| Link to Outlook Item | **Click here** |
| From | **Josh Lubin** |
| To | **Avery Samet**; **Jeffrey Chubak**; **bamini@aminillc.com**; **Shane Heskin**; **Christopher Murray**; **Matthew Leto**; **Fred Stevens** |
| Sent | **3/2/2026, 7:45:34 PM** |

**Attachments**



SDNY_Oppo
sition_to_...

Counsel — I served and submitted to SDNY Pro Se Intake an opposition to Amini LLC's motion to withdraw as counsel for Spin Capital LLC (ECF 123–125). Attached is a service copy. Please confirm receipt.

— Avrumi (Josh) Lubin (Individual Capacity Only), (732) 608-4905

**From:** Josh Lubin
Sent: Monday, March 2, 2026 6:52:59 PM
To: ProSe@nysd.uscourts.gov <ProSe@nysd.uscourts.gov>
Subject: 1:24-cv-08515 (AS) — Lubin — Opposition to Amini LLC Motion to Withdraw as Counsel for Spin (ECF 123–125)

Pro Se Intake Unit,

Please file the attached signed opposition in Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al., No. 1:24-cv-08515 (AS).

Filer: Avrumi (Josh) Lubin (Individual Capacity Only)

Address: 1460 Arboretum Parkway, Lakewood, NJ 08701

Telephone: (732) 608-4905

Email: josh@spincapital.com

Respectfully,

Avrumi (Josh) Lubin