**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al <br>        Plaintiffs <br><br> v. <br> SPIN CAPITAL, LLC et al <br>        Defendants | Case 1:24-cv-08515-AS <br><br> **CERTIFICATE OF SERVICE** |

DOMINIC WOODS hereby certifies:

1. I am over 18 years of age and not a party to this action.

2. On March 3, 2026, I served a true copy of the Motion to Withdraw, Declaration of Jeffrey Chubak in support, and Memorandum of Law in support (ECF #123, #124, #125) by first-class mail and by email to the following address:

Spin Capital LLC
1460 Arboretum Parkway
Lakewood, NJ 08701
Attn: Avrumi (Josh) Lubin
josh@spincapital.com

3. The filing of said motion caused Notice of Electronic Filing to be served on all other parties by ECF, at the addresses indicated on the annexed Notice of Electronic Filing.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March, 2026.

*Dominic Woods*
Dominic Woods

| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
|---|---|
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Motion to Withdraw as Attorney |
| Date: | Monday, March 2, 2026 5:39:31 PM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Chubak, Jeffrey on 3/2/2026 at 5:38 PM EST and filed on 3/2/2026

| | |
|---|---|
| **Case Name:** | Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al |
| **Case Number:** | 1:24-cv-08515-AS |
| **Filer:** | Avrumi Lubin |
| | Spin Capital, LLC |

**Document Number:** 123

**Docket Text:**
**MOTION for Jeffrey Chubak to Withdraw as Attorney *for Spin Capital, LLC and Avrumi (Josh) Lubin*. Document filed by Avrumi Lubin, Spin Capital, LLC.. (Chubak, Jeffrey)**

**1:24-cv-08515-AS Notice has been electronically mailed to:**

Brian Seth Levenson     brian@rrothlaw.com

Christopher Ryan Murray     cmurray@murraylegalpllc.com, cmurrayesq@gmail.com

Jeffrey Scott Chubak     jchubak@aminillc.com, aminillcfiling@aminillc.com

Matthew P. Leto     mleto@letolawfirm.com, Kzelaya@letolawfirm.com, LLFpleadings@ecf.courtdrive.com

Phillip Spinella     pspinella@murraylegalpllc.com

Shane R. Heskin     shane@heskinproper.com, service@heskinproper.com, susan@heskinproper.com

**1:24-cv-08515-AS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/2/2026] [FileNumber=34404367-0
] [1655b24f7b87fad2e1bd6e8dc703b77ecf73c65ff033731bc1fc819c4424e0a1cb6
450d1c24695e690097b4f0707f48a9ddd5fcc5c6abb3ae42ec24200ec4e9e]]