UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

GOLDEN FOOTHILL INSURANCE SERVICES, LLC, et al.,

        Plaintiffs,

       -v-

SPIN CAPITAL LLC, et al.,

        Defendants.
---------------------------------------------------------x

Case No. 1:24-cv-08515 (AS)

Hon. Arun Subramanian

**DECLARATION OF SERVICE**

March 03, 2026

I, Avrumi (Josh) Lubin, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a Defendant in this action. I submit this Declaration in my individual capacity only. I am over the age of eighteen (18) and am competent to make this declaration.

2. On March 03, 2026, at approximately 12:14 PM Mountain Standard Time (approximately 2:14 PM Eastern Time), I served a true and correct copy of my Letter Opposition to Amini LLC's Motion to Withdraw as Counsel (ECF Nos. 123–125), docketed as ECF No. 129 (the "Opposition"), by email to counsel of record and other recipients listed below.

3. The Opposition was served via email to the recipients listed in the "To" line of my service email, including: Avery Samet; Jeffrey Chubak; aminillcfiling@aminillc.com; bamini@aminillc.com; Shane R. Heskin; service@heskinproper.com; susan@heskinproper.com; Christopher Murray; cmurrayesq@gmail.com; pspinella@murraylegalpllc.com; Matthew P. Leto; Kzelaya@letolawfirm.com; LLFpleadings@ecf.courtdrive.com; brian@rrothlaw.com.

4. A true and correct copy of the service email reflecting the recipients, date/time, and attachment is annexed hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 03, 2026.

/s/ Avrumi (Josh) Lubin

Avrumi (Josh) Lubin

Defendant (Individual Capacity Only)

1460 Arboretum Parkway
Lakewood, NJ 08701

Telephone: (732) 608-4905

Email: josh@spincapital.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


Golden Foothill Insurance Services, LLC, et al.,

Plaintiffs,

v.

Spin Capital LLC, et al.,

Defendants.


Case No. 1:24-cv-08515 (AS)


EXHIBIT A

Service Email re ECF No. 129 Opposition (March 3, 2026)

**Tuesday, March 3, 2026 at 12:15:25 PM Mountain Standard Time**

| | |
|---|---|
| **Subject:** | SERVICE COPY — ECF No. 129 — Lubin Opposition re Amini Withdrawal (ECF 123–125) — 1:24-cv-08515 (AS) |
| **Date:** | Tuesday, March 3, 2026 at 12:14:16 PM Mountain Standard Time |
| **From:** | Josh Lubin |
| **To:** | Avery Samet, Jeffrey Chubak, aminillcfiling@aminillc.com, bamini@aminillc.com, Shane Heskin, service@heskinproper.com, susan@heskinproper.com, Christopher Murray, cmurrayesq@gmail.com, pspinella@murraylegalpllc.com, Matthew Leto, Kzelaya@letolawfirm.com, LLFpleadings@ecf.courtdrive.com, brian@rrothlaw.com |
| **Priority:** | High |
| **Attachments:** | 127139165017.pdf |

Counsel —

Attached is a service/courtesy copy of Defendant Avrumi (Josh) Lubin's Opposition to Amini LLC's Motion to Withdraw (ECF 123–125), now docketed as ECF No. 129 in Golden Foothill Ins. Servs., LLC, et al. v. Spin Capital LLC, et al., No. 1:24-cv-08515 (AS).

Please confirm receipt by reply email.

Respectfully,

Avrumi (Josh) Lubin (Individual Capacity Only)

1460 Arboretum Parkway, Lakewood, NJ 08701

(732) 608-4905 | josh@spincapital.com

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, March 3, 2026 10:08:26 AM
**To:** Avery Samet <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; aminillcfiling@aminillc.com <aminillcfiling@aminillc.com>; bamini@aminillc.com <bamini@aminillc.com>; Shane Heskin <shane@heskinproper.com>; service@heskinproper.com <service@heskinproper.com>; susan@heskinproper.com <susan@heskinproper.com>; Christopher Murray <cmurray@murraylegalpllc.com>; cmurrayesq@gmail.com <cmurrayesq@gmail.com>; pspinella@murraylegalpllc.com <pspinella@murraylegalpllc.com>; Matthew Leto <mleto@letolawfirm.com>; Kzelaya@letolawfirm.com <Kzelaya@letolawfirm.com>; LLFpleadings@ecf.courtdrive.com <LLFpleadings@ecf.courtdrive.com>; brian@rrothlaw.com <brian@rrothlaw.com>
**Subject:** SERVICE — ECF No. 128 — Lubin Opposition to Amini Withdrawal (ECF 123–125) — 1:24-cv-08515 (AS)

Counsel:

Attached is a courtesy/service copy of Defendant Avrumi (Josh) Lubin's opposition to Amini LLC's motion to withdraw (ECF Nos. 123–125), now docketed as ECF No. 128, in Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al., No. 1:24-cv-08515 (AS).

Please confirm receipt by reply email.

Respectfully,

Avrumi (Josh) Lubin (Individual Capacity Only)

1460 Arboretum Parkway, Lakewood, NJ 08701

(732) 608-4905 | josh@spincapital.com

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, March 3, 2026 9:21:01 AM
**To:** Avery Samet <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; bamini@aminillc.com <bamini@aminillc.com>; Shane Heskin <shane@heskinproper.com>; Christopher Murray <cmurray@murraylegalpllc.com>; Matthew Leto <mleto@letolawfirm.com>; Fred Stevens <fstevens@klestadt.com>
**Subject:** SERVICE COPY — Lubin Opposition to Amini LLC Motion to Withdraw (ECF 123–125) — 24-cv-08515 (AS)

Counsel —

Attached is a service copy of Defendant Avrumi (Josh) Lubin's Opposition to Amini LLC's Motion to Withdraw (ECF 123–125) in Golden Foothill Ins. Servs., LLC, et al. v. Spin Capital LLC, et al., No. 24-cv-08515 (AS). This is the same signed PDF submitted/resubmitted to SDNY Pro Se Intake for docketing.

Please confirm receipt by reply email.

Respectfully,

Avrumi (Josh) Lubin (Individual Capacity Only)

(732) 608-4905 | josh@spincapital.com

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, March 2, 2026 6:47:05 PM
**To:** Avery Samet <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; bamini@aminillc.com <bamini@aminillc.com>; Shane Heskin <shane@heskinproper.com>; Christopher Murray <cmurray@murraylegalpllc.com>; Matthew Leto <mleto@letolawfirm.com>; Fred Stevens <fstevens@klestadt.com>
**Subject:** SERVICE COPY — Opposition to Amini LLC Motion to Withdraw as Counsel for Spin (ECF 123–125) — 1:24-cv-08515 (AS)

Counsel — I served and submitted to SDNY Pro Se Intake an opposition to Amini LLC's motion to withdraw as counsel for Spin Capital LLC (ECF 123–125). Attached is a service copy. Please confirm receipt.

— Avrumi (Josh) Lubin (Individual Capacity Only), (732) 608-4905

---

**From:** Josh Lubin
**Sent:** Monday, March 2, 2026 6:52:59 PM
**To:** ProSe@nysd.uscourts.gov <ProSe@nysd.uscourts.gov>
**Subject:** 1:24-cv-08515 (AS) — Lubin — Opposition to Amini LLC Motion to Withdraw as Counsel for Spin (ECF 123–125)

Pro Se Intake Unit,

Please file the attached signed opposition in Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al., No. 1:24-cv-08515 (AS).

Filer: Avrumi (Josh) Lubin (Individual Capacity Only)

Address: 1460 Arboretum Parkway, Lakewood, NJ 08701

Telephone: (732) 608-4905

Email: josh@spincapital.com

Respectfully,

Avrumi (Josh) Lubin