UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, et al., Plaintiffs, | No. 1:24-cv-08515 (AS) |
| v. | |
| SPIN CAPITAL LLC, et al., Defendants. | |

**DECLARATION OF SERVICE**

I, Avrumi (Josh) Lubin, declare under penalty of perjury as follows:

1. I am a defendant in the above-captioned action and appear pro se in my individual capacity only.

2. On **Wednesday, March 4, 2026 at 1:42:27 PM Mountain Standard Time** (March 4, 2026 at approximately 3:42 PM Eastern Time), I served via email a true and correct copy of my *Supplemental Letter in Further Opposition to Amini LLC's Motion to Withdraw as Counsel for Spin Capital LLC*, with exhibits (the "Supplemental Letter Packet").

3. The Supplemental Letter Packet was transmitted from **josh@spincapital.com** and attached as a PDF titled **"SDNY_Supplemental_Letter_Opposition_Amini_Withdrawal_Spin_V3_ WITH_EXHIBITS.pdf."**

4. Service was made to counsel of record and/or their designated service email addresses at the following addresses:

| Name / Firm | Email Address |
|---|---|
| Avery Samet, Esq. | asamet@aminillc.com |
| Jeffrey Chubak, Esq. | jchubak@aminillc.com |
| Amini LLC Filing | aminillcfiling@aminillc.com |
| Bijan Amini, Esq. | bamini@aminillc.com |
| Shane Heskin, Esq. | shane@heskinproper.com |
| Heskin Proper Service | service@heskinproper.com |
| Susan Heskin | susan@heskinproper.com |
| Christopher Murray, Esq. | cmurray@murraylegalpllc.com |
| Christopher Murray (alt.) | cmurrayesq@gmail.com |
| Phillip Spinella, Esq. | pspinella@murraylegalpllc.com |
| Matthew P. Leto, Esq. | mleto@letolawfirm.com |
| K. Zelaya (Leto Law) | Kzelaya@letolawfirm.com |

| Leto Law Firm (ECF) | LLFpleadings@ecf.courtdrive.com |
| Brian Seth Levenson, Esq. | brian@rrothlaw.com |

5. A true and correct copy of the service email is attached hereto as Exhibit A.

Dated: March 4, 2026
Lakewood, New Jersey

**/s/ Avrumi (Josh) Lubin**
Avrumi (Josh) Lubin
c/o Spin Capital LLC
1460 Arboretum Parkway
Lakewood, NJ 08701
Tel: (732) 608-4905
Email: josh@spincapital.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOLDEN FOOTHILL INSURANCE SERVICES, LLC, et al.,       No. 1:24-cv-08515
Plaintiffs,                                             (AS)

v.

SPIN CAPITAL LLC, et al.,
Defendants.


# EXHIBIT A

Service Email (March 4, 2026)


Attached: PDF printout of the email transmitting the Supplemental Letter Packet (V3) to counsel of record and designated service email addresses.

**Wednesday, March 4, 2026 at 1:45:22 PM Mountain Standard Time**

| | |
|---|---|
| **Subject:** | Re: SERVICE COPY — ECF No. 129 — Lubin Opposition re Amini Withdrawal (ECF 123–125) — 1:24-cv-08515 (AS) |
| **Date:** | Wednesday, March 4, 2026 at 1:42:27 PM Mountain Standard Time |
| **From:** | Josh Lubin |
| **To:** | Avery Samet, Jeffrey Chubak, aminillcfiling@aminillc.com, bamini@aminillc.com, Shane Heskin, service@heskinproper.com, susan@heskinproper.com, Christopher Murray, cmurrayesq@gmail.com, pspinella@murraylegalpllc.com, Matthew Leto, Kzelaya@letolawfirm.com, LLFpleadings@ecf.courtdrive.com, brian@rrothlaw.com |
| **Priority:** | High |
| **Attachments:** | SDNY_Supplemental_Letter_Opposition_Amini_Withdrawal_Spin_V3_WITH_EXHIBITS.pdf |

Submitted today to SDNY Pro Se Intake for filing; will follow with ECF number when assigned.

Get Outlook for iOS

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, March 3, 2026 12:14:15 PM
**To:** Avery Samet <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; aminillcfiling@aminillc.com <aminillcfiling@aminillc.com>; bamini@aminillc.com <bamini@aminillc.com>; Shane Heskin <shane@heskinproper.com>; service@heskinproper.com <service@heskinproper.com>; susan@heskinproper.com <susan@heskinproper.com>; Christopher Murray <cmurray@murraylegalpllc.com>; cmurrayesq@gmail.com <cmurrayesq@gmail.com>; pspinella@murraylegalpllc.com <pspinella@murraylegalpllc.com>; Matthew Leto <mleto@letolawfirm.com>; Kzelaya@letolawfirm.com <Kzelaya@letolawfirm.com>; LLFpleadings@ecf.courtdrive.com <LLFpleadings@ecf.courtdrive.com>; brian@rrothlaw.com <brian@rrothlaw.com>
**Subject:** SERVICE COPY — ECF No. 129 — Lubin Opposition re Amini Withdrawal (ECF 123–125) — 1:24-cv-08515 (AS)

Counsel —

Attached is a service/courtesy copy of Defendant Avrumi (Josh) Lubin's Opposition to Amini LLC's Motion to Withdraw (ECF 123–125), now docketed as ECF No. 129 in Golden Foothill Ins. Servs., LLC, et al. v. Spin Capital LLC, et al., No. 1:24-cv-08515 (AS).

Please confirm receipt by reply email.

Respectfully,

Avrumi (Josh) Lubin (Individual Capacity Only)

1460 Arboretum Parkway, Lakewood, NJ 08701

(732) 608-4905 | josh@spincapital.com

**From:** Josh Lubin <josh@spincapital.com>

**Sent:** Tuesday, March 3, 2026 10:08:26 AM
**To:** Avery Samet <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; aminillcfiling@aminillc.com <aminillcfiling@aminillc.com>; bamini@aminillc.com <bamini@aminillc.com>; Shane Heskin <shane@heskinproper.com>; service@heskinproper.com <service@heskinproper.com>; susan@heskinproper.com <susan@heskinproper.com>; Christopher Murray <cmurray@murraylegalpllc.com>; cmurrayesq@gmail.com <cmurrayesq@gmail.com>; pspinella@murraylegalpllc.com <pspinella@murraylegalpllc.com>; Matthew Leto <mleto@letolawfirm.com>; Kzelaya@letolawfirm.com <Kzelaya@letolawfirm.com>; LLFpleadings@ecf.courtdrive.com <LLFpleadings@ecf.courtdrive.com>; brian@rrothlaw.com <brian@rrothlaw.com>
**Subject:** SERVICE — ECF No. 128 — Lubin Opposition to Amini Withdrawal (ECF 123–125) — 1:24-cv-08515 (AS)

Counsel:

Attached is a courtesy/service copy of Defendant Avrumi (Josh) Lubin's opposition to Amini LLC's motion to withdraw (ECF Nos. 123–125), now docketed as ECF No. 128, in Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al., No. 1:24-cv-08515 (AS).

Please confirm receipt by reply email.

Respectfully,

Avrumi (Josh) Lubin (Individual Capacity Only)

1460 Arboretum Parkway, Lakewood, NJ 08701

(732) 608-4905 | josh@spincapital.com

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, March 3, 2026 9:21:01 AM
**To:** Avery Samet <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; bamini@aminillc.com <bamini@aminillc.com>; Shane Heskin <shane@heskinproper.com>; Christopher Murray <cmurray@murraylegalpllc.com>; Matthew Leto <mleto@letolawfirm.com>; Fred Stevens <fstevens@klestadt.com>
**Subject:** SERVICE COPY — Lubin Opposition to Amini LLC Motion to Withdraw (ECF 123–125) — 24-cv-08515 (AS)

Counsel —

Attached is a service copy of Defendant Avrumi (Josh) Lubin's Opposition to Amini LLC's Motion to Withdraw (ECF 123–125) in Golden Foothill Ins. Servs., LLC, et al. v. Spin Capital LLC, et al., No. 24-cv-08515 (AS). This is the same signed PDF submitted/resubmitted to SDNY Pro Se Intake for docketing.

Please confirm receipt by reply email.

Respectfully,

Avrumi (Josh) Lubin (Individual Capacity Only)

(732) 608-4905 | josh@spincapital.com

Get Outlook for iOS

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, March 2, 2026 6:47:05 PM
**To:** Avery Samet <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; bamini@aminillc.com <bamini@aminillc.com>; Shane Heskin <shane@heskinproper.com>; Christopher Murray <cmurray@murraylegalpllc.com>; Matthew Leto <mleto@letolawfirm.com>; Fred Stevens <fstevens@klestadt.com>
**Subject:** SERVICE COPY — Opposition to Amini LLC Motion to Withdraw as Counsel for Spin (ECF 123–125) — 1:24-cv-08515 (AS)

Counsel — I served and submitted to SDNY Pro Se Intake an opposition to Amini LLC's motion to withdraw as counsel for Spin Capital LLC (ECF 123–125). Attached is a service copy. Please confirm receipt.

— Avrumi (Josh) Lubin (Individual Capacity Only), (732) 608-4905

**From:** Josh Lubin
**Sent:** Monday, March 2, 2026 6:52:59 PM
**To:** ProSe@nysd.uscourts.gov <ProSe@nysd.uscourts.gov>
**Subject:** 1:24-cv-08515 (AS) — Lubin — Opposition to Amini LLC Motion to Withdraw as Counsel for Spin (ECF 123–125)

Pro Se Intake Unit,

Please file the attached signed opposition in Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al., No. 1:24-cv-08515 (AS).

Filer: Avrumi (Josh) Lubin (Individual Capacity Only)

Address: 1460 Arboretum Parkway, Lakewood, NJ 08701

Telephone: (732) 608-4905

Email: josh@spincapital.com

Respectfully,

Avrumi (Josh) Lubin