**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GOLDEN FOOTHILL INSURANCE SERVICES, LLC, et al.,** | **No. 24-cv-08515 (AS)** |
| Plaintiffs, | |
| v. | |
| SPIN CAPITAL LLC, et al., | |
| Defendants. | |

March 5, 2026

Via ECF

Hon. Arun Subramanian, U.S.D.J.

United States District Court for the Southern District of New York

500 Pearl Street

New York, New York 10007

**Re:** *Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al.*, No. 24-cv-08515 (AS)

Dear Judge Subramanian:

I submit this brief letter as a supplemental filing in further support of my March 2, 2026 emergency letter-motion seeking interim preservation relief and appointment/recognition of the New York Supreme Court-appointed temporary receiver, Fred Stevens, as a temporary federal receiver and/or special litigation receiver for the Leer-controlled Plaintiffs for limited purposes (ECF No. 121).

Exhibit A is a Notice of Bankruptcy Case Filing reflecting that Defendant Stefan Joseph Leer commenced a Chapter 7 case in the United States Bankruptcy Court for the Middle District of Tennessee, Case No. 3:26-bk-00149, filed January 14, 2026.

Exhibit B is an Interim Order entered January 15, 2026 by Justice Nancy M. Bannon in the related New York Supreme Court action, Index No. 650582/2022 (and third-party action Index No. 595367/2022), staying that action pursuant to 11 U.S.C. § 362 and holding in abeyance, among other things, the receiver's motion to enforce a contempt order against Mr. Leer and related dispositive motions.

These documents underscore that the state-court receivership and enforcement proceedings are presently stayed and cannot proceed to conclusion while the bankruptcy is pending. The interim relief requested in ECF No. 121 is intended to preserve the status quo and ensure that litigation positions taken in this action are authorized by a court-supervised fiduciary, not to collect from the bankruptcy estate or otherwise violate 11 U.S.C. § 362.

I respectfully submit Exhibits A–B for the Court's consideration in connection with ECF No. 121 and the telephonic conference scheduled for March 5, 2026.

Respectfully submitted,


/s/ Avrumi (Josh) Lubin

Avrumi (Josh) Lubin (Individual Capacity Only), pro se

c/o Spin Capital LLC

1460 Arboretum Parkway

Lakewood, NJ 08701

Tel: (732) 608-4905

Email: josh@spincapital.com

cc: All counsel of record (via ECF)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GOLDEN FOOTHILL INSURANCE SERVICES, LLC, et al.,        **No. 24-cv-08515 (AS)**

Plaintiffs,

v.

SPIN CAPITAL LLC, et al.,

Defendants.

---

# EXHIBIT A

**Notice of Bankruptcy Case Filing (M.D. Tenn. Case No. 3:26-bk-00149)**

Filed by Avrumi (Josh) Lubin (Individual Capacity Only), pro se

United States Bankruptcy Court
MIDDLE DISTRICT OF TENNESSEE

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 01/14/2026 at 1:44 PM and filed on 01/14/2026.

**Stefan Joseph Leer**
5436 Granny White Pike
Brentwood, TN 37027
SSN / ITIN: xxx-xx-2114



The case was filed by the debtor's attorney:

**KEITH DAVID SLOCUM**
Slocum Law
370 Mallory Station Road Suite 504
Franklin, TN 37067
615-656-3344

The case was assigned case number 3:26-bk-00149.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.tnmb.uscourts.gov or at the Clerk's Office, 701 Broadway Room 170, Nashville, TN 37203.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vanessa A Lantin**
**Clerk, U.S. Bankruptcy Court**

<table>
<tr><td colspan="4" align="center">**PACER Service Center**</td></tr>
<tr><td colspan="4" align="center">**Transaction Receipt**</td></tr>
<tr><td colspan="4" align="center">01/14/2026 13:46:55</td></tr>
<tr><td>**PACER Login:**</td><td>slocum0660</td><td>**Client Code:**</td><td></td></tr>
<tr><td>**Description:**</td><td>Notice of Filing</td><td>**Search Criteria:**</td><td>3:26-bk-00149</td></tr>
<tr><td>**Billable Pages:**</td><td>1</td><td>**Cost:**</td><td>0.10</td></tr>
</table>

1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GOLDEN FOOTHILL INSURANCE SERVICES, LLC, et al.,                    **No. 24-cv-08515 (AS)**

Plaintiffs,

v.

SPIN CAPITAL LLC, et al.,

Defendants.

---

# EXHIBIT B

**NYSCEF Doc. 997 Interim Order (Bankruptcy Stay / Motions Held in Abeyance)**

Filed by Avrumi (Josh) Lubin (Individual Capacity Only), pro se

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:  **HON. NANCY M. BANNON**    PART    61M

*Justice*

-------------------------------------------------------------------------------X

TETON LIFE LLC AS ASSIGNEE OF THE RIGHTS OF
SPIN CAPITAL, LLC,

Plaintiff,

- v -

GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al

Defendants.

-------------------------------------------------------------------------------X

GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al,

Plaintiffs,

-against-

SPIN CAPITAL, LLC, AVRUMI LUBIN

Defendants.

-------------------------------------------------------------------------------X

| | |
|---|---|
| **INDEX NO.** | 650582/2022 |
| **MOTION DATE** | 2/5/2025 |
| **MOTION SEQ. NO.** | 027 028 029 |

**INTERIM ORDER
BANKRUPTCY STAY**

Third-Party
Index No. 595367/2022

The following e-filed documents, listed by NYSCEF document number (Motion 027) ---
were read on this motion to/for      ENFORCE/EXEC JUDGMENT OR ORDER      .

The following e-filed documents, listed by NYSCEF document number (Motion 028) ----
were read on this motion to/for      STRIKE PLEADINGS      .

The following e-filed documents, listed by NYSCEF document number (Motion 029) ----
were read on this motion to/for      SUMMARY JUDGMENT      .

It is hereby

ORDERED that, upon the notice of bankruptcy filed by the defendant Stefan Leer in the United States Bankruptcy Court for the Middle District of Tennessee, docket number 3:26-bk-00149, on January 14, 2026 (NYSCEF Doc. No. 970), this action is **stayed** pursuant to 11 U.S.C. § 362 during the pendency of that defendant's Chapter 7 bankruptcy proceedings, and it is further

ORDERED that the receiver's motion to enforce a contempt order against defendant Stefan Leer (MOT SEQ 027), the plaintiff's motion to strike defendant Stefan Leer's answer (MOT SEQ 028), and the plaintiff's motion for summary judgment (MOT SEQ 029) are held in abeyance pending the stay, and it is further

ORDERED that the parties shall promptly inform the Court of any final disposition in the above action or a lifting, vacatur or modification of the stay; and it is further

ORDERED that all parties shall appear for a status conference on July 9, 2026, at 11:00 a.m., and it is further

ORDERED that the bankruptcy debtor/defendant Stefan Leer is directed to serve a copy of this order with notice of entry on the Clerk of the General Clerk's Office (60 Centre Street, Room 119) within ten (10) days from entry, and the Clerk shall mark this action **stayed.**

This constitutes the order of the court.

_____
NANCY M. BANNON, J.S.C.
**HON. NANCY M. BANNON**

**1/15/2026**
**DATE**

| CHECK ONE: | | CASE DISPOSED | | X | NON-FINAL DISPOSITION |
|---|---|---|---|---|---|
| | | GRANTED | DENIED | | GRANTED IN PART | X | OTHER |
| APPLICATION: | | SETTLE ORDER | | | SUBMIT ORDER |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | FIDUCIARY APPOINTMENT | | REFERENCE |

**650582/2022   TETON LIFE LLC AS ASSIGNEE OF THE RIGHTS OF SPIN CAPITAL, LLC, vs.**          **Page 2 of 2**
**GOLDEN FOOTHILL INSURANCE SERVICES, LLC ET AL**
**Motion No.  027 028 029**