

# HESKIN & PROPER, PLLC

641 Lexington Avenue, 14ᵗʰ Floor
New York, New York 10022
Telephone 407-403-5990

Shane R. Heskin, Esquire
Shane@heskinproper.com

Justin E. Proper, Esquire
Justin@heskinproper.com

March 10, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Golden Foothill Insurance Services, LLC, et al.,
v.
Spin Capital, LLC, et al.
Case No. 1:24-cv-08515-AS

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re: Golden Foothill Insurance Services, LLC v. Spin Capital, LLC, et al.,
Case No. 1:24-cv-08515-AS***

Dear Judge Subramanian:

Plaintiffs respectfully submit this brief letter regarding Defendant Avrumi Lubin's recent pro se submissions, including the letter dated March 5, 2026 (Doc 136 Letter Motion).

As this Court held on January 21, 2026 (Doc 117 Order), litigants who are represented by counsel may not file motions or make arguments pro se in this matter, and any such motion must be filed through counsel.

Consistent with the Court's January 21, 2026, Order, Plaintiffs will not respond to Defendant Lubin's pro se submissions while he remains represented by counsel, unless the Court instructs Plaintiffs to do so.

Respectfully submitted,

HESKIN & PROPER, PLLC

*Shane R. Heskin*

Shane R. Heskin