UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Golden Foothill Insurance Services, LLC et al.,

Plaintiffs,

-against-

Spin Capital, LLC et al.,

Defendants.

24-CV-8515 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Avrumi (Josh) Lubin's motion to proceed pro se in his individual capacity, Dkt. 119, is GRANTED.

Jeffrey Chubak's motion to withdraw as attorney for Spin Capital LLC is held in abeyance for 21 days. Within that time period, Lubin may either (1) reach a mutually agreeable resolution with Chubak to allow him to continue his representation of Spin Capital or (2) find alternate counsel to represent Spin Capital. Should Lubin fail to do either, Chubak's motion will be granted. Without counsel, Spin Capital will be at risk of default.

The deadline for summary judgment is extended for all parties to 30 days after the earliest of (1) the date Lubin and Chubak file a letter on the docket stating that they have reached a resolution of their dispute; (2) the date alternate counsel appears on behalf of Spin Capital; or (3) the date the Court grants Chubak's motion to withdraw in the absence of either of the preceding events.

The Clerk of Court is respectfully directed to mark Lubin as proceeding pro se, and to terminate the motion at Dkt. 119. The Pro Se intake clerk is respectfully directed to process Lubin's consent to electronic service by a pro se litigant that has been held in abeyance.

SO ORDERED.

Dated: March 12, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge