# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in the case listed below.

I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the case listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al., 1:24-cv-08515 (AS)

| | |
|---|---|
| **Name (Last, First, MI)** | Lubin, Avrumi (Josh) |
| **Address** | 1460 Arboretum Parkway |
| **City / State / Zip Code** | Lakewood, NJ 08701 |
| **Telephone Number** | (732) 608-4905 |
| **E-mail Address** | josh@tetonfunding.com |
| **Date** | March 31, 2026 |
| **Signature** | /s/ Avrumi (Josh) Lubin |

*Prepared for filing in 1:24-cv-08515 (AS) using the current SDNY consent language and a typed signature.*