# AMINI LLC

Jeffrey Chubak                                                            212.497.8247
MEMBER NY & NJ BARS                                              jchubak@aminillc.com

April 1, 2026

**By ECF**

Hon. Arun Subramanian, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: 1:24-cv-8515-AS | Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al

Dear Judge Subramanian:

Pursuant to the order entered March 12, 2026 (ECF #138), our motion to withdraw as counsel for Spin Capital, LLC ("Spin") was "held in abeyance for 21 days" i.e. through Thursday April 2 to afford time for Mr. Lubin to "either (1) reach a mutually agreeable resolution with Chubak to allow him to continue his representation of Spin Capital or (2) find alternate counsel to represent Spin Capital" and made clear that "[s]hould Lubin fail to do either, Chubak's motion [to withdraw] will be granted."

We write to advise the Court that we have been unable to reach a mutually agreeable resolution with Mr. Lubin, to allow our continued representation of Spin.

In the meantime, Mr. Lubin and plaintiffs have scheduled his own deposition for April 10. As previously explained, we cannot reasonably defend Spin or prepare Spin for this deposition, given his continued unwillingness to speak with us, and that he is Spin's principal and that the allegations directed to him are directed towards Spin and vice versa. Furthermore, I am out of the office and unavailable this evening through Friday for Passover and on April 8-9, and Mr. Lubin also advised that he is unavailable through nightfall on April 9 for Passover making it impossible to prepare even if he were speaking with us.

In light of the difficulty defending Spin under these circumstances we respectfully ask that the Court enter the withdrawal order promptly after April 2.

Sincerely,

/s/ Jeffrey Chubak