**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al.
1:24-cv-08515 (AS)

---

## NOTICE OF CHANGE OF ADDRESS FOR PRO SE LITIGANT

Please take notice that I request that the Court update my contact information for purposes
of this case. This notice is submitted to update the email address used for electronic
service and docket notices.

| | |
|---|---|
| **Case Name** | Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al. |
| **Case Number** | 1:24-cv-08515 (AS) |
| **Name** | Avrumi (Josh) Lubin |
| **Old Email Address** | josh@spincapital.com |
| **New Email Address** | josh@tetonfunding.com |
| **Mailing Address** | 1460 Arboretum Parkway; Lakewood, NJ 08701 |
| **Telephone** | (732) 608-4905 |

My mailing address and telephone number remain unchanged unless otherwise noted above. I
request that all future Notices of Electronic Filing and related communications in this case
be sent to josh@tetonfunding.com instead of josh@spincapital.com.

Dated: March 31, 2026

/s/ Avrumi (Josh) Lubin
Avrumi (Josh) Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701
(732) 608-4905
josh@tetonfunding.com