# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al.

No. 1:24-cv-08515 (AS)

---

# Exhibits A–E

## to Status Letter Regarding Amini Transition / File Turnover

This binder includes only the five exhibits referenced in the current v3 status-letter filing set.

| | |
|---|---|
| **Exhibit A** | March 24–25, 2026 ECF 138 Full Thread |
| **Exhibit B** | March 5, 2026 Conference Notes / Path Forward for Spin |
| **Exhibit C** | March 9, 2026 Jeff Fee-Arrangement Email |
| **Exhibit D** | January 21, 2026 Jeff Continue-RICO / Payment Email |
| **Exhibit E** | October 24, 2025 Teton / RICO Paydown Email Chain |

*Prepared for filing. Exhibits are presented with cover pages and bookmarks.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al.

No. 1:24-cv-08515 (AS)

# Exhibit A

## March 24–25, 2026 ECF 138 Full Thread

March 24–25, 2026 ECF 138 thread: Josh requests Spin-only arrangement; Jeff rejects Spin-only, mentions ShareFile, then asserts retaining lien and refuses turnover.

*Prepared for SDNY status-letter exhibit binder.*

**Josh Lubin**                                              **Tuesday, March 31, 2026 at 12:24:17 AM Eastern Daylight Time**

**Subject:** Re: ECF 138 — Please confirm Amini's position as to Spin Capital LLC only
**Date:** Wednesday, March 25, 2026 at 3:55:24 PM Eastern Daylight Time
**From:** Josh Lubin <josh@tetonfunding.com>
**To:** Jeffrey Chubak <jchubak@aminillc.com>, Avery Samet <asamet@aminillc.com>
**CC:** Bijan Amini <bamini@aminillc.com>, aminillcfiling@aminillc.com <aminillcfiling@aminillc.com>
**Priority:** High

Jeff / Avery,

Following up on my March 24 email below.

Given the ECF 138 timeline, please confirm by 5:00 PM ET today:

1. the specific categories of materials Amini contends are being withheld under the asserted retaining lien;

2. the specific categories of materials Amini will produce immediately notwithstanding that asserted lien; and

3. whether substitute counsel may receive any or all of the file directly.

If Amini's position is that it is withholding the entire file, please state that expressly.

Please continue using josh@tetonfunding.com only.

Josh

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, March 24, 2026 4:27:07 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>; Avery Samet <asamet@aminillc.com>
**Cc:** Bijan Amini <bamini@aminillc.com>
**Subject:** Re: ECF 138 — Please confirm Amini's position as to Spin Capital LLC only

Jeff / Avery,

Understood. I take your latest email as confirmation that:

1. Amini LLC will not remain counsel for Spin Capital LLC while I proceed pro se individually; and

2. Amini LLC is now refusing to turn over the litigation file based on an asserted retaining lien.

Please identify immediately, with specificity, what categories of materials you contend are being withheld under that asserted lien.

Separately, please produce immediately all materials you are not contending are properly withheld, including at minimum all filed pleadings, court orders, correspondence, discovery served and received, deposition notices, deposition transcripts, scheduling materials, and other non-privileged case-management materials reasonably necessary for substitute counsel to step in without prejudice.

If your position is that substitute counsel may receive some or all of the file directly, please confirm that immediately.

Please continue using josh@tetonfunding.com only.

Josh

Get Outlook for iOS

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Tuesday, March 24, 2026 4:11:49 PM
**To:** Josh Lubin <josh@tetonfunding.com>; Avery Samet <asamet@aminillc.com>
**Cc:** Bijan Amini <bamini@aminillc.com>
**Subject:** RE: ECF 138 — Please confirm Amini's position as to Spin Capital LLC only

Josh, we're actually not going to turn over the file.  We said in our declaration in support of the withdrawal motion (ECF #124) that we're asserting a retaining lien over our files until payment is made, for services rendered in this action, and we're sticking with that.

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, March 24, 2026 4:22 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>; Avery Samet <asamet@aminillc.com>
**Cc:** Bijan Amini <bamini@aminillc.com>
**Subject:** Re: ECF 138 — Please confirm Amini's position as to Spin Capital LLC only
**Importance:** High

Jeff / Avery,

Understood. I take your email as confirmation that Amini LLC will not remain counsel for Spin Capital LLC while I proceed pro se individually.

Please send the ShareFile link and the complete litigation file for Spin Capital LLC immediately so that I can provide it to substitute counsel within the ECF 138 window.

That production should include, at a minimum, all pleadings, correspondence, discovery served and received, deposition notices, transcripts, exhibits, work product reasonably necessary for transition, and any other case-management materials needed for successor counsel to step in without prejudice.

Please use josh@tetonfunding.com only going forward.

Josh

Get Outlook for iOS

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Tuesday, March 24, 2026 12:36:55 PM
**To:** Josh Lubin <josh@tetonfunding.com>; Avery Samet <asamet@aminillc.com>

**Cc:** Bijan Amini <bamini@aminillc.com>
**Subject:** RE: ECF 138 — Please confirm Amini's position as to Spin Capital LLC only

We are unwilling to remain counsel for Spin Capital LLC while you proceed pro se.  We understand ECF #138 to mean that an order will be entered granting our motion to withdraw unless a joint letter is filed by April 2 indicating that our dispute is resolved, or substitute counsel for Spin appears.  We are not making a "specific transition proposal … that avoids leaving spin Capital LLC unrepresented or prejudiced".  We will send you a Sharefile link of the litigation file which you can provide to substitute counsel.

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, March 24, 2026 12:53 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>; Avery Samet <asamet@aminillc.com>
**Cc:** Bijan Amini <bamini@aminillc.com>; Aminillc Filing <aminillcfiling@aminillc.com>
**Subject:** ECF 138 — Please confirm Amini's position as to Spin Capital LLC only

Some people who received this message don't often get email from josh@tetonfunding.com. Learn why this is important

Jeff / Avery,

Pursuant to ECF 138, I am not asking Amini LLC to continue representing me individually. I am asking only that you confirm whether Amini LLC will remain counsel of record for Spin Capital LLC only while I proceed pro se in my individual capacity.

Please confirm in writing within 48 hours whether Amini LLC will do so.

If Amini LLC's position is no, please confirm in writing:

1. whether Amini intends to seek withdrawal as to Spin Capital LLC at the end of the 21-day period;

2. what specific transition proposal Amini is offering that avoids leaving Spin Capital LLC unrepresented or prejudiced; and

3. when Amini will provide immediate turnover of the litigation file and related materials if substitute counsel appears.

Please keep all communications on this issue in writing only.

Also, please use josh@tetonfunding.com only for this matter going forward.

Josh

Get Outlook for iOS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al.

No. 1:24-cv-08515 (AS)

---

# Exhibit B

## March 5, 2026 Conference Notes / Path Forward for Spin

March 5, 2026 conference-notes email reflecting the Court's seven-day path-forward period regarding representation of Spin Capital LLC.

*Prepared for SDNY status-letter exhibit binder.*

**Josh Lubin**                                    **Monday, March 30, 2026 at 3:57:19 PM Eastern Daylight Time**

**Subject:** Re: URGENT — Same-Day Transcript Order and Complete Deadline Report — SDNY 1:24-cv-08515 (AS)
**Date:**    Thursday, March 5, 2026 at 6:44:56 PM Eastern Standard Time
**From:**    Josh Lubin <josh@spincapital.com>
**To:**      Jeffrey Chubak <jchubak@aminillc.com>
**CC:**      Avery Samet <asamet@aminillc.com>, Bijan Amini <bamini@aminillc.com>, Ariel Moore
             <amoore@aminillc.com>, Dominic Woods <dwoods@aminillc.com>
**Priority:** High

Jeff,


The docket screenshots you sent appear to reflect the older August 15, 2025 transcript, not the March 5, 2026 conference transcript.


Please order the March 5, 2026 conference transcript immediately on a same-day basis, or if same-day service is unavailable, on a next-day expedited basis. Please copy me on the transcript order request and send me the order confirmation, service level selected, and expected delivery time as soon as the order is placed.


Please also confirm by return email that the deadlines you identified are:


- March 12, 2026 for the joint letter; and

- April 20, 2026 for summary judgment.


If there are any other operative deadlines, conferences, or briefing dates, please list them specifically.


Please respond by email only.


Josh

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, March 5, 2026 7:29:06 PM
**To:** Josh Lubin <josh@spincapital.com>
**Cc:** Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>; Ariel Moore <amoore@aminillc.com>; Dominic Woods <dwoods@aminillc.com>
**Subject:** RE: URGENT — Same-Day Transcript Order and Complete Deadline Report — SDNY 1:24-cv-08515 (AS)

Per your 7:03 email below we'll try to arrange for transcript to be paid by you directly.

For dates and deadline see ECF #97, #126
02/23/2026--discovery closed (technically, although other parties have given dates for depositions after)
03/12/2026--deadline for us to submit joint letter to chambers advising whether or not your motion to displace us as counsel and our motion to withdraw is resolved or not
04/20/2026--summary judgment motions due
05/03/2026--oppositions due
05/10/2026--replies due

My notes from today's conference are:
> Give 7 days to discuss path forward with us as counsel for Spin. Otherwise need another lawyer to accommodate path that you want. Then in 7 days I want a letter from both sides (1 letter) email it to ex parte that explains status of the issue and if at that time Mr. Chubak is able to convince court to grant his motion to withdraw, then Mr. Lubin you will be able to proceed pro se. And as to Spin Capital they will be technically in default and that will set time to... If you cannot work it out you need to find alternative arrangement.

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, March 5, 2026 7:16 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Avery Samet <asamet@aminillc.com>; Aminillc Filing <aminillcfiling@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** URGENT — Same-Day Transcript Order and Complete Deadline Report — SDNY 1:24-cv-08515 (AS)
**Importance:** High

Jeff,

Per today's conference before Judge Subramanian, please order the transcript of today's SDNY proceeding immediately on a same-day expedited basis. If same-day service is unavailable, then

order the fastest available expedited service without delay and confirm that in writing today.

Please instruct the court reporter/transcript provider to send the PDF transcript directly to me immediately upon release.

In addition, please send me tonight a complete written report of all upcoming dates and obligations in SDNY 1:24-cv-08515 (AS), including:

1. all conferences and hearing dates;

2. all discovery deadlines;

3. the current summary judgment deadline and any related briefing schedule;

4. any deadline to meet and confer, submit a joint letter, or file a status report;

5. any other date or obligation that affects Spin Capital LLC or me individually.

Please also send:

1. the transcript order confirmation;

2. the selected service level (same-day, next-day, or other expedited);

3. the expected delivery date and time; and

4. the operative scheduling order and any subsequent docket entries that affect deadlines.

Given the Court's comments today and the possibility that summary judgment is due shortly, I need this information tonight.

Please respond by email only.

Josh

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, March 5, 2026 7:03:02 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order

Yes I'll pay for it. Send me link. Get it same day tomorrow

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, March 5, 2026 7:01:24 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** RE: Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order

We don't prepare the transcripts.  They get ordered from a court reporter.  If ordered ASAP they are likely not going to come in for several days, at least, even if expedited (extra cost). Are you going to pay for transcript, btw, or expediting this order?  It's probably a couple hundred dollars (price per page of transcript varies based on expedited/non-expedited treatment) but we wouldn't otherwise order it.

Deadline for moving for summary judgment is April 20th, per ECF #126 (see blue text).

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, March 5, 2026 6:32 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order
**Importance:** High

Jeff,

When can you have the transcripts for the hearing today? What due dates are coming up? When is SJ due?

---

4 of 6

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, March 5, 2026 1:10:06 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** RE: Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order

Reminder to please dial in to the below conference at 5 p.m. Eastern today. You were ordered to appear, to discuss your motion to appear pro se.

---

**From:** Jeffrey Chubak
**Sent:** Monday, March 2, 2026 5:54 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** FW: Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order

We filed our motion to withdraw from the RICO action. It'll be sent to you by separate cover

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Monday, March 2, 2026 4:39 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/2/2026 at 4:39 PM EST and filed on 3/2/2026
**Case Name:**        Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al
**Case Number:**       1:24-cv-08515-AS
**Filer:**

**Document Number:** 122

**Docket Text:**
**ORDER: All counsel and defendant Avrnmi Lubin are ORDERED to appear for a telephonic conference on Thursday, March 5, 2026, at 5 p.m. to discuss Lubin's motion to proceed pro se. The dial in number is (646) 453-4442 and the conference ID is 671 542 996, followed by the pound sign (#). Telephone Conference set for 3/5/2026 at 05:00 PM before Judge Arun Subramanian. (Signed by Judge Arun Subramanian on 3/2/2026) (sgz)**

**1:24-cv-08515-AS Notice has been electronically mailed to:**

Shane R. Heskin    shane@heskinproper.com, service@heskinproper.com, susan@heskinproper.com

Jeffrey Scott Chubak    jchubak@aminillc.com, aminillcfiling@aminillc.com

Brian Seth Levenson    brian@rrothlaw.com

Christopher Ryan Murray    cmurray@murraylegalpllc.com, cmurrayesq@gmail.com

Matthew P. Leto    mleto@letolawfirm.com, Kzelaya@letolawfirm.com, LLFpleadings@ecf.courtdrive.com

Phillip Spinella    pspinella@murraylegalpllc.com

**1:24-cv-08515-AS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/2/2026] [FileNumber=34403527-0 ] [301d53bfe9e12d283b5d849023792985dbd7a6763e0a2c6b5e0cf1ad0bcfd743835 3d345a23dbca873f760a0b47a2c44f585b5ff83540c70714390a66154375f]]

6 of 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al.

No. 1:24-cv-08515 (AS)

---

# Exhibit C

## March 9, 2026 Jeff Fee-Arrangement Email

March 9, 2026 Jeff email tying continued representation to a possible arrangement on outstanding fees and representation of both Spin and Lubin.

*Prepared for SDNY status-letter exhibit binder.*

**Josh Lubin**                                                                                           **Tuesday, March 31, 2026 at 12:23:24 AM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Billing / engagement records relevant to withdrawal as to Spin Capital LLC |
| **Date:** | Monday, March 9, 2026 at 12:02:21 PM Eastern Daylight Time |
| **From:** | Jeffrey Chubak <jchubak@aminillc.com> |
| **To:** | Josh Lubin <josh@spincapital.com> |
| **CC:** | Avery Samet <asamet@aminillc.com>, Bijan Amini <bamini@aminillc.com>, Ariel Moore <amoore@aminillc.com>, Dominic Woods <dwoods@aminillc.com> |
| **Attachments:** | image001.png, 2026-03-09 Joint Letter.docx, Spin Open Invoices Reflecting RICO Services.pdf |

Josh, you're wrong on the fees front.  As you can see from the attached open invoices, the 10/13/2025 bill reflects an outstanding balance of $257k that the $125k was applied to.  It satisfied several outstanding invoices, but the remaining open invoices include significant time for services rendered in the RICO action (see highlighted entries in attached).  We never promised past due invoices billed to Spin Capital, whether for this action or the state court action, wouldn't have to be paid and that we were ok getting paid from state court action proceeds.  We were never on a contingency and never agreed to that risk.  To the contrary, we cautioned you about risks presented in the state court action, and you previously told us the Spin balance would be reduced over time which never happened.

The reasons for our withdrawal are in our motion—you are Spin's sole member and manager; disputes clearly exist between us as to how to proceed, as reflected by your having discharged us as your counsel, your having made motions and filed papers on your own that we were unwilling to make/file and your having represented to the Court that the attorney-client relationship between you ("individually") and Amini LLC has irretrievably broken down; and the breakdown in our relationship (including that with Spin) is further reflected by your having hung up on me when we spoke Sat night and your multiple directives to only communicate in writing, which is not an acceptable condition of employment for us.

The reason Judge Subramanian gave 7 days to report back, is to see if you would agree to Amini LLC's representing both Spin and you, and see if we could work out an arrangement on outstanding fees.  If your position remains that you're unwilling for us to represent you, as well as Spin, and that you dispute that a balance exists, then we don't have much to discuss and we should just submit the attached letter articulating our respective positions.  (If you want to change/modify the description of what we understand your position to be, then do so and send us a revised back.)  But we're happy to discuss this further with you whenever you'd like.

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, March 9, 2026 10:14 AM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>; Ariel Moore <amoore@aminillc.com>; Dominic Woods <dwoods@aminillc.com>
**Subject:** Billing / engagement records relevant to withdrawal as to Spin Capital LLC
**Importance:** High

Jeff / Avery,

Attached is a limited set of billing / engagement records that appear directly relevant to Amini's withdrawal position as to Spin Capital LLC.

Below is a short summary of what each document shows:

| Document | Key point |
|---|---|
| Signed Teton Retainer (11/4/25) | Teton engagement begins; $125,000 to be applied to Spin's old balance; invoices to Gabe + Josh; future work billed through Teton. |
| Spin Invoice (12/3/25) | Only $67.50 new work on the old Spin file; $125,000 credit from Teton; Spin balance drops to about $138,747.99. |
| Spin Statement (1/7/26) | No new January work on the old Spin file; balance simply carried forward. |
| Spin Invoice (2/4/26) | Only $2,681.00 new work on the old Spin file, mostly discovery scheduling / production / Zoom with Josh and Rand. |
| Teton Invoice (1/7/26) | December Golden Foothill settlement / receiver / Zurich / caption-change work billed to Teton; payment credited from Cheetah Capital. |
| Teton Invoice (2/4/26) | January bankruptcy / severance / stay-relief work billed to Teton; strategy communications with Josh and Gabe. |
| Teton Invoice (3/4/26) | February reply-brief / transcript / settlement-related work billed to Teton. |
| Payment Email Chain | Gabe directed Chana to send payment; Chana confirmed wire sent; Jeff later chased Gabe/Chana for the Teton balance; Gabe then said "Zero is going out here." |

The billing record therefore appears to show:

1. a large legacy Spin balance existed before the Teton engagement;

2. the $125,000 Teton payment was credited against that legacy Spin balance;

3. after November 4, 2025, the old Spin file reflected very limited new work; and

4. later Golden Foothill / settlement / bankruptcy-severance work was billed through the separate Teton file and pursued through Gabe / Chana.

1 of 9

Please confirm whether you dispute any of the points above. If so, please identify specifically what you contend is inaccurate.

If Amini is willing to continue representing Spin Capital LLC while I proceed pro se individually, I am prepared to circulate a short proposed joint letter reflecting that structure.

Josh

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, March 8, 2026 2:16:04 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>; Ariel Moore <amoore@aminillc.com>; Dominic Woods <dwoods@aminillc.com>; Josh Lubin <josh@spincapital.com>
**Subject:** March 5 Conference — Representation Path Forward / Spin Capital LLC

Jeff —

This email memorializes my understanding of the Court's direction at the March 5 conference.

The Court directed us to try to work out a path forward within seven days and, if unresolved, to submit a single joint status letter. The transcript also reflects that the Court would consider a structure in which Spin Capital LLC remains represented by counsel while I proceed pro se individually, if counsel agrees.

My position remains straightforward:

1. I do not oppose Amini being relieved as to me individually.
2. I continue to object to withdrawal as to Spin Capital LLC unless and until substitute counsel appears or the Court orders a structured transition.
3. I remain willing to discuss a path in which Amini continues to represent Spin only while I proceed pro se individually, or any other structure that keeps Spin represented and avoids prejudice.

Please advise in writing within 24 hours:

(a) whether Amini will continue representing Spin Capital LLC only under that structure; and

(b) if not, what specific alternative you propose for the joint letter that avoids leaving Spin unrepresented.

To avoid misunderstandings, all communications should remain in writing only.

Josh

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, March 8, 2026 8:59:50 AM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>; Ariel Moore <amoore@aminillc.com>; Dominic Woods <dwoods@aminillc.com>
**Subject:** Re: SDNY 1:24-cv-08515 (AS) — Confirm Your Position in Writing; No Consent to Withdrawal as to Spin

Jeff & Avery,

You promised that past due bills don't have to be paid from both actions once your firm receives 125k (which your firm received). And that Gabe Isaacov will be paying the state court future bills for the state court action. And the remaining money due to your firm would come out of the golden foothill state court proceeds. If you dispute this, please confirm in writing asap.

Theres absolutely zero dispute or irreconcilable differences between Spin Capital and your firm. If you dispute this. Please say clearly in writing and the basis for your dispute.

Need a clear record here for our joint letter that needs to be submitted this Thursday.

Please put in writing all the reasons you believe it's necessary for Amini for withdraw. You mentioned to the judge that there's been a "breakdown in the relationship with Spin". I need every reason why you believe that in writing.

Thank you,



**Calls**



**Jeffrey Chubak**
↗ WhatsApp Audio                                    Yesterday



**Jeffrey Chubak**
WhatsApp Audio                                      Friday



**Jeffrey Chubak**
☑ mobile                                            12/26/25

3 of 9

 mobile



## Jeffrey Chubak
mobile

12/9/25

## Jeffrey Chubak (2)
☑ mobile

12/4/25

# Contacts



## Jeffrey Chubak

    

**Favorites**    **Recents**    **Contacts**    **Keypad**    **Voice**

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, March 7, 2026 9:33 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>; Ariel Moore <amoore@aminillc.com>; Dominic Woods <dwoods@aminillc.com>
**Subject:** SDNY 1:24-cv-08515 (AS) — Confirm Your Position in Writing; No Consent to Withdrawal as to Spin

Jeff / Avery,

This email confirms my understanding of today's call.

You stated that your position is not about bills, but that Amini LLC is not willing to represent Spin Capital LLC if I proceed pro se individually.

I object to that position.

Spin Capital LLC is a separate party and an LLC that cannot proceed pro se. I do not consent to any withdrawal as to Spin Capital LLC that would leave Spin unrepresented or exposed to prejudice. Any withdrawal request must be limited to me individually only, unless and until substitute counsel appears for Spin and the Court orders otherwise.

Effective immediately, all communications must be in writing only. Do not call me to discuss this further. Calls are not productive and create avoidable disputes about what was said. If you want to state a position, proposal, or demand, put it in writing.

Please confirm in writing:

1. whether it is in fact Amini LLC's position that you will not continue representing Spin Capital LLC if I proceed pro se individually;

2. whether you intend to seek withdrawal as to Spin Capital LLC; and

3. if so, what exact path you propose that does not leave Spin Capital LLC unrepresented or prejudiced.

Unless and until substitute counsel appears for Spin and the Court orders otherwise, I expect Amini LLC to continue protecting Spin's interests and meeting all obligations applicable to Spin.

Please respond in writing only.

Josh

---

Get Outlook for iOS

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, March 5, 2026 7:44:56 PM

**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>; Ariel Moore <amoore@aminillc.com>; Dominic Woods <dwoods@aminillc.com>
**Subject:** Re: URGENT — Same-Day Transcript Order and Complete Deadline Report — SDNY 1:24-cv-08515 (AS)

Jeff,

The docket screenshots you sent appear to reflect the older August 15, 2025 transcript, not the March 5, 2026 conference transcript.

Please order the March 5, 2026 conference transcript immediately on a same-day basis, or if same-day service is unavailable, on a next-day expedited basis. Please copy me on the transcript order request and send me the order confirmation, service level selected, and expected delivery time as soon as the order is placed.

Please also confirm by return email that the deadlines you identified are:

- March 12, 2026 for the joint letter; and
- April 20, 2026 for summary judgment.

If there are any other operative deadlines, conferences, or briefing dates, please list them specifically.

Please respond by email only.

Josh

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, March 5, 2026 7:29:06 PM
**To:** Josh Lubin <josh@spincapital.com>
**Cc:** Avery Samet <asamet@aminillc.com>; Bijan Amini <bamini@aminillc.com>; Ariel Moore <amoore@aminillc.com>; Dominic Woods <dwoods@aminillc.com>
**Subject:** RE: URGENT — Same-Day Transcript Order and Complete Deadline Report — SDNY 1:24-cv-08515 (AS)

Per your 7:03 email below we'll try to arrange for transcript to be paid by you directly.

For dates and deadline see ECF #97, #126
02/23/2026--discovery closed (technically, although other parties have given dates for depositions after)
03/12/2026--deadline for us to submit joint letter to chambers advising whether or not your motion to displace us as counsel and our motion to withdraw is resolved or not
04/20/2026--summary judgment motions due
05/03/2026--oppositions due
05/10/2026--replies due

My notes from today's conference are:

> Give 7 days to discuss path forward with us as counsel for Spin.  Otherwise need another lawyer to accommodate path that you want.  Then in 7 days I want a letter from both sides (1 letter) email it to ex parte that explains status of the issue and if at that time Mr. Chubak is able to convince court to grant his motion to withdraw, then Mr. Lubin you will be able to proceed pro se.  And as to Spin Capital they will be technically in default and that will set time to... If you cannot work it out you need to find alternative arrangement.

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, March 5, 2026 7:16 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Avery Samet <asamet@aminillc.com>; Aminillc Filing <aminillcfiling@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** URGENT — Same-Day Transcript Order and Complete Deadline Report — SDNY 1:24-cv-08515 (AS)
**Importance:** High

Jeff,

Per today's conference before Judge Subramanian, please order the transcript of today's SDNY proceeding immediately on a same-day expedited basis. If same-day service is unavailable, then order the fastest available expedited service without delay and confirm that in writing today.

Please instruct the court reporter/transcript provider to send the PDF transcript directly to me immediately upon release.

In addition, please send me tonight a complete written report of all upcoming dates and obligations in SDNY 1:24-cv-08515 (AS), including:

1. all conferences and hearing dates;

2. all discovery deadlines;

3. the current summary judgment deadline and any related briefing schedule;

4. any deadline to meet and confer, submit a joint letter, or file a status report;

5. any other date or obligation that affects Spin Capital LLC or me individually.

Please also send:

1. the transcript order confirmation;

2. the selected service level (same-day, next-day, or other expedited);

3. the expected delivery date and time; and

4. the operative scheduling order and any subsequent docket entries that affect deadlines.

Given the Court's comments today and the possibility that summary judgment is due shortly, I need this information tonight.

Please respond by email only.

Josh

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, March 5, 2026 7:03:02 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order

Yes I'll pay for it. Send me link. Get it same day tomorrow

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, March 5, 2026 7:01:24 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** RE: Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order

We don't prepare the transcripts. They get ordered from a court reporter. If ordered ASAP they are likely not going to come in for several days, at least, even if expedited (extra cost). Are you going to pay for transcript, btw, or expediting this order? It's probably a couple hundred dollars (price per page of transcript varies based on expedited/non-expedited treatment) but we wouldn't otherwise order it.

Deadline for moving for summary judgment is April 20th, per ECF #126 (see blue text).

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, March 5, 2026 6:32 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order
**Importance:** High

Jeff,

When can you have the transcripts for the hearing today? What due dates are coming up? When is SJ due?

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, March 5, 2026 1:10:06 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** RE: Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order

Reminder to please dial in to the below conference at 5 p.m. Eastern today.  You were ordered to appear, to discuss your motion to appear pro se.

---

**From:** Jeffrey Chubak
**Sent:** Monday, March 2, 2026 5:54 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** FW: Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order

We filed our motion to withdraw from the RICO action.  It'll be sent to you by separate cover

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Monday, March 2, 2026 4:39 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Scheduling Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 3/2/2026 at 4:39 PM EST and filed on 3/2/2026
**Case Name:**        Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al
**Case Number:**      1:24-cv-08515-AS
**Filer:**
**Document Number:** 122

**Docket Text:**
**ORDER: All counsel and defendant Avrnmi Lubin are ORDERED to appear for a telephonic conference on Thursday, March 5, 2026, at 5 p.m. to discuss Lubin's motion to proceed pro se. The dial in number is (646) 453-4442 and the conference ID is 671 542 996, followed by the pound sign (#). Telephone Conference set for 3/5/2026 at 05:00 PM before Judge Arun Subramanian. (Signed by Judge Arun Subramanian on 3/2/2026) (sgz)**

**1:24-cv-08515-AS Notice has been electronically mailed to:**

Shane R. Heskin    shane@heskinproper.com, service@heskinproper.com, susan@heskinproper.com

Jeffrey Scott Chubak    jchubak@aminillc.com, aminillcfiling@aminillc.com

Brian Seth Levenson    brian@rrothlaw.com

Christopher Ryan Murray    cmurray@murraylegalpllc.com, cmurrayesq@gmail.com

Matthew P. Leto    mleto@letolawfirm.com, Kzelaya@letolawfirm.com, LLFpleadings@ecf.courtdrive.com

Phillip Spinella    pspinella@murraylegalpllc.com

**1:24-cv-08515-AS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/2/2026] [FileNumber=34403527-0
] [301d53bfe9e12d283b5d849023792985dbd7a6763e0a2c6b5e0cf1ad0bcfd743835
3d345a23dbca873f760a0b47a2c44f585b5ff83540c70714390a66154375f]]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al.

No. 1:24-cv-08515 (AS)

---

# Exhibit D

## January 21, 2026 Jeff Continue-RICO / Payment Email

January 21, 2026 Jeff email stating Amini wanted to continue the RICO representation, while tying continuation to payment.

*Prepared for SDNY status-letter exhibit binder.*

**Josh Lubin**                                        **Tuesday, March 31, 2026 at 12:17:13 AM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | URGENT – SDNY 1:24-cv-08515-AS (Order @ ECF 117) – Immediate Filing Required: Leto Disqualification + Response to Heskin Letter (ECF 116) |
| **Date:** | Wednesday, January 21, 2026 at 12:37:30 PM Eastern Standard Time |
| **From:** | Josh Lubin <josh@spincapital.com> |
| **To:** | Jeffrey Chubak <jchubak@aminillc.com>, Samet Avery <asamet@aminillc.com> |
| **CC:** | Fred Stevens <fstevens@klestadt.com>, bamini@aminillc.com <bamini@aminillc.com>, James Rand <jamesrand@spincapital.com> |
| **Priority:** | High |
| **Attachments:** | image001.png, Exhbit B.pdf, Exhbit A.pdf, Exhbit C.pdf, Exhbit D.pdf, AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION Motion for Authority to Continue Receivership on Immediate Basis, Retain Bankruptcy Counsel, Modify Receiver Order, and Sever Defendant Stefan Leer From Action.pdf, ORDER TO SHOW CAUSE ( PROPOSED ) Proposed Order Permitting Receiver to Continue to Function Pending Final Consideration of Motion.pdf, Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al Order.pdf, Proposed Order Granting Requested Relief on a Final Basis.pdf |

Jeff / Avery,

Judge Subramanian entered an Order today (ECF 117) denying my pro se request and stating, in substance, that **any motion of this type must be filed by counsel** and that I **may not proceed under any "limited pro se" appearance** to file it.

This makes immediate SDNY action **non-optional**. We need to respond to Plaintiffs' letter (ECF 116) and request a prompt conference / leave to move **through counsel**, and we need to file the **Leto** materials **immediately**.

## REQUIRED SDNY FILINGS (PRIORITY ORDER)

Please file the following in **SDNY (1:24-cv-08515-AS) as soon as possible today** and circulate the **ECF docket numbers** once filed:

### 1) Letter-motion requesting an immediate conference / or leave to move to disqualify

- Request a prompt conference **to disqualify Matthew P. Leto, Esq.** (or, at minimum, to bar him from acting as an advocate) based on the attached record.
- **Side note / optional:** If you believe the Court will not entertain Heskin at the same time, keep the Heskin issue "on the side" for now, but the **Leto disqualification request must be filed immediately**.
- The letter must also **respond to the narrative** in ECF 116 and make clear we are proceeding **only through counsel** (consistent with ECF 117), and that we are seeking orderly relief via the docket (not correspondence).

### 2) Notice of Filing with Exhibits (clean, organized, captioned)

File a **Notice of Filing** attaching the following exhibits, each **captioned** and **separately labeled**:

- **Exhibit A:** Authority to Represent – Hi-Bar Matters (August 1, 2023)
- **Exhibit B:** April 3, 2024 Letter from Matthew Leto asserting severance of attorney-client relationship
- **Exhibit C:** Hi Bar Capital, LLC's Motion To Intervene, Motion To Vacate The Writs Of Garnishment, Motion To Strike Lubin's Pleadings For Fraud On The Court, And Motion

1 of 4

To Require Plaintiff's Attorney To Disclose His/Her Participation
- **Exhibit D:** Email Correspondence / Record Demonstrating Concurrent Proceedings and Oversight Context

**If you are going to sub-tab (recommended):**

Create **A-1 / A-2 / A-3** and **B-1 / B-2** etc., and in the Notice's exhibit index **identify page ranges** for each sub-exhibit (e.g., "Ex. A-1 (pp. 1–3) ..."). This prevents mislabeling and makes it judge-proof.

**3) Supplemental Notice of Filing – Receiver / State-Court materials (newly filed)**

File the newly-filed Receiver materials from **Fred Stevens** (state case) as a **Supplemental Notice of Filing** in SDNY (or attach as additional exhibits to #2 if you prefer), including the proposed OSC / proposed orders / supporting papers that were just filed. These go directly to the "context" and should be in the SDNY record.

**4) File / lodge the state-court motion papers**

Jeff: Please file **your state-court motion filed yesterday** (notice + affirmation + memo + exhibits) in SDNY as additional supporting material (either as a separate Notice of Filing or combined with #3), and also file **my Notice of Filings from two days ago in state court** as a related docket item supporting the SDNY relief.

## OneDrive link (large PDFs / full packet)

I am uploading the large exhibits and the full packet here:

📁 SDNY Golden Foothill

## Non-negotiables (avoid "withdrawal hooks")

- **Do not** include any language offering to "withdraw" prior filings or conceding waiver/abandonment.
- If anything needs correction, label it **"Corrected"** or **"Supplemental"** and state it **supersedes** earlier versions **to the extent inconsistent**—nothing more.
- No informal outreach to chambers. Everything goes through **ECF**.

## Confirmation required

**This is time-sensitive and the Court has now made clear this relief must be pursued through counsel. I need you to either (i) file the Leto disqualification conference/leave request and Notices described above immediately, or (ii) confirm immediately that you will not, so I can retain substitute counsel for emergency filing.**

Please confirm **by return email** that you are filing **items (1)–(4)** today, and provide the expected filing time window. If you cannot file **today,** I need that stated immediately so I can make alternate arrangements without further prejudice.

Josh

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Wednesday, January 21, 2026 12:30 PM
**To:** Josh Lubin <josh@spincapital.com>; James Rand <jamesrand@spincapital.com>
**Cc:** Avery Samet <asamet@aminillc.com>
**Subject:** Fw: Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC et al v. Spin

Capital, LLC et al Order

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, January 21, 2026 11:56:28 AM
**To:** CourtMail@nysd.uscourts.gov <CourtMail@nysd.uscourts.gov>
**Subject:** Activity in Case 1:24-cv-08515-AS Golden Foothill Insurance Services, LLC  et al v. Spin Capital, LLC et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 1/21/2026 at 11:55 AM EST and filed on 1/21/2026

**Case Name:**        Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al
**Case Number:**      1:24-cv-08515-AS
**Filer:**
**Document Number:** 117

**Docket Text:**
**ORDER: Defendant Josh (Avrnmi) Lubin's request for a pre-motion conference is DENIED. The Court does not permit litigants who are represented by counsel to file motions of this kind pro se, in order to make arguments that their retained lawyers, following their ethical duties, are unwilling to make. Any motion in this regard must be filed by counsel. To the extent that Lubin disagrees with his counsel, he is free to retain alternate counsel or to proceed pro se. He may not proceed under a "limited pro se" appearance to file this kind of motion. (Signed by Judge Arun Subramanian on 1/21/2026) (sgz)**

**1:24-cv-08515-AS Notice has been electronically mailed to:**

Shane R. Heskin    shane@heskinproper.com, service@heskinproper.com, susan@heskinproper.com

Jeffrey Scott Chubak    jchubak@aminillc.com, aminillcfiling@aminillc.com

Brian Seth Levenson    brian@rrothlaw.com

Christopher Ryan Murray    cmurray@murraylegalpllc.com, cmurrayesq@gmail.com

Matthew P. Leto    mleto@letolawfirm.com, 1820123420@filings.docketbird.com, Kzelaya@letolawfirm.com

Phillip Spinella    pspinella@murraylegalpllc.com

**1:24-cv-08515-AS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/21/2026] [FileNumber=34206605-0] [204262b80cf13cb1d455c4d7f8096ebe52a27ebb1186479106f5ef7719c9767365 13ed3d8a76af05cc8e1fc298262c9bae46cec5d2151a74411ab5f5925444b5]]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al.
No. 1:24-cv-08515 (AS)

# Exhibit E

## October 24, 2025 Teton / RICO Paydown Email Chain

October 24, 2025 Teton email chain describing the 140k paydown demand, lack of charging lien in the RICO action, and unpaid SDNY/RICO work.

*Prepared for SDNY status-letter exhibit binder.*

**Tuesday, March 10, 2026 at 8:52:03 AM Mountain Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Teton |
| **Date:** | Tuesday, November 4, 2025 at 1:56:19 PM Mountain Standard Time |
| **From:** | Josh Lubin |
| **To:** | Gabe Isaacov, Jeffrey Chubak |
| **CC:** | Samet Avery |
| **Attachments:** | Signed 2025-11-04.Teton Life Retainer Agreement.pdf |

Signed attached.

Get Outlook for iOS

**From:** Gabe Isaacov <gabe@redstoneadvance.com>
**Sent:** Tuesday, November 4, 2025 3:53:24 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Josh Lubin <josh@spincapital.com>; Samet Avery <asamet@aminillc.com>
**Subject:** Re: Teton

Attached
Sent from my iPhone

On Nov 4, 2025, at 2:18 PM, Jeffrey Chubak <jchubak@aminillc.com> wrote:


Attached is a revised engagement letter together with our wire instructions, W-9 and a comparison/blackline against the prior version we'd sent you by the email below. Please note that the engagement letter didn't make reference to a 55/45 percentage ownership of Teton. Rather, the engagement is being signed by both of you on behalf of Teton (and by Josh a second time on behalf of Spin to address an ethics requirement); and our expectation is that decisions on behalf of Teton will be made collectively by both of you. Please return a signed copy of the engagement letter and wire funds at earliest convenience. Thanks,

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Friday, October 24, 2025 12:47 PM
**To:** Gabe Isaacov <gabe@redstoneadvance.com>; Josh Lubin <josh@spincapital.com>
**Subject:** RE: Teton

Gabe, Josh, our engagement letter is attached (together with wire instructions and W-9).

Please note following significant internal discussion, we're asking that the Spin

bill be paid down by $140k, not the $125k you'd proposed (this is reflected in the letter).  I'm happy to discuss, but in a nutshell the primary issue/reason is that we don't have a charging lien for services in the RICO action and we're essentially completely exposed there, in light of the fact that we haven't been paid at all--not for obtaining a discovery stay, the motion to dismiss which prompted withdrawal of the claim that the Spin loan is usurious, the answer, discovery responses, work going forward etc.

Otherwise please take a look and let me know if you have any questions, and if none please return PDF signed copy (Josh needs to sign twice as well, once as member and once on behalf of Spin pursuant to professional conduct rules mentioned in the letter) and of course wire the subject funds.  Thanks.

<image001.png>

131 W 35th St.
12th floor
New York, NY 10001

**Jeffrey Chubak**
*Member*

<image002.png>
 +1.212.497.8247

<image003.png>
 +1.212.490.4700

<image004.png>
 jchubak@aminillc.com

<image005.png>
 aminillc.com

<image006.png>

**From:** Gabe Isaacov <gabe@redstoneadvance.com>
**Sent:** Monday, October 20, 2025 11:19 AM
**To:** Josh Lubin <josh@spincapital.com>; Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: 1PM Call

Lets do 12:30

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, October 20, 2025 11:17 AM
**To:** Jeffrey Chubak <jchubak@aminillc.com>; Gabe Isaacov <gabe@redstoneadvance.com>

2 of 3

**Subject:** 1PM Call

Jeff,

Can you send zoom link for a call at 1pm?

Get Outlook for iOS
<Amini LLC Operating account wiring instructions.pdf>
<W-9 for Amini LLC.pdf>
<2025-11-04.Teton Life Retainer Agreement [Comparison].pdf>
<2025-11-04.Teton Life Retainer Agreement.pdf>