UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Golden Foothill Insurance Services, LLC et al.,

Plaintiffs,

-against-

Spin Capital, LLC et al.,

Defendants.

24-CV-8515 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Jeffrey Chubak's motion to withdraw is GRANTED. However, the Court expects Chubak to turn over any files being withheld to substitute counsel for Spin Capital, if and when any counsel is retained.

The Clerk of Court is respectfully directed to remove Mr. Chubak as counsel, and to terminate the motion at Dkt. 123.

SO ORDERED.

Dated: April 3, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge