

**MURRAY**
**LEGAL PLLC**

April 3, 2026

**To via ECF**:
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

> Re:    *Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al*
> Docket No.: 24-cv-8515 (AS)
> Letter Re: Settlement-in-principle between Plaintiffs and BMF Defendants

Dear Judge Subramanian,

My office, Murray Legal, PLLC, represents Defendants BMF Advance LLC and Gavriel Yitzchakov (the "BMF Defendants"). The BMF Defendants write jointly with the Plaintiffs to notify the Court that the BMF Defendants and the Plaintiffs have reached a settlement-in-principle and are in the process of memorializing their agreement in writing.

If the Court has any questions please do not hesitate to let the parties know; we appreciate the Court's attention to this matter.

Sincerely,
/s/ Phillip A. Spinella
Phillip A. Spinella, Esq.

CC via ECF:
Counsel for all parties and Josh Lubin, *pro se*



170 Old Country Road
Suite 608
Mineola, New York 11501

  Office: 516-260-7367

  cmurray@murraylegalpllc.com
www.murraylegalpllc.com