# Exhibits A–C

Golden Foothill Insurance Services, LLC, et al. v. Spin Capital LLC, et al.
No. 1:24-cv-08515-AS

Exhibit A — Dkt. 138 Order on Motion to Withdraw (Mar. 12, 2026)
Exhibit B — Dkt. 146 Order on Motion to Withdraw as Attorney (Apr. 3, 2026)
Exhibit C — Docket Excerpt Showing Responsive Filings and No Default as to Spin

*Prepared for pro se filing submission*

# Exhibit A

Dkt. 138 Order on Motion to Withdraw (Mar. 12, 2026)
No. 1:24-cv-08515-AS

| 138 | *Filed & Entered:* | 03/12/2026 | Order on Motion to Withdraw |
|---|---|---|---|

*Docket Text:* ORDER granting [119] Motion to Withdraw. Avrumi (Josh) Lubin's motion to proceed pro se in his individual capacity, Dkt. 119, is GRANTED. Jeffrey Chubak's motion to withdraw as attorney for Spin Capital LLC is held in abeyance for 21 days. Within that time period, Lubin may either (1) reach a mutually agreeable resolution with Chubak to allow him to continue his representation of Spin Capital or (2) find alternate counsel to represent Spin Capital. Should Lubin fail to do either, Chubak's motion will be granted. Without counsel, Spin Capital will be at risk of default. The deadline for summary judgment is extended for all parties to 30 days after the earliest of (1) the date Lubin and Chubak file a letter on the docket stating that they have reached a resolution of their dispute; (2) the date alternate counsel appears on behalf of Spin Capital; or (3) the date the Court grants Chubak's motion to withdraw in the absence of either of the preceding events. The Clerk of Court is respectfully directed to mark Lubin as proceeding pro se, and to terminate the motion at Dkt. 119. The Pro Se intake clerk is respectfully directed to process Lubin's consent to electronic service by a pro se litigant that has been held in abeyance. SO ORDERED. (Signed by Judge Arun Subramanian on 3/12/2026) (sgz)

| 140 | *Filed & Entered:* | 03/13/2026 | Transcript |
|---|---|---|---|

*Docket Text:* TRANSCRIPT of Proceedings re: CONFERENCE held on 3/5/2026 before Judge Arun Subramanian. Court Reporter/Transcriber: Amy Walker, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/3/2026. Redacted Transcript Deadline set for 4/13/2026. Release of Transcript Restriction set for 6/11/2026..(Moya, Goretti)

| 141 | *Filed & Entered:* | 03/13/2026 | Notice of Filing Transcript |
|---|---|---|---|

*Docket Text:* NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/5/26 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti)

| 142 | *Filed & Entered:* | 03/31/2026 | Pro Se Consent to Receive Electronic Service |
|---|---|---|---|

*Docket Text:* PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Avrumi (Josh) Lubin consents to receive electronic service via the ECF system. Document filed by Avrumi Lubin. (vfr)

# Exhibit B

Dkt. 146 Order on Motion to Withdraw as Attorney (Apr. 3, 2026)
No. 1:24-cv-08515-AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Golden Foothill Insurance Services, LLC et al.,<br><br>                             Plaintiffs,<br><br>          -against-<br><br>Spin Capital, LLC et al.,<br><br>                       Defendants. | 24-CV-8515 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

     Jeffrey Chubak's motion to withdraw is GRANTED. However, the Court expects Chubak to turn over any files being withheld to substitute counsel for Spin Capital, if and when any counsel is retained.

     The Clerk of Court is respectfully directed to remove Mr. Chubak as counsel, and to terminate the motion at Dkt. 123.

     SO ORDERED.

Dated: April 3, 2026
      New York, New York

                                      ARUN SUBRAMANIAN
                                   United States District Judge

# Exhibit C

Docket excerpt showing Dkts. 67, 72, 73, 79, 82, 85, and 100
No. 1:24-cv-08515-AS

| | | |
|---|---|---|
| | *Entered:* 02/26/2025 | |
| | *Docket Text:* **FILING ERROR - DEFICIENT DOCKET ENTRY -** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., ELDO Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., Tatanisha Leer..(Heskin, Shane) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 2/26/2025 (nd). | |
| [62](#) | *Filed & Entered:* 02/26/2025 | Declaration in Support |
| | *Docket Text:* **FILING ERROR - DEFICIENT DOCKET ENTRY -** DECLARATION of Shane Heskin in Support re: [61] Proposed Clerk's Certificate of Default,. Document filed by Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., ELDO Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., Tatanisha Leer. (Attachments: # (1) Exhibit A - [Proposed] Clerk's Certificate of Default).(Heskin, Shane) Modified on 2/26/2025 (nd). | |
| | *Filed & Entered:* 02/27/2025 | Notice to Attorney to Re-File Document - Event Type Error |
| | *Docket Text:* **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Shane R. Heskin to RE-FILE Document [64] Affirmation in Support. Use the event type Declaration in Support (non-motion) found under the event list Other Answers. (tp)** | |
| | *Filed & Entered:* 02/27/2025 | Notice to Attorney Regarding Deficient Proposed Clerk's Certificate of Default |
| | *Docket Text:* **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEFAULT: Notice to Attorney Shane R. Heskin. RE-FILE Document No. [63] Proposed Clerk's Certificate of Default. The filing is deficient for the following reason(s): the Proposed Clerk's Certificate of Default is associated with a deficient docket entry. Re-file the document using the event type Proposed Clerk's Certificate of Default found under the event list Proposed Orders - select the correct filer/filers - attach the correct PDF that - lists the correct filed date of the complaint, lists the correct name(s) of the party(ies) who was/were served, lists the correct date the party(ies) was/were served, lists the correct filed date of the proof of service. (tp)** | |
| [63](#) | *Filed & Entered:* 02/27/2025 | Proposed Clerk's Certificate of Default |
| | *Docket Text:* **FILING ERROR - DEFICIENT DOCKET ENTRY -** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Golden Foothill Insurance Services, LLC, | |

Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., ELDO Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., Tatanisha Leer..(Heskin, Shane) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 2/27/2025 (tp).

| 64 | *Filed & Entered:* | 02/27/2025 | Affirmation in Support |
|---|---|---|---|
| | *Docket Text:* **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** AFFIRMATION of Shane Heskin in Support re: [63] Proposed Clerk's Certificate of Default,. Document filed by Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., ELDO Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., Tatanisha Leer. (Attachments: # (1) Exhibit A - (Proposed) Clerk's Certificate of Default).(Heskin, Shane) Modified on 2/27/2025 (tp). | | | |
| 65 | *Filed & Entered:* | 02/27/2025 | Proposed Clerk's Certificate of Default |
| | *Docket Text:* PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., ELDO Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., Tatanisha Leer..(Heskin, Shane) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** | | | |
| 66 | *Filed & Entered:* | 02/27/2025 | Declaration in Support |
| | *Docket Text:* DECLARATION of Shane Heskin in Support re: [65] Proposed Clerk's Certificate of Default,. Document filed by Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., ELDO Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., Tatanisha Leer. (Attachments: # (1) Exhibit A - (Proposed) Clerk's Certificate of Default).(Heskin, Shane) . | | | |
| 67 | *Filed & Entered:* | 02/27/2025 | Clerk's Certificate of Default |
| | *Docket Text:* CLERK'S CERTIFICATE OF DEFAULT as to defendant Yoel Getter a/k/a Joel Geta. (tp) | | | |
| 68 | *Filed & Entered:* | 02/28/2025 | Notice of Appearance |
| | *Docket Text:* NOTICE OF APPEARANCE by Brian Seth Levenson on behalf of Hi Bar Capital, LLC, Yisroel Herbst..(Levenson, Brian) | | | |

| 69 | *Filed & Entered:* | 02/28/2025 | Motion to Dismiss |
|---|---|---|---|
| | *Terminated:* | 08/19/2025 | |

*Docket Text:* MOTION to Dismiss . Document filed by BMF Advance, LLC, Gavriel Yitzchakov..(Murray, Christopher)

| 70 | *Filed & Entered:* | 02/28/2025 | Memorandum of Law in Support of Motion |
|---|---|---|---|

*Docket Text:* MEMORANDUM OF LAW in Support re: [69] MOTION to Dismiss . . Document filed by BMF Advance, LLC, Gavriel Yitzchakov..(Murray, Christopher)

| 71 | *Filed & Entered:* | 02/28/2025 | Declaration in Support of Motion |
|---|---|---|---|

*Docket Text:* DECLARATION of Christopher R. Murray in Support re: [69] MOTION to Dismiss .. Document filed by BMF Advance, LLC, Gavriel Yitzchakov. (Attachments: # (1) Exhibit A - Amended Complaint, # (2) Exhibit B - Plaintiffs' dismissed Counterclaims from the state court action, # (3) Exhibit C - Plaintiff's facially deficient affidavit of service).(Murray, Christopher)

| 72 | *Filed & Entered:* | 02/28/2025 | Motion to Dismiss |
|---|---|---|---|
| | *Terminated:* | 08/19/2025 | |

*Docket Text:* MOTION to Dismiss . Document filed by Spin Capital, LLC, Avrumi Lubin. Responses due by 3/14/2025.(Chubak, Jeffrey)

| 73 | *Filed & Entered:* | 02/28/2025 | Memorandum of Law in Support of Motion |
|---|---|---|---|

*Docket Text:* MEMORANDUM OF LAW in Support re: [72] MOTION to Dismiss . . Document filed by Spin Capital, LLC, Avrumi Lubin..(Chubak, Jeffrey)

| 74 | *Filed & Entered:* | 03/05/2025 | Motion to Stay |
|---|---|---|---|
| | *Terminated:* | 03/05/2025 | |

*Docket Text:* LETTER MOTION to Stay re: [60] Case Management Plan,,,, addressed to Judge Arun Subramanian from Jeffrey Chubak dated March 5, 2025. Document filed by Spin Capital, LLC, Avrumi Lubin..(Chubak, Jeffrey)

| 75 | *Filed & Entered:* | 03/05/2025 | Order on Motion to Stay |
|---|---|---|---|

*Docket Text:* ORDER granting [74] Letter Motion to Stay. The motion to stay is GRANTED. No discovery has been exchanged yet, and a stay will not prejudice the parties. Additionally, the state court litigation appears likely to have preclusive effect here. Plaintiffs are advised that "[i]n

considering the preclusive effect of the dismissal of a prior action, '[i]t matters not that the prior action resulted in a dismissal without prejudice, so long as the determination being accorded preclusive effect was essential to the dismissal.'" Capitol Records, Inc. v. MP3tunes, LLC, 611 F. Supp. 2d 342, 346 (S.D.N.Y. 2009) (quoting Deutsch v. Flannery, 823 F.2d 1361, 1364 (9th Cir. 1987)). With this principle in mind, if plaintiffs have no good-faith basis to believe that this action is not precluded by the state-court action, they should voluntarily dismiss this case. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 74. SO ORDERED. (Signed by Judge Arun Subramanian on 3/5/2025) (sgz)

| 76 | Filed & Entered: | 03/14/2025 | Declaration in Opposition to Motion |
|---|---|---|---|

*Docket Text:* DECLARATION of Shane Heskin in Opposition re: [72] MOTION to Dismiss ., [69] MOTION to Dismiss .. Document filed by Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., ELDO Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., Tatanisha Leer. (Attachments: # (1) Exhibit 1 - Amended Complaint, # (2) Exhibit 2 - Amended Answer in State Action, # (3) Exhibit 3 - State Action Compel Decision, # (4) Exhibit 4 - March 2, 2021 BMF MCA Agreement, # (5) Exhibit 5 - March 12, 2021 BMF MCA Agreement, # (6) Exhibit 6 - March 25, 2021 BMF MCA Agreement, # (7) Exhibit 7 - March 10, 2021 Hi Bar MCA Agreement, # (8) Exhibit 8 - March 25, 2021 Hi Bar MCA Agreement, # (9) Exhibit 9 - Spin Amended Complaint State Action, # (10) Exhibit 10 - State Action Discovery Deadline, # (11) Exhibit 11 - Funderz 10/12/2018 BMF Agreement, # (12) Exhibit 12 - Part 1 of 2 - 11/8/2018 BMF Agreement, # (13) Exhibit 12 - Part 2 of 2 - 11/8/2018 BMF Agreement, # (14) Exhibit 13 - BMF Counsel email in State Action 1/8/2024, # (15) Exhibit 14 - BMF Counsel email 3/14/2024, # (16) Exhibit 15 - State Action MTD Decision, # (17) Exhibit 16 - As Filed Affidavit of Service Upon Gavriel Yitzchakov, # (18) Exhibit 17 - November 19, 2024 email to Steven Wells, # (19) Exhibit 18 - Answer in Fruit Street Action, # (20) Exhibit 19 - Email chain re 3/2/2021 BMF MCA, # (21) Exhibit 20 - email chain re 3/12/2021 BMF MCA, # (22) Exhibit 21 - reconciliation discussion, # (23) Exhibit 22 - email saying wire for a loan, # (24) Exhibit 23 - Photo of Service, # (25) Exhibit 24 - Spin's responses to CapFactor ROGs). (Heskin, Shane)

| 77 | Filed & Entered: | 03/14/2025 | Memorandum of Law in Opposition to Motion |
|---|---|---|---|

*Docket Text:* MEMORANDUM OF LAW in Opposition re: [72] MOTION to Dismiss ., [69] MOTION to Dismiss . *Plaintiff's Combined Memorandum of Law In Opposition To Defendants' Motions To Dismiss The Amended Complaint.* Document filed by Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., ELDO Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., Tatanisha Leer..(Heskin, Shane)

| 78 | *Filed & Entered:* | 03/14/2025 | Notice (Other) |
|----|----|----|----|

*Docket Text:* NOTICE of Voluntary Dismissal of The Branch of Plaintiff's Amended Complaint [Doc No. 11] from this action that seeks to declare the Promissory Note to be a usurious loan in violation of New York Penal Law Section 190.40 and thus void and unenforceable without prejudice and without costs re: [11] Amended Complaint,,,,,,,,. Document filed by Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., ELDO Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., Tatanisha Leer..(Heskin, Shane)

| 79 | *Filed & Entered:* | 03/17/2025 | Proposed Clerk's Certificate of Default |
|----|----|----|----|

*Docket Text:* **FILING ERROR - RESPONSIVE PLEADING FILED -** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by ELDO Investments, LLC, El Dorado Hills Insurance Solutions, Inc., Golden Foothill Insurance Services, LLC, KTL Holdings, Inc., Tatanisha Leer, Life Factor II, LLC, Life Shares II, LLC, Lone Wolf Insurance Services, Inc., The Genesis LS Fund, LLC..(Heskin, Shane) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 3/18/2025 (nd). Modified on 3/18/2025 (nd).

| 80 | *Filed & Entered:* | 03/17/2025 | Declaration in Support |
|----|----|----|----|

*Docket Text:* DECLARATION of Shane Heskin in Support re: [79] Proposed Clerk's Certificate of Default,. Document filed by ELDO Investments, LLC, El Dorado Hills Insurance Solutions, Inc., Golden Foothill Insurance Services, LLC, KTL Holdings, Inc., Tatanisha Leer, Life Factor II, LLC, Life Shares II, LLC, Lone Wolf Insurance Services, Inc., The Genesis LS Fund, LLC. (Attachments: # (1) Exhibit A - Proposed Clerk's Certificate of Default).(Heskin, Shane)

| 81 | *Filed & Entered:* | 03/17/2025 | Joinder |
|----|----|----|----|

*Docket Text:* JOINDER to join re: [73] Memorandum of Law in Support of Motion *to Dismiss Amended Complaint (Dkt. No. 11)*. Document filed by Yisroel Herbst, Hi Bar Capital, LLC.. (Levenson, Brian)

| 82 | *Filed & Entered:* | 03/17/2025 | Proposed Clerk's Certificate of Default |
|----|----|----|----|

*Docket Text:* **FILING ERROR - RESPONSIVE PLEADING FILED -** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by ELDO Investments, LLC, El Dorado Hills Insurance Solutions, Inc., Golden Foothill Insurance Services, LLC, KTL Holdings, Inc., Tatanisha Leer, Life Factor II, LLC, Life Shares II, LLC, Lone Wolf Insurance Services, Inc., The Genesis LS Fund, LLC..(Heskin, Shane) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified

| | | |
|---|---|---|
| | *Docket Text:* ORDER FOR ADMISSION PRO HAC VICE granting [93] Motion for Matthew P. Leto to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline. (Signed by Judge Arun Subramanian on 8/14/2025) (sgz) | |
| | *Filed:*     08/15/2025 *Entered:*     09/08/2025 | Motion Hearing |
| | *Docket Text:* Minute Entry for proceedings held before Judge Arun Subramanian: Motion Hearing held on 8/15/2025. (Court Reporter Amy Walker) (kh) | |
| 96 | *Filed & Entered:*     08/19/2025 | Memorandum & Opinion |
| | *Docket Text:* OPINION AND ORDER re: [72] MOTION to Dismiss . filed by Avrumi Lubin, Spin Capital, LLC, [69] MOTION to Dismiss . filed by Gavriel Yitzchakov, BMF Advance, LLC. For these reasons, the motions to dismiss the complaint are DENIED. The Clerk of Court is directed to terminate Dkts. 69 and 72. SO ORDERED. (Signed by Judge Arun Subramanian on 8/19/2025) (tg) | |
| 97 | *Filed & Entered:*     08/26/2025 | Order |
| | *Docket Text:* ORDER: The civil case management plan and scheduling order at Dkt. 60 is hereby amended as follows: Joinder of additional parties must be accomplished by September 26, 2025. Amended pleadings may be filed without leave of Court until September 26, 2025. Documents: First request for production of documents, if any, must be served by September 26, 2025. Further document requests may be served as required, but no document request may be served later than 30 days prior to the date of the close of discovery. As further set forth in this Order. All depositions (including any expert depositions, see item 5(c) above) must be completed by January 23, 2026. As further set forth in this Order. All discovery is to be completed by February 23, 2026. As further set forth in this Order. Post-discovery summary judgment motions in the form prescribed by the Court's Individual Practices shall be served by March 20, 2026, answering papers by April 3, 2026, and reply papers by April 10, 2026. Each party must file its respective papers on the same date that such papers are served. SO ORDERED. (Signed by Judge Arun Subramanian on 8/26/2025) ( Amended Pleadings due by 9/26/2025., Deposition due by 1/23/2026., Discovery due by 2/23/2026., Joinder of Parties due by 9/26/2025., Motions due by 3/20/2026., Responses due by 4/3/2026, Replies due by 4/10/2026.) (ks) | |
| 98 | *Filed & Entered:*     08/28/2025 *Terminated:*     09/09/2025 | Motion for Leave to File Document |