**Josh Lubin**                                                                                    **Tuesday, April 7, 2026 at 5:17:34 PM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | RE: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov |
| **Date:** | Tuesday, April 7, 2026 at 4:44:16 PM Eastern Daylight Time |
| **From:** | Shane Heskin <shane@heskinproper.com> |
| **To:** | Josh Lubin <josh@tetonfunding.com>, Susan Staggs <susan@heskinproper.com>, Phillip Spinella <pspinella@murraylegalpllc.com>, Matthew Leto <mleto@letolawfirm.com>, Karen Giordano <karen.giordano@njlone.com> |
| **CC:** | Christopher Murray <cmurray@murraylegalpllc.com> |
| **Attachments:** | image001.png, image002.gif, image003.jpg, image004.png |

We are not proceeding with Hi Bar, Herbst, Yitzchocov or BMF depositions.  Yours is still on for Friday at 11 am.

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, April 7, 2026 4:19 PM
**To:** Susan Staggs <susan@heskinproper.com>; Shane Heskin <shane@heskinproper.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov
**Importance:** High

Counsel,

Following up on my April 3 email.

In light of the April 3 settlement-in-principle filing as to the BMF Defendants, please confirm whether plaintiffs are withdrawing the BMF / Gavriel Yitzchokov deposition notice.

Please also confirm whether plaintiffs still intend to proceed with the canceled Hi Bar deposition and, if so, please circulate an amended notice and 2-3 proposed dates.

I am not providing dates on behalf of Spin Capital LLC.

Thank you,
Josh

Get Outlook for iOS

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Friday, April 3, 2026 2:25:18 PM
**To:** Susan Staggs <susan@heskinproper.com>; Shane Heskin <shane@heskinproper.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

Counsel,

Following up on the outstanding deposition scheduling items.

For clarity, my individual deposition appears already set for April 10, 2026 at 11:00 AM ET. This follow-up concerns only the unresolved deposition notices for Hi Bar, BMF / Gavriel Yitzchokov, and any separate Gabe Isaacov deposition.

Please confirm whether plaintiffs intend to proceed with the canceled Hi Bar deposition, the canceled BMF / Gavriel Yitzchokov deposition, and any separate Gabe Isaacov deposition. If so, please circulate amended notices and 2-3 proposed dates for each.

I am not providing dates on behalf of Spin Capital LLC.

Thank you,
Josh

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Wednesday, April 1, 2026 7:20:54 AM
**To:** Susan Staggs <susan@heskinproper.com>; Shane Heskin <shane@heskinproper.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

Counsel,

Following up on my March 31 email below.

Please circulate amended notices and proposed new dates for the canceled Hi Bar deposition and the canceled BMF / Gavriel Yitzchokov deposition.

If plaintiffs intend to proceed separately with any additional deposition of Gabe Isaacov, please circulate the amended notice and proposed date for that as well.

I am not providing dates on behalf of Spin Capital LLC. Any scheduling for Spin Capital LLC should be addressed through current counsel for Spin.

Josh

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, March 31, 2026 11:06:15 AM
**To:** Susan Staggs <susan@heskinproper.com>; Shane Heskin <shane@heskinproper.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

Counsel,

Thank you. I acknowledge receipt of the amended notice for my individual deposition on April 10, 2026 at 11:00 AM ET.

Please forward the Zoom instructions when received from the court reporter.

Please also circulate amended notices and proposed new dates for the canceled Hi Bar deposition and the canceled BMF / Gavriel Yitzchokov deposition.

I am not providing dates on behalf of Spin Capital LLC. Any scheduling for Spin Capital LLC should be addressed through current counsel for Spin.

Josh

---

**From:** Susan Staggs <susan@heskinproper.com>
**Sent:** Tuesday, March 31, 2026 10:32:59 AM
**To:** Shane Heskin <shane@heskinproper.com>; Josh Lubin <josh@tetonfunding.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; Bijan Amini

<bamini@aminillc.com>
**Subject:** RE: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

All

Please find attached the Plaintiffs' Amended Notice of Deposition for April 10, 2026, at 11:00 a.m. EST. As customary, the Court Reporter will prove the Zoom link prior to the deposition, which I will forward once received.  Thank you.



**Susan Staggs**
NALA Certified & Florida Registered Paralegal
Heskin & Proper, PLLC

Phone: 407-403-5990 Direct 407-813-1520
Address: 641 Lexington Ave., 14th Floor
New York, New York 10022
Email: susan@heskinproper.com
https://heskinproper.com



**From:** Shane Heskin <shane@heskinproper.com>
**Sent:** Monday, March 30, 2026 8:38 PM
**To:** Josh Lubin <josh@tetonfunding.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>; Susan Staggs <susan@heskinproper.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Susan Staggs <susan@heskinproper.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

Susan,

Please send around an amended notice for April 10 per below with Zoom instructions.

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Monday, March 30, 2026 6:18:22 PM
**To:** Shane Heskin <shane@heskinproper.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Susan Staggs <susan@heskinproper.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

Counsel,

April 8 does not work.

I am unavailable through nightfall on April 9 in observance of Passover. For my individual deposition only, I am available on April 10, 2026, with a start time of 11:00 AM ET or later.

I am not providing dates on behalf of Spin Capital LLC. Any scheduling for Spin Capital LLC should be addressed through current counsel for Spin.

If April 10 works, please circulate the amended notice and remote logistics. If not, please provide 2–3 alternative dates after April 9, with start times of 11:00 AM ET or later.

Josh

---

**From:** Shane Heskin <shane@heskinproper.com>
**Sent:** Monday, March 30, 2026 5:50:38 PM
**To:** Josh Lubin <josh@tetonfunding.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Susan Staggs <susan@heskinproper.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

Let's do your deposition on 4/8.   Does that work?

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Monday, March 30, 2026 5:45:07 PM
**To:** Shane Heskin <shane@heskinproper.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Susan Staggs <susan@heskinproper.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

Counsel,

Understood that the March 26 Hi Bar deposition and the March 27 BMF / Gavriel Yitzchokov deposition were canceled.

Please circulate amended notices and proposed new dates for those depositions.

Please also respond to my March 23 request for 2–3 alternative dates for my individual deposition only during the week of April 6, with start times of 11:00 AM ET or later.

I am not providing dates on behalf of Spin Capital LLC. Any scheduling for Spin Capital LLC should be addressed through current counsel for Spin.

Josh

Get Outlook for iOS

---

**From:** Shane Heskin <shane@heskinproper.com>
**Sent:** Thursday, March 26, 2026 9:44:19 AM
**To:** Josh Lubin <josh@tetonfunding.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Susan Staggs <susan@heskinproper.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

Tomorrow's BMF deposition is canceled.

---

**From:** Shane Heskin <shane@heskinproper.com>
**Sent:** Wednesday, March 25, 2026 7:06:36 PM
**To:** Josh Lubin <josh@tetonfunding.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Susan Staggs <susan@heskinproper.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak

<jchubak@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

Tomorrow's Hi Bar deposition is canceled.

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Monday, March 23, 2026 3:22:40 PM
**To:** Phillip Spinella <pspinella@murraylegalpllc.com>; Shane Heskin <shane@heskinproper.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Susan Staggs <susan@heskinproper.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

Counsel,

Understood. Since March 31 does not work, and I am unavailable April 1 through April 3, please provide 2–3 alternative dates for my individual deposition only during the week of April 6, with start times of 11:00 AM ET or later, and I will confirm promptly.

I am not providing dates on behalf of Spin Capital LLC. Any scheduling for Spin Capital LLC should be addressed through current counsel for Spin.

Josh

Get Outlook for iOS

---

**From:** Phillip Spinella <pspinella@murraylegalpllc.com>
**Sent:** Monday, March 23, 2026 12:42:23 PM
**To:** Josh Lubin <josh@tetonfunding.com>; Shane Heskin <shane@heskinproper.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Susan Staggs <susan@heskinproper.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

That date doesn't work. Plaintiffs are scheduled for that day. Provide alternate dates.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Monday, March 23, 2026 2:37:27 PM
**To:** Shane Heskin <shane@heskinproper.com>; Phillip Spinella <pspinella@murraylegalpllc.com>; Matthew Leto <MLeto@letolawfirm.com>; Karen Giordano <karen.giordano@njlone.com>
**Cc:** Christopher Murray <cmurray@murraylegalpllc.com>; Susan Staggs <susan@heskinproper.com>; Samet Avery <asamet@aminillc.com>; Jeffrey Chubak <jchubak@aminillc.com>; Bijan Amini <bamini@aminillc.com>
**Subject:** Re: SH - GOLDENFOOTHILLS Virtual Deposition of BMF/Gavriel Yitzchokov

Counsel,

For my individual deposition only, I am available on March 31, 2026 at 11:00 AM ET.

I have a court hearing at 8:45 AM ET that morning, so I cannot start earlier.

I am not providing dates on behalf of Spin Capital LLC. Any scheduling for Spin Capital LLC should be addressed through current counsel for Spin.