UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF NEW YORK

---

GOLDEN FOOTHILL INSURANCE
SERVICES, LLC, *et al.,*

              Plaintiff,

        -against-

SPIN CAPITAL, LLC, *et al.,*

              Defendants.

---

Docket No. 1 :24-cv-08515

**PLAINTIFFS' AMENDED DEPOSITION
NOTICE OF AVRUMI LUBIN**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedures, Plaintiffs, by and through their undersigned counsel, will take the deposition upon oral examination of Defendant Avrumi Lubin on April 10, 2026 at 11:00 a.m. or upon another date mutually agreed upon by parties, by Zoom or other similar remote video platform. The deposition will be recorded by stenographic and/or videographic means and will continue from day-to-day until completed. *Zoom link will be provided prior to the deposition.*

        By:   /s/ Shane R. Heskin
              Shane R. Heskin, Esq.
              641 Lexington Avenue, 14th Floor
              New York, NY 10022
              Telephone: 917-362-1313
              shane@heskinproper.com
              *Attorneys for Plaintiffs*

-2-

## CERTIFICATE OF SERVICE

I, Share R. Heskin, hereby certify that I served the attached upon all counsel of record via electronic mail.

Dated: March 31, 2026        By: _____

                                Shane R. Heskin
                                *Attorneys for Plaintiffs*

-2-

31183906v.1