

# HESKIN & PROPER, PLLC

641 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone 407-403-5990

Shane R. Heskin, Esquire                                         Justin E. Proper, Esquire
Shane@heskinproper.com                                   Justin@heskinproper.com

April 30, 2026

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: Golden Foothill Insurance Services, LLC v. Spin Capital, LLC, et al.,*
*Case No. 1:24-cv-08515-AS*

We represent Plaintiffs and respectfully request that all summary judgment motions be due on or before May 26, 2026, in order to avoid duplicative motion practice.

Plaintiffs intend to file an omnibus motion for summary judgment and motion for a default judgment against Joel Getter, who never responded to the complaint and is subject to a clerk's default. The legal issues and evidence to support that default motion will overlap with the motion for summary judgment against Mr. Lubin and Spin Capital, LLC. Pursuant to this Court's April 9, 2026, Order, summary judgment motions cannot be filed against Mr. Lubin until May 26, 2026 (30 days from April 3, plus 21 days).

Accordingly, Plaintiffs respectfully request that the Court amend the summary judgment schedule as follows:

- Summary judgement motions due on or before May 26, 2026;
- Oppositions due on or before June 25, 2026;
- Replies due on or before July 11, 2026.

Plaintiffs respectfully thank the Court for its consideration of this matter.

Respectfully submitted,

HESKIN & PROPER, PLLC

Shane R. Heskin