UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOLDEN FOOTHILL INSURANCE SERVICES,
LLC et al.

       Plaintiffs,

       - against -

SPIN CAPITAL LLC et al.,

       Defendants.

Case No. 1:24-cv-08515 (AS)

**<u>NOTICE OF APPEARANCE</u>**

       **PLEASE TAKE NOTICE** that Alexander Sakin, Esq. of the Law Office of Alexander

Sakin, LLC hereby appears as attorney for Defendant Spin Capital LLC.

Dated: New York, New York
       May 25, 2026

       LAW OFFICE OF ALEXANDER SAKIN, LLC

_____
Alexander Sakin, Esq.
5 West 37th St., Suite 601
New York, NY 10018
(917) 509-7573