**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER<br><br>Plaintiffs,<br><br>v.<br><br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br>Defendants. | Civ. A. No.: 1:24-CV-08515 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Plaintiffs' Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1; the Declaration of Shane R. Heskin and the exhibits thereto; the Declaration of Stefan Leer; the accompanying memorandum of law; the pleadings and papers previously filed in this action; and all other matters of record, Plaintiffs Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., ELDO Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., and Tatanisha Leer will move this Court, before the Honorable Arun Subramanian, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York

10007, at a date and time to be set by the Court, for an Order pursuant to Federal Rule of Civil

Procedure 56 granting summary judgment in favor of Plaintiffs and against Defendants Avrumi

(a/k/a Josh) Lubin, BMF Advance, LLC, and Gavriel Yitzchakov on Plaintiffs' claim for

collection of unlawful debt under the Racketeer Influenced and Corrupt Organizations Act, 18

U.S.C. § 1962(c) and 18 U.S.C. § 1962(d), and for related declaratory and remedial relief.

PLEASE TAKE FURTHER NOTICE that Plaintiffs also move, pursuant to Federal Rule

of Civil Procedure 55 and the Court's inherent authority to enter judgment against defaulting and

unrepresented parties, for default judgment against Defendant Yoel Getter a/k/a Joel Geta on

Plaintiffs' claims for collection of unlawful debt and related relief.

The relief requested includes, without limitation:

1. a determination that the merchant cash advance agreements and the Spin promissory note constitute loans and unlawful debt within the meaning of RICO and applicable New York usury law;
2. summary judgment against Defendants Lubin, Spin, Isaacov, and BMF on liability under 18 U.S.C. § 1962(c);
3. default judgment against Defendant Yoel Getter a/k/a Joel Geta;
4. a declaration that the MCA debt, and all related guaranties, security agreements, and collection efforts are void, unenforceable, and/or otherwise subject to the remedies available for collection of unlawful debt;
5. an award of Plaintiffs' damages, costs, attorneys' fees, and such other relief as the Court deems just and proper;
6. a declaration that Plaintiffs are entitled to treble the amount of interest, costs, and future attorneys' fees incurred on the Promissory Note; and
7. such further relief as may be set forth in the accompanying memorandum of law and proposed order.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Federal Rules of Civil

Procedure, the Local Civil Rules of this District, and the Individual Practices of the Court, any

opposition papers shall be served and filed in accordance with the schedule set by the Court.

Dated: New York, New York
 May 26, 2026

Respectfully submitted,

**HESKIN & PROPER, PLLC**

By: _____

Shane R. Heskin
641 Lexington Avenue, 14th Floor
New York, New York 10022
Tel: (917) 362-1313
shane@heskinproper.com
*Attorneys* for Plaintiffs