

ALEX@SAKIN-LAW.COM
SAKIN-LAW.COM
917.509.7573

5 WEST 37TH STREET
SUITE 601
NEW YORK, NY
10018-6222

May 26, 2026

**<u>BY ECF</u>**
Hon. Arun Subramanian
U.S. District Judge
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

> Re: *Golden Foothill Ins. Servs. LLC* **et al.** *v. Spin Capital LLC* **et al.**
> **Case No. 1:24-cv-08515 (AS)**

Dear Judge Subramanian:

I have just been retained by Defendant Spin Capital LLC ("Spin Capital"), and write, pursuant to the Court's Individual Practice No. 3E to respectfully request a 30-day extension of Spin Capital's time to file an opposition and cross-motion to Plaintiffs' Motion for Summary Judgment (the "Motion").

As the Court is aware, pursuant to the letter request so-ordered by the Court on May 1, 2026 (Doc. No. 153), summary judgment motions were due on or before today, May 26, 2026, with oppositions due on or before June 25, 2026, and replies due on or before July 11, 2026. Today, Plaintiffs filed their Motion for Summary Judgment in accordance with this schedule. Spin Capital, which had been without counsel since April 3, 2026, was not able to file a motion for summary judgment.

Undersigned has just been retained as counsel, and requires some time to familiarize himself with the case. In addition, now that Spin Capital is represented by counsel, it seeks an opportunity to file its own motion for summary judgment.

As such, I respectfully request that the above-referenced schedule be modified as follows: Spin Capital shall file its opposition to Plaintiff's Motion and Spin Capital's cross-motion for summary judgment on or before July 24, 2026, with Plaintiffs' opposition and reply due on August 24, 2026, and with Spin Capital's reply to Plaintiff's opposition due on September 9, 2026.

No previous requests for modification of this schedule were filed. In order to submit this belated request as soon as possible, I have not been able to seek my adversaries' consent for this briefing schedule.

We are available at the Court's convenience.

Respectfully,

/s/ Alexander Sakin

Alexander Sakin