**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GOLDEN FOOTHILL INSURANCE
SERVICES, LLC, LIFE FACTOR II, LLC, LIFE
SHARES II, LLC, EL DORADO HILLS
INSURANCE SOLUTIONS, INC., LONE
WOLF INSURANCE SERVICES, INC., ELDO
INVESTMENTS, LLC, THE GENESIS LS
FUND, LLC, KTL HOLDINGS, INC., and
TATANISHA LEER

                       Plaintiffs,

    v.

SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH)
LUBIN, BMF ADVANCE LLC, GAVRIEL
YITZCHAKOV a/k/a GABE ISAACOV, HI
BAR CAPITAL, LLC, YOEL GETTER a/k/a
JOEL GETA, and YISROEL HERBST,

                      Defendants.

Civ. A. No.: 1:24-CV-08515

**DECLARATION OF SHANE R. HESKIN IN SUPPORT OF PLAINTIFFS'**
**STATEMENT OF UNDISPUTED MATERIAL FACTS**

I, Shane R. Heskin, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel for Plaintiffs in this action. I submit this Declaration in support of Plaintiffs' Statement of Undisputed Material Facts and Plaintiffs' motion for summary judgment against Defendants Avrumi (a/k/a Josh) Lubin, BMF Advance, LLC, Gavriel Yitzchakov, and a default judgment against Defendants Spin Capital, LLC and Yoel Getter a/k/a Joel Geta.

2. I am familiar with the pleadings, motion papers, discovery, deposition transcripts, and documentary record in this action and related proceedings. Unless otherwise stated, the documents referenced below were either produced by Defendants in discovery or obtained from

1

publicly available court dockets. To the extent a document was obtained from a public docket, it is a true and correct copy of the publicly available filing, order, judgment, verdict form, transcript, or docket material obtained from that docket. To the extent a document was produced in discovery, it is a true and correct copy of the document produced.

3.      The exhibits identified below are submitted as record evidence in support of Plaintiffs' updated Statement of Undisputed Material Facts.

4.      **Exhibit 1.** Attached as Exhibit 1 is a true and correct copy of Verdict Form (Franklin Claims Only), Franklin Capital Funding, LLC, et al. v. Avrumi ("Josh") Lubin, et al., Case No. CACE 22-5125, filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

5.      **Exhibit 2.** Attached as Exhibit 2 is a true and correct copy of Transcript of the deposition of Avrumi Lubin dated July 25, 2024, taken in Spin Capital, LLC v. Golden Foothill Insurance Services, LLC, et al., Supreme Court of the State of New York, County of New York, Index No. 650582/2022.

6.      **Exhibit 3.** Attached as Exhibit 3 is a true and correct copy of Findings of Fact and Conclusions of Law entered March 12, 2025 in Franklin Capital Group, LLC v. Spin Capital LLC and Hi Bar Capital, LLC, Case No. 22-193300-CB, Circuit Court for the County of Oakland, Business Court, State of Michigan.

7.      **Exhibit 4.** Attached as Exhibit 4 is a true and correct copy of Verdict Form (FVP Claims Only), FVP Opportunity Fund III, LP v. Avrumi ("Josh") Lubin, et al., Case No. CACE 22-5125, filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

8.    **Exhibit 5.** Attached as Exhibit 5 is a true and correct copy of Writ of Execution against Avrumi Lubin in FVP Opportunity Fund III, LP, et al. v. Avrumi Lubin, et al., Case No. CACE2022-005125, filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

9.    **Exhibit 6.** Attached as Exhibit 6 is a true and correct copy of June 18, 2021 syndication/funding email concerning The Genesis LS Fund $2.7 million transaction.

10.    **Exhibit 7.** Attached as Exhibit 7 is a true and correct copy of BMF payoff email chain and materials concerning the Promissory Note transaction.

11.    **Exhibit 8.** Attached as Exhibit 8 is a true and correct copy of Email chain concerning getting Getter on board with the March 2021 funding transaction.

12.    **Exhibit 9.** Attached as Exhibit 9 is a true and correct copy of Transcript of the deposition of Avrumi Lubin dated April 17, 2026 in this action.

13.    **Exhibit 10.** Attached as Exhibit 10 is a true and correct copy of Email concerning a $40,000 personal service fee.

14.    **Exhibit 11.** Attached as Exhibit 11 is a true and correct copy of WhatsApp or text-message exchange involving Lubin.

15.    **Exhibit 12.** Attached as Exhibit 12 is a true and correct copy of Message/email concerning Lubin stating that he would not debit at 20k and/or agreeing not to debit.

16.    **Exhibit 13.** Attached as Exhibit 13 is a true and correct copy of Email or text concerning $20,000 daily debits.

17.    **Exhibit 14.** Attached as Exhibit 14 is a true and correct copy of Text message exchange concerning filing judgment.

18.     **Exhibit 15.** Attached as Exhibit 15 is a true and correct copy of Text message exchange concerning turning off debits.

19.     **Exhibit 16.** Attached as Exhibit 16 is a true and correct copy of Email chain concerning a rejected or bounced payment.

20.     **Exhibit 17.** Attached as Exhibit 17 is a true and correct copy of Text message exchange concerning having no choice but to go legal.

21.     **Exhibit 18.** Attached as Exhibit 18 is a true and correct copy of Affidavit or affirmation of Avrumi Lubin filed in the New York County Supreme Court action.

22.     **Exhibit 19.** Attached as Exhibit 19 is a true and correct copy of Lateral Recovery LLC v. Funderz.net, LLC, 2024 U.S. Dist. LEXIS 176985 (S.D.N.Y. Sept. 27, 2024).

23.     **Exhibit 20.** Attached as Exhibit 20 is a true and correct copy of New York Department of State assumed-name history for Funderz.Net LLC.

24.     **Exhibit 21.** Attached as Exhibit 21 is a true and correct copy of Affidavit of Gavriel Yitzchakov in support of BMF Advance LLC motion for summary judgment in BMF Advance, LLC v. Modern Concepts Construction, LLC, et al., Supreme Court of the State of New York, County of Kings, Index No. 505587/2023.

25.     **Exhibit 22.** Attached as Exhibit 22 is a true and correct copy of Joe Isaacov LinkedIn profile.

26.     **Exhibit 23.** Attached as Exhibit 23 is a true and correct copy of Benjamin Isaacov LinkedIn profile.

27.     **Exhibit 24.** Attached as Exhibit 24 is a true and correct copy of Panthers Capital secured purchase agreement with KTL Holdings Inc. dated March 16, 2021.

4

28.     **Exhibit 25.** Attached as Exhibit 25 is a true and correct copy of March 2, 2021 BMF Advance, LLC Secured Merchant Agreement.

29.     **Exhibit 26.** Attached as Exhibit 26 is a true and correct copy of March 10, 2021 Hi Bar Capital Revenue Purchase Agreement.

30.     **Exhibit 27.** Attached as Exhibit 27 is a true and correct copy of March 12, 2021 BMF Advance, LLC Secured Merchant Agreement.

31.     **Exhibit 28.** Attached as Exhibit 28 is a true and correct copy of March 25, 2021 BMF Advance, LLC Secured Merchant Agreement.

32.     **Exhibit 29.** Attached as Exhibit 29 is a true and correct copy of March 25, 2021 Hi Bar Capital Revenue Purchase Agreement.

33.     **Exhibit 30.** Attached as Exhibit 30 is a true and correct copy of June 16, 2021 Promissory Note in the face amount of $2,700,000.

34.     **Exhibit 31.** Attached as Exhibit 31 is a true and correct copy of Complaint in Hi Bar Capital LLC v. Yoel Getter, Civil Action No. 22-cv-1743, Eastern District of New York.

35.     **Exhibit 32.** Attached as Exhibit 32 is a true and correct copy of Email chain concerning the March 2, 2021 BMF MCA.

36.     **Exhibit 33.** Attached as Exhibit 33 is a true and correct copy of United Company Funding merchant cash advance agreement.

37.     **Exhibit 34.** Attached as Exhibit 34 is a true and correct copy of West Coast Business Capital, LLC future receivables sale and purchase agreement.

38.     **Exhibit 35.** Attached as Exhibit 35 is a true and correct copy of March 3, 2021 BMF funding email.

39.    **Exhibit 36.** Attached as Exhibit 36 is a true and correct copy of March 12, 2021 BMF funding email.

40.    **Exhibit 37.** Attached as Exhibit 37 is a true and correct copy of March 26, 2021 BMF funding email.

41.    **Exhibit 38.** Attached as Exhibit 38 is a true and correct copy of Interest calculation for the March 2, 2021 BMF MCA.

42.    **Exhibit 39.** Attached as Exhibit 39 is a true and correct copy of Interest calculation for the March 10, 2021 Hi Bar MCA.

43.    **Exhibit 40.** Attached as Exhibit 40 is a true and correct copy of Interest calculation for the March 12, 2021 BMF MCA.

44.    **Exhibit 41.** Attached as Exhibit 41 is a true and correct copy of Interest calculation for the March 25, 2021 BMF MCA.

45.    **Exhibit 42.** Attached as Exhibit 42 is a true and correct copy of Interest calculation for the March 25, 2021 Hi Bar MCA.

46.    **Exhibit 43.** Attached as Exhibit 43 is a true and correct copy of BMF payrun for the March 2, 2021 BMF MCA.

47.    **Exhibit 44.** Attached as Exhibit 44 is a true and correct copy of BMF payrun for the March 12, 2021 BMF MCA.

48.    **Exhibit 45.** Attached as Exhibit 45 is a true and correct copy of BMF payrun for the March 25, 2021 BMF MCA.

49.    **Exhibit 46.** Attached as Exhibit 46 is a true and correct copy of March 12, 2021 email transmitting or confirming wire payment described as a loan.

50.    **Exhibit 47.** Attached as Exhibit 47 is a true and correct copy of March 22, 2021 text message reflecting a 24-day term.

51.    **Exhibit 48.** Attached as Exhibit 48 is a true and correct copy of Document or communication identifying the March 12, 2021 transaction as refinance documents.

52.    **Exhibit 49.** Attached as Exhibit 49 is a true and correct copy of March 13 refinance email chain.

53.    **Exhibit 50.** Attached as Exhibit 50 is a true and correct copy of March 12, 2021 email chain reflecting "do whatever" as to the number of days/terms.

54.    **Exhibit 51.** Attached as Exhibit 51 is a true and correct copy of Email chain concerning the March 25, 2021 BMF MCA.

55.    **Exhibit 52.** Attached as Exhibit 52 is a true and correct copy of BMF MCA Agreement ruled to be a loan in the Funderz decision.

56.    **Exhibit 53.** Attached as Exhibit 53 is a true and correct copy of Getter 30 Days communication.

57.    **Exhibit 54.** Attached as Exhibit 54 is a true and correct copy of GFE merchant agreement dated February 25, 2021.

58.    **Exhibit 55.** Attached as Exhibit 55 is a true and correct copy of Missed-payment wire document.

59.    **Exhibit 56.** Attached as Exhibit 56 is a true and correct copy of Debit-twice communication or document.

60.    **Exhibit 57.** Attached as Exhibit 57 is a true and correct copy of April 26, 2021 bounce-payment text and related banking screenshots.

7

61.    **Exhibit 58.** Attached as Exhibit 58 is a true and correct copy of April 26, 2021 BMF email concerning default after two bounced payments.

62.    **Exhibit 59.** Attached as Exhibit 59 is a true and correct copy of BMF constable visits document.

63.    **Exhibit 60.** Attached as Exhibit 60 is a true and correct copy of May 2021 message or document concerning no option but to go legal.

64.    **Exhibit 61.** Attached as Exhibit 61 is a true and correct copy of Stefan Leer personal guaranty dated June 16, 2021.

65.    **Exhibit 62.** Attached as Exhibit 62 is a true and correct copy of Tatanisha Leer personal guaranty dated June 16, 2021.

66.    **Exhibit 63.** Attached as Exhibit 63 is a true and correct copy of Corporate guaranty dated June 16, 2021.

67.    **Exhibit 64.** Attached as Exhibit 64 is a true and correct copy of Security Agreement dated June 16, 2021.

68.    **Exhibit 65.** Attached as Exhibit 65 is a true and correct copy of Promissory Note distribution and wire detail report.

69.    **Exhibit 66.** Attached as Exhibit 66 is a true and correct copy of Communication or document concerning Hi Bar partnership or syndication.

70.    **Exhibit 67.** Attached as Exhibit 67 is a true and correct copy of Spin Capital, LLC responses and objections to CapFactor's interrogatory in the New York County action.

71.    **Exhibit 68.** Attached as Exhibit 68 is a true and correct copy of invoices incurred by Plaintiffs to defend against the New York State Court Action and prosecute this action, which is a defensive action to offset the damages incurred under the Promissory Note.

72.     **Exhibit 69.** Attached as Exhibit 68 is a true and correct copy of the Clerk's Default of Yoel Getter.

73.     **Exhibit 70.** Attached as Exhibit 70 is a true and correct copy of an Adversary Complaint filed against Gold Cap, LLC, dated May 14, 2026.

## EXHIBIT INDEX

| Exhibit | Description |
| --- | --- |
| 1 | Verdict Form (Franklin Claims Only), Franklin Capital Funding, LLC, et al. v. Avrumi ("Josh") Lubin, et al., Case No. CACE 22-5125, filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. |
| 2 | Transcript of the deposition of Avrumi Lubin dated July 25, 2024, taken in Spin Capital, LLC v. Golden Foothill Insurance Services, LLC, et al., Supreme Court of the State of New York, County of New York, Index No. 650582/2022. |
| 3 | Findings of Fact and Conclusions of Law entered March 12, 2025 in Franklin Capital Group, LLC v. Spin Capital LLC and Hi Bar Capital, LLC, Case No. 22-193300-CB, Circuit Court for the County of Oakland, Business Court, State of Michigan. |
| 4 | Verdict Form (FVP Claims Only), FVP Opportunity Fund III, LP v. Avrumi ("Josh") Lubin, et al., Case No. CACE 22-5125, filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. |
| 5 | Writ of Execution against Avrumi Lubin in FVP Opportunity Fund III, LP, et al. v. Avrumi Lubin, et al., Case No. CACE2022-005125, filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. |
| 6 | June 18, 2021 syndication/funding email concerning The Genesis LS Fund $2.7 million transaction. |
| 7 | BMF payoff email chain and materials concerning the Promissory Note transaction. |
| 8 | Email chain concerning getting Getter on board with the March 2021 funding transaction. |
| 9 | Transcript of the deposition of Avrumi Lubin dated April 17, 2026 in this action. |
| 10 | Email concerning a $40,000 personal service fee. |
| 11 | WhatsApp or text-message exchange involving Lubin. |
| 12 | Message/email concerning Lubin stating that he would not debit at 20k and/or agreeing not to debit. |
| 13 | Email or text concerning $20,000 daily debits. |
| 14 | Text message exchange concerning filing judgment. |
| 15 | Text message exchange concerning turning off debits. |
| 16 | Email chain concerning a rejected or bounced payment. |

| Exhibit | Description |
|---|---|
| 17 | Text message exchange concerning having no choice but to go legal. |
| 18 | Affidavit or affirmation of Avrumi Lubin filed in the New York County Supreme Court action. |
| 19 | Lateral Recovery LLC v. Funderz.net, LLC, 2024 U.S. Dist. LEXIS 176985 (S.D.N.Y. Sept. 27, 2024). |
| 20 | New York Department of State assumed-name history for Funderz.Net LLC. |
| 21 | Affidavit of Gavriel Yitzchakov in support of BMF Advance LLC motion for summary judgment in BMF Advance, LLC v. Modern Concepts Construction, LLC, et al., Supreme Court of the State of New York, County of Kings, Index No. 505587/2023. |
| 22 | Joe Isaacov LinkedIn profile. |
| 23 | Benjamin Isaacov LinkedIn profile. |
| 24 | Panthers Capital secured purchase agreement with KTL Holdings Inc. dated March 16, 2021. |
| 25 | March 2, 2021 BMF Advance, LLC Secured Merchant Agreement. |
| 26 | March 10, 2021 Hi Bar Capital Revenue Purchase Agreement. |
| 27 | March 12, 2021 BMF Advance, LLC Secured Merchant Agreement. |
| 28 | March 25, 2021 BMF Advance, LLC Secured Merchant Agreement. |
| 29 | March 25, 2021 Hi Bar Capital Revenue Purchase Agreement. |
| 30 | June 16, 2021 Promissory Note in the face amount of $2,700,000. |
| 31 | Complaint in Hi Bar Capital LLC v. Yoel Getter, Civil Action No. 22-cv-1743, Eastern District of New York. |
| 32 | Email chain concerning the March 2, 2021 BMF MCA. |
| 33 | United Company Funding merchant cash advance agreement. |
| 34 | West Coast Business Capital, LLC future receivables sale and purchase agreement. |
| 35 | March 3, 2021 BMF funding email. |
| 36 | March 12, 2021 BMF funding email. |
| 37 | March 26, 2021 BMF funding email. |
| 38 | Interest calculation for the March 2, 2021 BMF MCA. |
| 39 | Interest calculation for the March 10, 2021 Hi Bar MCA. |
| 40 | Interest calculation for the March 12, 2021 BMF MCA. |
| 41 | Interest calculation for the March 25, 2021 BMF MCA. |
| 42 | Interest calculation for the March 25, 2021 Hi Bar MCA. |

| Exhibit | Description |
|---------|-------------|
| 43 | BMF payrun for the March 2, 2021 BMF MCA. |
| 44 | BMF payrun for the March 12, 2021 BMF MCA. |
| 45 | BMF payrun for the March 25, 2021 BMF MCA. |
| 46 | March 12, 2021 email transmitting or confirming wire payment described as a loan. |
| 47 | March 22, 2021 text message reflecting a 24-day term. |
| 48 | Document or communication identifying the March 12, 2021 transaction as refinance documents. |
| 49 | March 13 refinance email chain. |
| 50 | March 12, 2021 email chain reflecting "do whatever" as to the number of days/terms. |
| 51 | Email chain concerning the March 25, 2021 BMF MCA. |
| 52 | BMF MCA Agreement ruled to be a loan in the Funderz decision. |
| 53 | Getter 30 Days communication. |
| 54 | GFE merchant agreement dated February 25, 2021. |
| 55 | Missed-payment wire document. |
| 56 | Debit-twice communication or document. |
| 57 | April 26, 2021 bounce-payment text and related banking screenshots. |
| 58 | April 26, 2021 BMF email concerning default after two bounced payments. |
| 59 | BMF constable visits document. |
| 60 | May 2021 message or document concerning no option but to go legal. |
| 61 | Stefan Leer personal guaranty dated June 16, 2021. |
| 62 | Tatanisha Leer personal guaranty dated June 16, 2021. |
| 63 | Corporate guaranty dated June 16, 2021. |
| 64 | Security Agreement dated June 16, 2021. |
| 65 | Promissory Note distribution and wire detail report. |
| 66 | Communication or document concerning Hi Bar partnership or syndication. |
| 67 | Spin Capital, LLC responses and objections to CapFactor's interrogatory in the New York County action. |
| 68 | White and Williams LLP Invoices |
| 69 | Clerk's Default on Yoel Getter |

| Exhibit | Description |
|---------|-------------|
| 70 | Bankruptcy Complaint against Gold Cap LLC, dated May 14, 2026. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 26, 2026

Shane R. Heskin