\*\*\*\* FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 10/6/2025 4:30:00 PM.\*\*\*\*

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

## CASE NO. CACE 22-5125

Filed In Open Court,
CLERK OF THE CIRCUIT COURT
ON _10.10.25_
BY _Pea-line Smith_

FRANKLIN CAPITAL FUNDING, LLC, ET AL.

V.

AVRUMI ("JOSH") LUBIN, ET AL.

_____/

## VERDICT FORM (Franklin Claims Only)

### Count 7 Fraud against Lubin

**DEFENDANT LUBIN**

1. Do you find that Plaintiffs Franklin Parties have proven its Fraudulent Misrepresentation claim against Defendant Lubin by the greater weight of the evidence?

Yes ___X___

No _____

2. If you answered yes to Question 1, what amount of damages do you award against Defendant Lubin?

$ _6 million_

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 10/6/2025 4:30:00 PM. ****

## Count 9 Tortious Interference with Business Relationship against Lubin and Getter

### DEFENDANT LUBIN

3. Do you find that Plaintiffs Franklin Parties have proven its Tortious Interference with Business Relationship claim against Defendant Lubin by the greater weight of the evidence?

Yes  ✗

No  _____

4. If you answered yes to Question 4, what amount of damages do you award against Defendant Lubin?

$ 6 million

### DEFENDANT GETTER

All of the allegations made against Defendant Getter are admitted and the only issue is for you to determine is damages, if any.

5. What amount of damages do you award against Defendant Getter?

$ 6 million

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 10/6/2025 4:30:00 PM.****

## Count 10 Conspiracy to Commit Fraud against Lubin and Getter

**DEFENDANT LUBIN**

6. Do you find that Plaintiffs Franklin Parties have proven its Conspiracy to Commit Fraud claim against Defendant Lubin by the greater weight of the evidence?

Yes ____✕____

No _____

7. If you answered yes to Question 6, what amount of damages do you award against Defendant Lubin?

$ ___6 million___

**DEFENDANT GETTER**

All of the allegations made against Defendant Getter are admitted and the only issue is for you to determine is damages, if any.

What amount of damages do you award against Defendant Getter?

$ ___6 million___

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 10/6/2025 4:30:00 PM.****

## LUBIN – PIERCING THE CORPORATE VEIL OF SPIN CAPITAL LLC / OR ACTIVE PARTICIPATION

**QUESTION 1:** Did Avrumi Josh Lubin dominate and control Spin Capital such that Spin Capital's separate identity was not sufficiently maintained?

☒ YES ☐ NO

**QUESTION 2:** Did Avrumi Josh Lubin dominate and control Spin Capital such that Spin Capital lacked an existence independent from Lubin?

☒ YES ☐ NO

**QUESTION 3:** Was the corporate form of Spin Capital formed or used for a fraudulent or improper purpose?

☐ YES ☒ NO

**QUESTION 4:** Were the Franklin Plaintiffs harmed by the fraudulent or improper formation and use of the corporate form of Spin Capital?

☒ YES ☐ NO

**QUESTION 5:** Did Avrumi Josh Lubin actively participate in the commission of a tort (civil wrong) through personal involvement in the wrongful act that led to Franklin Plaintiffs' injuries or damages and knowledge of the wrongful act with acquiescence (by permitting the act when he should have prevented it)?

☐ YES ☒ NO

*If you answered "YES" to all Questions 1-4, then the corporate veil should be pierced and Avrumi Josh Lubin is liable for the obligations of Spin Capital. If you answered "YES" to Question 5, then Avrumi Josh Lubin is*

liable under the active participation theory. If you answered "NO" to any of Questions 1-4 and "NO" to Question 5, then Avrumi Josh Lubin is not liable.

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman, CLERK 10/6/2025 4:30:00 PM.****

## LUBIN – PIERCING THE CORPORATE VEIL OF HI BAR CAPITAL LLC / OR ACTIVE PARTICIPATION

**QUESTION 1:** Did Avrumi Josh Lubin dominate and control Hi Bar Capital such that Hi Bar Capital LLC's separate identity was not sufficiently maintained?

☑ YES ☐ NO

**QUESTION 2:** Did Avrumi Josh Lubin dominate and control Hi Bar Capital LLC such that Hi Bar Capital LLC lacked an existence independent from Lubin?

☑ YES ☐ NO

**QUESTION 3:** Was the corporate form of Hi Bar Capital LLC formed or used for a fraudulent or improper purpose?

☐ YES ☑ NO

**QUESTION 4:** Were the Franklin Plaintiffs harmed by the fraudulent or improper formation and use of the corporate form of Hi Bar Capital LLC?

☑ YES ☐ NO

**QUESTION 5:** Did Avrumi Josh Lubin actively participate in the commission of a tort (civil wrong) through personal involvement in the wrongful act that led to Franklin Plaintiffs' injuries or damages and knowledge of the wrongful act with acquiescence (by permitting the act when he should have prevented it)?

☐ YES ☑ NO

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 10/6/2025 4:30:00 PM.****

*If you answered "YES" to all Questions 1-4, then the corporate veil should be pierced and Avrumi Josh Lubin is liable for the obligations of Hi Bar Capital LLC. If you answered "YES" to Question 5, then Avrumi Josh Lubin is liable under the active participation theory. If you answered "NO" to any of Questions 1-4 and "NO" to Question 5, then Avrumi Josh Lubin is not liable.*

## GETTER – PIERCING THE CORPORATE VEIL OF HI BAR CAPITAL LLC / OR ACTIVE PARTICIPATION

All of the allegations made against Defendant Getter are admitted and the only issue is for you to determine is damages, if any. Accordingly, you must find that:

1. Yoel Getter dominated and controlled Hi Bar Capital LLC, Inc. such that Hi Bar Capital LLC's separate identity was not sufficiently maintained.

2. Yoel Getter dominated and controlled Hi Bar Capital LLC, Inc. such that Hi Bar Capital LLC lacked an existence independent from Getter.

3. The corporate form of Hi Bar Capital LLC, Inc. was formed or used a fraudulent or improper purpose.

4. That the Franklin Plaintiff were harmed by the fraudulent or improper formation and use of the corporate form of Hi Bar Capital LLC,

5. That Yoel Getter actively participate in the commission of a tort (civil wrong) through personal involvement in the wrongful act that led to Franklin Plaintiffs' injuries or damages and knowledge of the wrongful

act with acquiescence (by permitting the act when he should have prevented it).

Please sign and date the verdict form and indicate to the bailiff you have reached a verdict.

SO SAY WE ALL this 10/1/2025 day of October, 2025.


_Richard mills_
FOREPERSON (Signature)

_Richard mills_
FOREPERSON (Print)