IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE 22-5125

FVP OPPORTUNITY FUND, III, LP

V.

AVRUMI ("JOSH") LUBIN, ET AL.

_____/

Filed in Open Court,
CLERK OF THE CIRCUIT COURT
ON ___10·6·28___
BY _Pea-lin Smith_

## VERDICT FORM (FVP Claims Only)

### Count I Fraud against Lubin and Getter

**DEFENDANT LUBIN**

1. Do you find that Plaintiffs FVP Parties have proven its Fraudulent Misrepresentation claim against Defendant Lubin by the greater weight of the evidence?

Yes  X

No  _____

2. If you answered yes to Question 1, what amount of damages do you award against Defendant Lubin?

$  7·5 million