IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA.

| DIVISION<br>☐ CIVIL | **EXECUTION** | CASE NUMBER<br>**CACE2022-005125** |
|---|---|---|

| | | CLOCK IN |
|---|---|---|
| FVP OPPORTUNITY FUND III L.P., ET.AL.<br><br>**PLAINTIFF(S)** | AVRUMI LUBIN, ET. AL.<br><br>**VS.**    **DEFENDANT(S)** | |

## TO EACH SHERIFF OF THE STATE OF FLORIDA

YOU ARE COMMANDED to levy on the property subject to execution of AVRUMI LUBIN

in the sum of EIGHT MILLION EIGHT HUNDRED FORTY-ONE THOUSAND TWO HUNDRED AND NINETEEN DOLLARS AND SEVENTY-TWO CENTS ($8,841,219.72)

with interest at 8.65% a year from October 8, 2025, until paid and to have this writ before the court when satisfied.

| BRENDA D. FORMAN<br>CLERK OF COURTS | DATE<br><br>DEC 08 2025<br><br>BY: _____<br>**BRENDA D. FORMAN**<br>DEPUTY CLERK | COURT SEAL |
|---|---|---|

| ADDRESS OF JUDGMENT DEBTOR(S)<br><br>1111 Kane Concourse<br><br>Bay Harbor Island, Florida 33154 | FILED BY<br>Name _____<br><br>_____ |
|---|---|

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY