**From:** "Uzi Shamuilov" <uzis@betteraccountingsolutions.com>
**To:** "Josh Lubin" <josh@spincapital.com>
**Subject:** Re: THE GENESIS LS FUND, funding email 2.7M
**Date:** Mon, 21 Jun 2021 11:49:57 -0400
**Importance:** Normal

---

All done.

On Fri, Jun 18, 2021 at 11:36 AM Josh Lubin <josh@spincapital.com> wrote:

Funded: **6/18/2021**

**THE GENESIS LS FUND**

Funding Amount: **$2,700,000**

Payback: **$3,645,000**

Weekly: **$127,173.91**

Net to merchant: **$1,307,403**

Payoff to BMF: **$582,000 (wired 6/17)**

Payoff to HI BAR: **$580,597 (wired 6/17)**

Legal Fees: **$30,000 (deducted from funding amount) (wired 6/17)**

Total Net: **$2,500,000**

Bank Fee: **$200,000**

Syndication: BMF 25% and receives 25% of the bank fee. TCP: **$625,000**

Syndication: Hi bar 50% and receives 50% of the bank fee. TCP **$1,250,000**

Commission: none for now

SPIN-00003875