**From:** "Josh Lubin" <josh@spincapital.com>
**To:** "Gabe Isaacov" <gabe@bmfcapitalllc.com>, "BMF BACKOFFICE" <funding@bmfcapitalllc.com>, "Molly Cohen" <molly@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261
**Date:** Tue, 15 Jun 2021 15:32:55 -0400
**Importance:** Normal
**Inline-Images:** image001.png

---

582... wtvr it is.

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Tuesday, June 15, 2021 3:12 PM
**To:** Josh Lubin <josh@spincapital.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>; Molly Cohen <molly@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Amount??

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, June 15, 2021 3:11 PM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>; Molly Cohen <molly@bmfcapitalllc.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Please send payoff letter.

---

**From:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Sent:** Friday, June 11, 2021 2:31 PM
**To:** Josh Lubin <josh@spincapital.com>; Molly Cohen <molly@bmfcapitalllc.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

See attached


*Chana Tach*

*Chief Financial Officer*
*Office Line: 646-979-1223*

*Email: Funding@bmfcapitalllc.com*



---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, June 11, 2021 1:50 PM
**To:** Molly Cohen <molly@bmfcapitalllc.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>

SPIN-00008571

**Cc:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Whats the balance here? Can you send me payment history?

---

**From:** Molly Cohen <molly@bmfcapitalllc.com>
**Sent:** Thursday, April 8, 2021 10:06 AM
**To:** Josh Lubin <josh@spincapital.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Cc:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

NO SORRY

---

**From:** Josh Lubin [mailto:josh@spincapital.com]
**Sent:** Thursday, April 08, 2021 10:05 AM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>; Molly Cohen <molly@bmfcapitalllc.com>
**Cc:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Moly,

Cam you send docusign? stefan@ktlholding.com

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Molly Cohen <molly@bmfcapitalllc.com>
**Sent:** Thursday, April 8, 2021 9:49:14 AM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>; Josh Lubin <josh@spincapital.com>
**Cc:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

SEE ATTACHED

---

**From:** Gabe Isaacov
**Sent:** Wednesday, April 07, 2021 6:10 PM
**To:** Josh Lubin <josh@spincapital.com>
**Cc:** BMF BACKOFFICE <funding@bmfcapitalllc.com>; Molly Cohen <molly@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Molly pls send a daily page for 2K on this thanks

Sent from my iPhone


On Apr 7, 2021, at 6:05 PM, Josh Lubin <josh@spincapital.com> wrote:


Start debits 2k a day. Send me an authorization form. Though start asap. VC attached.

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Wednesday, April 7, 2021 11:49 AM

CONFIDENTIAL                                                                    SPIN-00008572

**To:** Josh Lubin <josh@spincapital.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

okay

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, April 7, 2021 11:49 AM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Hes calling me soon. I'll keep you updated

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Wednesday, April 7, 2021 11:45:27 AM
**To:** Josh Lubin <josh@spincapital.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

We been off for 2 weeks already

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, April 7, 2021 11:41 AM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Yes. Merchant us trying to convince me to write him an email that I won't debit for then 2k a day for 30 days. Trying to do 2 weeks. I'm on it

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Wednesday, April 7, 2021 11:38:58 AM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** Josh Lubin <josh@spincapital.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Josh are u sending the voided check for us to turn on debits for 2k daily

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Tuesday, April 6, 2021 12:21 PM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>; Josh Lubin <josh@spincapital.com>
**Subject:** FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

# Josh pls send the vc so that we can start debits for 2k daily here for now.
# DATE 03/26/21

CONFIDENTIAL                                                                    SPIN-00008573

**BMF-REFI-FUNDED**
**DEAL NAME: GOLDEN FOOTHILL _5261**
**EIN: 82-4517607**
**FUNDING: $400,000**
**PAYBACK: $599,600**
**DAILY:$2,000 START**
**BANK FEE: $34,220**
**SYNDICATION: SPIN CAPITAL 50% GETS HALF FEE**
**PAYOFF FI #5243  $265,780** **Pls Apply**
**NET TO MERCHANT: $100K  SENT ALREADY ON 3/26**
**Routing: WILL SEND SHORTLY**
**Account: WILL SEND SHORTLY**
**Merchant Name: STEFAN J LEER**
**Merchant Number: 210-259-1648**

<ELDO VOIDED CHECK_040721.jpg>

CONFIDENTIAL

SPIN-00008574