**From:** "Josh Lubin" <josh@spincapital.com>
**To:** "Gabe Isaacov" <gabe@bmfcapitalllc.com>
**Subject:** KTL Holdings Signed
**Date:** Thu, 25 Mar 2021 16:58:09 -0400
**Importance:** Normal
**Attachments:** GOLDEN_BMF_ADV.pdf

---

100k Net going to try and get away with a 40k PSF on the funding call.


*Sincerely,*
*Josh Lubin*
*President*
*Spin Capital*
*Office:* 786-496-9502
*Cell:* 732-608-4905
josh@spincapital.com

CONFIDENTIAL                                                                                                    SPIN-00008341