DEFENDANT'S
EXHIBIT
**LUBIN-7     ID**
7.25.24     LAS

**04/02/2021**
**Participants: Stefan Leer KT Holdings (+12102591648); Josh Lubin**

---

Josh Lubin

> Good morning. I think what makes the most sense. Cancel the most recent deal and go back to the 8k daily. You didn't have any issues with that deal and you have taken worse deals from others... let me know your thoughts.

04/02/2021 9:00 AM

Stefan Leer KT Holdings (+12102591648)

> Lets be clear Josh. Your buddy and your deal have been the worst. Email me what that looks like reverting back to the other "bad" deal.

04/02/2021 10:59 AM

Josh Lubin

> U took 4 shit deals behind me.

04/02/2021 11:05 AM

Stefan Leer KT Holdings (+12102591648)

> Which are paid in full end of next week.

04/02/2021 11:06 AM

Josh Lubin

> Why don't u pay me in full by next week?

04/02/2021 11:07 AM

Stefan Leer KT Holdings (+12102591648)

> I said I would. U dont want that.

04/02/2021 11:07 AM

Josh Lubin

> U say ur a man of ur word. Show me that

04/02/2021 11:08 AM

Josh Lubin

> You're trying to pay 200k on a 600k balance, u call that in full????

04/02/2021 11:08 AM

Stefan Leer KT Holdings (+12102591648)

The outstanding net balance is $140k and u want me to send u $600k - go to hell over my dead body!

04/02/2021 11:10 AM

Stefan Leer KT Holdings (+12102591648)

Just give it to your attorney! I will engage mine and he will let all the "lenders" in front of you know that y'all are trying to play hard ball on my companies. Im sure they will have there lawyers shut you down. This will be long and drawn out! To bad your prick of a partner was such a dick... but ur greedy ass is close behind.

04/02/2021 11:16 AM

Josh Lubin

I am trying to work with you... Joel going to file which is going to give everyone headaches

04/02/2021 11:20 AM

Josh Lubin

Not so sure I'll be able to do anything...

04/02/2021 11:20 AM

Stefan Leer KT Holdings (+12102591648)

Ok. Whats Joel's last name?

04/02/2021 11:21 AM

Josh Lubin

Getter

04/02/2021 11:21 AM

Josh Lubin

He doesn't give a fuck. That's That's problem

04/02/2021 11:22 AM

Stefan Leer KT Holdings (+12102591648)

Joel Getter- hmmm... another lie by him... shady fucker!

04/02/2021 11:22 AM

CONFIDENTIAL

SPIN-00008816

Josh Lubin

I know he sent to the attorney this morning. I'll update you as soon as I get through to him

04/02/2021 11:22 AM

Stefan Leer KT Holdings (+12102591648)

He will get stopped by the other companies in front of him.

04/02/2021 11:22 AM

Stefan Leer KT Holdings (+12102591648)

He may not care but the other bigger badder companies will. 😬

04/02/2021 11:23 AM

Josh Lubin

Letters may have gone out already. Just fyi

04/02/2021 11:23 AM

Stefan Leer KT Holdings (+12102591648)

Totally ok. We are ready..... counter suits coming. He made some mistakes!

04/02/2021 11:24 AM

Josh Lubin

Nothing I can do. U didn't communicate with him or me. What do you expect

04/02/2021 11:24 AM

Stefan Leer KT Holdings (+12102591648)

I will never give him the time of day. My guy is on retainer just like his. My guy must like something...

04/02/2021 11:25 AM

Josh Lubin

Stefan, u just gave yourself a very big headache and gave me one as well. You made a big mistake here

04/02/2021 11:26 AM

Josh Lubin

U have no idea whats coming

04/02/2021 11:26 AM

CONFIDENTIAL                                                                 SPIN-00008817

Stefan Leer KT Holdings (+12102591648)

My offer is still available to you. Let me know.... Ok. Lets stop communicating. Who is your atty. i will pass it on to mine.

04/02/2021 11:27 AM

Josh Lubin

I advise you get yourself a good attorney... I didn't file fyi and still willing to work with you. Just need communication

04/02/2021 11:27 AM

Josh Lubin

I didn't file...

04/02/2021 11:27 AM

Josh Lubin

Ttyl

04/02/2021 11:27 AM

Stefan Leer KT Holdings (+12102591648)

Your not willing to just put this behind us. Your greed is bigger then the problem.

04/02/2021 11:28 AM

Josh Lubin

Good time for a call?

04/02/2021 2:06 PM

Josh Lubin

U lied to me. Just be transparent about it. It's no big deal.

04/02/2021 4:37 PM

Josh Lubin

Need communication Stefan

04/02/2021 6:15 PM

Stefan Leer KT Holdings (+12102591648)

Its the weekend bro. I have family here.

04/02/2021 7:13 PM

CONFIDENTIAL

SPIN-00008818