Start debits 2k a day. Send me an authorization form. Though start asap. VC attached.

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Wednesday, April 7, 2021 11:49 AM
**To:** Josh Lubin <josh@spincapital.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

okay

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, April 7, 2021 11:49 AM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Hes calling me soon. I'll keep you updated

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Wednesday, April 7, 2021 11:45:27 AM
**To:** Josh Lubin <josh@spincapital.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

We been off for 2 weeks already

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, April 7, 2021 11:41 AM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Yes. Merchant us trying to convince me to write him an email that I won't debit for then 2k a day for 30 days. Trying to do 2 weeks. I'm on it

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Wednesday, April 7, 2021 11:38:58 AM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** Josh Lubin <josh@spincapital.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Josh are u sending the voided check for us to turn on debits for 2k daily

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Tuesday, April 6, 2021 12:21 PM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>; Josh Lubin <josh@spincapital.com>
**Subject:** FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

SPIN-00003440