**From:** "Josh Lubin" <josh@spincapital.com>
**To:** "Molly Cohen" <molly@bmfcapitalllc.com>, "Gabe Isaacov" <gabe@bmfcapitalllc.com>
**Subject:** KT holdings refi docs
**Date:** Thu, 25 Mar 2021 16:27:08 -0400
**Importance:** Normal
**Attachments:** unnamed_document.pdf

DEFENDANT'S
EXHIBIT
LUBIN-8    ID
7.25.24    LAS

---

400k 1.499 20k Daily

Please add entities below to the docs.

LIFEFACTOR I LLC
EIN: 84-3927551
4511 Golden Foothill Pkwy Ste 2
El Dorado Hills, CA 95762-9804

DRVN Holdings LLC
EIN: 84-3851387
6009 WELCH AVE
FT WORTH, TX 76133

SPIN-00005542