**DEFENDANT'S EXHIBIT**

**LUBIN-4    ID**

**7.25.24    LAS**

**04/06/2021**
**Participants: Stefan Leer KT Holdings (+12102591648); Josh Lubin**

---

Stefan Leer KT Holdings (+12102591648)

> Stop the eft(s) from both of you... Take $1k a day each out of and account I give you. We will negotiate a pay off that is fair once my two big deals show up.

04/06/2021 11:49 AM

Josh Lubin

> Ok. Approximately when will that be?

04/06/2021 11:58 AM

Stefan Leer KT Holdings (+12102591648)

> 3-4 weeks

04/06/2021 11:59 AM

Josh Lubin

> Can I do 2k each?

04/06/2021 11:59 AM

Stefan Leer KT Holdings (+12102591648)

> Yes

04/06/2021 11:59 AM

Josh Lubin

> Ok thanks. Please keep me updated.

04/06/2021 12:00 PM

Stefan Leer KT Holdings (+12102591648)

> I will send over account info... Stop the El Dorado please. Kristin is in at 11am today

04/06/2021 12:01 PM

Josh Lubin

> Ok.

04/06/2021 12:03 PM

CONFIDENTIAL

SPIN-00008790

Josh Lubin

Kristin, never sent VC. Can you get it to me before 7pm est?

04/06/2021 5:15 PM

Stefan Leer KT Holdings (+12102591648)

Yes

04/06/2021 5:16 PM

Stefan Leer KT Holdings (+12102591648)

Please have both of you send me a email stating that you will No longer will ach from either us bank or chase the $20k each day. But agree to $2k a day from each of you until a agreement can be made on a early buyout.

04/06/2021 5:20 PM

Stefan Leer KT Holdings (+12102591648)

I have the instructions here now to push over to you. Ty.. Im stepping away from my phone for 1 hr

04/06/2021 5:21 PM

Josh Lubin

i am a man of my word. call me later to discuss.

04/06/2021 5:21 PM

Stefan Leer KT Holdings (+12102591648)

No sir, need a email. I cant afford to jack up another account.

04/06/2021 5:22 PM

Josh Lubin

im not debiting 20k. i turned off. i will tell hi bar too as well.

04/06/2021 5:23 PM

Stefan Leer KT Holdings (+12102591648)

Ok. Please memorialize a email that says that... and we agreed to $2k a day each from and account held by me for a minimum of 30 days until a mutual agreement to pay in full can happen.

04/06/2021 5:27 PM

CONFIDENTIAL

SPIN-00008791

Josh Lubin

I would no problem sending an email. Want to have a discussion first, to make sure I'm on the same page as you. Call me when you free.

04/06/2021 5:29 PM

Josh Lubin

Did not receive account info?

04/06/2021 7:11 PM

CONFIDENTIAL

SPIN-00008792