**From:** "Josh Lubin" <josh@spincapital.com>
**To:** "Stefan Leer" <stefan@lonewolfins.com>, "Joel Geta" <joel@hibarcapital.com>
**Cc:** "Kristin Johnson" <kristin@leerandco.com>
**Subject:** Re: PLEASE REPLY: ACH Debits
**Date:** Mon, 26 Apr 2021 10:48:44 -0400
**Importance:** Normal

---

I did not agree to that. I told you to call me and never heard from you

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Stefan Leer <stefan@lonewolfins.com>
**Sent:** Monday, April 26, 2021 10:38:50 AM
**To:** Joel Geta <joel@hibarcapital.com>
**Cc:** Josh Lubin <josh@spincapital.com>; Kristin Johnson <kristin@leerandco.com>
**Subject:** Re: PLEASE REPLY: ACH Debits

As I told Josh. I need you to stop payments until the 5th of next month. My cash flow is at a bare bare min. Until then.

Ty

-stefan

On Mon, Apr 26, 2021 at 6:59 AM Joel Geta <joel@hibarcapital.com> wrote:

> Gm,
>
> My payments are bouncing.
>
> What's going on ?
>
> Sent from my iPhone
>
>
>> On Apr 8, 2021, at 2:16 AM, Kristin Johnson <kristin@leerandco.com> wrote:
>>
>>
>>
>> Joel & Josh,
>>
>>
>>
>> Please find attached a voided check for ELDO Investments LLC to use for ACH debits agreed upon.
>>
>>
>>
>> Thank you,
>>
>> Kristin
>> *Chief of Staff*

CONFIDENTIAL

SPIN-00008432

*<image001.jpg>*

**From:** Joel Geta <joel@hibarcapital.com>
**Sent:** Wednesday, April 7, 2021 2:12 PM
**To:** Stefan Leer <stefan@lonewolfins.com>
**Cc:** Josh Lubin <josh@spincapital.com>; Kristin Johnson <kristin@leerandco.com>
**Subject:** Re: PLEASE REPLY: ACH Debits

?

On Wed, Apr 7, 2021 at 4:52 PM Stefan Leer <stefan@lonewolfins.com> wrote:

> Kristin pleae send info.

> On Wed, Apr 7, 2021 at 2:41 PM Josh Lubin <josh@spincapital.com> wrote:

>> Confirmed.

>> Sent from my Verizon, Samsung Galaxy smartphone

>> Get Outlook for Android

>> **From:** Joel Geta <joel@hibarcapital.com>
>> **Sent:** Wednesday, April 7, 2021 3:44:32 PM
>> **To:** Kristin Johnson <kristin@leerandco.com>
>> **Cc:** Josh Lubin <josh@spincapital.com>; Stefan Leer <stefan@lonewolfins.com>; Stefan Leer <stefan@leerandco.com>
>> **Subject:** Re: PLEASE REPLY: ACH Debits

>> agreed

>> On Wed, Apr 7, 2021 at 3:39 PM Kristin Johnson <kristin@leerandco.com> wrote:

>>> Good afternoon,

>>> Per a text conversation between Josh Lubin and Stefan Leer on 4/6/21 (see attached), BMF Advance and Hi Bar Capital have agreed to a temporary deal (for the next 30 days) whereby each company is authorized to ACH debit $2,000.00 per day (Mon-Fri) from a closely held account of Stefan Leer's beginning on 4/8/2021. These

CONFIDENTIAL

ACH debits will replace the $20,000.00 ACH debits by both BMF Advance & Hi Bar Capital which are currently being returned because of insufficient funds.

Once each party has replied to this email and accepted these terms, I will facilitate in providing ACH instructions for the new account to be debited.

Thank you,

Kristin Johnson
*Chief of Staff*

*<image002.jpg>*

628.238.4700 | Direct
916.380.8285 | Cell
210.568.4029 | Fax
4511 Golden Foothill Parkway, Suite 1
El Dorado Hills, CA 95762

<ELDO VOIDED CHECK_040721.jpg>

CONFIDENTIAL

SPIN-00008434