DEFENDANT'S
EXHIBIT
**LUBIN-1      ID**
7.25.24      LAS

**06/04/2021
Participants: Stefan Leer KT Holdings (+12102591648); Josh Lubin**

---

Josh Lubin

> I have no communication here. You're giving no option but to take legal action

06/04/2021 9:13 AM

Josh Lubin

> I'm freezing everything. I advise you get a good attorney

06/04/2021 11:08 AM

Stefan Leer KT Holdings (+12102591648)

> Wtf. You are freezing what? You take ACH(s) from me at you threaten me? Par for the course

06/04/2021 11:09 AM

Josh Lubin

> The ach are blocked. I told you to remove and had not heard from you

06/04/2021 11:10 AM

Stefan Leer KT Holdings (+12102591648)



06/04/2021 11:12 AM

Stefan Leer KT Holdings (+12102591648)

Your dusche bag partner pulled w/another name.

06/04/2021 11:13 AM

Josh Lubin

the debits keep getting rejected. u need to call the bank. Does yesterdays debit show?

06/04/2021 11:14 AM

Stefan Leer KT Holdings (+12102591648)



06/04/2021 11:16 AM

Stefan Leer KT Holdings (+12102591648)

Looks like your dusche bag partner(s) did

06/04/2021 11:16 AM

SPIN-00006728

Josh Lubin

> BMF is blocked. if I dont here from you today. I have no option but to take the legal route. dont have time for games.

06/04/2021 11:17 AM

Stefan Leer KT Holdings (+12102591648)

> Bro. Ur calls are always when Im with someone

06/04/2021 11:22 AM

Josh Lubin

> idgaf. u owe me money and im sick and tired of your games. ive been 100% transparent with you. havnt got paid in over a month, at this point its worth it too freeze everything and fight it out in court, while the momney is on hold.

06/04/2021 11:24 AM

SPIN-00006729

Stefan Leer KT Holdings (+12102591648)



773879793783

## Utsick medical records

**EDIT NICKNAME**

# Scheduled delivery: Thursday, June 3, 2021 by end of day



**IN TRANSIT**

On FedEx vehicle for delivery
RANCHO CORDOVA, CA

**GET STATUS UPDATES**

**FROM**

WASHINGTON, DC US

**TO**

EL DORADO HILLS, CA US

IMG_3184.jpg

06/04/2021 11:31 AM

SPIN-00006730