Case 1:24-cv-08515-AS   Document 160-18   Filed 05/26/26   Page 1 of 4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SPIN CAPITAL, LLC,

          *Plaintiff,*

      -against-

GOLDEN FOOTHILL INSURANCE
SERVICES, LLC, a DELAWARE LIMITED
LIABILITY COMPANY; LIFE FACTORS II, LLC, a
NEVADA LIMITED LIABILITY COMPANY; LIFE
SHARES II, LLC, a DELAWARE LIMITED LIABILITY
COMPANY; EL DORADA HILLS INSURANCE
SOLUTIONS, INC., a CALIFORNIA CORPORATION;
LONE WOLF INSURANCE SERVICES, INC. A
DELAWARE CORPORATION; ELDO INVESTMENTS,
LLC, a TEXAS LIMITED LIABILITY COMPANY; THE
GENESIS LS FUND, LLC, a TEXAS LIMITED
LIABILITY COMPANY; KTL HOLDINGS, INC., a
TEXAS CORPORATION; ZURICH AMERICAN LIFE
INSURANCE CO., an ILLINOIS CORPORATION;
ACCORDIA LIFE AND ANNUITY COMPANY, an
IOWA CORPORATION; JOHN HANCOCK LIFE
INSURANCE COMPANY, a MICHIGAN
CORPORATION; BRIGHTHOUSE LIFE INSURANCE
CO., a DELAWARE CORPORATION; CAP FACTOR,
LLC, a NEVADA LIMITED LIABILITY COMPANY;
STEFAN LEER and TATANISHA LEER

          *Defendants.*

      -and-

GOLDEN FOOTHILL INSURANCE
SERVICES, LLC, a DELAWARE LIMITED
LIABILITY COMPANY; LIFE FACTORS II, LLC, a
NEVADA LIMITED LIABILITY COMPANY; LIFE
SHARES II, LLC, a DELAWARE LIMITED LIABILITY
COMPANY; EL DORADA HILLS INSURANCE
SOLUTIONS, INC., a CALIFORNIA CORPORATION;
LONE WOLF INSURANCE SERVICES, INC. A
DELAWARE CORPORATION; ELDO INVESTMENTS,
LLC, a TEXAS LIMITED LIABILITY COMPANY; THE
GENESIS LS FUND, LLC, a TEXAS LIMITED
LIABILITY COMPANY; KTL HOLDINGS, INC., a

Index No.: 650582/2022

Hon. Andrew S. Borrok

Motion Sequence No. _

**AFFIDAVIT OF AVRUMI
LUBIN IN SUPPORT OF
MOTION TO DISMISS
COUNTERCLAIM AND
THIRD-PARTY COMPLAINT**

TEXAS CORPORATION; STEFAN LEER and
TATANISHA LEER

       *Third Party Plaintiffs,*

       -against-

SPIN CAPITAL, LLC and AVRUMI LUBIN,

       *Third Party Defendants.*

| STATE OF NEW YORK | ) |
|---|---|
| | ) |
| COUNTY OF KINGS | ) |

Avrumi Lubin, being duly sworn, deposes and says:

1. I am President of Plaintiff-Counterclaim Defendant Spin Capital, LLC ("Spin") and I make this affidavit in support of the motion on behalf of Spin and myself to dismiss the Counterclaim and Third-Party Complaint of Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC (together, the "Borrowers") and El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., Eldo Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., Stefan Leer ("Mr. Leer"), and Tatanisha Leer. I make this affidavit on the basis of personal knowledge and Spin's business records.

2. A true and correct copy of the Secured Merchant Agreement between BMF Advance, LLC and Golden Foothill Insurance Services LLC, dated March 2, 2021, is annexed as Exhibit A hereto.

3. A true and correct copy of the Revenue Purchase Agreement between Hi Bar Capital and Golden Foothill Insurance Services LLC, dated March 10, 2021, is annexed as Exhibit B hereto.

2

Case 1:24-cv-08515-AS    Document 160-18    Filed 05/26/26    Page 3 of 4

4.      A true and correct copy of the Secured Merchant Agreement between BMF Advance, LLC and Golden Foothill Insurance Services LLC, dated March 12, 2021, is annexed as Exhibit C hereto.

5.      A true and correct copy of the Secured Merchant Agreement between BMF Advance, LLC and Golden Foothill Insurance Services LLC, dated March 25, 2021, is annexed as Exhibit D hereto.

6.      A true and correct copy of the Revenue Purchase Agreement between Hi Bar Capital and Golden Foothill Insurance Services LLC, dated March 25, 2021, is annexed as Exhibit E hereto.

7.      A true and correct copy of the Disbursement Authorization executed by Mr. Leer on behalf of Borrower on or about June 16, 2021 is annexed as Exhibit F hereto.

AVRUMI LUBIN

Sworn to before me this 23 day
of June, 2022

Notary Public

MITCHELL BARAKS
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Richmond County
01BA6358218
MY COMMISSION EXPIRES 05-08-2025

3

Case 1:24-cv-08515-AS    Document 160-18    Filed 05/26/26    Page 4 of 4

## CERTIFICATION

I certify that, excluding the caption, table of contents, table of authorities, signature block, and this certification, the foregoing affidavit contains 288 words and complies with the word count limits imposed by the Uniform Rules of the Supreme Court. The foregoing word counts were calculated by Microsoft Word.

Dated: June 23, 2022

_____
David A. Picon

4