An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Assumed Name History

<div style="border-bottom"></div>

Return to Results    Return to Search

**Entity Details**                                                              ⌃

**ENTITY NAME:** FUNDERZ.NET LLC

**DOS ID:** 4728927

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 03/19/2015

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 03/19/2015

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE

**COUNTY:** NEW YORK

**NEXT STATEMENT DUE DATE:** 03/31/2023

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Search

| File Date | Assumed Name | Assumed Name ID | Status | Principal Location |
|-----------|--------------|-----------------|--------|--------------------|
| 12/06/2018 | ACH | 514815 | Active | |
| 11/02/2018 | SMART FUNDING CAPITAL | 514814 | Active | |
| 10/17/2018 | NET FUNDING | 514813 | Active | |
| 10/16/2018 | MASS CAPITAL | 514811 | Active | |
| 10/16/2018 | WESTWOOD FUNDING | 514812 | Active | |
| 10/04/2018 | CHROME CAPITAL | 514809 | Active | |
| 10/04/2018 | ARCH CAPITAL | 514810 | Active | |
| 06/20/2018 | MMFUNDINGGROUP | 514808 | Active | |
| 05/29/2018 | SILVER CAPITAL | 514807 | Active | |
| 05/04/2018 | PRECISION FUNDING | 514806 | Active | |
| 04/18/2018 | MMLENDINGGROUP | 514805 | Active | |
| 01/30/2018 | WG CAPITAL | 514803 | Active | |
| 01/30/2018 | MERCHANT FUNDING | 514804 | Active | |
| 11/10/2017 | PANTHERS CAPITAL | 514802 | Active | |
| 11/18/2016 | REGION CAPITAL | 514801 | Active | |

Rows per page:    15  ⌄    1-15 of 18    ‹    ›



An official website of New York State.
Here's how you know ⌄

# Department of State
## Division of Corporations

## Entity Assumed Name History

<div style="text-align:center">Return to Results    Return to Search</div>

**Entity Details** ⌃

**ENTITY NAME:** FUNDERZ.NET LLC

**DOS ID:** 4728927

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 03/19/2015

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 03/19/2015

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE

**COUNTY:** NEW YORK

**NEXT STATEMENT DUE DATE:** 03/31/2023

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    **ASSUMED NAME HISTORY**

Search

| File Date | Assumed Name | Assumed Name ID | Status | Principal Location |
|-----------|--------------|-----------------|--------|--------------------|
| 11/18/2016 | KASH CAPITAL | 514800 | Active | |
| 04/14/2016 | HOP CAPITAL | 514799 | Active | |
| 09/29/2015 | EMPIRE FUNDING | 514798 | Active | |

Rows per page: 15 ⌄    16-18 of 18    ‹   ›

AgenciesApp DirectoryCountiesEventsProgramsServices

**FIND YOUR POLL SITE**

Early Voting for the General Election continues until Sunday, November 3.