



Document title: Joe Isaacov | LinkedIn
Capture URL: https://www.linkedin.com/in/joe-isaacov-10b78635/
Capture timestamp (UTC): Wed, 16 Mar 2022 13:23:02 GMT

