

Document title: Benjamin Isaacov | LinkedIn
Capture URL: https://www.linkedin.com/in/benjamin-isaacov-86576310a/
Capture timestamp (UTC): Wed, 16 Mar 2022 13:35:48 GMT



Document title: Benjamin Isaacov | LinkedIn
Capture URL: https://www.linkedin.com/in/benjamin-isaacov-86576310a/
Capture timestamp (UTC): Wed, 16 Mar 2022 13:35:48 GMT