**From:** "Josh Lubin" <josh@spincapital.com>
**To:** "Isaac Lubin" <isaac@spincapital.com>
**Subject:** FW: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5243
**Date:** Mon, 14 Mar 2022 10:32:29 -0400
**Importance:** Normal
**Attachments:** GOLDEN_BMF_ADV.pdf; Summary.pdf; 8007.pdf; 1917.pdf; 8660.pdf; 0051.pdf; 6583.pdf; IMG_2878.jpg

_____

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Friday, March 12, 2021 3:40 PM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>; Josh Lubin <josh@spincapital.com>
**Subject:** FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5243

# DATE 03/12/21
# BMF ADV-REFI-WIRE
# DEAL NAME: GOLDEN FOOTHILL _5243
# EIN: 82-4517607
# FUNDING: $220,000
# PAYBACK: $329,780
# DAILY:$8,000 START
# BANK FEE: $25,000
# SYNDICATION: SPIN CAPITAL $50% GETS HALF FEE

# PAYOFF FL#5234  $115K
# NET TO MERCHANT: $80,000 WIRE
# Routing: 122235821
# Account: 157520050046
# Merchant Name: STEFAN J LEER
# Merchant Number: 210-259-1648

CONFIDENTIAL                                                                                    SPIN-00006999