**From:** "Josh Lubin" <josh@spincapital.com>
**To:** "Isaac Lubin" <isaac@spincapital.com>
**Subject:** FW: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261
**Date:** Mon, 14 Mar 2022 10:33:39 -0400
**Importance:** Normal
**Attachments:** GOLDEN_BMF_ADV.pdf; 8660.pdf; 1917.pdf; 8007.pdf; Summary.pdf; IMG_2878.jpg

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Tuesday, April 6, 2021 12:21 PM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>; Josh Lubin <josh@spincapital.com>
**Subject:** FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

# Josh pls send the vc so that we can start debits for 2k daily here for now.
# DATE 03/26/21
# BMF-REFI-FUNDED
# DEAL NAME: GOLDEN FOOTHILL _5261
# EIN: 82-4517607
# FUNDING: $400,000
# PAYBACK: $599,600
# DAILY:$2,000 START
# BANK FEE: $34,220
# SYNDICATION: SPIN CAPITAL 50% GETS HALF FEE
# PAYOFF FL #5243 $265,780 Pls Apply
# NET TO MERCHANT: $100K SENT ALREADY ON 3/26
# Routing: WILL SEND SHORTLY
# Account: WILL SEND SHORTLY
# Merchant Name: STEFAN J LEER
# Merchant Number: 210-259-1648

CONFIDENTIAL                                                    SPIN-00007036

CONFIDENTIAL

SPIN-00007037