This is a copy of a shared ChatGPT conversation
**Report conversation**

What is the simple interest rate on an $80,000 loan repaying $150,000 over 40 business days?

On an $80,000 loan with a total repayment of $150,000 over 40 business days:

- Total interest paid = $150,000 − $80,000 = **$70,000**
- Interest as a percentage of principal = $70,000 ÷ $80,000 = **87.5%**

Assuming 40 business days is approximately 56 calendar days, the simple annualized interest rate is:

$$\text{Simple Annual Rate} = \frac{70{,}000}{80{,}000} \times \frac{365}{56}$$

$r = \frac{70{,}000}{80{,}000} \times \frac{365}{56}$

Which equals approximately:

- **570.3% simple annual interest**

The raw non-annualized return over the 40-business-day term is:

- **87.5% interest over the term**