**5/2/2022 7:49:23 PM**

# GOLDEN FOOTHILL INSURANCE SERVICES LLC

| Date | Ref # | Memo | Amount | Balance |
|------|-------|------|--------|---------|
| 3/13/2021 | | Starting Balance | $329,780.00 | $329,780.00 |
| 3/15/2021 | 1207769 | Payment | -$8,000.00 | $321,780.00 |
| 3/16/2021 | 1208609 | Payment | -$8,000.00 | $313,780.00 |
| 3/17/2021 | 1208612 | Payment | -$8,000.00 | $305,780.00 |
| 3/18/2021 | 1209409 | Payment | -$8,000.00 | $297,780.00 |
| 3/19/2021 | 1209412 | Payment | -$8,000.00 | $289,780.00 |
| 3/22/2021 | 1209415 | Payment | -$8,000.00 | $281,780.00 |
| 3/23/2021 | 1209418 | Payment | -$8,000.00 | $273,780.00 |
| 3/24/2021 | 1209421 | Payment | -$8,000.00 | $265,780.00 |
| 3/25/2021 | 1210524 | ACH Return | -$8,000.00 | $265,780.00 |
| 3/26/2021 | 1209107 | Payment | -$265,780.00 | $0.00 |
| 3/26/2021 | 1210523 | Payment | -$8,000.00 | -$8,000.00 |
| 5/26/2021 | 1217393 | ACH Return | $0.00 | -$8,000.00 |
| 5/27/2021 | 1217524 | ACH Return | $0.00 | -$8,000.00 |
| | | **Total** | **$345,780.00** | **($8,000.00)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of BMF ADVANCE . All Rights Reserved.

\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL

SPIN-00007182