Message

| | |
|---|---|
| **From:** | Stefan Leer [stefan@lonewolfins.com] |
| on behalf of | Stefan Leer <stefan@lonewolfins.com> [stefan@lonewolfins.com] |
| **Sent:** | 3/12/2021 7:00:08 PM |
| **To:** | Josh Lubin [josh@spincapital.com] |
| **Subject:** | Confirmed released.... |

ending
Open information dialog: Pending

ONLINE DOMESTIC WIRE TRANSFER VIA: OPTIMUMBANK FL/067015096    Outgoing
A/C: HI BAR CAPITAL BROOKLYN NY 11204 US REF: ACH PAYMENTS    wire
FOR LOAN TRN: 3320131071ES 03/12    transfer  **−$19,996.00**

Thank you,

Stefan Leer
President & Owner

628.238.4700 | Bus

210.259.1648 | Cell

210.568.4029 | Fax

https://lonewolfins.com/index.html

LEER_0067006