**From:** "Molly Cohen" <molly@bmfcapitalllc.com>
**To:** "Josh Lubin" <josh@spincapital.com>, "Gabe Isaacov" <gabe@bmfcapitalllc.com>
**Subject:** RE: KT holdings refi docs
**Date:** Thu, 25 Mar 2021 16:28:59 -0400
**Importance:** Normal

---

Gabe confirm?

---

**From:** Josh Lubin [mailto:josh@spincapital.com]
**Sent:** Thursday, March 25, 2021 4:27 PM
**To:** Molly Cohen <molly@bmfcapitalllc.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** KT holdings refi docs

400k 1.499 20k Daily

Please add entities below to the docs.

LIFEFACTOR I LLC
EIN: 84-3927551
4511 Golden Foothill Pkwy Ste 2
El Dorado Hills, CA 95762-9804

DRVN Holdings LLC
EIN: 84-3851387
6009 WELCH AVE
FT WORTH, TX 76133

CONFIDENTIAL                                                                 SPIN-00007809