From: "Josh Lubin" <josh@spincapital.com>
To: "Gabe Isaacov" <gabe@bmfcapitalllc.com>, "BMF BACKOFFICE" <funding@bmfcapitalllc.com>
Cc: "BMF Submissions" <submissions@bmfcapitalllc.com>
Subject: RE: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234
Date: Fri, 12 Mar 2021 12:05:38 -0500
Importance: Normal

────────────────────────────────────────────

Send refi docs 220k 1.499 6,999 daily

From: Gabe Isaacov <gabe@bmfcapitalllc.com>
Sent: Friday, March 12, 2021 12:01 PM
To: Josh Lubin <josh@spincapital.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
Cc: BMF Submissions <submissions@bmfcapitalllc.com>
Subject: RE: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234

$114,928 as of today

From: Josh Lubin <josh@spincapital.com>
Sent: Friday, March 12, 2021 12:01 PM
To: Gabe Isaacov <gabe@bmfcapitalllc.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
Cc: BMF Submissions <submissions@bmfcapitalllc.com>
Subject: RE: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234

Whats the balance?

From: Gabe Isaacov <gabe@bmfcapitalllc.com>
Sent: Wednesday, March 3, 2021 1:15 PM
To: BMF BACKOFFICE <funding@bmfcapitalllc.com>
Cc: Gabe Isaacov <gabe@bmfcapitalllc.com>; BMF Submissions <submissions@bmfcapitalllc.com>; Josh Lubin <josh@spincapital.com>
Subject: FUNDING EMAIL-BMF ADV-GOLDEN FOOTHILL _5234

# DATE 03/03/21
# BMF ADV-NEW-WIRE
# DEAL NAME: GOLDEN FOOTHILL _5234
# EIN: 82-4517607
# FUNDING: $100,000
# PAYBACK: $149,000
# DAILY:$4,996 START
# BANK FEE: $20,000

CONFIDENTIAL

SYNDICATION: SPIN CAPITAL $50% GETS HALF FEE

NET TO MERCHANT: $80,000 WIRE

**Routing: 322271627**
**Account: 23008660**
**Merchant Name: STEFAN J LEER**
**Merchant Number: 210-259-1648**

CONFIDENTIAL

SPIN-00008609