**From:** "Josh Lubin" <josh@spincapital.com>
**To:** "Joel Geta" <joel@businessfundcorp.com>
**Subject:** KT Holdings Docs
**Date:** Tue, 02 Mar 2021 16:34:23 -0500
**Importance:** Normal
**Attachments:** GOLDEN_BMF_ADV.pdf

---

Send docs 100k 1.499 30 days.


*Sincerely,*
*Josh Lubin*
*President*
*Spin Capital*
*Office:* 786-496-9502
*Cell:* 732-608-4905
*josh@spincapital.com*

CONFIDENTIAL

SPIN-00007935