

# GLOBAL FUNDING EXPERTS

**2701 QUEENS PLAZA NORTH, SUITE 802, LONG ISLAND CITY, NY 11101**
**Tel: 1-877-253-7686, Fax: 718-504-3736**
**Website: www.globalfundingexperts.com / Email: underwriting@globalfundingexperts.com**

## MERCHANT AGREEMENT

Agreement dated _____02/25/2021_____ between GFE NY, LLC (**"GFE"**) and the Merchant listed below (**"MERCHANT"**)
                        (Month) (Day) (Year)

### MERCHANT INFORMATION

| | |
|---|---|
| Merchant's Legal Name: | EL DORADO HILLS INSURANCE SOLUTIONS, INC. |
| D/B/A: | EL DORADO HILLS INSURANCE SOLUTIONS, INC. |
| State of Incorporation / Organization: | CA |
| Type of Business Entity: | S-Corp |
| Federal EIN: | 824972547 |
| Physical Address: | 4511 GOLDEN FOOTHILL PARKWAY, SUITE 1, El Dorado Hills, CA, 95762 |
| Mailing Address: | 4511 GOLDEN FOOTHILL PARKWAY, SUITE 1, El Dorado Hills, CA, 95762 |
| Primary Contact & Number: | STEFAN JOSEPH LEER |

### PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant ("Merchant"), in consideration of the funds provided to Merchant by GFE as specified below ("Purchase Price"), hereby sells, assigns and transfers to GFE (making GFE the absolute owner) the Specified Percentage indicated below of all of Merchant's future accounts, contract rights and other entitlements arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (the "Receipts") defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the Merchant's business, for the payments due to Merchant as a result of Merchant's sale of goods or services (the "Transactions") until the amount specified below (the "Purchased Amount") has been delivered by or on behalf of Merchant to GFE.

The Purchased Amount shall be paid to GFE by Merchant irrevocably directing and authorizing that there be only one depositing bank account, which account must be acceptable to and pre-approved by GFE (the "Account") into which Merchant and Merchant's customers shall remit the percentage specified below (the "Specified Percentage") of the Merchant's settlement amounts due from each Transaction, until such time as GFE receives payment in full of the Purchased Amount. Merchant hereby authorizes GFE to ACH Debit the specified remittances from the Merchant's Account on the frequency outlined herein below in the "Specified Remittance Amount & Frequency" box and will provide GFE with all required access codes and monthly bank statements. Merchant understands that it is responsible for ensuring that the Specified Percentage to be debited by GFE remains in the Account and will be held responsible for any fees incurred by GFE resulting from a rejected ACH attempt or an event of default. (See Appendix A) GFE is not responsible for any overdrafts or rejected transactions that may result from GFE's ACH debiting the specified amounts under the terms of this agreement. GFE will debit the specified remittance amount during a business day based on the frequency outlined herein below in the "Specified Remittance Amount & Frequency" box. The Merchant shall deliver to GFE, no later than the 18th date of each month the bank statement for the Account in respect of the immediately preceding month. Within three business days of GFE's receipt of the Merchant's monthly bank statements, GFE shall reconcile the Merchant's Account by either crediting or debiting the difference from or back to the Merchant's Account so that the amount debited per month equals the Specified Percentage. If the Merchant fails to deliver the bank statement for the Account for any month, GFE shall consider that the specific remittances were equal to the Specified Percentage of the settlement amount due from each Transaction for such month. GFE may, upon Merchant's request, adjust the amount of any payment due under this Agreement at GFE's sole discretion and as it deems appropriate. Notwithstanding anything to the contrary in this Agreement or any other agreement between GFE and Merchant, upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this Agreement is contained in Appendix A.

### PROMOTIONAL EARLY TERMINATION DISCOUNT OFFER:

| | | | |
|---|---|---|---|
| Total Purchase Price: | $200,000.00 | Merchant's Average Monthly Revenue: | $334,128.20 |
| Early Termination Amount***: | $288,000.00 | Specified Percentage of Monthly Revenue: | 16% |
| Early Termination Payment Date***: | August 02, 2021 | Specified Remittance Amount & Frequency: | $2,618.18 / Daily |
| Total Fees*: | $12,000.00 | Initial Estimated # of Remittance Payments: | 111 |
| Net Funded Amount**: | $188,000.00 | | |

### ORIGINAL OFFER:

| | | | |
|---|---|---|---|
| Total Purchase Price: | $200,000.00 | Merchant's Average Monthly Revenue: | $334,128.20 |
| Purchased Amount of Receivables: | $300,000.00 | Specified Percentage of Monthly Revenue: | 16% |
| Total Fees*: | $12,000.00 | Specified Remittance Amount & Frequency: | $2,618.18 / Daily |
| Net Funded Amount**: | $188,000.00 | Initial Estimated # of Remittance Payments: | 115 |

Merchant #1 Initials: _____                                          Page 1 of 19

CONFIDENTIAL                                                              SPIN-00008262

DocuSign Envelope ID: 077451DE-7BCB-4CB9-897F-0922E803FFB8

# AUTHORIZATION AGREEMENT FOR DIRECT DEPOSIT (ACH CREDIT) AND DIRECT PAYMENTS (ACH DEBITS)

This Authorization Agreement for Direct Deposit (ACH Credit) and Direct Payments (ACH Debits) is part of (and incorporated by reference into) the Merchant Agreement. Merchant should keep this important legal document for Merchant's records.

DISBURSEMENT OF ADVANCE PROCEEDS. By signing below, Merchant authorizes GFE to disburse the Advance proceeds less the amount of any applicable fees upon Advance approval by initiating an ACH credit to the checking account indicated below (or a substitute checking account Merchant later identifies and is acceptable to GFE) (hereinafter referred to as the "Designated Checking Account") This authorization is to remain in full force and effect until GFE has received written notification from Merchant of its termination in such time and in such manner as to afford GFE and Merchant's depository bank a reasonable opportunity to act on it.

BUSINESS PURPOSE ACCOUNT. By signing below, Merchant attests that the Designated Checking Account was established for business purposes and not primarily for personal, family or household purposes.

MISCELLANEOUS. GFE is not responsible for any fees charged by Merchant's bank as the result of credits or debits initiated under this agreement. The origination of ACH transactions to Merchant's account must comply with the provisions of U.S. law.

I, (We) <u>STEFAN JOSEPH LEER</u> hereby Authorize, <u>GFE NY, LLC</u>. (Hereinafter known as "GFE") to Electronically (ACH) debit the Bank Account Below, of which I am a signer:

| | | | |
|---|---|---|---|
| Bank Name: | JPMORGAN CHASE BANK | Tax ID: | 824972547 |
| ABA: Routing: | 322271627 | DDA: Account: | 913568007 |
| Bank Name: | JPMORGAN CHASE BANK | Tax ID: | 824972547 |
| ABA: Routing: | 322271627 | DDA: Account: | 298916583 |
| Bank Name: | JPMORGAN CHASE BANK | Tax ID: | 824972547 |
| ABA: Routing: | 322271627 | DDA: Account: | 230038660 |
| Bank Name: | JPMORGAN CHASE BANK | Tax ID: | 824972547 |
| ABA: Routing: | 111000614 | DDA: Account: | 639950051 |
| For the amount of: | $2,618.18 | (Or) Percentage of each Banking Deposit: | 16% |
| On the Following Days: | MONDAY-FRIDAY | | |

This authorization is to remain in full force and effect until COMPANY has received written notification from me at least 5 banking days prior of its termination to afford COMPANY a reasonable opportunity to act on it.

| MERCHANT (#1) | | | |
|---|---|---|---|
| Full Name: | STEFAN JOSEPH LEER | Social Security No: | 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 |
| Title | President | Driver License No: | 27035153 TX |
| Signature | | | |

CONFIDENTIAL    SPIN-00008263

February 25, 2021

## EARLY PAYMENT ADDENDUM

This is an addendum to the Merchant Agreement (the "Agreement") dated February 25, 2021 by and between **GFE NY, LLC**. (Purchaser), and **EL DORADO HILLS INSURANCE SOLUTIONS, INC.** (Merchant's Legal Name) and **STEFAN JOSEPH LEER** (Owner/Guarantor). Capitalized terms used but not defined herein shall have the meanings set forth in the Agreement.

Pursuant to that certain AUTHORIZATION AGREEMENT FOR DIRECT DEPOSIT (ACH CREDIT) AND DIRECT PAYMENTS (the "ACH Authorization"), executed by the Merchant and annexed to the Agreement, Merchant has authorized Purchaser to Electronically (ACH) debit the Bank Account set forth on the ACH Authorization according to the payment schedule set forth on the ACH Authorization (the "Payment Schedule").

In the event that Merchant satisfies each of the following conditions ("Early Payment Discount Conditions"), Purchaser agrees to accept the Early Termination Amount (as hereinafter defined) instead of the Purchased Amount in satisfaction of all of Merchant's obligations under the Agreement.

Early Payment Discount Conditions:

      i)    Merchant shall remit Receipts to Purchaser totaling $288,000.00 (the "Early Termination Amount"), on or before August 02, 2021 (the "Early Payment Date");

      ii)    Merchant shall not be in default under the Agreement;

      iii)    Merchant shall make payments according to the Payment Schedule without having missed more than two payments.

TIME IS OF THE ESSENCE FOR EACH AND EVERY PROVISION OF THIS ADDENDUM. AFTER THE EARLY PAYMENT DATE HAS PASSED, PURCHASER WILL NO LONGER ACCEPT THE EARLY TERMINATION AMOUNT AS SATISFACTION OF MERCHANT'S OBLIGATIONS UNDER THE AGREEMENT.

| MERCHANT (#1) | | Signature | DocuSigned by: (signature) |
|---|---|---|---|
| Full Name: | STEFAN JOSEPH LEER | Home Address: | 30303 CIBOLO RUN, Boerne, TX, 78015 |
| Title | President | Cell Phone Number: | |
| Social Security No: | 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 | Home or Secondary Number: | |
| Driver License No: | 27035153 TX | Email: | stefan@ktlholding.com |

GFE NY, LLC

By:

_____
           (Company Officer)

Merchant #1 Initials: (initials)

Page 18 of 19

CONFIDENTIAL