**From:** "Josh Lubin" <josh@spincapital.com>
**To:** "Stefan Leer" <stefan@ktlholding.com>
**Subject:** BMF/Hi Bar bounced payments
**Date:** Tue, 30 Mar 2021 10:00:07 -0400
**Importance:** Normal

---

Stefan,

Please wire 28k to the following below. Thursday and Yesterdays payment.

Please confirm when wire sent.

BMF:$28,000

Optimum Bank
1820 AVEUNE M
BROOKLYN, NY 11230
Routing Number: 067015096
Account Name: BMF Advance LLC
Account Number: 0210018909

Hi Bar: $28,000

Optimum Bank
Hi bar capital
1825 65th street
Brooklyn NY 11204
Routing number - 067015096
Account number - 210022968

CONFIDENTIAL