**04/22/2021**
**Participants: Stefan Leer KT Holdings (+12102591648); Josh Lubin**

Josh Lubin

Stefan, looks like Hi Bar got a return, he will debit twice tomorrow.
Don't see anything on my report.

04/22/2021 11:51 AM

Stefan Leer KT Holdings (+12102591648)

You need to stop Both of them for a week. My Deals that pay are very slow...

04/22/2021 11:53 AM

Josh Lubin

When can we schedule a call?

04/22/2021 11:54 AM

Stefan Leer KT Holdings (+12102591648)

No call Josh. Just stop The pulls for a week. I do not have time for anything but making money.

04/22/2021 12:04 PM

Josh Lubin

I've been working with you. The least you can do is communicate.
Call me when your not busy making money....

04/22/2021 12:32 PM

CONFIDENTIAL                    SPIN-00008718