**04/26/2021**
**Participants: Stefan Leer KT Holdings (+12102591648); Josh Lubin**

Josh Lubin

Send wire to Hi Bar for 4k and BMF 4k. You bounced 2 payments.

04/26/2021 5:47 PM

CONFIDENTIAL                                                                     SPIN-00008764

Stefan Leer KT Holdings (+12102591648)



SPIN-00008765





CONFIDENTIAL

SPIN-00008767

IMG_3421.jpg

04/26/2021 5:48 PM

Stefan Leer KT Holdings (+12102591648)

And bro.. y'all pulled on Saturday...

04/26/2021 5:49 PM

CONFIDENTIAL

SPIN-00008768