**From:** "BMF BACKOFFICE" <funding@bmfcapitalllc.com>
**To:** "Molly Cohen" <molly@bmfcapitalllc.com>, "Josh Lubin" <josh@spincapital.com>, "Gabe Isaacov" <gabe@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261
**Date:** Mon, 26 Apr 2021 13:45:12 -0400
**Importance:** Normal

---

BOUNCED ON THE 21ST AND 22ND, MOLLY FILE UCC HERE

**From:** Molly Cohen <molly@bmfcapitalllc.com>
**Sent:** Thursday, April 8, 2021 10:05 AM
**To:** Josh Lubin <josh@spincapital.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Cc:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

NO SORRY

**From:** Josh Lubin [mailto:josh@spincapital.com]
**Sent:** Thursday, April 08, 2021 10:05 AM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>; Molly Cohen <molly@bmfcapitalllc.com>
**Cc:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Moly,

Cam you send docusign? stefan@ktlholding.com

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Molly Cohen <molly@bmfcapitalllc.com>
**Sent:** Thursday, April 8, 2021 9:49:14 AM
**To:** Gabe Isaacov <gabe@bmfcapitalllc.com>; Josh Lubin <josh@spincapital.com>
**Cc:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

SEE ATTACHED

**From:** Gabe Isaacov
**Sent:** Wednesday, April 07, 2021 6:10 PM
**To:** Josh Lubin <josh@spincapital.com>
**Cc:** BMF BACKOFFICE <funding@bmfcapitalllc.com>; Molly Cohen <molly@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Molly pls send a daily page for 2K on this thanks

Sent from my iPhone

On Apr 7, 2021, at 6:05 PM, Josh Lubin <josh@spincapital.com> wrote:

CONFIDENTIAL                                                                  SPIN-00007144

Start debits 2k a day. Send me an authorization form. Though start asap. VC attached.

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Wednesday, April 7, 2021 11:49 AM
**To:** Josh Lubin <josh@spincapital.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

okay

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, April 7, 2021 11:49 AM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Hes calling me soon. I'll keep you updated

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Wednesday, April 7, 2021 11:45:27 AM
**To:** Josh Lubin <josh@spincapital.com>; BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

We been off for 2 weeks already

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, April 7, 2021 11:41 AM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Yes. Merchant us trying to convince me to write him an email that I won't debit for then 2k a day for 30 days. Trying to do 2 weeks. I'm on it

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Wednesday, April 7, 2021 11:38:58 AM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** Josh Lubin <josh@spincapital.com>
**Subject:** RE: FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

Josh are u sending the voided check for us to turn on debits for 2k daily

---

**From:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Sent:** Tuesday, April 6, 2021 12:21 PM
**To:** BMF BACKOFFICE <funding@bmfcapitalllc.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>; Josh Lubin <josh@spincapital.com>
**Subject:** FUNDING EMAIL-BMF-GOLDEN FOOTHILL _5261

CONFIDENTIAL

Josh pls send the vc so that we can start debits for 2k daily here for now.

DATE 03/26/21

BMF-REFI-FUNDED

DEAL NAME: GOLDEN FOOTHILL _5261

EIN: 82-4517607

FUNDING: $400,000

PAYBACK: $599,600

DAILY:$2,000 START

BANK FEE: $34,220

SYNDICATION: SPIN CAPITAL 50% GETS HALF FEE

PAYOFF FL #5243  $265,780 Pls Apply

NET TO MERCHANT: $100K  SENT ALREADY ON 3/26

Routing: WILL SEND SHORTLY

Account: WILL SEND SHORTLY

Merchant Name: STEFAN J LEER

Merchant Number: 210-259-1648

<ELDO VOIDED CHECK_040721.jpg>

CONFIDENTIAL