**From:** "Stefan Leer" <stefan@ktlholding.com>
**To:** "Josh Lubin" <josh@spincapital.com>
**Subject:** Fwd: Golden Foothill Insurance Services LLC and Lonewolf Insurance Services Inc and Genesis LS Fund LLC and El Dorado Hills Insurance Solutions Inc and KTL Holdings Inc
**Date:** Wed, 28 Apr 2021 14:50:12 -0400
**Importance:** Normal

---

Thank you,

Stefan Leer

DEFENDANT'S
EXHIBIT
LUBIN-2      ID
7.25.24    LAS

---------- Forwarded message ---------
From: **John Montoya** <info3@regentlawfirm.com>
Date: Wed, Apr 28, 2021 at 9:01 AM
Subject: Golden Foothill Insurance Services LLC and Lonewolf Insurance Services Inc and Genesis LS Fund LLC and El Dorado Hills Insurance Solutions Inc and KTL Holdings Inc
To: <stefan@ktlholding.com>

Stefan Leer

This is John with Regent & Associates Law Firm we have been retained to file suit against you in regards to your defaulted cash advance from BMF Advance, LLC. Failure to set up suitable arrangements for repayment will result in Constable Visits, client/vendor freezes, business, and personal property seizures to satisfy the amount owed of $588,600.00. I would like the chance to clear this up before it escalates. Call me at my office at 713-589-5692 or reply to this email.

SPIN-00002844