**05/24/2021**
**Participants: Stefan Leer KT Holdings (+12102591648); Josh Lubin**

Josh Lubin

You're giving me no option but to file a judgement. I have absolutely no communication with you

05/24/2021 7:57 AM

Josh Lubin

Need a call from you asap

05/24/2021 8:01 AM

Stefan Leer KT Holdings (+12102591648)

The communication is: for another at least 10 days. Im cash poor!

05/24/2021 9:45 AM

Josh Lubin

Need to be on a daily for those 10 days.

05/24/2021 10:08 AM

Stefan Leer KT Holdings (+12102591648)

Ok, $250.00 per day

05/24/2021 10:15 AM

Josh Lubin

1k a day each

05/24/2021 10:17 AM

Josh Lubin

This is bull shit

05/24/2021 10:17 AM

Stefan Leer KT Holdings (+12102591648)

I cannot pull cash of a tree. Your negotiating with nothing for me to give u. U want to bounce?

05/24/2021 10:22 AM

SPIN-00006846

Josh Lubin

Make it 500 each for the next 10 days

05/24/2021 11:07 AM

Josh Lubin

And call me

05/24/2021 11:07 AM

Stefan Leer KT Holdings (+12102591648)

Im w/my wife all Day today. 10 year anniversary

05/24/2021 11:22 AM

SPIN-00006847