Report Run Date: 06/18/2021 09:59

## Wire Detail Report - SPIN CAPITAL LLC

### Fedwire

**spincap-SPIN CAPITAL LLC**

| Sequence Number | Confirmation# | Status | Amount |
|---|---|---|---|
| **30200871** | 20210618C1B76E1C001383 | Confirmed | $ 1,307,403.00 |

| | |
|---|---|
| Value Date: | 06/18/2021 |
| Send Date: | 06/18/2021 |
| Sender Reference: | Funding |
| Debit Account#: | 4362466504 |
| Recipient ID: | 3838581917 |
| Recipient Name: | The Genesis LS Fund, LLC |
| Recipient Address 1: | 4511 Golden Foothill Parkway Ste. 1 |
| Recipient Address 2: | El Dorado Hills, CA 95762 |
| Recipient Bank ID: | 021000021 |
| Recipient Bank Name: | JPMORGAN CHASE BANK, NA |
| Details of Payment Line 1: | LIFE FACTOR II LLC 2.7M FUNDING |

| Date/Time | User ID | Action |
|---|---|---|
| 06/17/2021 12:13 | sxlubin@spincap | create |
| 06/17/2021 17:17 | jxlubin@spincap | modify |
| 06/17/2021 17:47 | sxlubin@spincap | approve |

| Sequence Number | Confirmation# | Status | Amount |
|---|---|---|---|
| **30200853** | 20210617C1B76E1C003772 | Confirmed | $ 582,000.00 |

| | |
|---|---|
| Value Date: | 06/17/2021 |
| Send Date: | 06/17/2021 |
| Debit Account#: | 4362466504 |
| Reference for Beneficiary: | KTL Payoff |
| Recipient ID: | 0210018909 |
| Recipient Name: | BMF Advance LLC |
| Recipient Address 1: | 1820 AVEUNE M |
| Recipient Address 2: | BROOKLYN, NY 11230 |
| Recipient Bank ID: | 067015096 |
| Recipient Bank Name: | OPTIMUMBANK |
| Details of Payment Line 1: | KTL Payoff |

| Date/Time | User ID | Action |
|---|---|---|
| 06/17/2021 12:00 | jxlubin@spincap | create |
| 06/17/2021 12:01 | sxlubin@spincap | approve |

| Sequence Number | Confirmation# | Status | Amount |
|---|---|---|---|
| **30200858** | 20210617C1B76E1C004405 | Confirmed | $ 580,597.00 |

| | |
|---|---|
| Value Date: | 06/17/2021 |
| Send Date: | 06/17/2021 |
| Debit Account#: | 4362466504 |
| Reference for Beneficiary: | KTL payoff |
| Recipient ID: | 210022968 |
| Recipient Name: | Hi Bar Capital |
| Recipient Address 1: | 1825 65th street |
| Recipient Address 2: | Brooklyn NY 11204 |
| Recipient Bank ID: | 067015096 |
| Recipient Bank Name: | OPTIMUMBANK |
| Details of Payment Line 1: | KTL-Hi BAR payoff |

SPIN-00000010

Case 1:24-cv-08515-AS    Document 160-65    Filed 05/26/26    Page 2 of 2

**(Fedwire Continued)**

| Date/Time | User ID | Action |
|---|---|---|
| 06/17/2021 12:05 | sxlubin@spincap | create |
| 06/17/2021 14:08 | jxlubin@spincap | approve |

| Sequence Number | Confirmation# | | Status | Amount |
|---|---|---|---|---|
| **30201048** | 20210617C1B76E1C004470 | | Confirmed | $ 30,000.00 |

| | |
|---|---|
| Value Date: | 06/17/2021 |
| Send Date: | 06/17/2021 |
| Debit Account#: | 4362466504 |
| Recipient ID: | 152137953 |
| Recipient Name: | Berkpvitch & Bouskila, PLLC |
| Recipient Address 1: | 80 Broad St Suite 3303 |
| Recipient Address 2: | New Yrok, NY 10004 |
| Recipient Bank ID: | 021000021 |
| Recipient Bank Name: | JPMORGAN CHASE BANK, NA |
| Details of Payment Line 1: | KTL funding (legal fees) |

| Date/Time | User ID | Action |
|---|---|---|
| 06/17/2021 14:32 | jxlubin@spincap | create |
| 06/17/2021 14:33 | sxlubin@spincap | approve |

**Total:** **$ 2,500,000.00**

**End Of Report**

**Filter Criteria:**

**Wire Payment IDs:**

30200853

30200858

30200871

30201048

SPIN-00000011