**04/07/2021**
**Participants: Stefan Leer KT Holdings (+12102591648); Josh Lubin**

Josh Lubin

> Good morning?

04/07/2021 11:03 AM

Josh Lubin

> When can I get 3 minutes on the phone?

04/07/2021 11:13 AM

Stefan Leer KT Holdings (+12102591648)

> After breakfast with my family. We are on spring break.

04/07/2021 11:24 AM

Josh Lubin

> ?

04/07/2021 2:00 PM

Josh Lubin

> Send me account info???

04/07/2021 2:30 PM

Stefan Leer KT Holdings (+12102591648)

> What is ur partner email

04/07/2021 3:25 PM

Josh Lubin

> joel@hibarcapital.com

04/07/2021 3:26 PM

Stefan Leer KT Holdings (+12102591648)

> Confirm urs

04/07/2021 3:27 PM

Josh Lubin

> Josh@spincapital.com

04/07/2021 3:27 PM

CONFIDENTIAL

SPIN-00008809

Stefan Leer KT Holdings (+12102591648)

Check your email and tell your partner to do the same.

04/07/2021 3:40 PM

Josh Lubin

Need 30 minutes or so

04/07/2021 3:45 PM

Stefan Leer KT Holdings (+12102591648)



04/07/2021 3:47 PM

Stefan Leer KT Holdings (+12102591648)

On the line

04/07/2021 4:35 PM

Josh Lubin

Call me. I'll confirm the email. Want to speak to you first

04/07/2021 4:37 PM

Josh Lubin

Debits are scheduled for tomorrow. 2k each. I will send you an authorization form tomorrow.

04/07/2021 10:16 PM

Stefan Leer KT Holdings (+12102591648)

Ok

04/07/2021 10:25 PM

CONFIDENTIAL

SPIN-00008810