| Invoice Date | Total ($) |
|---|---|
| 5/5/2022 | $19,615.50 |
| 6/15/2022 | $11,235.50 |
| 7/12/2022 | $8,805.00 |
| 8/8/2022 | $26,065.00 |
| 9/20/2022 | $13,397.00 |
| 10/12/2022 | $41,560.00 |
| 11/7/2022 | $37,950.00 |
| 12/14/2022 | $3,105.00 |
| 12/31/2022 | $8,510.00 |
| 2/16/2023 | $17,937.50 |
| 3/20/2023 | $20,312.50 |
| 4/14/2023 | $14,451.94 |
| 5/12/2023 | $9,614.86 |
| 6/13/2023 | $6,046.00 |
| 7/11/2023 | $12,910.00 |
| 8/4/2023 | $23,511.34 |
| 9/14/2023 | $56,569.50 |
| 10/11/2023 | $68,626.23 |
| 11/7/2023 | $50,266.47 |
| 12/11/2023 | $36,655.45 |
| 12/31/2023 | $27,740.00 |
| 2/12/2024 | $29,939.05 |
| 3/15/2024 | $10,870.84 |
| 4/10/2024 | $20,779.10 |
| 5/6/2024 | $20,266.38 |
| 6/12/2024 | $6,606.01 |
| 7/25/2024 | $2,937.50 |
| 8/7/2024 | $40,843.76 |
| 9/30/2024 | $22,217.40 |
| 10/16/2024 | $64,715.00 |
| 11/25/2024 | $29,943.14 |
| 12/21/2024 | $36,264.98 |
| 1/17/2025 | $7,255.84 |
| 2/28/2025 | $9,579.38 |
| 3/24/2025 | $31,180.55 |
| 4/28/2025 | $51,556.88 |
| 5/23/2025 | $11,298.68 |
| 6/30/2025 | $10,125.00 |
| 7/23/2025 | $3,250.25 |
| 8/21/2025 | $375.00 |
| **TOTAL** | **$924,889.53** |