**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER,<br><br>                    Plaintiffs,<br><br>        v.<br><br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br>                    Defendants. | Civ. A. No.: 1:24-CV-08515 |

**PROPOSED ORDER OF PARTIAL DISMISSAL**

Upon consideration of Plaintiffs' Motion for Partial Dismissal Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and for good cause shown, it is hereby:

ORDERED that all claims asserted by Plaintiffs against Defendants BMF ADVANCE LLC and GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV (together, the "BMF PARTIES") are DISMISSED WITHOUT PREJUDICE pursuant to the settlement agreement entered into by Plaintiffs and the BMF Parties; and it is further

ORDERED that any counterclaims, affirmative defenses, or other claims asserted by BMF PARTIES in this action are likewise DISMISSED WITHOUT PREJUDICE pursuant to the settlement agreement entered into by Plaintiffs and the BMF Parties; and it is further

ORDERED that this dismissal applies only to the Defendant BMF Parties, and all claims involving the remaining parties shall continue unaffected.

SO ORDERED.

Dated: _____, 2026
New York, New York

ENTER:

_____
HON. ARUN SUBRAMANIAN, J.S.C.