**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER,<br><br>Plaintiffs,<br><br>v.<br><br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br>Defendants. | Civ. A. No.: 1:24-CV-08515 |

**STIPULATION OF PARTIAL DISMISSAL**

Undersigned counsel for the Plaintiffs and Defendants BMF ADVANCE LLC and GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV (together, the "BMF Parties"), do hereby stipulate and agree that the above-caption matter and any and all counterclaims/affirmative defenses as to BMF ADVANCE LLC and GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV ONLY are hereby dismissed without prejudice in accordance with the settlement agreement entered into by Plaintiffs and the BMF Parties.

Date:   June 9, 2026,                    HESKIN & PROPER, PLLC

                                          /s/ *Shane R. Heskin*
                                          Shane R. Heskin
                                          641 Lexington Avenue, 14th FL
                                          New York, New York 10022
                                          Phone: 917-362-1313
                                          Email: shane@heskinproper.com
                                          Attorneys for Plaintiffs

Date: <u>June 9, 2026</u>

MURRAY LEGAL PLLC

<u>/s/ *Phillip Spinella*</u>
Phillip Spinella
170 Old Country Road, Suite 608
Mineola, NY 11501
Phone: 516-535-0948
Email: pspinella@murraylegalpllc.com
Attorneys for Defendants BMF Advance LLC and
Gavriel Yitzchakov a/k/a Gabe Isaacov