**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER,<br><br>                Plaintiffs,<br><br>   v.<br><br>SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br>                Defendants. | Civ. A. No.: 1:24-CV-08515 |

## STIPULATION OF PARTIAL DISMISSAL

Undersigned counsel for the Plaintiffs, and Defendants, HI BAR CAPITAL, LLC and YISROEL HERBST ("HI BAR"), do hereby stipulate and agree that the above-caption matter and any and all counterclaims/affirmative defenses as to HI BAR CAPITAL, LLC, and YISROEL HERBST ONLY are hereby dismissed without prejudice in accordance with the parties' settlement agreements.

Date: June 9, 2026

HESKIN & PROPER, PLLC

/s/ *Shane R. Heskin*
Shane R. Heskin
641 Lexington Avenue, 14th FL
New York, New York 10022
Phone: 917-362-1313
Email: shane@heskinproper.com
Attorneys for Plaintiffs

Date: <u>June 9, 2026</u>　　　　　　　　　　LETO LAW FIRM

<u>/s/ *Matthew P. Leto*　　　　　</u>
Matthew P. Leto
2875 NE 191st Street
Adventura, FL 33180
Phone: 305-341-3155
Email: [mleto@letolawfirm.com](mailto:mleto@letolawfirm.com)
Attorneys for Defendants Hi Bar Capital, LLC and
Yisroel Herbst