

# HESKIN & PROPER, PLLC

641 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone 407-403-5990

Shane R. Heskin, Esquire                                        Justin E. Proper, Esquire
Shane@heskinproper.com                                  Justin@heskinproper.com

June 9, 2026

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Golden Foothill Insurance Services, LLC v. Spin Capital, LLC, et al.,*
Case No. 1:24-cv-08515-AS**

We represent Plaintiffs in the above-captioned action. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request entry of the accompanying proposed Order dismissing without prejudice all claims against Defendants Hi Bar Capital, LLC and Yisroel Herbst ("Hi Bar Parties").

Plaintiffs and Hi Bar Parties have reached a settlement of their disputes. In connection with that settlement, the parties executed a stipulation providing for the dismissal without prejudice of all claims, counterclaims, and affirmative defenses between Plaintiffs and those defendants. Because the requested dismissal pertains only to certain parties and not the entire action, Plaintiffs seek dismissal by Court order pursuant to Rule 41(a)(2).

The requested dismissal will not prejudice any party. The remaining claims against the other defendants will continue unaffected. No party referenced herein opposes the requested relief.

Accordingly, Plaintiffs respectfully request that the Court enter the accompanying proposed Order dismissing without prejudice all claims against Defendants Hi Bar Capital, LLC and Yisroel.

Respectfully submitted,

HESKIN & PROPER, PLLC

Shane R. Heskin

cc :    Matthew Leto, Esquire