UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Golden Foothill Insurance Services, LLC et al.,

Plaintiffs,

-against-

Spin Capital, LLC et al.,

Defendants.

24-CV-8515 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The motion for leave to file a document under seal is GRANTED. Lubin may file a document under seal in cooperation with the Court's pro se office.

With that said, the Court is not inclined to revisit its order of dismissal against certain defendants. Dkt. 168. The dismissal order did not do anything other than dismiss the claims against the defendants listed without prejudice. It did not impair Lubin's rights in any way. So the Court sees no reason why the dismissal should not have been granted.

As for Lubin's request to see the settlement agreement, the Court will not grant the request at this time, but he can renew his request if there are grounds to suggest that the settlement agreement is relevant to his case. If, for example, the settling defendants submit declarations adverse to Lubin, then he can seek discovery of the settlement agreement as probative of bias. But Lubin has not stated any valid grounds at this point to justify ordering plaintiffs or the settling defendants to turn over their settlement agreement.

SO ORDERED.

Dated: June 15, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge