

**M U R R A Y**
**L E G A L   P L L C**

June 11, 2026

**To via ECF**:
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

        Re:    *Golden Foothill Insurance Services, LLC et al v. Spin Capital, LLC et al*
              Docket No.: 24-cv-8515 (AS)
              Letter Re: The Court's June 15 Order and Entry of BMF Proposed Order

Dear Judge Subramanian,

      My office, Murray Legal, PLLC, represents Defendants BMF Advance LLC and Gavriel Yitzchakov (the "BMF Parties").  In light of this Court's Order dated June 15, 2026 (ECF Doc. 176) (the "June 15 Order"), we write to respectfully request that this Court sign the proposed order for partial dismissal, without prejudice, of the claims against the BMF Parties (D.E. 165) (the "BMF Proposed Order"). The June 15 Order rejected, on grounds that apply with equal force here, Lubin's objection to the Hi Bar/Herbst dismissal order signed by this Court (ECF Doc. 169). The Court's June 15 Order held that a dismissal without prejudice "did not impair Lubin's rights in any way," and that Lubin "has not stated any valid grounds" to compel production of a settlement agreement between the Plaintiffs and settling parties. The BMF Proposed Order is identically situated to the order signed by this Court at Dkt. 168: a materially identical dismissal without prejudice, objected to by Lubin on the same grounds just rejected by this Court.  Given the foregoing, no impediment remains to entry of the BMF Proposed Order, which effectuates a settlement freely reached between the Plaintiffs and the BMF Parties.

      We appreciate the Court's attention to this matter.

                                Sincerely,
                                /s/ Phillip A. Spinella
                                Phillip A. Spinella, Esq.

CC via ECF:
Counsel for all parties and Josh Lubin, *pro se*


170 Old Country Road
Suite 608
Mineola, New York 11501


Office: 516-260-7367


cmurray@murraylegalpllc.com
www.murraylegalpllc.com