UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Golden Foothill Insurance Services, LLC et al.,<br><br>                              Plaintiffs,<br><br>        -against-<br><br> Spin Capital, LLC et al.,<br><br>                              Defendants. | 24-CV-8515 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court treats Avrumi (Josh) Lubin's letter request as a motion to compel production of the settlement agreements between the settling parties. Dkt. 179. To the extent that the motion is unopposed, the remaining parties should provide Lubin with the requested documents. To the extent that the motion is opposed, any party opposing the motion should file a letter response by June 30, 2026.

The Clerk of Court is respectfully directed to ensure that ECF notice of this order is sent to all parties, including any parties that were terminated from the case.

SO ORDERED.

Dated: June 23, 2026
       New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge