UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al.<br><br>Plaintiffs,<br><br>- against -<br><br>SPIN CAPITAL LLC et al.,<br><br>Defendants. | Case No. 1:24-cv-08515 (AS) |

## DECLARATION OF ALEXANDER SAKIN

I, Alexander Sakin, Esq., hereby declare under penalties of perjury that the following is true and correct:

1.    I am attorney for Defendant Spin Capital LLC in this action.

2.    Attached to this declaration as Ex. 1 is a true and accurate copy of the Amended Complaint filed in this action.

3.    Attached to this declaration as Ex. 2 is a true and accurate copy of Revenue Purchase Agreement that was the subject of the matter captioned *Spin Capital, LLC v. Bridgelink Engg., LLC*, 248 A.D.3d 1074 (2d Dep't 2026).

Dated:  June 25, 2026
        New York, NY

_____
Alexander Sakin