

# HESKIN & PROPER, PLLC

641 Lexington Avenue, 14ᵗʰ Floor
New York, New York 10022
Telephone 407-403-5990

Shane R. Heskin, Esquire
Shane@heskinproper.com

Justin E. Proper, Esquire
Justin@heskinproper.com

June 30, 2026

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Golden Foothill Insurance Services, LLC v. Spin Capital, LLC, et al., Case No. 1:24-cv-08515-AS –**

***Plaintiffs' Joinder in BMF Parties' Opposition to Defendant Lubin's Motion to Compel***

Dear Judge Subramanian:

Plaintiffs respectfully submit this letter to join in and adopt the arguments set forth in the June 29, 2026, letter submitted by Defendants BMF Advance LLC and Gavriel Yitzchakov (ECF No. 189) in opposition to Defendant Josh Lubin's renewed request to compel production of the parties' settlement agreement.

Plaintiffs agree that Defendant Lubin has failed to demonstrate any basis for compelling production of the settlement agreement or otherwise satisfy the standard articulated by the Court in its June 15, 2026, Order. The arguments set forth in the BMF Parties' submission fully address the issues raised in Defendant Lubin's renewed request.

Accordingly, Plaintiffs respectfully join in the BMF Parties' opposition and request that the Court deny Defendant Lubin's renewed motion to compel.

Respectfully submitted,

HESKIN & PROPER, PLLC

Shane R. Heskin