UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Golden Foothill Insurance Services, LLC et al.,

                              Plaintiffs,

          -against-

Spin Capital, LLC et al.,

                              Defendants.

24-CV-8515 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiffs' motion to sever Lubin given his bankruptcy filing is GRANTED IN PART. While the Court will not sever the action, it will not stay the action in its entirety either. Instead, all proceedings against Lubin in his personal capacity are stayed, but the case will remain open and plaintiffs may proceed against any defendant who has not been dismissed and is not subject to a stay under 11 U.S.C. § 362.

Lubin's motion to compel is DENIED WITHOUT PREJUDICE given his bankruptcy filing and the stay of proceedings against him. Spin Capital's motion to compel is GRANTED. The other parties should provide a copy of the settlement agreement(s) to Spin Capital. Production may be subject to any protective order that the parties negotiate or have negotiated.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 190, 191, and 192.

SO ORDERED.

Dated: July 9, 2026
       New York, New York

_____
  ARUN SUBRAMANIAN
United States District Judge