| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER, <br><br> Plaintiffs, <br><br> v. <br> SPIN CAPITAL, LLC, AVRUMI (a/k/a JOSH) LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST, <br><br> Defendants. | Civ. A. No.: 1:24-CV-08515 <br><br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** |

**PLEASE TAKE NOTICE** of the decision from the United States Bankruptcy Court for the Southern District of New York in *Togut v eProdigy Financial, LLC (In re Kossoff, PLLC),* Case No. 21-10699 (DSJ), Adv. Pro. No. 23-01109 (DSJ) attached as Exhibit A. The decision was issued on Monday, July 27, 2026,

| | |
|---|---|
| Respectfully submitted | HESKIN & PROPER, PLLC |
| July 30, 2026 | /s/ *Shane R. Heskin* <br> Shane R. Heskin <br> 641 Lexington Avenue, 14th FL <br> New York, New York 10022 <br> Phone: 917-362-1313 <br> Email: shane@heskinproper.com <br> Attorneys for Plaintiffs |