**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER,<br><br>Plaintiffs,<br><br>v.<br><br>SPIN CAPITAL, LLC, AVRUMI LUBIN a/k/a JOSH LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br>Defendants. | Case No. 1:24-cv-08515-AS<br><br>August 31, 2026 |

**DECLARATION OF ATTORNEY STANLEY Q. CASEY TO BE ADMITTED PRO HAC VICE**

I, Stanley Q. Casey, pursuant to 28 U.S.C. §1746, declare that the following is true and correct under penalty of perjury:

1. My office is located at 515 N Flager Dr., Suite 350, West Palm Beach, Florida 33401. My telephone number is (305) 946-1510, my fax number is (561) 468-2589, and my email address is Scasey@sqcaseylaw.com.

2. I am a member in good standing of the bar of the State of Florida (FL Bar No. 1031011).

3. There are no disciplinary complaints concerning my practice of law, and I have never been convicted of a felony.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice, or withdrawn an application for admission to practice in any jurisdiction or court.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, and the applicable Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Respectfully submitted,

By: ______________________________

STANLEY Q. CASEY
Florida Bar No: 1031011
LAW OFFICES OF STANLEY Q. CASEY PLLC
515 N Flagler Dr., Suite 350
West Palm Beach, FL 33401
Telephone: (305) 946-1510
Fax: (561) 468-2589
Email: scasey@sqcaseylaw.com