UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Golden Foothill Insurance Services, LLC et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>Spin Capital, LLC et al.,<br><br>Defendants. | 24-CV-8515 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Defendant Spin Capital, LLC's motion for admission pro hac vice of Stanley Q. Casey is GRANTED.

SO ORDERED.

Dated:
New York, New York

ARUN SUBRAMANIAN
United States District Judge