**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., and TATANISHA LEER,<br><br>Plaintiffs,<br><br>v.<br><br>SPIN CAPITAL, LLC, AVRUMI LUBIN a/k/a JOSH LUBIN, BMF ADVANCE LLC, GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, HI BAR CAPITAL, LLC, YOEL GETTER a/k/a JOEL GETA, and YISROEL HERBST,<br><br>Defendants. | Case No. 1:24-cv-08515-AS<br><br>September 8, 2026 |

**MOTION FOR ADMISSION PRO HAC VICE OF STANLEY Q. CASEY**

Pursuant to L. Civ. R. 1.3(i), Defendant, Spin Capital, LLC, ("Spin Capital") through the undersigned, respectfully moves for the admission of Stanley Q. Casey to this Court pro hac vice. Spin Capital represents that Attorney Casey is familiar with the issues that will be litigated in this action. Additionally, Spin Capital represents that the admission of Attorney Casey would not require modification of any existing scheduling orders or deadlines.

In support of this Motion, Spin Capital states the following:

1. Attorney Casey is Counsel at the law firm Law Offices of Stanley Q. Casey PLLC.

2. Attorney Casey's office address is 515 N Flager Dr., Suite 350, West Palm Beach, Florida 33401.

3. His direct telephone number is (305) 946-1510. His fax number is (561) 468-2589.

4. His email address is Scasey@sqcaseylaw.com.

5. Attorney Casey is a member in good standing of the bar of the State of Florida (Bar #: 1031011).

6. Attorney Casey has no disciplinary complaints, and no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

7. Attorney Casey has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

8. The undersigned is advised that Attorney Casey has fully reviewed and is familiar with the Federal Rules of Civil Procedure, and the applicable Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York.

9. In further support of this Motion, Spin Capital attaches hereto the Declaration of Stanley Q. Casey and a certificate of good standing for the state in which Attorney Casey is admitted to practice.

WHEREFORE, Defendant respectfully requests that the Court grant this motion for admission of Stanley Q. Casey, pro hac vice.

Dated: September 8, 2026

Respectfully submitted,

By: /s/ *Stanley Q. Casey, Esq.*
Stanley Q. Casey, Esq.

Florida Bar No.: 1031011
LAW OFFICES OF STANLEY Q. CASEY PLLC
515 N Flagler Dr., Suite 350
West Palm Beach, FL 33401
Telephone: (305) 946-1510
Fax: (561) 468-2589
Email: scasey@sqcaseylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

By: /s/ *Stanley Q. Casey, Esq.*
Stanley Q. Casey, Esq.