# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

STANLEY QUINN CASEY

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* SEPTEMBER 21, 2021, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this SEPTEMBER 1, 2026.*

*Clerk of the Supreme Court of Florida*