UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Golden Foothill Insurance Services, LLC et al.,

Plaintiffs,

-against-

Spin Capital, LLC et al.,

Defendants.

24-CV-8515 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendant Spin Capital, LLC's motion for admission pro hac vice of Stanley Q. Casey is GRANTED.

SO ORDERED.

Dated: September 8, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge