UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Golden Foothill Insurance Services, LLC et al.,
Plaintiffs,

-against-

Spin Capital, LLC et al.,
Defendants.

24-CV-8515 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On October 2, 2026, defendant Avrumi (Josh) Lubin, proceeding pro se, filed a letter, Dkt. 204, requesting that the Court extend the stay of the action against him, Dkt. 193, to defendant Spin Capital, LLC. Spin Capital, LLC is hereby ORDERED to file a letter on or before October 9, 2026, apprising the Court of its position on this request. Similarly, plaintiffs are hereby ORDERED to file a letter on or before October 9, 2026, apprising the Court of their position on this request as well.

SO ORDERED.

Dated: October 6, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge