AVRUMI (JOSH) LUBIN
Defendant, pro se, individually
605 West 42nd Street
New York, New York 10036
(718) 570-3796 | josh@tetonfunding.com

November 10, 2026

Honorable Arun Subramanian
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007
Submitted through the Pro Se Intake Unit

**Re: Golden Foothill Insurance Services, LLC, et al. v. Spin Capital, LLC, et al.**
**No. 1:24-cv-08515 (AS)**
**Request for Status and Disposition of ECF 204 in Light of ECF 218**

Dear Judge Subramanian:

I write solely in my individual capacity regarding my October 2, 2026 submission at ECF 204, which requested that the action be stayed as to Spin Capital, LLC and that ECF 155 be held as to Spin. The Court directed responses in its October 6 order at ECF 208. The Trustee supported my request at ECF 210, and Spin's counsel supported it at ECF 211 and 214.

On October 26, the Trustee's counsel filed at ECF 218 the New Jersey Bankruptcy Court's October 23, 2026 order in Adv. No. 26-01494-EJO, ECF 21. Paragraph 1 of the relief applicable to the Subject Entities other than Teton Life states: "Any litigation or enforcement of judgments against the Subject Entities is STAYED." Spin is one of the identified Subject Entities. See ECF 218, PDF page 7 (bankruptcy order page 5).

I receive electronic filing notices in this action and am not aware of a disposition of ECF 204 or a subsequent order addressing the effect of ECF 218 on the pending ECF 155 motion as to Spin. I respectfully request a status update and, if ECF 204 remains pending, its disposition in light of ECF 218, including whether the intervening bankruptcy order has rendered my request unnecessary.

This letter presents no new merits argument and does not purport to appear for Spin or any other entity. I request no modification of the bankruptcy court's orders and reserve my objections concerning disputed rights and authority.

Respectfully submitted,

/s/ Avrumi (Josh) Lubin
Avrumi (Josh) Lubin
Defendant, pro se, individually